# Exhibit C

# EBER BROS. WINE & LIQUOR CORP.

Corporate Office
95 Allens Creek Rd., Bldg 2  Ste 10, Rochester, New York  14618
Phone: (585) 360-4240    Fax: (585) 360-4211

April 2, 2010

Dear Sally,

It was good talking to you.  As I told you I am writing you to discuss with you the financial condition of the company, our capital needs and to offer you the opportunity to participate in a plan to provide capital to help the business.

As you know, the family business has experienced significant difficulties over the past few years.  During that time we have liquidated several businesses and done our best to meet the company's financial obligations while operating a financially viable business.  It hasn't been easy.  Over the past few years I have cut my salary by over 50% and made every other cut I believed we could make while retaining a financially viable business.

Today we have one operating business that is substantially smaller than the original company.  We believe that our Connecticut operation has the potential to be the foundation for the renewal of our business.  But, our Connecticut business and its parent company are facing several financial issues.  They both have liquidity issues and in order to meet our financial needs we have looked for outside financial support from several banks.  Importunely they all have turned down our loan requests.

As a result of the businesses financial needs, Connecticut's growth opportunities and our failure to find a financial institution to provide us with an adequate financial option I offered to personally loan the company the capital it needed to meet its projected obligations this year.  The amount of the loan is $1.5 million dollars.  The loan is secured by the EBWL and Metro's equity interest in our Connecticut business.   The board of directors recently approved the loan documents as well as our security arrangements.

For the next 30 days I will offer you the opportunity to participate in the loan.  If you desire to participate you would be responsible for funding 1/3 of any advances to the company.  To date I have advanced the company approximately $500,000.  Therefore if you decide to participate in the loan you would be required to remit to me approximately $167,000 to reimburse me for my advances.  Future advances would be in minimum increments of approximately $50,000 for each of us and could be done on a monthly basis.

I encourage you to review a copy of the loan documents, which I have attached to this letter.  We have made substantial progress but are still in a loss position.  Please discuss this opportunity with your financial and legal advisors.  If you wish to move forward with the loan, please sign the enclosed confidentiality agreement and I will send you the company financial statements.  Finally, please let me know if you would like any additional information about Eber Connecticut LLC.

Sincerely, Love,

Lester

Lester Eber