# Exhibit E

 

investing in you | Canandaigua National Bank & Trust

Richard H. Hawks, Jr.
Senior Vice President &
Senior Fiduciary Officer
Wealth Strategies Group
72 South Main Street
Canandaigua NY 14424
585-394-4260 ext. 36040
800-724-2621 ext. 36040
**FAX** 585-394-4001
rhawks@cnbank.com

December 23, 2013

Mrs. Audrey Nan Boslov Hays
PO Box 126
La Huerta Ln Main Hse
Tesuque NM 87574-0126

Re: Successor Co-Trustee u/w Allen Eber Residuary Trust

Dear Mrs. Nan Boslov Hays:

We are pleased to enclose our check no. 177670 in the amount of $6,206.56 representing your share of the 2013 annual trust income. A portion of the 2013 distribution to you from the trust will be tax exempt as the trust does hold some municipal bonds. You will receive a tax letter from the bank before the end of February advising you of the amount of taxable income you should report on your 2013 income tax return.

We also enclose a statement of assets that itemizes the stocks, bonds, and cash held in the trust as of November 30, 2013. The continuing low interest rate environment and soft economy has lead us to modify slightly our investment strategy. To continue providing reasonable income, we have increased our exposure to good well capitalized companies with strong dividend payouts. We also invested in 3 fixed income funds. The Co-Trustees are investing to protect the current beneficiaries and the remainders interest.

Should you have any questions concerning this letter or the list of assets please contact me at (585) 393-6040.

As we enter this Holiday Season, I would like to wish you a very Merry Christmas and prosperous New Year.

Sincerely,

Richard H. Hawks, Jr.
Senior Vice President &
Sr. Fiduciary Officer

RHH:kll
Enclosures
C: Elliott W. Gumaer, Jr., Esq.