**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL KLEEBERG, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> LESTER EBER, ET AL, <br><br> Defendants. | Civil Action No. 16-9517 (LAK) |

**REQUEST FOR SUMMONS**

Pursuant to Fed. R. Civ. P. 4, Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays respectfully request the issuance of the attached summons for Defendants Lester Eber ("Lester"); Alexbay, LLC f/k/a Lester Eber, LLC ("Alexbay"); Canandaigua National Corp. d/b/a Canadaigua National Bank & Trust ("CNB"); Elliot W. Gumaer, Jr. ("Gumaer"); Eber Bros. & Co., Inc. ("Eber Bros."); Eber Bros. Wine and Liquor Corporation ("Eber W&L"); Eber Bros. Wine & Liquor Metro, Inc. ("Eber Metro"); Eber-Connecticut, LLC ("Eber-Conn"); and Wendy Eber ("Wendy").

Dated: December 28, 2016

/s/ Brian C. Brook
Brian C. Brook (BB 1980)
CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 328-9559
Facsimile: (212) 328-9560
Brian@ClintonBrook.com

*Attorney for Plaintiffs*