RECEIVED
MAR - 1 2017
JUDGE KAPLAN'S CHAMBERS

Kaplan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR - 1** 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                                    Plaintiffs,

        vs.

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION d/b/a
CANANDAIGUA NATIONAL BANK AND TRUST,
ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

                                    Defendants.

**STIPULATION AND
ORDER**

1:16-cv-09517 (LAK)

---

        **IT IS HEREBY STIPULATED** by and between counsel for Plaintiffs, Daniel
Kleeberg, Lisa Stein and Audrey Hays, and counsel for Defendants, Lester Eber,
Alexbay LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corporation, Eber
Bros. Wine & Liquor Metro, Inc., Eber Connecticut LLC and Wendy Eber (collectively,
the "Eber Defendants"), that the Eber Defendants are granted an extension of time to
respond to the Complaint in this matter to March 10, 2017.

        Respectfully submitted this 1st day of March, 2017.

Brian C. Brook, Esq.
Clinton Brook & Peed
641 Lexington Avenue, 13th Floor
New York, NY 10022
Telephone: (212) 328-9559
Email: Brian@clintonbrook.com
*Attorneys for Plaintiffs*

Paul F. Keneally, Esq.
UNDERBERG & KESSLER LLP
300 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 258-2800
Email: pkeneally@underbergkessler.com
*Attorneys for Eber Defendants*

*UPON THE FOREGOING STIPULATION, IT IS SO ORDERED.*

Dated: 3/1 , 2017

**HON. LEWIS A. KAPLAN**
**United States          District Judge**

JS