# UNITED STATES DISTRICT COURT
for the

Southern District of New York 

| | |
|---|---|
| DANIEL KLEEBERG, et al., <br> *Plaintiff* <br> v. <br> LESTER EBER, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:16-cv-09517 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants, Lester Eber, Alexbay LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corporation, Eber Bros. Wine & Liquor Metro, Inc., Eber Connecticut LLC, and Wendy Eber

Date:  03/02/2017

*Attorney's signature*

Paul F. Keneally
*Printed name and bar number*
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604

*Address*

pkeneally@underbergkessler.com
*E-mail address*

(585) 258-2800
*Telephone number*

(585) 258-2821
*FAX number*