AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DANIEL KLEEBERG, et al., <br> *Plaintiff* <br> v. <br> LESTER EBER, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:16-cv-09517 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Elliot W. Gumaer.

Date: 03/02/2017

*Attorney's signature*

Robert B. Calihan (Bar #1817659)
*Printed name and bar number*

CALIHAN LAW PLLC
757 Third Avenue
20th Floor
New York, NY 10017
*Address*

rcalihan@calihanlaw.com
*E-mail address*

(585) 281-2593
*Telephone number*

(866) 533-4206
*FAX number*