*Kaplan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

          Plaintiffs,

v.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC;
CANANDAIGUA NATIONAL
CORPORATION d/b/a
CANANDAIGUA NATIONAL BANK
& TRUST; ELLIOT W. GUMAER,
JR.; EBER BROS. & CO., INC.; EBER
BROS. WINE AND LIQUOR
CORPORATION; EBER BROS. WINE
& LIQUOR METRO, INC.; EBER-
CONNECTICUT, LLC; and WENDY
EBER,

          Defendants.

STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT

Civil Action No. 1:16-cv-09517 (LAK)

HON. LEWIS J. KAPLAN



IT IS HEREBY STIPULATED by and between counsel for plaintiffs and counsel for defendant Elliot W. Gumaer that:

    (i)    By March 20, 2017, Mr. Gumaer shall provide plaintiffs a settlement position statement, subject to Federal Rules of Evidence Rule 408, setting forth Mr. Gumaer's position in this matter;

    (ii)    Mr. Gumaer's time to respond to the complaint is extended to March 28, 2017; and,

(iii) This stipulation may be executed in counterparts, and facsimile or .pdf signatures shall be treated as valid and binding to the same extent as original signatures.

Dated: March 1, 2017

CALIHAN LAW PLLC

By: /s/ Robert B. Calihan
Robert B. Calihan
830 Third Avenue
New York, New York 10022
Telephone: (585) 281-2593
Facsimile: (866) 533-4206
rcalihan@calihanlaw.com
*Attorney for Defendant Elliott Gumaer*

CLINTON BROOK & PEED

By: /s/ Brian Brook
Brian Brook
641 Lexington Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 328-9559
Facsimile: (212) 328-9560
Brian@ClintonBrook.com
*Attorneys for Plaintiffs*

SO ORDERED, this ___ day of March___, 2017.

_____
Hon. Lewis J. Kaplan

2