UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

Plaintiff,

-v-

LESTER EBER, ALEXBAY, LLC f/k/a
LESTER EBER, LLC, et al.,

Defendant.

Case No. 1:16-cv-09517

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EBER BROS. WINE AND LIQUOR CORP.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 03/10/17

Signature of Attorney

Attorney Bar Code: 2640381

Form Rule7_1.pdf   SDNY Web 10/2007