UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS, Plaintiff, -v- LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, et al., Defendant. | Case No. 1:16-cv-09517 **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EBER BROS. & CO, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 03/10/17

**Signature of Attorney**

**Attorney Bar Code:** 2640381

Form Rule7_1.pdf   SDNY Web 10/2007