

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>Defendants. | Civil Action No. 16-CV-9517(LJK)<br><br>STIPULATION AND ORDER |

WHEREAS Defendant Canandaigua National Bank filed a Motion to Dismiss the Complaint on March 3, 2017;

WHEREAS Plaintiffs' opposition to the Motion to Dismiss is currently due on or before Friday, March 17, 2017;

WHEREAS No previous extensions have been requested;

IT IS HEREBY STIPULATED by and between counsel for Plaintiffs and counsel for Defendant Canandaigua National Bank that Plaintiffs shall be granted

a four-day extension of time to respond to the Motion to Dismiss, so that the new deadline is March 21, 2017.

Dated: March 15, 2017

_____
Brian C. Brook
CLINTON BROOK & PEED
641 Lexington Ave., Fl. 13
New York, NY 10022
(212) 328-9559
brian@clintonbrook.com

_____
William G. Bauer
WOODS OVIATT GILMAN LLP
700 Crossroads Building 2 State St.
Rochester, NY 14614
(585) 987-2800
wbauer@woodsoviatt.com

SO ORDERED, this 15th day of March, 2017

_____
Hon. ~~Lewis J. Kaplan~~ Denise Cote, Part I