USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-17



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,

                Plaintiffs,

vs.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC ; and WENDY EBER

                Defendants.

**STIPULATION AND ORDER**

Civ. Action No.:
1:16-cv-09517-LAK

WHEREAS Defendant Canandaigua National Bank & Trust filed a Motion to Dismiss the Complaint on March 3, 2017;

WHEREAS Plaintiffs' counsel was granted an extension to file their response on or before March 21, 2017 and did, in fact, file their extension;

WHEREAS Defendant Canandaigua National Banks & Trust's reply is due on or before March 28, 2017;

WHEREAS Defendant Canandaigua National Bank & Trust has not previously requested any extensions;

IT IS HEREBY STIPULATED by and between counsel for Plaintiffs and counsel for Defendant Canandaigua National Bank & Trust that Defendant shall be granted a two-day

{4954704: }

extension of time to file a reply in support of its Motion to Dismiss, so that the new deadline is March 30, 2017.

Dated: March 28, 2017

Brian C. Brook, Esq.
CLINTON BROOK & PEED
641 Lexington Avenue
13th Floor
New York, New York 10022
212.328.9559
brian@clintonbrook.com

William G. Bauer
WOODS OVIATT GILMAN LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
wbauer@woodsoviatt.com

SO ORDERED, this ___ day of March, 2017

_____
Hon. Lewis J. Kaplan

{4954704: }　　　　　　　　　　　　　　2