AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DANIEL KLEEBERG, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-cv-09517 |
| LESTER EBER, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays .

Date:   May 22, 2017

/s Kari Parks
*Attorney's signature*

Kari Parks (KP 1273)
*Printed name and bar number*

Clinton Brook & Peed
641 Lexington Ave., 13th Floor
New York, NY 10022
*Address*

kari@clintonbrook.com
*E-mail address*

(212) 256-1958
*Telephone number*

(212) 328-9560
*FAX number*