

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

            Plaintiffs,

v.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC;
CANANDAIGUA NATIONAL
CORPORATION d/b/a
CANANDAIGUA NATIONAL BANK
& TRUST; ELLIOT W. GUMAER,
JR.; EBER BROS. & CO., INC.; EBER
BROS. WINE AND LIQUOR
CORPORATION; EBER BROS. WINE
& LIQUOR METRO, INC.; EBER-
CONNECTICUT, LLC; and WENDY
EBER,

            Defendants.

STIPULATION EXTENDING
TIME TO RESPOND TO THE
COMPLAINT

Civil Action No. 1:16-cv-09517

HON. LEWIS J. KAPLAN

USDJ SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-17

IT IS HEREBY STIPULATED by and between counsel for plaintiffs and counsel for defendant Elliot W. Gumaer that defendant Gumaer is granted an extension of time to respond to the Complaint in this matter to Friday, July 21, 2017.

This stipulation may be executed in counterparts, and facsimile or .pdf signatures shall be treated as valid and binding to the same extent as original signatures.

            Respectfully submitted,

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/12/17

Dated:  July 12, 2017

| | |
|---|---|
| CALIHAN LAW PLLC | CLINTON BROOK & PEED |
| By: *[signature]* <br> Robert B. Calihan <br> 757 Third Avenue, 20th Floor <br> New York, New York 10017 <br> Telephone: (585) 281-2593 <br> Facsimile:  (866) 533-4206 <br> rcalihan@calihanlaw.com <br> *Attorney for Defendant Elliott Gumaer* | By: *[signature]* <br> Brian C. Brook <br> 641 Lexington Avenue, 13th Floor <br> New York, New York 10022 <br> Telephone: (212) 328-9559 <br> Facsimile:  (212) 328-9560 <br> Brian@ClintonBrook.com <br> *Attorneys for Plaintiffs* |

SO ORDERED, this ___ day of July, 2017

_____

Honorable Lewis J. Kaplan

2