# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,   Plaintiff, -v- LESTER EBER et al,   Defendant. | Case No. 1:16-cv-09517 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Elliott W. Gumaer  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: July 21, 2017

Signature of Attorney

Attorney Bar Code: 817659

Form Rule7_1.pdf   SDNY Web 10/2007