# Brian C. Brook

| | |
|---|---|
| **From:** | Brian C. Brook |
| **Sent:** | Friday, July 21, 2017 12:46 PM |
| **To:** | Bauer, William G. |
| **Subject:** | Call follow-up |

Bill,

I am emailing to confirm that you and I spoke on the phone this morning and agreed to accept email service for all documents in this case that are not otherwise filed by ECF, including discovery requests and responses.

As a separate issue, can you please email me a copy of all orders, judgments, and related documents entered in the surrogate court action? If you can have someone do so today, before the weekend, I would very much appreciate it.

Thank you,

Brian C. Brook **| Clinton Brook & Peed**
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 256-1957
brian@clintonbrook.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any unauthorized dissemination, copying or distribution of this email or its contents is strictly prohibited.  If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.