# Brian C. Brook

| | |
|---|---|
| **From:** | Bauer, William G. <wbauer@woodsoviatt.com> |
| **Sent:** | Thursday, July 27, 2017 8:10 AM |
| **To:** | Brian C. Brook |
| **Subject:** | Eber |

Brian
The paralegal who was assisting me yesterday on completing the documents was called away unexpectedly due to death in the family…I will pick up the ball today and get the responsive documents to you.
Bill

William G. Bauer, Esq.
Partner
Direct Dial: 585-987-2811
Direct Fax: 585-987-2911

wbauer@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*



A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.