# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS

　　　　　　　　　　　　　　　　Plaintiff,

-v-

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC, CANANDAIGUA
NATIONAL CORPORATION, et al.

　　　　　　　　　　　　　　　　Defendant.

Case No. 16-CV-09517-LAK

**Rule 7.1 Statement**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Canandaigua National Corporation d/b/a Canandaigua National Bank (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The Canandaigua National Bank and Trust Company, the proper party Defendant in this action (in place of Canandaigua National Corporation) is a wholly owned subsidiary of Canandaigua National Corporation.

The Canandaigua National Bank and Trust Company has four subsidiaries, CNB Funding Corp., CNB Operating Subsidiary No. 1, Inc., Cannat Holdings, LLC and Hometown Funding, Inc.

The affiliates of The Canandaigua National Bank and Trust Company are other wholly owned subsidiaries of Canandaigua National Corporation.

The Canandaigua National Bank and Trust Company, its parent, subsidiaries and affiliates are all privately held.

Date: 10/20/2017

s/: William G. Bauer
William G. Bauer, Esq.
Woods Oviatt Gilman LLP
Attorney Bar Code: WB0322

700 Crossroads Building
2 State Street
Rochester, New York 14614
(585) 987-2800
wbauer@woodsoviatt.com

Form Rule7_1.pdf   SDNY Web 10/2007