UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>     Plaintiffs,<br><br>  v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>     Defendants. | Civil Action No. 16-CV-9517(LAK)<br><br><br>**NOTICE OF MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT OR OTHER SANCTIONS AGAINST CANANDAIGUA NATIONAL BANK** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, move this Court for an order permitting Plaintiffs to withdraw their August 2, 2017 Motion for Entry of Default, or in the Alternative, to Compel and Impose Sanctions Against Defendant Canandaigua National Bank.

Dated: October 23, 2017

               /s Brian C. Brook
               Brian C. Brook (BB 1980)
               CLINTON BROOK & PEED
               641 Lexington Avenue, 13th Floor
               New York, New York 10022
               Telephone: (212) 328-9559
               Facsimile: (212) 328-9560
               Brian@clintonbrook.com

               *Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*