# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>    Plaintiffs,<br><br>  v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>    Defendants. | Civil Action No.  16-CV-9517(LAK)<br><br><br><br><br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT OR SANCTIONS AGAINST DEFENDANT CANANDAIGUA NATIONAL BANK** |

Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays, through undersigned counsel, submit this memorandum in support of their motion to withdraw their August 2, 2017 motion for entry of default or other sanctions against Defendant Canandaigua National Bank ("CNB").

On October 20, 2017, CNB filed its Answer in this case and served Plaintiffs with CNB's Initial Disclosures, demonstrating a desire to decide this case on its merits. Further, pursuant to other discussions and agreements between counsel, including a promise to meet all future deadlines in this matter, Plaintiffs

1

respectfully request that they be permitted to withdraw their pending motion against CNB in its entirety.

                                              Respectfully submitted,

Dated: October 23, 2017

                                              /s Brian C. Brook
                                              Brian C. Brook
                                              CLINTON BROOK & PEED
                                              641 Lexington Ave., Fl. 13
                                              New York, NY 10022
                                              (212) 328-9559
                                              brian@clintonbrook.com