UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,

    Plaintiffs,

v.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,

    Defendants.

DEFENDANT ELLIOT W. GUMAER 'S DEMAND FOR JURY TRIAL

Civil Action No.: 1:16-cv-09517

HON. LEWIS J. KAPLAN

Pursuant to Rule 38 of the Federal Rules of Civil Procedure Defendant Elliot W. Gumaer demands trial by jury in this action of all issues so triable.

Dated: October 26, 2017
       New York, New York

CALIHAN LAW PLLC

/s/ Robert B. Calihan
Robert B. Calihan (Bar #1817659)
CALIHAN LAW PLLC
757 Third Avenue
20th Floor
New York, New York 10017
Telephone: (585) 281-2593
Facsimile: (866) 533-4206
rcalihan@calihanlaw.com