UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS,

                         Plaintiff,

vs.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC; CANANDAIGUA NATIONAL
CORPORATION d/b/a CANANDAIGUA NATIONAL
BANK & TRUST; ELLIOT W. GUMAER, JR.;
EBER BROS. & CO., INC.; EBER BROS. WINE AND
LIQUOR CORPORATION; EBER BROS. WINE &
LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC;
and WENDY EBER,

                         Defendants.

**NOTICE OF APPEARANCE**

Case No.: 16-CV-09517

TO THE CLERK OF THE COURT:

Please enter the appearance of Donald W. O'Brien, Jr., Esq., of Woods Oviatt Gilman LLP, 700 Crossroads Building, 2 State Street, Rochester, New York 14614, as additional attorney of record to be noticed for Defendant, Canandaigua National Corporation d/b/a Canandaigua National Bank & Trust ("CNB"), in the above-entitled action.

Defendant CNB, by and through its attorneys, Woods Oviatt Gilman LLP, hereby requests the Clerk of the Court to notice the undersigned as attorney to be noticed.

{5541041: }

Dated: October 26, 2017
      Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Donald W. O'Brien, Jr., Esq.
SDNY Bar No.: DO6045
William G. Bauer, Esq.
*Attorneys for Defendant, CNB*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
dobrien@woodsoviatt.com
wbauer@woodsoviatt.com