UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS,

        Plaintiff,

vs.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC; CANANDAIGUA NATIONAL
CORPORATION d/b/a CANANDAIGUA NATIONAL
BANK & TRUST; ELLIOT W. GUMAER, JR.;
EBER BROS. & CO., INC.; EBER BROS. WINE AND
LIQUOR CORPORATION; EBER BROS. WINE &
LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC;
and WENDY EBER,

        Defendants.

**DEMAND FOR JURY TRIAL**

Case No.: 16-CV-09517

Hon. Lewis J. Kaplan

Pursuant to Federal Rules of Civil Procedure Rule 38, Defendant, The Canandaigua National Bank and Trust Company, incorrectly sued as Canandaigua National Corporation d/b/a Canandaigua National Bank & Trust ("CNB"), hereby demands a trial by jury for all issues so triable.

Dated: October 30, 2017
      Rochester, New York

WOODS OVIATT GILMAN LLP

By:   s/: Donald W. O'Brien, Jr.
      Donald W. O'Brien, Jr., Esq.
      (Bar No.: DO6045)
      *Attorneys for Defendant, CNB*
      700 Crossroads Building
      2 State Street
      Rochester, New York 14614
      585.987.2800
      dobrien@woodsoviatt.com

{5553180: }