UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Daniel Kleeberg et al.

      Plaintiff,    Case No. 16-cv-9517-LAK

  -against-

Lester Eber et al.

      Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending  [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Brian C. Brook_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _BB 1980_____  My State Bar Number is _____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME:_ Clinton Brook & Peed_____
     FIRM ADDRESS:_ 641 Lexington Avenue, 13th Floor_____
     FIRM TELEPHONE NUMBER:_ (212) 328-9559_____
     FIRM FAX NUMBER:_ (212) 328-9560_____

NEW FIRM: FIRM NAME:_ Clinton Brook & Peed_____
     FIRM ADDRESS:_ 100 Church Street, 8th Floor_____
     FIRM TELEPHONE NUMBER:_ (212) 256-1957_____
     FIRM FAX NUMBER:_ (646) 257-2887_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/1/2017        /s Brian C. Brook_____
             ATTORNEY'S SIGNATURE