UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Daniel Kleeberg, et al.,
        Plaintiff(s),

v.

Wendy Eber, et al.,
        Defendant(s).
------------------------------x

16 CIV 9517 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-18

RECEIVED
FEB 21 2018
JUDGE KAPLAN'S CHAMBERS

## Consent Scheduling Order

Upon consent of the parties, it is hereby
ORDERED as follows:

1. No additional parties may be joined after Feb. 28, 2018.

2. No amendments to the pleadings will be permitted after Mar. 31, 2018.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before May 31, 2018;

   (b) rebuttal expert witnesses on or before June 15, 2018.

4. All discovery, including any depositions of experts, shall be completed on or before June 29, 2018

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before Aug. 7, 2018

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 2/21/18

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO: [signatures of all counsel]

Brian C. Brook, for Plaintiffs

Daniel O'Brien, for Canandaigua Nat'l Bank

Robert Calihan, for Elliott Gumaer

Paul F. Keneally, for Eber Defendants

*(The completed proposed schedule shall be submitted to the Court by email to Judgments@nysd.uscourts.gov. Unsigned orders should not be filed on ECF by counsel)*