

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-26-18

Docket



RECEIVED
FEB 22 2018
JUDGE KAPLAN'S CHAMBERS

February 21, 2018

**VIA OVERNIGHT MAIL**

Hon. Lewis A. Kaplan
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Kleeberg v. Eber, et al.</u>, Index No. 1:16 cv 09517

Dear Judge Kaplan:

    I am writing to inform the Court that this firm's client, and one of the co-defendants in the above-referenced matter, Elliott W. Gumaer, Jr. died yesterday. I have been informed by one of the co-executors that they expect to retain us to represent the estate, although that cannot be done immediately. Once retained, I anticipate we will be authorized to file a formal notice of the suggestion of death with the Court. In the meantime, I am unable formally to participate in this action.

    Thank you for your continued attention to this matter.

                                 Respectfully submitted,

                                 Robert Calihan/Zan

                                 Robert B. Calihan

cc:    Brian Christopher Brook, Esq. (via email)
        Paul F. Keneally, Esq. (via email)
        William G. Bauer, Esq. (via email)
        Andrew Mohan (via email)

The Powers Building • Suite 736 • 16 West Main Street • Rochester, New York 14614
One Rockefeller Plaza, 11th Floor • New York, New York 10020