# Exhibit A

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| 00000713 00000713a-t | 11/27/2009 | Electronic mail and bank document drafts | Follow up to conversation regarding EBWLC debt | Wendy Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege |
| 00000714-00000728 | 3/22/2010 | Electronic mail and Security Agreement draft | Request to review and comment on bank documents and correspondence | Janet Lissow on behalf of Lester Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege |
| 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Wendy Eber | Janet Lissow | Attorney Client Privilege |
| 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber cc: Janet Lissow | Attorney Client Privilege |
| 00000729 | 10/1/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege |
| 00000729 | 9/30/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege |
| 00000729-00000731 | 9/29/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | David Belt, Esq. | Lester Eber cc: Russell Green, Esq. | Attorney Client Privilege |
| 00000732-00000733 | 9/29/2011-10/5/2011 | Electronic mail | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| | | | | | | |
|---|---|---|---|---|---|---|
| 00000734 | 3/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Glenn Sturm, Esq. cc:  Lester Eber | Attorney Client Privilege |
| 00000734 | 2/26/2010 | Electronic mail | Forwarding 2/23/2010 electronic mail, below | Wendy Eber | Wendy Eber | Attorney Client Privilege |
| 00000734-00000735 | 2/23/2010 | Electronic mail | Questions regarding loan documents | Steve Park, Esq. | Wendy Eber cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Steve Park, Esq. cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Wendy Eber | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735-00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. | Attorney Client Privilege |
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Wendy Eber | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Patty Byrd, Esq. | Attorney Client Privilege |
| 00000736-00000737 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Patty Byrd , Esq. | Wendy Eber | Attorney Client Privilege |
| 00000738 | 1/19/2012 | Electronic mail | Forwarding 1/18/2012 electronic mail, below | Lester Eber | Janet Lissow | Attorney Client Privilege |
| 00000738-00000739 | 1/18/2012 | Electronic mail | Questions regarding bank loan documents | David Belt, Esq. | Lester Eber | Attorney Client Privilege |
| 00000741 | 3/9/2012 | Electronic mail | Confirming telephone conference with Glenn Sturm, Esq. regarding bank relationship issues | Wendy Eber | Elliot Gumaer, Esq. cc:  Lester Eber | Attorney Client Privilege |
| 00000741 | 3/9/2012 | Electronic mail | Bank relationship issues | Elliot Gumaer, Esq. | Wendy Eber cc:  Lester Eber | Attorney Client Privilege |
| 00017223 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| 00017372 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| --- | --- | --- | --- | --- | --- | --- |
| 00017391 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017665 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017666-00017670 | 6/7/2016 | Settlement Agreement drafts EBWLC / PBGC | Confidential Summary of Key Terms | Bond Schoeneck & King PLLC | Wendy Eber | Attorney Client Privilege |
| 00017687 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017769 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017776 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017818 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |



underberg & kessler LLP

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

April 25, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

Brian C. Brook, Esq.
Clinton Brook & Peed
101 Hudson Street, Suite 2100
Jersey City, NJ 07302

      **RE:**   **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
            **Civ. Action No.: 16-cv-9517**

Dear Mr. Brook:

    As per your request, enclosed please find the Eber Defendants' Amended Privilege Log regarding the documents produced on September 29, 2017 in the above-referenced matter.

                        Very truly yours,

                        Paul F. Keneally   /MDS

PFK/mds
Enclosure
cc:    Colin D. Ramsey, Esq. (w/ enc. via e-mail)
       Donald O'Brien, Esq. (w/ enc. via e-mail and First Class Mail)
       William Bauer, Esq. (w/ enc. via e-mail and First Class Mail)
       Robert Calihan, Esq. (w/ enc. via e-mail and First Class Mail)
       Ms. Aimee Eckner (w/ enc. via e-mail and First Class Mail)
       Laura Myers, Esq. (w/ enc. via e-mail and First Class Mail)
       Michael J. Adams, Esq. (w/ enc. via e-mail and First Class Mail)