# Exhibit B

 **Gmail**

elliott gumaer <ewgumaer@gmail.com>

## Compensation
1 message

**elliot gumaer <ewgumaer@gmail.com>**   Tue, Oct 29, 2013 at 6:30 PM
To: Wendy Eber <weber@slocumandsons.com>, Lester Eber <l.eber@eberbros.com>

Greetings to you both. I now am quite confident that the issues which you, Wendy, faced in turning Slocum and Sons into a profitable enterprise will be successfully addressed. It is a pleasure to be with the Eber family in this endeavor.

You will recall, I hope, our conversation last December when I was asked to continue as Director/Trustee /confident. While I was prepared to conclude my relationship after 40 or so years, I was happy to continue. My annual compensation for sometime has been $22,000, payable in quarterly installments. I have been paid $11,000 so far this year. In August,(at Wendy's request), I agreed to defer receipt until October to ease the cash flow during the summer. It is now a day or so shy of November. Two months remain to complete the annual commitment,. It could be that you are unaware that no compensation has ben paid since July.

I wish to accommodate you two as a member of the team. Lord knows that Lester has committed an incredible amount to bring about the company's success.. I'm prepared to do my share if the kitty calls for it.. Please give me your thoughts . All the best. Mike