# Exhibit C

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Amended Privilege Log  9/29/2017 Production

| Bates Number | Date of Document | Type of Document | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|
| 00000713 | 11/27/2009 | Electronic mail | Wendy Eber | Elliot Gumaer, Esq. Lester Eber | Attorney Client Privilege |
| 00000714-00000739 | 3/22/2010 | Electronic mail and Security Agreement draft | Lester Eber | Elliot Gumaer, Esq. Lester Eber | Attorney Client Privilege |
| 00000741 | 3/9/2012 | Electronic mail | Wendy Eber | Elliot Gumaer, Esq. Lester Eber | Attorney Client Privilege |
| 00017223 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017372 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017391 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017665 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017666-00017670 | 6/7/2016 | Settlement Agreement Draft | Bond Schoeneck & King PLLC | Wendy Eber | Attorney Client Privilege |
| 00017687 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017769 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017776 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017818 | 8/4/2017 | Electronic mail | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |