# Exhibit D

## Lester Eber

**From:** Gumaer, Elliott [EGumaer@nixonpeabody.com]
**Sent:** Monday, October 19, 2009 4:58 PM
**To:** Lester Eber
**Subject:** Hartford Courant

Lester, Janet Lissow sent me a copy of the splendid article in the Hartford Courant focusing on Eber (nee Slocum) Connecticut. Your hard work is beginning to pay off and you deserve a great deal of credit. If the economy will hang in for the final quarter of 2009 we should have a good holiday season which should help the bottom line. How did the Company finish the third quarter? Best, Mike

EB-00000712

# **PRIVILEGED**

# **See Privilege Log EB-000**

# Lester Eber

| | |
|---|---|
| **Subject:** | Prep for Trustee Meeting |
| **Location:** | 888 278 0296   9305377 |
| **Start:** | Mon 3/12/2012 1:00 PM |
| **End:** | Mon 3/12/2012 2:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Wendy Eber |
| **Required Attendees:** | Glenn Sturm; Glenn Sturm; Lester Eber; ewgumaer@gmail.com |

1

EB-00000740

# **PRIVILEGED**

## **See Privilege Log**