UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                                      Plaintiffs,                        16-CV-9517 (LAK) (KHP)

      -against-                                           **ORDER**

LESTER EBER, et al.,

                                    Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On May 30, 2018, the parties appeared before the Court for a case management conference. As discussed at the conference, the deadline to complete all discovery is extended to **August 28, 2018**.

       By **July 13, 2018**, Defendants shall complete their production of documents and a privilege log to Plaintiffs, including documents that Plaintiffs requested during the case management conference before the Court. To the extent that the parties have a dispute regarding the remaining production of documents that the parties cannot resolve through meet and confer, the parties shall raise those objections to the Court pursuant to Judge Parker's Individual Rules of Practice.

       By **July 27, 2018**, Plaintiffs shall file a motion setting forth any challenges to Defendants' privilege log. By **August 17, 2018**, Defendants' shall file any opposition to Plaintiffs' motion and provide to the Court for *in camera* review the documents over which the parties dispute any privilege. Plaintiffs' reply to the motion is due by **August 24, 2018**.

A settlement conference in this matter is scheduled for **Wednesday, September 5, 2018 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice, except that the parties' pre-conference letter may be up to 5 pages in length.  Pre-conference submissions must be received by the Court no later than **Wednesday, August 29, 2018 by 5:00 p.m.**

**SO ORDERED.**

DATED:     New York, New York
           May 30, 2018

_____
KATHARINE H. PARKER
United States Magistrate Judge