

**underberg & kessler LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-1-18
```

May 31, 2018

<u>*VIA ECF & EMAIL (parker_nysdchambers@nysd.uscourts.gov)*</u>
Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:**
> The Eber Defendants' motion to file Exhibit E to ECF Doc No. 98 under seal is granted.
>
> The Clerk is respectfully directed to place Exhibit E to ECF Doc. No. 98 under seal and to terminate ECF 104.

     Re:   **Daniel Kleeberg, et al. v. Lester Eber, et al.**
            **Case No. 1:16-cv-09517**

Dear Magistrate Judge Parker:

**SO ORDERED:**
*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
6-1-18

     As discussed with the Court and counsel during the M[ay ...] Conference, Defendants, Lester Eber, Alexbay LLC, Eber Bro[s. Wine] and Liquor Corporation, Eber Bros. Wine & Liquor Metro, I[nc., and] Wendy Eber (collectively "Eber Defendants"), request that t[he following be] placed under seal based upon the attorney-client privilege:

Exhibit E to plaintiffs' letter motion (Document 98), efiled on May 25, 2018.

     The aforementioned document should be placed under seal because it is covered by the attorney-client privilege. More specifically, the document is a letter from Michael J. Beyma, Esq. to his client, defendant Wendy Eber, and co-counsel Glenn Sturm, Esq., containing legal advice requested by Ms. Eber and defendant Lester Eber. Former defendant Elliott Gumaer, Esq. was also counsel to the Ebers regarding these and other legal issues. Granting this Order will prevent any further dissemination of attorney-client privileged information and cause no prejudice to any other party. Pursuant to the Court's Scheduling Order, the Eber Defendants will be also moving to clawback that document and any other of their attorney-client privileged documents produced by former defendant Elliott Gumaer, Esq.

                                           Respectfully submitted,

                                           Paul F. Keneally

PFK/ddd
cc.:    Donald W. O'Brien, Esq. *(via ECF and email)*
        Robert Calihan, Esq. *(via ECF and email)*
        Brian Brook, Esq. *(via ECF and email)*
        Laura Myers, Esq. *(via email)*
        Michael J. Adams, Esq. *(via email)*

300 Bausch & Lomb Place, Rochester, NY 14604
585-258-2800 PHONE  585-258-2821 FAX
www.underbergkessler.com
*Additional Offices*
Buffalo, Canandaigua and Geneseo, NY