

underberg & kessler LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2018
```

July 10, 2018

**VIA E-FILING**

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

07/11/2018

Re:   Daniel Kleeberg, et al. v. Lester Eber, et al.
      Case No. 1:16-cv-09517 (LAK/KHP)

Dear Magistrate Judge Parker:

Please accept this joint motion letter regarding discovery deadlines. At our Scheduling Conference on May 30, 2018, it was all counsel's recollection that paper discovery would be set for an August 28, 2018 deadline prior to the September 5, 2018, with depositions to follow thereafter if no settlement is reached. Accordingly, subject to the Court's approval, all parties respectfully request that the current Scheduling Order setting August 28, 2018 as the deadline for all discovery be amended setting August 28, 2018 as the paper discovery deadline. Thank you for your consideration.

Respectfully,

s/Paul F. Keneally

Paul F. Keneally

PFK/gmc
cc.:   Robert Calihan, Esq. *(via ECF and email)*
       Brian Brook, Esq. *(via ECF and email)*
       Daryoush Behbood, Esq. *(via email)*

300 Bausch & Lomb Place, Rochester, NY 14604
585-258-2800 PHONE  585-258-2821 FAX

www.underbergkessler.com

Additional Offices
Buffalo, Canandaigua and Geneseo, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS

        Plaintiffs,

  vs.             1:16-cv-09517

LESTER EBER, ALEXBAY, LLC
f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK AND TRUST,
ELLIOT W. GUMAER, JR., EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC and WENDY EBER,

        Defendants.
_____

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of July, 2018, the forgoing letter regarding discovery deadlines was filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: July 10, 2018
      Rochester, New York    UNDERBERG & KESSLER LLP

            By: s/ Paul F. Keneally, Esq._____
              Paul F. Keneally, Esq., of Counsel
              *Attorneys for Eber Defendants*
              300 Bausch & Lomb Place
              Rochester, New York 14604
              Telephone: (585) 258-2800