# Exhibit E

Commercial Recording Division                                                                 Page 1 of 1

## Business Inquiry                                                                 🏠 HOME   ❓ HELP

Filing History

| Business Id | | Business Name | | | | | |
|---|---|---|---|---|---|---|---|
| 1055734 | | ALEXBAY, LLC | | | | | |
| Filing Number | Filing Date/Time | Effective Date/Time | Filing Type | Volume Type | Volume | Start Page | Pages # |
| 0004482376 | Dec 05, 2011 3:00:00 PM | | ORGANIZATION | B | 01582 | 2016 | 2 |
| 0004502532 | Jan 12, 2012 12:39:00 PM | | AMEND NAME | B | 01594 | 0715 | 1 |
| 0004792376 | Jan 31, 2013 10:30:14 AM | | REPORT (2012) | B | 01762 | 2104 | 2 |

Back