# Exhibit F

Board Minutes March 13, 2012 EWLC and Eber Brothers Metro Inc.

The Eber Brothers Wine and Liquor Corporation and Eber Brothers Metro Inc. Board meeting was called to order at 4pm on Tuesday March 13th, 2011 at 95 Allens Creek Road, Rochester, New York. Wendy Eber and Marino Fernandez, attorney for EWLC, were present. Elliot Gumaer and Lester Eber called in by phone.

The Board and Counsel discussed the Alex Bay, LLC suit vs EWLC and Eber Brothers Metro Inc. suit regarding the default of Eber Brothers Metro Inc to repay Alex Bay, LLC's ( which is owned by Lester Eber) loans to the company. Mr. Fernandez had reviewed the pledings, and appeared for EWLC and entered into the Stipulation and discussed the same with Wendy Eber and Alex Bay, LLC counsel.

Board Minutes March 13, 2012 EWLC and Eber Brothers Metro Inc and minutes from additional calls there after

The Eber Brothers Wine and Liquor Corporation and Eber Brothers Metro Inc. Board meeting was called to order at 4pm on Tuesday March 13th, 2011 at 95 Allens Creek Road, Rochester, New York. Wendy Eber and Marino Fernandez, attorney for EWLC, were present. Elliot Gumaer and Lester Eber called in by phone.

The Board and Counsel discussed the Alex Bay, LLC suit vs EWLC and Eber Brothers Metro Inc. suit regarding the default of Eber Brothers Metro Inc. to repay Alex Bay, LLC's ( which is owned by Lester Eber) loans to the company. Mr. Fernandez had reviewed the pledings, and appeared for EWLC and entered into the Stipulation and discussed the same with Wendy Eber and Alex Bay, LLC counsel.

There after parties had additional conference calls, after extensive conversation on this matter the board decided not to extend funds on defending the suit and authorized the company to waive its defenses.