# Exhibit G

STATE OF NEW YORK
SUPREME COURT        COUNTY OF MONROE

---

ALEXBAY, LLC,

                      Plaintiff,        **SUMMONS**

   -vs.-        Index No.:

EBER BROS. WINE & LIQUOR CORP.;        2012-1919

SOUTHERN WINE & SPIRITS
OF AMERICA, INC.;

EBER BROS. WINE & LIQUOR METRO, INC.;
and

JOHN DOES 1 – 10, being fictitious names intended to designate other entities or persons claiming any interest in Eber Bros. Wine & Liquor, Inc.'s "OWNERSHIP INTEREST IN EBER BROS. WINE & LIQUOR METRO, INC.";

                      Defendants.

---

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Trial is to be held in the County of Monroe; the venue of this matter is based upon Defendants' principal place of business.

DATED:   21 February 2012        **UNDERBERG & KESSLER LLP**
          Rochester, New York.        *Attorneys for Plaintiff Alexbay, LLC*

                                        William E. Brueckner and Michael J. Beyma
                                        300 Bausch & Lomb Place
                                        Rochester, New York  14604
                                        585.258.2800

*[Received stamp: 2012 FEB 21 PM 2:37 MONROE COUNTY CLERK]*

G:\Microsoft\UKE\EberBrothers\ucc foreclosure\Summons.docx