# Exhibit I

**Wendy Eber**

| | |
|---|---|
| **From:** | elliot gumaer <ewgumaer@gmail.com> |
| **Sent:** | Thursday, May 31, 2012 1:08 PM |
| **To:** | Wendy Eber |
| **Subject:** | Re: FW: Availablity |

**Let's do it at 11 +/-.  Answer this question?  Eber Conn. is owned by Eber Metro and Eber Metro is ownedd by Eber & Co.  The Trust owns Eber & Co.  Does it still own oindriectly an interest in Conn?**

On Wed, May 30, 2012 at 5:34 PM, Wendy Eber <weber@slocumandsons.com> wrote:
Does this time work for you on Friday?

Wendy

From: Rick Hawks [mailto:RHawks@cnbank.com]
Sent: Wednesday, May 30, 2012 4:59 PM
To: Wendy Eber
Subject: RE: Availablity

Yes -- Would this be an in person meeting or by phone?  Would 11 to 12 work for you? Please let me know.
Thanks,  Rick

From: Wendy Eber [mailto:weber@slocumandsons.com]
Sent: Wednesday, May 30, 2012 4:52 PM
To: Rick Hawks
Subject: Availablity

Hi Rick

Do you have any time on Friday to speak with Lester and me?

Thanks,
Wendy

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential, intended only for the use of the individual(s) or entity to whom it is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this information is prohibited. If you have received this communication in error, please notify us immediately by telephone at (800) 724-2621. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.