UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS,

    Plaintiffs,

vs.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER
EBER, LLC; CANANDAIGUA NATIONAL BANK
& TRUST COMPANY; ESTATE OF ELLIOTT W.
GUMAER, JR.; EBER BROS. & CO., INC.; EBER
BROS. WINE AND LIQUOR CORP.; EBER BROS.
WINE & LIQUOR METRO, INC.; EBER-
CONNECTICUT, LLC; and WENDY EBER,

    Defendants.



**PARTIAL**
**STIPULATION OF DISMISSAL**

Civ. Action No.: 1:16-cv-09517-LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: /AUG__

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed with prejudice as to Defendant, **Canandaigua National Bank & Trust Company**, without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: July 24, 2018

**CLINTON BROOK & PEED**

_____
Brian C. Brook, Esq.
*Attorneys for Plaintiffs*
100 Church Street, 8th Floor
New York, New York 10007
Telephone: (212) 257-2334
Email: brian@clintonbrook.com

DATED: July 26, 2018

**WOODS OVIATT GILMAN LLP**

_____
Donald W. O'Brien, Jr., Esq.
*Attorneys for Defendant*
*Canandaigua National Bank & Trust*
700 Crossroads Bldg.
2 State Street
Rochester, New York 14614
Tel.: (585) 987-2800
Email: dobrien@woodsoviatt.com

{6414095: }

DATED: July 26, 2018          DATED: July 26, 2018

**CALIHAN LAW PLLC**          **UNDERBERG & KESSLER LLP**

*/s/ R. B. Calihan*            */s/ Paul F. Keneally*
Robert B. Calihan, Esq.        Paul F. Keneally, Esq.
*Attorneys for Defendant Estate of*   *Attorneys for Eber Defendants*
*Elliott W. Gumaer, Jr.*       300 Bausch & Lomb Place
16 E. Main Street, Suite 620   Rochester, New York 14604
Rochester, New York 14614      Telephone: (585) 258-2800
Telephone: (585) 232-5291      Email: pkeneally@underbergkessler.com
Email: rcalihan@calihanlaw.com

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

8/4/18