UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                  Plaintiffs,

v.

LESTER EBER, ALEXBAY, LLC
f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION d/b/a
CANANDAIGUA NATIONAL BANK AND TRUST,
ESTATE OF ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and WENDY EBER,

                  Defendants.

**NOTICE OF CROSS-MOTION**

Civil Action No.
1:16-cv-0951

---

    PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Wendy Eber, Affidavit of Lester Eber and Memorandum of Law, Defendants Lester Eber, Alexbay, LLC f/k/a Lester Eber, LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine & Liquor Metro, Inc., Eber Connecticut, LLC and Wendy Eber (collectively "Eber Defendants"), by and through their attorneys, will move this Court for an Order pursuant to Federal Rule of Evidence 502 to claw back certain attorney-client privilege documents improperly disclosed by co-defendant Elliott W. Gumaer, Jr.

DATED:  August 17, 2018

                                            Respectfully submitted,

                                            */s/ Paul F. Keneally, Esq.*
                                            Paul F. Keneally, Esq.
                                            Colin D. Ramsey, Esq.
                                            UNDERBERG & KESSLER LLP
                                            300 Bausch & Lomb Place
                                            Rochester, New York 14604
                                            Telephone: (585) 258-2800
                                            pkeneally@underbergkessler.com
                                            cramsey@underbergkessler.com

                                            *Attorneys for Eber Defendants*