UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

       Plaintiffs,

vs.

LESTER EBER, ALEXBAY, LLC
f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK AND TRUST,
ESTATE OF ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and WENDY EBER

       Defendants.

**Civil Action No.**
1:16-cv-09517

---

### CERTIFICATE OF SERVICE

  I hereby certify that on the 19th day of August, 2018, the foregoing Notice of Cross-Motion, Affidavit of Wendy Eber, Affidavit of Lester Eber and Memorandum of Law were filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: August 19, 2018
     Rochester, New York    UNDERBERG & KESSLER LLP

                 */s/ Paul F. Keneally, Esq.*
                 Paul F. Keneally, Esq., of Counsel
                 *Attorneys for Eber Defendants*
                 300 Bausch & Lomb Place
                 Rochester, New York  14604
                 Telephone: (585) 258-2800
                 pkeneally@underbergkessler.com