**CLINTON BROOK & PEED**
—— NEW YORK | NEW JERSEY | WASHINGTON DC ——

**BRIAN C. BROOK**
BRIAN@CLINTONBROOK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2018

August 21, 2018

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/22/2018

Re:   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
      **Letter Motion Requesting Extension of Deadline**

Dear Judge Parker,

This firm represents the Plaintiffs in the above-named matter. I write to request that the Court permit Plaintiffs to file their Reply brief on the pending Motion to Compel, combined with the opposition to the Eber Defendants' Cross-Motion, on or before Monday, August 27, 2018. The Eber Defendants have advised that they consent to this request.

Pursuant to the May 30, 2018 Scheduling Order, Plaintiffs' Reply is currently due on Friday, August 24. Although the prior brief deadlines were extended, no previous extension was requested for the Reply.

We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    Brian C. Brook

cc:   Paul F. Keneally, Esq.