

700 Crossroads Building
2 State Street, Rochester, New York 14614
P 585.987.2800   F 585.454.3968

**WOODS OVIATT GILMAN LLP**

1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200   F 716.854.5100

Writer's Direct Dial Number: 585.987.2810
Writer's Direct Fax Number: 585.987.2910
Email: dobrien@woodsoviatt.com

ATTORNEYS
woodsoviatt.com

August 24, 2018

Hon. Katharine H. Parker                                                                 *Via ECF*
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    Kleeberg et al. v. Eber et al.
             Case No. 1:16-cv-09517-LAK-KHP

Dear Magistrate Judge Parker:

    We represented Canandaigua National Bank & Trust ("CNB") in connection with the above-referenced matter. On August 7, 2018, a Stipulation of Partial Dismissal was electronically filed with the Southern District of New York as Document 117. In addition, the docket was noted as CNB being terminated as of April 27, 2018.

    Accordingly, and pursuant to the Electronic Case Filing Rules & Instruction, August 1, 2018 Edition, Section 2, counsel for CNB hereby requests that all counsel of record for said Defendant, including myself and William G. Bauer, Esq., are terminated from transmission of future Notice of Electronic Filing in this case.

    Thank you for your consideration.

                            Respectfully submitted,

                            WOODS OVIATT GILMAN LLP

                            Dan O'Brien

                                                   **SO ORDERED:**

                                                     _____
                                                     Hon. Katharine H. Parker
                                                     United States Magistrate Judge

cc:    Brian C. Brook, Esq. *(via ECF)*
        Paul F. Keneally, Esq. *(via ECF)*
        Robert B. Calihan, Esq. *(via ECF)*

{6502218: }                    The art of representing people®