UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

        Plaintiffs,

v.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC;
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK & TRUST;
ELLIOT W. GUMAER, JR.;
EBER BROS. & CO., INC.;
EBER BROS. WINE AND LIQUOR CORPORATION;
EBER BROS. WINE & LIQUOR METRO, INC.;
EBER-CONNECTICUT, LLC; and WENDY EBER,

        Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 16-CV-9517(LAK)

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel of record in this case for Defendant Estate of Elliot W. Gumaer, Jr.

I certify that I am admitted to practice in this Court.

Dated: September 5, 2018

**THE WOLFORD LAW FIRM LLP**

/s Michael J. Adams
Michael J. Adams, Esq.
*Attorneys for Defendant*
*Estate of Elliot W. Gumaer, Jr.*
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
E-mail: madams@wolfordfirm.com