USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                     Plaintiffs,

       -against-

LESTER EBER, et al.,

                     Defendants.

-----------------------------------------------------------------X

16-CV-9517 (LAK) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, October 16, 2018 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

The representatives for the Estate of Elliot W. Gumaer, Jr. are excused from attending this conference.

     **SO ORDERED.**

DATED:    New York, New York
             September 5, 2018

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge