

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

September 18, 2018

**VIA ECF & FIRST-CLASS MAIL**

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Daniel Kleeberg, et. al. v. Lester Eber, et al.**
            Case No. 1:16-cv-09517

Dear Judge Parker:

    As you know, we represent defendants, Lester Eber, Alexbay LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corporation, Eber Bros. Wine & Liquor Metro, Inc., Eber Connecticut LLC, and Wendy Eber (collectively, the "Eber Defendants"), in the above-referenced matter.

    A Settlement Conference is currently scheduled for October 16, 2018 and we respectfully request that it be adjourned to a date after October 31, 2018 based on some unforeseen travel. Specifically, we are available November 1, 2, 6, 7, 8 or 9. Kindly advise and thank you for your courtesies.

                                    Respectfully,

                                    Paul F. Keneally

PFK/ddd
cc.:    Brian Brook, Esq. *(via ECF & first-class mail)*

300 Bausch & Lomb Place, Rochester, NY 14604
585-258-2800 PHONE  585-258-2821 FAX

www.underbergkessler.com

Additional Offices
Buffalo, Canandaigua and Geneseo, NY