**uk**

underberg & kessler LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/18/2018

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

September 18, 2018

*VIA ECF & FIRST-CLASS MAIL*

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   **Daniel Kleeberg, et. al. v. Lester Eber, et al.**
       **Case No. 1:16-cv-09517**

Dear Judge Parker:

As you know, we represent defendants, Lester Eber, Alexbay LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corporation, Eber Bros. Wine & Liquor Metro, Inc., Eber Connecticut LLC, and Wendy Eber (collectively, the "Eber Defendants"), in the above-referenced matter.

A Settlement Conference is currently scheduled for October 16, 2018 and we respectfully request that it be adjourned to a date after October 31, 2018 based on some unforeseen travel. Specifically, we are available November 1, 2, 6, 7, 8 or 9. Kindly advise and thank you for your courtesies.

Respectfully,

Paul F. Keneally

PFK/ddd
cc.:   Brian Brook, Esq. *(via ECF & first-class mail)*

300 Bausch & Lomb Place, Rochester, NY 14604
585-258-2800 PHONE 585-258-2821 FAX

www.underbergkessler.com

Additional Offices
Buffalo, Canandaigua and Geneseo, NY

**APPLICATION GRANTED:**  The settlement conference in this matter currently scheduled for Tuesday, October 16, 2018 at 10:00 a.m. is rescheduled to <u>Wednesday, November 7, 2018 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.

**The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>Wednesday, October 31, 2018 by 5:00 p.m.</u>**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**09/18/2018**