```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                           Plaintiffs,

         -against-

LESTER EBER, et al.,

                           Defendants.

-----------------------------------------------------------------X

16-CV-9517 (LAK) (KHP)

ORDER SCHEDULING TELEPHONE CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephone conference in this matter will be held on **Tuesday, October 16, 2018 at 11:30 a.m.**  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

      SO ORDERED.

DATED:     New York, New York
               October 15, 2018

_____
KATHARINE H. PARKER
United States Magistrate Judge