```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-16-2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                Plaintiffs,                16-CV-9517 (LAK) (KHP)

    -against-                        **ORDER**

LESTER EBER, et al.,

                Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 16, 2018, the parties participated in a telephonic status conference. As discussed at the conference:

- By October 30, 2018, the parties shall file a joint letter to the Court providing a proposed deposition schedule, a proposed schedule for expert reports, and a summary of any remaining discovery dispute(s). The letter shall not exceed six (6) pages.

- By October 30, 2018, counsel for Plaintiffs shall file a letter requesting a pre-motion conference to address their anticipated motion to disqualify.

- The fact discovery deadline is extended to December 31, 2018.

- The expert discovery deadline is extended to January 31, 2019.

The settlement conference previously scheduled for November 7, 2018 is hereby converted to a status conference in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    **SO ORDERED.**

DATED:    New York, New York
                 October 16, 2018

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge