UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>                Plaintiffs,<br><br>    v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL BANK & TRUST COMPANY; ESTATE OF ELLIOTT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>                Defendants. | Civil Action No. 16-CV-9517(LAK)<br><br>NOTICE OF SECOND MOTION TO COMPEL THE EBER DEFENDANTS TO PROVIDE DISCOVERY IMPROPERLY WITHHELD ON PRIVILEGE GROUNDS |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, move this Court for an order compelling Defendants Lester Eber; Alexbay, LLC; Eber Bros. & Co., Inc.; Eber Bros. Wine and Liquor Corporation; Eber Bros. Wine & Liquor Metro, Inc.; Eber-Connecticut, LLC; and Wendy Eber (together, the "Eber Defendants") to provide discovery, including documents and interrogatory responses, currently being withheld as allegedly privileged.

Dated: October 23, 2018

                                                  /s Brian C. Brook
                                                  Brian C. Brook (BB 1980)
                                                  CLINTON BROOK & PEED
                                                  100 Church Street,
                                                  Telephone: (212) 257-2334
                                                  Facsimile: (646) 257-2887
                                                  Brian@clintonbrook.com
                                                  *Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*