# Exhibit C

## AFFIDAVIT

1. I make this affidavit from my own knowledge and belief. I understand that I am making this affidavit under penalty of false statement.
2. This affidavit is being made as part of an application to the Department of Consumer Protection Liquor Control Division to transfer stock in the entity known as Eber-CT. Eber-CT is the backer of LIW0000596.
3. Presently, 79 percent of Eber-CT is owned by me through an entity known as Eber Metro.
4. I wish to transfer all of that 79 percent that I own from Eber-Metro to Lester Eber LLC, an entity which will also be wholly owned by me.
5. This transfer is being done for no consideration, in that it is being done strictly for organizational purposes. No money or other consideration will change hands.

_____
Lester Eber

Personally appeared Lester Eber, who subscribed and swore to the truth of the foregoing affidavit this 8th day of December, 2011.

[Notary seal: TAMARA PEJOVIC, Notary Public, Connecticut, My Commission Expires Dec. 31, 2011]