Exhibit E

Commercial Recording Division

Page 1 of 1

Business Inquiry

🏠 HOME   ❓ HELP

Filing History

Business Id

1055734

Business Name

ALEXBAY, LLC

| Filing Number | Filing Date/Time | Effective Date/Time | Filing Type | Volume Type | Volume | Start Page | Pages # |
|---|---|---|---|---|---|---|---|
| 0004482376 | Dec 08, 2011 3:00:00 PM | | ORGANIZATION | B | 01582 | 2016 | 2 |
| 0004502632 | Jan 12, 2012 12:39:00 PM | | AMEND NAME | B | 01594 | 0715 | 1 |
| 0004792376 | Jan 31, 2013 10:30:14 AM | | REPORT (2012) | B | 01762 | 2104 | 2 |

Back

EB-00018700