# Exhibit J

**Wendy Eber**

| | |
|---|---|
| **From:** | elliot gumaer <ewgumaer@gmail.com> |
| **Sent:** | Tuesday, October 02, 2012 10:35 AM |
| **To:** | Wendy Eber; Lester Eber |
| **Subject:** | Re: fees |

Wendy, mid October will be fine. Actually, the final quarterly payment for 2012 is due on November 1. If you wish to include that payment with the payment that was initially due on August 1, that will be OK with me. When Lester and I worked out the revised commission (reducing the former payment by 50%) we settled on a quarterly payment schedule (FMAN) in the amount of $5,500. If it would be in the best interests of the company we can work out a payment schedule that fits your cash flow more conveniently. Going forward, however, it is a great help to me if we can settle on a schedule and stick to it. All the best, Mike  (PS checks should be sent to PO Box 30478, Sea Island GA 31561) until the August, 2013, payment)

On Mon, Sep 24, 2012 at 12:29 PM, Wendy Eber <weber@slocumandsons.com> wrote:

> Mike,
>
> Sorry it has taken me so long to follow up. We will send you a check on October 15th, when the funds will be available.
>
> Thank you for your patience,
>
> Wendy
>
> **From:** elliot gumaer [mailto:ewgumaer@gmail.com]
> **Sent:** Monday, September 10, 2012 7:08 PM
> **To:** Wendy Eber; Lester Eber
> **Subject:** fees
>
> Wendy, PLEASE send my directors/trustee fee (which was due on August 1) so I may deposit it before we leave Nantucket next week.
>
> When we spoke on the phone last week you assured me that be mailed last week. I don't much care when the quarterly payments are made as long as
>
> we establish a schedule and stick to it. Thanks, Mike

1

EB-00031133