Exhibit L

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

NL = Not Legal / No Lawyer
F = Fiduciary Exception
W = Waiver (basis highlighted, when possible)
C = Crime-Fraud

As amended on 4/25/18

4/25

Red strike through Bates # means document produced
Through objection code means withdrawn   **Eber Defendants' Amended Privilege Log 9/29/2017 Production**

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| ~~00000713~~ ~~00000713a-t~~ | 11/27/2009 | Electronic mail and bank document drafts | Follow up to conversation regarding EBWLC debt | Wendy Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege |
| 00000714-00000728 | 3/22/2010 | Electronic mail and Security Agreement draft | Request to review and comment on bank documents and correspondence | Janet Lissow on behalf of Lester Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege |
| 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Wendy Eber | Janet Lissow | Attorney Client Privilege |
| 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber cc: Janet Lissow | Attorney Client Privilege |
| 00000729 | 10/1/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege |
| 00000729 | 9/30/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege |
| 00000729-00000731 | 9/29/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | David Belt, Esq. | Lester Eber cc: Russell Green, Esq. | Attorney Client Privilege |
| 00000732-00000733 | 9/29/2011-10/5/2011 | Electronic mail | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | Attorney Client Privilege |

NL / F / W
NL / F / W
M / F
NL / F
NL / F
NL / F
NL / F

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Amended Privilege Log  9/29/2017 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| 00000734 | 3/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Glenn Sturm, Esq. cc:  Lester Eber | Attorney Client Privilege |
| 00000734 | 2/26/2010 | Electronic mail | Forwarding 2/23/2010 electronic mail, below | Wendy Eber | Wendy Eber | Attorney Client Privilege |
| 00000734-00000735 | 2/23/2010 | Electronic mail | Questions regarding loan documents | Steve Park, Esq. | Wendy Eber cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Steve Park, Esq. cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Wendy Eber | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735-00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. | Attorney Client Privilege |
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |

Handwritten annotations in left margin:
- NLF (next to row 1)
- NLF (next to row 2)
- F (next to row 3)
- F (next to row 4)
- F (next to row 5)
- F (next to row 6)
- F (next to row 7)

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Amended Privilege Log  9/29/2017 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. cc: Patty Byrd, Esq. cc:  Wendy Eber | Attorney Client Privilege |
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Patty Byrd, Esq. | Attorney Client Privilege |
| 00000736-00000737 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Patty Byrd , Esq. | Wendy Eber | Attorney Client Privilege |
| 00000738 | 1/19/2012 | Electronic mail | Forwarding 1/18/2012 electronic mail, below | Lester Eber | Janet Lissow | Attorney Client Privilege |
| 00000738-00000739 | 1/18/2012 | Electronic mail | Questions regarding bank loan documents | David Belt, Esq. | Lester Eber | Attorney Client Privilege |
| 00000741 | 3/9/2012 | Electronic mail | Confirming telephone conference with Glenn Sturm, Esq. regarding bank relationship issues | Wendy Eber | Elliot Gumaer, Esq. cc:  Lester Eber | Attorney Client Privilege |
| 00000741 | 3/9/2012 | Electronic mail | Bank relationship issues | Elliot Gumaer, Esq. | Wendy Eber cc:  Lester Eber | Attorney Client Privilege |
| 00017223 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |

Handwritten margin annotations: F, F, F, NL F, NL F, NL F W, NL W F

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| | | | | | | |
|---|---|---|---|---|---|---|
| 00017372 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017391 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017665 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017666-00017670 | 6/7/2016 | Settlement Agreement drafts EBWLC / PBGC | Confidential Summary of Key Terms | Bond Schoeneck & King PLLC | Wendy Eber | Attorney Client Privilege |
| 00017687 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017769 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017776 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |
| 00017818 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log May 8, 2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00026240 | April 10, 2014 | Electronic mail | Subpoenas Harris Beach v. Eber | Joseph Nacca, Esq. | Ingrid Palermo, Esq. | Attorney Work Product |
| EB-00026240 – EB-00026241 | April 7, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Cindy Raskopf cc to Josesph Nacca, Esq. | Attorney Work Product |
| EB-00026241 | April 7, 2014 | Electronic mail | Harris Beach v. Eber | David Hardy, Esq. | Edward Hourihan, Esq. | Attorney Work Product |
| EB-00026241 – EB-00026242 | March 28, 2014 | Electronic mail | Harris Beach v. Eber | Kevin Tompsett, Esq. | David Hardy, Esq. cc to Sherwin Yoder, Esq. | Attorney Work Product |
| EB-00026242 – EB-00026243 | March 28, 2014 | Electronic mail | Appellate Division Decision | Kevin Tompsett, Esq. | Sherwin Yoder, Esq. cc to Joseph Picciotti | Attorney Work Product |
| EB-00026244 | Undated | Notes/Questions | Harris Beach v. Eber | W. Eber | Bond, Schoenick & King | Attorney Client Privilege |
| EB-00026245 | February 13, 2015 | Electronic mail | Harris Beach v. Eber | Ingrid Palermo, Esq. | Susan Heffner | Attorney Client Privilege |
| EB-00026245 | February 13, 2015 | Electronic mail | Lester Eber's Affidavit in Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq. | Attorney Client Privilege |
| EB-00026246 – EB-00026247 | February 13, 2015 | Chart | Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq. | Attorney Client Privilege |
| EB-00026248 – EB-00026250 | October 27, 2015 | Letter | Settlement of Harris Beach v. Eber | Ingrid Palermo, Esq. | Wendy Eber Lester Eber | Attorney Client Privilege |
| EB-00026251 – EB-00026253 | Undated | Notes/Questions | Settlement of Harris Beach v. Eber | John Herbert, Esq. | Bond, Schoeneck & King PLLC | Attorney Client Privilege/Attorney Work Product |



*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| EB-00026254 | October 7, 2015 | Electronic mail | Settlement of Harris Beach v. Eber | John Herbert, Esq. | Edward Hourihan, Esq. Cc to Wendy Eber, Lester Eber | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00026255 | May 29, 2015 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product |
| EB-00026255 – EB-00026256 | May 27, 2015 | Electronic mail | Lester Eber's Affidavit in Harris Beach v. Eber | Lonie Hassel, Esq. | Ingrid Palermo,Esq., Wendy Eber, Lester Eber, John Herbert, Esq., Edward Hourihan, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026256 – EB-00026257 | May 20, 2015 | Electronic Mail | Lester Eber's Affidavit in Harris Beach v. Eber | Ingrid Palermo, Esq. | Gary Ford, Esq., Lonie Hassel, Esq., Wendy Eber, Lester Eber, John Herbert, Esq. cc to Edward Hourihan, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026258 | December 15, 2014 | Electronic Mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026258 – EB-00026259 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq., John Herbert, Esq. cc to Lester Eber | Attorney Client Privilege |
| EB-00026260 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | David Belt, Esq. | Attorney Client Privilege |

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| EB-00026260 | December 14, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Lester Eber, Wendy Eber, John Herbert, Esq. | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00026261 – EB-00026262 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | W. Eber | Edward Hourihan, Esq., John Herbert, Esq. | Attorney Client Privilege |
| EB-00026263 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq., John Herbert, Esq. cc to Lester Eber | Attorney Client Privilege |
| EB-00026263 – EB-00026264 . | December 15, 2014 | Electronic mail | Harris Beach v. Eber | David Belt, Esq. | Wendy Eber | Attorney Client Privilege/Attorney Work Product |
| EB-00026264 – EB-00026265 | December 14-15, 2014 | Electronic mail | *duplicate of Bates EB-00026260 | *duplicate of Bates EB-00026260 | *duplicate of Bates EB-00026260 | Attorney Client Privilege |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Edward Hourihan, Esq. | Joseph Nacca, Esq., Ingrid Palermo, Esq., Julie Roth, Esq., Brian Laudadio, Esq. | Attorney Work Product |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Edward Hourihan, Esq. | Joseph Nacca, Esq. | Attorney Work Product |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Joseph Nacca, Esq. | Edward Hourihan, Esq. | Attorney Work Product |
| EB-00026267 | August 11, 2014 | Electronic mail | Fourth Department appeal Harris Beach v. Eber | Ingrid Palermo, Esq. | Edward Hourihan, Esq. cc to Cindy Raskopf | Attorney Work Product |

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| EB-00026267 | August 11, 2014 | Electronic mail | Fourth Department appeal Harris Beach v. Eber | David Hardy, Esq. | Ingrid Palermo, Esq. cc to Wendy Eber | Attorney Work Product |
|---|---|---|---|---|---|---|
| EB-00026268 | April 25, 2014 | Electronic mail | Harris Beach v. Eber | David Hardy, Esq. | Ingrid Palermo, Esq. cc to Wendy Eber | Attorney Client Privilege |
| EB-00026269 – EB-00026270 | April 25, 2014 | Electronic mail | Harris Beach v. Eber | Ingrid Palermo, Esq. | Edward Hourihan, Esq. cc to Cindy Raskopf | Attorney Client Privilege, Attorney Work Product |
| EB-00026271 | April 25, 2014 | Memorandum | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Gregory McDonald, Esq. Joseph Nacca, Esq. | Attorney Work Product |
| EB-00026272 | February 29, 2012 | Electronic mail | Forwarding Paul Keneally, Esq. February 29, 2012 electronic mail, below | Wendy Eber | Janet Lissow | Attorney Client Privilege |
| EB-00026272 – EB-00026273 | February 29, 2012 | Electronic mail | Harris Beach v. Eber | Paul Keneally, Esq. | Wendy Eber, Lester Eber, Glenn Sturm, Esq. James Robertson, Esq., David Hardy, Esq. cc to William Brueckner, Esq. Rachel Bandych, Esq. | Attorney Client Privilege |
| EB-00026274 | February 8, 2012 | Electronic Mail | Harris Beach v. Eber | Marino Fernandez, Esq. | Janet Lissow cc to Wendy Eber | Attorney Client Privilege |

F
W

F
W

F,W

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log May 8, 2018 Production

FW

| EB-00026275 – EB-00026279 | January 31, 2012 | Letter and Reply | Harris Beach v. Eber | Marino Fernandez, Esq. | Lester Eber | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00026280 | October 15, 2014 | Electronic mail | Forwarding Joseph Nacca October 10, 2014 electronic mail, below | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product |
| EB-00026280 – EB-00026281 | October 10, 2014 | Electronic mail | Harris Beach v. Eber | Joseph Nacca, Esq. | Edward Hourihan, Esq. | Attorney Work Product |
| EB-00026282 | October 15, 2014 | Electronic mail | Forwarding Cindy Raskopf October 14, 2014 electronic mail, below | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product |
| EB-00026282 | October 14, 2014 | Electronic mail | Harris Beach v. Eber | Cindy Raskopf | Edward Hourihan, Esq., Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product |
| EB-00026283 | December 16, 2014 | Electronic mail | Harris Beach v. Eber | Joseph Nacca, Esq. | Edward Hourihan, Esq. cc to Ingrid Palermo, Esq. | Attorney Work Product |
| EB-00026283 – EB-00026284 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq. cc to John Herbert, Esq. | Attorney Client Privilege |
| EB-00026285 | January 26, 2015 | Electronic mail | Motion in Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq., John Herbert, Esq., Lester Eber, cc to Edward Hourihan, Esq. | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| EB-00026286 | January 23, 2015 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Mary Moore, Esq., Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product |
|---|---|---|---|---|---|---|
| EB-00026286 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product |
| EB-00026286 – EB-00026288 | December 15, 2014 | Electronic mail | *duplicate of Bates EB-00026283 – EB00026284 | *duplicate of Bates EB-00026283 – EB00026284 | *duplicate of Bates EB-00026283 – EB00026284 | Attorney Client Privilege |
| EB-00026289 | December 15, 2014 | Electronic mail | Eber Bank Agreement | John Herbert, Esq. | Edward Hourihan, Esq., cc to Wendy Eber | Attorney Client Privilege |
| EB-00026290 | March 25, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product |
| EB-00026291 | January 5, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product |
| EB-00026292 | January 4, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product |
| EB-00026293 | Undated | Confidential Settlement Calculation | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00026612 – EB-00026626 | 5/31/2012 | Electronic mail with attachment | L. Eber loan balance and EBWLC outstanding liabilities | W. Eber | E. Gumaer, Esq. L. Eber | Attorney Client Privilege |
| EB-00026627 | 12/14/2010 | Electronic mail | Eber Bros. Retirement Plan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026627 – EB-00026628 | 12/13/2010 | Electronic mail | Eber Bros. Retirement Plan | D. Mehalick, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026629 | 2/26/2010 | Electronic mail | EBWLC bank loan documents | W. Eber | L. Eber, E. Gumaer, Esq. cc to G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026629 | 2/26/2010 | Electronic mail | Forwarding 2/23/2010 electronic mail, below | W. Eber | W. Eber | Attorney Client Privilege |
| EB-00026629 – EB-00026630 | 2/23/2010 | Electronic mail | EBWLC bank loan documents | S. Park, Esq. | W. Eber, cc to W. Gaines, Esq., P. Byrd, Esq., G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | W. Eber | P. Dalton, Esq., E. Gumaer, Esq., L. Eber, Esq. | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | P. Dalton, Esq. | E. Gumaer, Esq., L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | E. Gumaer, Esq. | L. Eber, P. Dalton, Esq., | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log 6/6/2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | W. Eber | |
| EB-00026631 – EB-00026632 | 12/17/2009 | Electronic mail | CNB loan | L. Eber | | P. Dalton, Esq., E. Gumaer, Esq., W. Eber | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | W. Eber | | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | M. Parker (Paralegal at Underberg & Kessler LLP) | | W. Eber, cc to L. Eber, P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | W. Eber | | M. Parker, cc to L. Eber | Attorney Client Privilege |
| EB-00026634 | 3/2/2012 | Electronic mail | EBWLC document draft | M. Parker | | W. Eber, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026634 | 3/2/2012 | Electronic mail | EBWLC document draft | W. Eber | | M. Parker, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026634 – EB-00026636 | 3/2/2012 | Electronic mail | EBWLC document draft | M. Parker | | W. Eber, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026637 | 2/2012 | Written Consent | EBWLC document draft | Underberg & Kessler LLP | | W. Eber, P. Keneally, E. Russell | Attorney Client Privilege |
| EB-00026638 | 10/13/2015 | Electronic mail | Legal advice regarding PBGC | W. Eber | | E. Gumaer | Attorney Client Privilege |
| EB-00026638 | 10/6/2015 | Electronic mail | Legal advice regarding PBGC | W. Eber | | E. Gumaer | Attorney Client Privilege |
| EB-00026638 | 9/25/2015 | Electronic mail | Legal advice regarding PBGC | I. Palermo, Esq. | | W. Eber, J. Herbert, Esq., cc to E. Hourihan, | Attorney Client Privilege |

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log 6/6/2018 Production

| | | | | | | Esq., M. Kreps, Esq. | |
|---|---|---|---|---|---|---|---|
| EB-00026638 – EB-00026639 | undated | Electronic mail | Legal advice regarding PBGC | | C. Johnson, Esq. | I. Palermo, Esq. | Attorney Client Privilege |
| EB-00026640 – EB-00026642 | 4/20/2018 | Memorandum | Legal Advice regarding PBGC | | I. Palermo, Esq. C. Johnson, Esq. | EBWLC | Attorney Client Privilege |
| EB-00026643 | 7/2/2013 | Electronic mail | Legal Advice regarding PBGC | | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026643 – EB-00026644 | 7/2/2013 | Electronic Mail | Legal Advice regarding PBGC | | T. Gigot, Esq. | W. Eber, cc to G. Ford, Esq. , J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026645 | 12/13/2012 | Electronic mail | CNB document | | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026646 | 12/13/2012 | Electronic mail | CNB document | | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026647 – EB-00026648 | 11/7/2012 | Letter | Alexbay case | | M. Beyma, Esq. | W. Eber, G. Sturm, Esq., cc to P. Keneally, Esq. | Attorney Client Privilege *omits E. Gumaer, who produced this |
| EB-00026649 | 7/31/2012 | Electronic mail | Teamsters Union | | W. Eber | V. DeBella, Esq. | Attorney Client Privilege |
| EB-00026650 | 6/7/2012 | Electronic mail | EBWLC draft document | | W. Eber | E. Gumaer, Esq. cc to J. Lissow | Attorney Client Privilege |
| EB-00026650 | 6/6/2012 | Electronic mail | EBWLC draft document | | M. McHugh (Admin. Assistant at Underberg Kessler LLP) | W. Eber, L. Eber, G. Sturm, Esq., D. Belt, Esq., cc to S. Gersz, Esq., P. Keneally, Esq., M. Beyma, Esq. | Attorney Client Privilege |
| EB-00026651 | 3/12/2012 | Electronic mail | L. Eber Affidavit | | W. Eber | W. Brueckner, Esq., cc to E. Gumaer, L. Eber | Attorney Client Privilege |

Handwritten margin annotations (left side): F W, F, JL F W, F W, NL W F, NL W F, W F C, F, NL F W, F W, F W C

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

## Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00026651 | 3/12/2012 | Electronic mail | L. Eber Affidavit | W. Brueckner, Esq. | L. Eber, cc to W. Eber, G. Sturm, Esq., P. Keneally, Esq. | Attorney Client Privilege |
| EB-00026652 | 3/13/2012 | Electronic mail | Alexbay case | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026653 | 5/28/2010 | Electronic mail | Eber CT | W. Eber | P. Dalton, Esq., cc to J. Runke, Esq. | Attorney Client Privilege |
| EB-00026653 | 5/26/2010 | Electronic mail | Eber Ct | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026653 | 5/26/2010 | Electronic mail | Eber CT | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026653 | 5/26/2010 | Electronic mail | Eber CT | G. Sturm, Esq. | T. Gigot, Esq., cc to W. Eber | Attorney Client Privilege |
| EB-00026654 | 5/26/2010 | Memorandum | Eber CT | G. Sturm, Esq. | P. Dalton, Esq., cc to W. Eber, L. Eber | Attorney Client Privilege/Attorney Work Product |
| EB-00026655 | 3/9/2010 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00026655 | 3/9/2010 | Electronic mail | CNB | E. Gumaer, Esq. | W. Eber, cc to L. Eber | Attorney Client Privilege |
| EB-00026656 | 05/20/2014 | Electronic mail | Harris Beach v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026656 | 5/20/2014 | Electronic mail | Harris Beach v. Eber | D. Hardy, Esq. | W. Eber L. Eber | Attorney Client Privilege |
| EB-00026657 | 10/25/2012 | Electronic mail | D4 v. Eber* Eber = EBWLC | L. Eber | S. Carling, Esq., W. Eber, P. Keneally, Esq. | Attorney Client Privilege |
| EB-00026657 | 10/25/2012 | Electronic mail | D4 v. Eber | S. Carling, Esq. | W. Eber, | Attorney Client |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | P. Keneally, Esq., cc to L. Eber | Privilege |
|---|---|---|---|---|---|---|---|
| EB-00026657 – EB-00026658 | 10/25/2012 | Electronic mail | D4 v. Eber | W. Eber | | S. Carling, Esq., P. Keneally, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | L. Eber | W. Eber | | Attorney Client Privilege |
| EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | W. Eber | L. Eber, P. Keneally, Esq. | | Attorney Client Privilege |
| EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | L. Eber | W. Eber, P. Keneally, Esq. | | Attorney Client Privilege |
| EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | W. Eber | P. Keneally, Esq., L. Eber | | Attorney Client Privilege |
| EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | P. Keneally, Esq. | W. Eber, L. Eber | | Attorney Client Privilege |
| EB-00026660 | 10/25/2012 | Electronic mail | D4 v. Eber | L. Eber | S. Carling, Esq., W. Eber, cc to P. Keneally, Esq. | | Attorney Client Privilege |
| EB-00026660 | 10/25/2012 | Electronic mail | D4 v. Eber | S. Carling, Esq. | W. Eber, L. Eber, cc to P. Keneally, Esq. | | Attorney Client Privilege |
| EB-00026661 | 6/1/2012 | Electronic mail | Alexbay case | W. Eber | E. Gumaer, Esq. | | Attorney Client Privilege |
| EB-00026661 –EB-00026662 | 5/24/2012 | Electronic mail | Alexbay case | D. Derwoyed (Admin. Assistant at Underberg & Kessler LLP) | L. Eber, W. Eber, cc to P. Keneally, Esq. | | Attorney Client Privilege |
| EB-00026663 | 5/24/2012 | Electronic mail | Alexbay  case | L. Eber | W. Eber | | Attorney Client |

Handwritten annotations in left margin: F W (rows 2–3), F W (Benderson rows), F W (EB-00026660 rows), NL F (EB-00026661), NL F W C (EB-00026661–EB-00026662), NL F W C (EB-00026663)

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | Privilege |
|---|---|---|---|---|---|---|
| EB-00026644 | 1/20/2012 | Electronic mail | D4 v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026664 | 1/20/2012 | Electronic mail | D4 v. Eber | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00026664 | 1/20/2012 | Electronic mail | D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber, G. Sturm, Esq., cc to B. Brueckner, Esq. | Attorney Client Privilege |
| EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | W. Eber | P. Keneally, Esq., G. Sturm, Esq., L. Eber, cc to S. Carling, Esq. | Attorney Client Privilege |
| EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | P. Keneally, Esq. | W. Eber, G. Sturm, Esq., L. Eber, cc to S. Carling, Esq. | Attorney Client Privilege |
| EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | W. Eber | D. Hardy, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | G. Sturm, Esq., W. Eber | Attorney Client Privilege |
| EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | J. Lissow | L. Eber | Attorney Client Privilege |
| EB-00026667 | 12/9/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. W. Eber, J. Roberston, Jr., Esq., D. Hardy, | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log 6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Esq., G. Sturm, Esq. cc to S. Carling, Esq. | |
| EB-00026667 | 12/9/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | P. Keneally, Esq. | W. Eber, J. Robertston, Jr., Esq., D. Hardy, Esq., G. Sturm, Esq. cc to S. Carling, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | L. Eber | P. Keneally, Esq., W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 – EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber<br>D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | D. Hardy, Esq. | |
|---|---|---|---|---|---|---|
| EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | G. Sturm, Esq. | P. Keneally, Esq., L. Eber W. Eber, D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026669 – EB-00026670 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026670 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. | Attorney Client Privilege |
| EB-00026670 | 12/11/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | L. Eber | Attorney Client Privilege |
| EB-00026670 | 12/11/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. | Attorney Client Privilege |
| EB-00026670 – EB-00026671 | 12/10/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber J. Robertson, Jr. Esq., G. Sturm, Esq., D. Hardy, Esq., cc to S. Carling, Esq. | Attorney Client Privilege |
| EB-00026671 | 12/9/2011 | Electronic mail | Harris Beach v. | L. Eber | P. Keneally, Esq., | Attorney Client |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

## Eber Defendants' Privilege Log  6/6/2018 Production

| | | | Eber<br>D4 v. Eber | | W. Eber,<br>J. Robertson, Jr.<br>Esq.,<br>G. Sturm, Esq.,<br>D. Hardy, Esq. | Privilege |
|---|---|---|---|---|---|---|
| EB-00026671 – EB-00026674 | 12/9/2011 | Electronic mail | Harris Beach v.<br>Eber<br>D4 v. Eber | P. Keneally, Esq. | W. Eber,<br>L. Eber<br>J. Robertson, Jr.<br>Esq.,<br>G. Sturm, Esq.,<br>D. Hardy, Esq., cc<br>to S. Carling, Esq. | Attorney Client<br>Privilege |
| EB-00026675 | 11/30/2011 | Electronic mail | D4 v. Eber | L. Eber | S. Carling, Esq.,<br>P. Keneally, Esq.,<br>W. Eber, cc to<br>G. Sturm, Esq.,<br>D. Hardy,  Esq. | Attorney Client<br>Privilege |
| EB-00026675 | 11/30/2011 | Electronic mail | D4 v. Eber | S. Carling, Esq. | P. Keneally, Esq.,<br>W. Eber,<br>L. Eber, cc to<br>G. Sturm, Esq.,<br>D. Hardy, Esq. | Attorney Client<br>Privilege |
| EB-00026676 | 4/2/2010 | Electronic mail | Eber Bros.<br>Confidentiality<br>Agreement | L. Eber | S. Park, Esq.,<br>W. Eber, cc to<br>G. Sturm, Esq.,<br>P. Byrd, Esq. | Attorney Client<br>Privilege |
| EB-00026676 | 4/2/2010 | Electronic mail | Eber Bros.<br>Confidentiality<br>Agreement | S. Park, Esq. | W. Eber, cc to<br>G. Sturm, Esq.,<br>L. Eber, | Attorney Client<br>Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | P. Byrd, Esq. | |
|---|---|---|---|---|---|---|
| EB-00026676 – EB-00026677 | 4/2/2010 | Electronic mail | Eber Bros. Confidentiality Agreement | W. Eber | S. Park, Esq., cc to G. Sturm, Esq., L. Eber | Attorney Client Privilege |
| EB-00026678 | 5/20/2009 | Electronic mail | CNB | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026678 | 5/20/2009 | Electronic mail | CNB | P. Dalton | L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026679 | 3/28/2010 | Electronic mail | Loan with CNB | W. Eber | E. Gumaer, Esq. cc to L. Eber | Attorney Client Privilege |
| EB-00026679 | 3/21/2010 | Electronic mail | Attorney retention decision | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026679 | 3/21/2010 | Electronic mail | Draft letter to S. Kleeberg | W. Eber | L. Eber, cc to E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026679 – EB-00026680 | 3/20/2010 | Electronic mail | Draft letter to S. Kleeberg | G. Sturm, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026681 | 10/22/2010 | Electronic mail | Draft letter to S. Kleeberg | E. Gumaer, Esq.* | L. Eber | Attorney Client Privilege |
| EB-00026682 | 9/16/2011 | Electronic mail | Trust meeting | L. Eber | W. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026682 | 9/16/2011 | Electronic mail | Trust meeting | W. Eber | L. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | P. Dalton, Esq. | E. Gumaer, Esq., L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | E. Gumaer, Esq. | L. Eber, P. Dalton, Esq. W. Eber | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | L. Eber | E. Gumaer, Esq., | Attorney Client |

*Here and elsewhere, the "W" code includes communications with Gumaer that cannot be privileged as against trust beneficiaries, if relevant to trust assets, due to fiduciary's duty of candor.

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Privilege Log 6/6/2018 Production**

| | | | | | P. Dalton, Esq., W. Eber | Privilege |
|---|---|---|---|---|---|---|
| EB-00026684 | 6/15/2015 | Electronic mail | PBGC litigation | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026684 | 6/12/2015 | Electronic mail | PBGC litigation | W. Eber | L. Hassel, Esq., E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026684 | 6/12/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege |
| EB-00026684 EB-00026685 | 6/12/2015 | Electronic mail | PBGC litigation | E. Fry | E. Hourihan, cc to L. Hassel, Esq., W. Eber, I. Palermo, L. Eber, J. Herbert, Esq., G. Ford | Attorney Client Privilege |
| EB-00026685 | 6/12/2015 | Electronic mail | PBGC litigation | E. Hourihan | L. Hassel, Esq., E. Fry, W. Eber, I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026685 – EB-00026686 | 6/12/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Privilege Log 6/6/2018 Production**

| | | | | | | Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | |
|---|---|---|---|---|---|---|---|
| EB-00026686 | 6/12/2015 | Electronic mail | PBGC litigation | E. Hourihan | | W. Eber, G. Ford, Esq. cc to L. Hassel, Esq., E. Fry, I. Palermo, Esq., L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026686 – EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | G. Ford, Esq. | | W. Eber, cc to E. Hourihan, Esq., L. Hassel, Esq., E. Fry, I. Palermo, Esq., L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | W. Eber | | L. Hassel, Esq., E. Fry, E. Hourihan, Esq., I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | E. Hourihan | | I. Palermo, Esq., L. Hassel, Esq. cc to W. Eber, G. Ford, Esq., E. Fry, L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026687 EB-00026688 | 6/11/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | | E. Hourihan, Esq. , I. Palermo, Esq., cc to E. Fry, L. Eber, | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

## Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | J. Herbert, Esq., G. Ford, Esq., W. Eber | |
| EB-00026688 | 6/11/2015 | Electronic mail | PBGC litigation | I. Palermo, Esq. | E. Hourihan, Esq. , L. Hassel, Esq., cc to E. Fry,  L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege |
| EB-00026688 – EB-00026689 | 6/11/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Hourihan, Esq. , cc to I. Palermo, Esq., E. Fry,  L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege |
| EB-00026689 | 6/11/2015 | Electronic mail | PBGC litigation | E. Hourihan | I. Palermo, Esq., L. Hassel, Esq., W. Eber, G. Ford, Esq., E. Fry,  L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026690 | 12/30/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | M. Fernandez, Esq., cc to W. Eber | Attorney Client Privilege |
| EB-00026691 | 1/28/2008 | Electronic mail | CNB | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026691 | 1/28/2008 | Electronic mail | CNB | D. Dean | L. Eber, W. Eber, cc to P. Dalton, Esq. | Attorney Client Privilege |
| EB-00026692 | 11/9/2007 | Electronic mail | HSBC | L. Eber | W. Eber, P. | Attorney Client |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Privilege Log 6/6/2018 Production**

| | | | | | | Dalton, Esq. | Privilege |
|---|---|---|---|---|---|---|---|
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026694 | 12/8/2011 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq. , cc to L. Eber | Attorney Client Privilege |
| EB-00026695 | 12/4/2011 | Electronic mail | CNB | G. Sturm, Esq. | L. Eber, cc to W. Eber | Attorney Client Privilege |
| EB-00026695 | 12/2/2011 | Electronic mail | CNB | L. Eber | G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026696 | 9/16/2011 | Electronic mail | Trustee Meeting | L. Eber | W. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026696 | 9/16/2011 | Electronic mail | Trustee Meeting | W. Eber | G. Sturm, Esq., cc to L. Eber | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log 7/12/2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00031198 | 7/28/2015 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00031198 | 7/27/2015 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00031199 | 3/9/2012 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031200 | 3/8/2012 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00031201 | 3/2/2012 | Electronic mail | Legal advice regarding Eber-CT | L. Eber | E. Gumaer, Esq., cc to W. Eber | Attorney Client Privilege |
| EB-00031202 | 1/10/2013 | Electronic mail | Legal advice regarding Eber Bros. | L. Eber | W. Eber , E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031202 | 1/10/2013 | Electronic mail | Legal advice regarding Eber Bros. | W. Eber | L. Eber, E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031203 | 11/9/2013 | Electronic mail | Legal advice regarding Eber Bros. | E. Gumaer, Esq. | W. Eber, L. Eber | Attorney Client Privilege |
| EB-00031204 | 1/4/2010 | Electronic mail | Legal advice regarding financials | W. Eber | P. Dalton, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031205 | 10/22/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| EB-00031206 | 10/27/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | J. Lissow, cc. L. Eber | Attorney Client Privilege |

Handwritten annotations in margins: "NL", "WF", "C", "F", "C (based on contents of produced portion)"

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~EB-00031207~~ | 11/18/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| ~~EB-00031208~~ | 12/10/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| ~~EB-00031208~~ | 12/10/2010 | Electronic mail | Legal advice regarding draft letter | L. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031209 | 1/31/2010 | Electronic mail | Legal advice regarding financials | L. Eber | E. Gumaer, Esq., cc W. Eber | Attorney Client Privilege |
| EB-00031210 | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | L. Eber, cc. to W. Eber | Attorney Client Privilege |
| EB-00031210 | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | L. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031210 | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | W. Eber | E. Gumaer, Esq., cc. to L. Eber | Attorney Client Privilege |
| EB-00031210 | 11/21/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | W. Eber, cc to L. Eber | Attorney Client Privilege |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031211 | 11/8/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |

ML ; NL ; ML ; NL ; NW C F ; NL H F, C ; N W F, C ; NL W F, C ; NL W ; NL W ; NL W ; NL W

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log 7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031212 | 6/7/2017 | Electronic mail | Legal advice regarding Surrogate's Court matter | W. Eber | J. Vazzana, Esq. | Attorney Client Privilege |
| EB-00031213 | 11/19/2012 | Electronic mail | Legal advice regarding bank Amortization Schedule | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031214 | 3/12/2012 | Electronic mail | Legal advice regarding bank loan | W. Eber | M. Fernandez, Esq., E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031215 | 12/15/2010 | Electronic mail | Legal advice regarding amendment | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031216 – EB-00031217 | 12/14/2010 | Electronic mail | Legal advice regarding EBWLC board document | W. Eber | L. Eber, E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031218 | 9/17/2010 | Electronic mail | Legal advice regarding L. Eber letters | W. Eber | E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031219 | 9/17/2010 | Electronic mail | Legal advice regarding L. Eber letters | W. Eber | E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031220 – EB-00031224 | 7/29/2010 | Electronic mail | Legal advice regarding Eber Bros. document draft | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | W. Eber | E. Gumaer, cc L. Eber | Attorney Client Privilege |
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| EB-00031226 – EB-00031227 | 3/4/2010 | Electronic mail | Legal advice regarding Eber Bros. draft documents | W. Eber | L. Eber, E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031228 – EB-00031229 | 2/8/2010 | Electronic mail | Legal advice regarding First Republic | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031230 | 12/2/2009 | Electronic mail | Legal advice regarding L. Eber letter | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031230 – EB-00031231 | 12/1/2009 | Electronic mail | Legal advice regarding L. Eber letter | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031232 – EB-00031238 | 11/27/2009 | Electronic mail | Legal advice regarding Eber Bros. draft document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031239 | 4/1/2010 | Electronic mail | Directors & Officers Insurance legal advice | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

## Eber Defendants' Privilege Log 7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031239 | 3/31/2010 | Electronic mail | Directors & Officers Insurance legal advice | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031239 | 3/31/2010 | Electronic mail | Directors & Officers Insurance legal advice | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031239 – EB-00031240 | 3/30/2010 | Electronic mail | Directors & Officers Insurance legal advice | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031241 | 12/5/2011 | Electronic mail | Legal advice regarding CNB proposal | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031241 | 12/5/2011 | Electronic mail | Legal advice regarding CNB proposal | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031242 | 8/20/2014 | Electronic mail | Legal advice regarding Eber estates | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031242 | 8/18/2014 | Electronic mail | Legal advice regarding Eber estates | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031243 | 8/15/2013 | Electronic mail | Legal advice regarding CNB, pension and finances | E. Gumaer, Esq. | W. Eber, L. Eber | Attorney Client Privilege |
| EB-00031244 | 7/29/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031245 | 6/27/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031245 | 6/27/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031246 | 12/13/2012 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031247<br>F, C | 2/17/2012 | Electronic mail | Legal advice regarding Pension Plan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031247<br>F, C | 2/17/2012 | Electronic mail | Legal advice regarding Pension Plan | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031247<br>F, C | 2/15/2012 | Electronic mail | Legal advice regarding Pension Plan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031248 | 2/14/2012 | Electronic mail | Legal advice regarding Pension Plan | S. Kornreich, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031249<br>CF | 12/19/2011 | Electronic mail | Legal advice regarding tax | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031250<br>CF | 12/12/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | G. Sturm, Esq., E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031251<br>C F | 12/8/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031252 | 10/13/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031253 –<br>EB-00031259 | 2/29/2016 | Electronic mail | Legal advice regarding Eber-CT draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031260 –<br>EB-00031263 | 10/13/2015 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031264 | 10/8/2015 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031265 –<br>EB-00031268 | 4/1/2014 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| EB-00031269 | 12/10/2013 | Electronic mail | Legal advice regarding letter | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00031269 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-000312710 * | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031270 * | 11/21/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | W. Eber, cc L. Eber | Attorney Client Privilege |
| EB-00031270 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB statement | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031270 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031271 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031271 – * EB-00031272 | 11/8/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031273 | 6/27/2013 | Electronic mail | Legal advice regarding Webster Bank draft document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031274 * | 5/16/2013 | Electronic mail | Legal advice regarding legal fees | W. Eber | G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031274 | 5/7/2013 | Electronic mail | Legal advice regarding legal fees | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 | 2/15/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |

*highly probable examples of subject matter waiver due to selective disclosure

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 – EB-00031276 | 2/12/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031276 – EB-00031277 | 1/28/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031278 | 12/21/2012 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031279 | 12/13/2012 | Electronic mail | Legal advice regarding security agreement | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031280 | 11/21/2012 | Electronic mail | Legal advice regarding legal fees | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031281 | 11/19/2012 | Electronic mail | Legal advice regarding CNB loan documents | W. Eber | E. Gumaer, Esq., cc  L. Eber | Attorney Client Privilege |
| EB-00031282 | 3/14/2012 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031283 | 1/31/2013 | Electronic mail | Legal advice regarding CNB loan | W. Eber | M. Beyma, Esq. | Attorney Client Privilege |

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log 7/12/2018 Production

| EB-00031283 | 1/31/2013 | Electronic mail | Legal advice regarding CNB loan | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00031283 | 1/28/2013 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031284 | 4/10/2012 | Electronic mail | Legal advice regarding Eber Bros. Board Meeting Minutes | W. Eber | M. Fernandez, Esq., E. Gumaer, Esq., L. Eber | Attorney Client Privilege |

NL
W

NL
W

NL
W
F