# Exhibit N

Report Run: 3/21/2012 11:40:08AM    ProVantage Billing 13
By: LORI E. GORDON

**Underberg & Kessler LLP**

**Aged Accounts Receivable by Matter**

Bills and unapplieds as of Mar 21 2012

| Client / Matter | Unapplied | Fees | Costs | Addons | Total | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **998575  Eber Brothers Wine and Liquor Corp.** | | | | | | | | | | | |
| 1  Wolf Concepts v. Eber Brothers | | 6,803.50 | | | 6,803.50 | 432.50 | 2,990.00 | 1,860.00 | 481.40 | 590.20 | 449.40 |
| 3  General Corporate | | 23,427.50 | 706.95 | | 24,134.45 | 7,412.85 | 14,751.60 | 1,504.00 | 367.00 | 99.00 | |
| 4  Conn. Judgement | | 660.00 | | | 660.00 | | 97.50 | 313.50 | 249.00 | | |
| **Totals for 998575  Eber Brothers Wine and Li** | | 30,891.00 | 706.95 | | 31,597.95 | 7,845.35 | 17,839.10 | 3,677.50 | 1,097.40 | 689.20 | 449.40 |

*(handwritten notes)*

'ester,
I suggest we pay them ~~$12,190~~
5,464.10    total of   3,677.50
1,097.40
689.20

Wendy
see me

*(handwritten check)*

LESTER EBER
95 Allens Creek Rd, Ste. 10
Rochester, NY  14618-3250

1214
10-2/220

April 16, 2012

Pay to the
Order of  Eber bros. Wine + Liquor ????   $ 5000 00/100

Five Thousand Dollars 00/100                          Dollars

HSBC ◆X◆                                 HSBC Premier
The world's local bank

For                              Lester Eber

⑈      1214

EB-00012068

**LESTER EBER**
95 ALLENS CREEK RD
BLDG 2 STE. 10
ROCHESTER, NY 14618

1260

50-7044/2223
029

Dech 28, 2012
Date

Pay to the
Order of _Lindenburg Kesler_    $ 30,000 00/100

_Thirty Thousand Dollar 00/100_    Dollars

**FIRST NIAGARA**

PINNACLE PLUS MEMBER

For 999907.1    _Lester Eber_    MP

1260

FOR DEPOSIT ONLY
UNDERBERG & KESSLER LLP
FIRM ACCOUNT