# Exhibit Q

-----Original Message-----
From: Wendy Eber
Sent: Thursday, January 10, 2013 4:05 PM
To: Lester Eber; ewgumaer@gmail.com
Subject: Allen Eber Trust

Lester and Mike,

Attached is the December 2012 statement for The Trust of Allen Eber from Canandaigua Bank. It values Eber Bros stock at approximently$655,000, it should be zero per our conversation in June with Rick Hawks.

Regards,
Wendy

-----Original Message-----
From: administrator3@slocumandsons.com [mailto:administrator3@slocumandsons.com]
Sent: Thursday, January 10, 2013 3:59 PM
To: Wendy Eber
Subject: Scanned from a Xerox multifunction device


Please open the attached document. It was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf

multifunction device Location: machine location not set
Device Name: K7259


For more information on Xerox products and solutions, please visit http://www.xerox.com

1

EB-00031202

**Wendy Eber**

**From:** Lester Eber
**Sent:** Monday, November 11, 2013 9:18 AM
**To:** Wendy Eber; elliot gumaer
**Subject:** Re: FW: CNB TUW Allen Eber Statement

Yes.
Sent from my Verizon Wireless BlackBerry

**From:** Wendy Eber <weber@slocumandsons.com>
**Date:** Mon, 11 Nov 2013 09:14:34 -0500
**To:** elliot gumaer<ewgumaer@gmail.com>; Lester Eber<leber@slocu
**Subject:** RE: FW: CNB TUW Allen Eber Statement

Mike,

Are you available to discuss at 1pm today?

Wendy

**From:** elliot gumaer [mailto:ewgumaer@gmail.com]
**Sent:** Saturday, November 09, 2013 6:09 PM
**To:** Wendy Eber; Lester Eber
**Subject:** Re: FW: CNB TUW Allen Eber Statement

I have a copy of the third quarter statement from CNB. I spoke with Richard Hawks and suggested that we, as co trustees, have a telephone conference at a time convenient for the three of us. Give me a call on Monday as a time convenient for you. We can go over some points before speaking with Hawks. Refresh my understanding. If there was any value to the Eber Bros. "A" and "B" and Preferred it would vest in Lester as set forth in the loans to the company and the subs which Lester has made. The subject I would like to review with the two of you is whether the family would have a problem should the stock be stated at its true value. There would be a capital loss which could be used to off set any gains which might be recognized in the other Trust holdings. Let's talk next week. I'm clear Monday and Tuesday ▌                                                                                                                                                                         Best to you both, Mike

On Fri, Nov 8, 2013 at 10:35 AM, Wendy Eber <weber@slocumandsons.com> wrote:

Mike,

Do you have a moment to discuss the attached statement? When is a good time?

Wendy

1

EB-00031203