# Exhibit R

CTWS-006-002061-001-005-160706 002061 S04



# Statement of Account

April 1, 2016 Through June 30, 2016

## Residuary TUW Allen Eber

Account Number Ending: 8114

**Your Wealth Strategies Group Financial Advisors**

For information about your account, please call either:

Relationship Manager:
 Richard Hawks 585-394-4260 ext 36040

Administrative Officer:
 Richard Hawks 585-394-4260 ext 36040

For information about your investments, please call:

Investment Officer:
 David P Guzzetta 585-419-0670

For written correspondence to Basin Park, please mail to:
 Canandaigua National Bank & Trust
 Wealth Strategies Group
 Basin Park Financial Center
 1150 Pittsford-Victor Road
 Pittsford, NY 14534

For written correspondence to the Canandaigua Office, please mail to:
 Canandaigua National Bank & Trust Company
 Wealth Strategies Group
 72 South Main Street
 Canandaigua, NY 14424

Lisa Stein

104 Holly Ln

Linwood, NJ 08221

1150 Pittsford-Victor Road
Pittsford, NY 14534



(585) 419-0670
CNBank.com/WSG



April 01, 2016 To June 30, 2016

Account Name : Residuary TUW Allen Eber

# Portfolio Summary

| Portfolio Composition | Market Value | Percentage |
|---|---|---|
| Cash & Equivalents | $ 52,356.86 | 3.88% |
| Fixed Income | 138,983.52 | 10.30% |
| Equities | 1,157,554.86 | 85.82% |
| Uninvested Cash | 0.00 | 0.00% |
| Total Portfolio Value | $ 1,348,895.24 | 100.00% |

| | |
|---|---|
| Estimated Annual Income | $ 19,475.72 |

| Gain / Losses On Transactions | This Period | Year To Date |
|---|---|---|
| Realized Gains | $ 0.00 * | $ 68.25 * |
| Realized Losses | -82.30 * | -329.78 * |
| Net Realized Gains/Losses | $ -82.30 * | $ -261.53 * |

| Investment Earnings | This Period | Year To Date |
|---|---|---|
| Interest - Tax Free | $ 531.25 | $ 531.25 |
| Interest - Taxable | 4.53 | 615.00 |
| Dividends - Taxable | 4,777.10 | 9,619.81 |
| Other Income | 0.00 | 0.00 |
| Net Accrued Interest Bot/Sld | 0.00 | 0.00 |
| Total Investment Earnings | $ 5,312.88 | $ 10,766.06 |

*Gain or Loss amount as shown may not reflect the amount to be used for income tax purposes.*



April 01, 2016 To June 30, 2016

Account Name : Residuary TUW Allen Eber

# Investment Holdings

| Shares / PV | Asset Description | Market Price | Tax Cost | Market | Unrealized Gain/Loss | % Port | Estimated Ann Inc | Yield |
|---|---|---|---|---|---|---|---|---|
| | **Money Market Funds** | | | | | | | |
| 42,890.76 | Northern Institutional Government Portfolio | 100.000 | 42,890.76 | 42,890.76 | 0.00 | 3.18% | 43.20 | 0.10% |
| 9,466.1 * | Northern Institutional Government Portfolio | 100.000 | 9,466.10 | 9,466.10 | 0.00 | 0.70% | 9.53 | 0.10% |
| | * * Sub Total * * | | 52,356.86 | 52,356.86 | 0.00 | 3.88% | 52.73 | 0.10% |
| | **Fixed Income Mutual Fund** | | | | | | | |
| 3,591.954 | Dodge & Cox Income Fund | 13.720 | 50,000.00 | 49,281.61 | -718.39 | 3.65% | 1,555.32 | 3.16% |
| 4,122.012 | Vanguard Int Term Bd Index Admiral | 11.880 | 50,000.00 | 48,969.50 | -1,030.50 | 3.63% | 1,257.47 | 2.57% |
| | * * Sub Total * * | | 100,000.00 | 98,251.11 | -1,748.89 | 7.28% | 2,812.79 | 2.86% |
| | **International Bond Fund** | | | | | | | |
| 3,598.269 | Franklin Templeton Global Bond Inst | 11.320 | 48,792.52 | 40,732.41 | -8,060.11 | 3.02% | 1,327.40 | 3.26% |
| | * * Sub Total * * | | 48,792.52 | 40,732.41 | -8,060.11 | 3.02% | 1,327.40 | 3.26% |
| | **Equity** | | | | | | | |
| 1,000 | AT&T Inc. | 43.210 | 24,390.00 | 43,210.00 | 18,820.00 | 3.20% | 1,920.00 | 4.44% |
| 80 | Chemours Co | 8.240 | 916.94 | 659.20 | -257.74 | 0.05% | 9.60 | 1.46% |
| 300 | Clorox Co | 138.390 | 18,699.00 | 41,517.00 | 22,818.00 | 3.08% | 960.00 | 2.31% |
| 400 | Du Pont De Nemours Ei Co | 64.800 | 17,923.06 | 25,920.00 | 7,996.94 | 1.92% | 608.00 | 2.35% |
| 1,850 | Eber Bros & Co Class A | 250.000 | 631,238.50 | 462,500.00 | -168,738.50 | 34.29% | 0.00 | 0.00% |
| 290 | Eber Bros & Co Class B | 250.000 | 462,973.99 | 72,500.00 | -390,473.99 | 5.37% | 0.00 | 0.00% |
| 2,190 | Exxon-Mobil Corp | 93.740 | 4,903.55 | 205,290.60 | 200,387.05 | 15.22% | 6,570.00 | 3.20% |
| 500 | Lilly Eli & Co | 78.750 | 17,110.00 | 39,375.00 | 22,265.00 | 2.92% | 1,020.00 | 2.59% |
| 300 | Lockheed Martin Corp Com | 248.170 | 20,751.00 | 74,451.00 | 53,700.00 | 5.52% | 1,980.00 | 2.66% |
| 800 | Microsoft Corporation | 51.170 | 20,320.00 | 40,936.00 | 20,616.00 | 3.03% | 1,152.00 | 2.81% |
| 886 | Pfizer Inc. | 35.210 | 15,518.29 | 31,196.06 | 15,677.77 | 2.31% | 1,063.20 | 3.41% |

April 01, 2016 To June 30, 2016

Account Name : Residuary TUW Allen Eber

# Investment Holdings

| Shares / PV | Asset Description | Market Price | Tax Cost | Market | Unrealized Gain/Loss | % Port | Estimated Ann Inc | Yield |
|---|---|---|---|---|---|---|---|---|
| | * * Sub Total * * | | 1,234,744.33 | 1,037,554.86 | -197,189.47 | 76.91% | 15,282.80 | 1.47% |
| | **Preferred Stock** | | | | | | | |
| 2,000 | Eber Bros & Co 6% Non-Cumulative | 60.000 | 200,000.00 | 120,000.00 | -80,000.00 | 8.90% | 0.00 | 0.00% |
| | * * Sub Total * * | | 200,000.00 | 120,000.00 | -80,000.00 | 8.90% | 0.00 | 0.00% |
| | * * Grand Total * * | | 1,635,893.71 | 1,348,895.24 | -286,998.47 | | 19,475.72 | 1.44% |

Principal Cash :   0.00          Income Cash :   9,466.10          Invested Income :   -9,466.10

*Denotes Invested Income*