# Exhibit C

**Daryoush Behbood**
---

| | |
|---|---|
| **From:** | Brian C. Brook |
| **Sent:** | Wednesday, October 10, 2018 5:19 PM |
| **To:** | leber@slocumandsons.com; weber@slocumandsons.com; Keneally, Paul F. |
| **Cc:** | dkleeberg@gmail.com; audreyhays@aol.com; lstein@atlantic.edu; Daryoush Behbood |
| **Subject:** | Eber Bros Shareholder Request |
| **Attachments:** | 2018.10.10 Eber Bros Meeting Request.pdf |

Dear Paul, Wendy, and Lester,

My clients asked me to email you the attached letter, which is also being sent by mail. If you wish to discuss anything about it, my clients have authorized me to do so on their behalf. Thank you for your attention to this.

Regards,

Brian C. Brook
**Clinton Brook & Peed**
New York | New Jersey | Washington DC
(212) 256-1957

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any unauthorized dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

# Audrey Hays

26725 Henderson Park Rd.
Oak Creek, Colorado 80467

October 10, 2018

**Via First Class Mail & Email**

Wendy Eber
Lester Eber
Eber Bros. & Co., Inc.
30 Corporate Dr.
North Haven, CT 06473
weber@slocumandsons.com
leber@slocumandsons.com

Dear Wendy and Lester:

On behalf of myself, Lisa Stein, and Daniel Kleeberg, representing more than one-third of the shares, I write to request a special meeting of the shareholders of Eber Bros. & Co., Inc. (the "Company") pursuant to Article 1 Section 1 of the By-Laws. The special meeting of the shareholders shall be for the following purposes:

1. Appointing and/or removing directors of the Company;

2. To consider amendments to the By-Laws so that they conform to the current status of the Company; and

3. Such other items as the shareholders may deem necessary in connection with the above or for the operation of the Company's business which are subject to the control of the shareholders.

We request that the special meeting be held at the Southern District of New York, 500 Pearl Street, Courtroom 17-D, New York, New York, 10007 on November 7, 2018 at 9:30 AM (local time). We also note that there has not been an annual meeting of the shareholders in over a year, even though it was required by Article 1 Section 1 of the By-Laws.

*Audrey Lian Hays*
Audrey Hays

cc:   Daniel Kleeberg, 6957 Pisano Dr., Lake Worth, FL 33467
      Lisa Stein, 104 Holly Lane, Linwood, NJ 08221