UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                        Plaintiffs,

       v.

                               Civil Action No. 16-CV-9517(LAK)

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION d/b/a
CANANDAIGUA NATIONAL BANK AND TRUST,
ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

                         Defendants.

_____

**EBER DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF ATTORNEY-CLIENT PRIVILEGED MATERIALS**

UNDERBERG & KESSLER LLP
*Attorneys for Eber Defendants*
300 Bausch & Lomb Place
Rochester, New York 14604
(585) 258-2882

Paul F. Keneally, Esq.,
Of Counsel

## PRELIMINARY STATEMENT

Defendants, Lester Eber ("Lester"), Alexbay, LLC f/k/a Lester Eber, LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine & Liquor Metro, Inc., Eber Connecticut, LLC and Wendy Eber ("Wendy") (collectively "Eber Defendants") submit this Memorandum of Law in opposition to the second motion of plaintiffs to compel production of documents properly designated by the Eber Defendants as attorney-client privileged.  Plaintiffs' second motion essentially reiterates the allegations made in the first motion to compel, namely that the Eber Defendants have improperly designated certain documents as privileged, or that there is an exception to the attorney-client privilege mandating production of certain withheld documents.  Plaintiffs' allegations are incorrect, and the withheld documents are protected by the attorney-client privilege.

2

## STATEMENT OF FACTS

Plaintiffs have varying interests in a Trust ("the Trust") created on October 27, 1969 by Allen Eber.  Prior to the 2017 termination of the Trust by the Monroe County Surrogate's Court, the Trustees were Lester Eber, Elliott W. Gumaer, Jr., and Canandaigua National Bank ("CNB").  Plaintiffs are the grandchildren of Allen Eber who inherited their respective interests in the Trust upon the deaths of Lester's sisters, Sally Kleeberg and Mildred Boslob.  Lester Eber and Audrey Hayes each had a 1/3 interest in the Trust, while Daniel Kleeberg and Lisa Stein had a 1/6 interest.

The Eber family has been involved in business of wine and liquor distribution for over 80 years – primarily in Rochester, New York.  There are a number of Eber entities that must be distinguished.  Eber Bros. & Co., Inc. ("Eber Bros.") is a New York corporation founded in 1917.  Eber Bros. has been majority owned by the Trust since the 1970s, but has not been an operating entity since the late 1980s.

Eber Bros. Wine and Liquor Corp. ("Eber W&L") is a New York corporation that was founded in 1935 and previously operated as a wholesale wine and liquor distributor in Upstate New York.  It has not been an operating entity since 2007.  It is majority owned by Eber Bros., and Lester Eber and the Trust (prior to its dissolution) had minor interests.

Eber Bros. Wine & Liquor Metro, Inc. ("Eber Metro") is a New York corporation founded in 1996, and previously operated as wholesale wine and liquor distributor Downstate New York.  Eber Metro has not been an operating entity since 2004.  Prior to June 2012, Eber Metro was a wholly owned subsidiary of Eber W&L.  Following the June 2012 stock assignment in lieu of foreclosure proceeding and the Order from Justice

Rosenbaum of the Monroe County Supreme Court in that case, Eber Metro became a wholly owned subsidiary of Alexbay, LLC ("Alexbay").   Thereafter, Eber W&L had no remaining equity interest in Eber Metro.

Eber Connecticut, LLC ("Eber-CT") is a Delaware limited liability company founded in 2005.  Eber-CT currently operates a wholesale wine and liquor business in Connecticut. Since 2005, Eber Metro has held a controlling equity interest in Eber-CT.

Alexbay is a Connecticut limited liability company founded in 2011.  Alexbay is wholly owned by Lester Eber.

Beginning in the early 2000s, the business of Eber W&L began a downward spiral that it was unable to reverse.  Key employees and suppliers defected, and these losses had a material adverse effect on the company's financial performance and liquidity.  As these business challenges mounted, between 2002 and 2012, Lester Eber voluntarily made cash loans to Eber W&L and Eber Metro for the purpose of enabling those entities to remain in business and pay various operating and other third-party liabilities.  The loans were made pursuant to loan and security documentation entered into by the borrower entities and Lester Eber at the time of the loans.

The loans were secured by validly-perfected first priority UCC Article 9 Security Interests in all the assets of Eber W&L (i.e., Eber W&L's controlling equity interest in Eber Metro) and of Eber Metro (i.e., Eber Metro's controlling equity interest in Eber-CT).  Lester Eber had priority as a secured creditor over any claim by other secured and unsecured creditors of Eber Bros. and Eber Metro, and the UCC filings to perfect his security

interests were a matter of public record.  The loans from Lester Eber were necessary as no third party lender was willing to make such loans.

More specifically, on or about October 1, 2002, Lester owned Eber W&L the sum of $575,895.00.  The loan was evidenced by a Promissory Note and was secured by collateral security interest in all of the assets of Eber W&L.  Thereafter, on or about August 15, 2005, Lester loaned Eber W&L the additional sum of $1,503,750.00.  This loan was also evidenced by a Promissory Note.  On March 13, 2006, Eber W&L executed an "Amended and Restated Promissory Note" payable to Lester Eber which reiterated its obligation to repay the $575,895.00 loan and the $1,503,750.00 with interest at an annual rate of 9%.

Finally, in October 2009, Lester Eber agreed to loan Eber Metro "an amount not exceed $1,500,000.00" under a revolving line of credit.  This loan was evidenced by a line of credit note.

On or about February 26, 2010, Eber W&L executed a Guarantee, agreeing to guarantee the repayment of Eber Metro of all of its obligations to Lester Eber.  The obligations under the Guarantee were confirmed in a Security Agreement executed by the parties on February 26, 2010, granting Lester Eber security interests in all of Eber Bros. property.  This agreement was reiterated in an Amended and Restated Security Agreement executed by the parties on February 10, 2011.  Also on February 10, 2011, Eber Metro, Eber W&L and Lester Eber entered into a "Debt Assumption Agreement" whereby Eber Metro assumed all of Eber W&L's obligations to Lester Eber under the March 13, 2006 Amended and Restated Promissory Note.

5

Plaintiffs were well aware of the financial struggles of the various Eber entities.  In the spring of 2010, Lester Eber wrote and spoke to Sally Kleeberg (Daniel Kleeberg and Lisa Stein's mother) and Audrey Hayes advising them of the severe financial difficulties faced by the Eber businesses, and the efforts to obtain outside financing had been unsuccessful.   Lester Eber further advised that he had voluntarily agreed to make additional cash loans to Eber Metro to allow the business to operate, and specifically advised that the additional loans were secured by Eber W&L's controlling equity interest in Eber Metro and Eber Metro's controlling equity interest in Eber-CT.  Moreover, copies of the loan documentation were provided to both Sally Kleeberg and Audrey Hayes. Critically, Lester Eber also offered both Sally Kleeberg and Audrey Hayes the opportunity to be a 1/3 participant in the $1.5 million loan.  However, both Sally Kleeberg and Audrey Hayes declined to participate.

At an August 18, 2011 meeting of the Trustees of the Trust, a unanimous vote occurred to ratify the loans previously made by Lester Eber as described above.  The meeting minutes described the security arrangement for each loan, and noted that Sally Kleeberg and Audrey Hayes had been offered the opportunity to participate in the loans but declined to do so.  It should be noted that the ratification of the loans by the Trustees was entirely voluntary and not required by any provision of the New York Business Corporation Law.

As of December 31, 2011, the outstanding principal and interest on the loans was an aggregate of $3,650,682.48.  By that time, Eber W&L and Eber Metro had no business operations and were generating no cash flow.  Eber W&L's only material asset was its

6

controlling equity interest in Eber Metro, and Eber Metro's only material asset was its controlling equity interest in Eber-CT.  Eber W&L and Eber Metro failed to pay any of the principal or interest on the loans payable to Lester Eber on the dates such payments were due, so the loans were in default.  On January 18, 2012, Lester Eber transferred all of his right, title and interest in the loans and the definitive loan and security documentation to Alexbay.  On that same date, Alexbay sent Eber W&L and Eber Metro a notice pursuant to New York UCC 9-620 proposing to accept Eber W&L's entire controlling equity interest in Eber Metro, and Eber Metro's entire controlling equity interest in Eber-CT (79%) in full satisfaction of the loans.

Thereafter, on February 21, 2012, Alexbay commenced an action pursuant to New York UCC 9-627 seeking a judicial review of Alexbay's acceptance of Eber W&L's interest in Eber Metro in full satisfaction of the secured loan obligations owed to Alexbay, and the determination that such acceptance was "commercially reasonable."  A judicial determination of commercial reasonableness is not required by the UCC, but it was pursued by Alexbay out of an abundance of caution.

By judgment dated May 11, 2012, the Hon. Matthew A. Rosenbaum, New York State Supreme Court Monroe County, issued a declaratory judgment confirming that Alexbay's acceptance of Eber W&L's interest in Eber Metro was commercially reasonable given the amount of Lester Eber's loans.

Further, it is clear that plaintiffs either do not realize or choose to ignore the fact that many of the debts of Eber Bros. were also contingent liabilities of Eber-CT.  Lester Eber had not obligation or liability to pay such contingent liabilities, but nonetheless

7

extended personal loans and made many other payments outright.  Further, in 2017 Lester Eber forfeited all of his vested rights under the Eber W&L Pension Plan (worth $1.4 million) in order to save the business.

Eber Bros., the only Eber entity directly held by the Trust, was not a party to any of the loans or security arrangements.  No action was required to be taken in connection with any of the loans by the Board of Directors of Eber Bros.  Similarly, under the New York BCL, no shareholder approval – including approval by the Trust as controlling shareholder of Eber Bros. – was required for any of the loans or security arrangements. None of the actions taken by Lester Eber in connection with the loans and the related security arrangements were taken in his capacity as Trustee of the Trust.

**ARGUMENT**

**POINT I**

**THE EBER DEFENDANTS PROPERLY WITHHELD CERTAIN
DOCUMENTS BASED UPON THE ATTORNEY-CLIENT PRIVILEGE**

It is undisputed that an attorney-client privilege exists when it is demonstrated that (1) there was a communication between client and attorney; (2) that communication was intended to be [and was] kept confidential; and (3) the purpose was to obtain or provide legal advice.  United States v. Bergstein, 302 F. Supp3d 580, 584 (S.D.N.Y. 2018).

Here, plaintiffs' objections can be broken into essentially three categories: (1) objections to documents withheld involving communications between one or more of the Eber Defendants and Elliott Gumaer; (2) objections to documents withheld involving communications with Underberg & Kessler LLP; and (3) objections to documents withheld involving communications with Glenn Sturm, Esq.[1]  Read fairly, plaintiffs' motion asserts that the attorney-client privilege is almost wholly inapplicable in this case.  Clearly, that is an unsustainable position.

**Gumaer**

Plaintiffs incorrectly assert that Mr. Gumaer's position as Trustee renders the attorney-client privilege wholly inapplicable to the Eber Defendants.  However, plaintiffs' fail to recognize or appreciate that Mr. Gumaer was not merely a trustee.  Rather, he was also a long-time attorney for the Eber Defendants on a host of matters have nothing to do with the Trust.

---

[1] The Eber Defendants have supplemented the Privilege Log to designate which entit(ies) or individual(s) is the respective client(s) for each entry.  See Exhibit 1

As set forth in the August 2018 Affidavits of Lester Eber and Wendy Eber accompanying the opposition to plaintiffs' first motion to compel (ECF No. 120), since the 1970's Mr. Gumaer served as an attorney for both Lester and Wendy, individually, as well as many of the Eber Defendants, until his death last year.

The Eber Defendants relied on Mr. Gumaer for confidential legal advice involving a myriad of matters having nothing to do with the Trust or Mr. Gumaer's role as trustee. Certainly, there were also communications involving the Trust that were not privileged – which were not withheld. However, plaintiffs contend that essentially every communication between the Eber Defendants and Mr. Gumaer – regardless of whether the Trust was the subject of such communication – must be disclosed based upon his position as Trustee. That is simply not the state of the law. The Eber Defendants regularly relied upon Mr. Gumaer for legal advice unrelated to the Trust. Communications relating to such legal advice have been properly withheld by the Eber Defendants.

Plaintiffs further argue that communications with Mr. Gumaer are subject to disclosure because he was allegedly not a practicing attorney during the operative time period. As set forth in their Affidavits, both Wendy Eber and Lester Eber were unaware that Mr. Gumaer was not licensed to practice law during the time period at issue – and do not currently know if the allegation is accurate. Further, they both attest that Mr. Gumaer never advised them that he was not a "practicing" attorney, or that they should not consider him to be their lawyer. This good faith belief is fatal to plaintiffs' argument on this point.

Under New York law, in order for attorney-client privilege to apply, there must be an attorney-client relationship. The formation of an attorney-client relationship hinges upon the client's [reasonable] belief that he is consulting an attorney in that capacity and his manifested intention to seek professional legal advice." <u>Merck Eprova AG v. ProThera</u>, 670 F.Supp.2d 201, 210 (S.D.N.Y. 2009).  No special formality is required to demonstrate the establishment of that relationship. <u>Id</u>.

Courts have generally considered six factors in assessing whether an attorney-client relationship existed: "1) whether a fee arrangement was entered into or a fee paid; 2) whether a written contract or retainer agreement exists indicating that the attorney accepted representation; 3) whether there was an informal relationship whereby the attorney performed legal services gratuitously; 4) whether the attorney actually represented the [client] in one aspect of the matter (*e.g.*, a deposition); 5) whether the attorney excluded the individual from some aspect of [the] litigation in order to protect another (or a) client's interest; [and] 6) whether the purported client believes that the attorney was representing him and whether this belief was reasonable."  <u>First NBC Bank v. Murex, LLC</u>, 259 F. Supp. 3d 38, 61–62 (S.D.N.Y. 2017).

Here, the Eber defendants paid Mr. Gumaer for his legal services; Mr. Gumaer provided legal advice and recommendation in return for such payments; such communications were kept confidential; and the Eber Defendants had a good faith belief that that Mr. Gumaer was acting as their attorney.   It is clear that that the relationship between Mr. Gumaer and the Eber Defendants (exclusive of his role as trustee), was one of attorney-client and is entitled to the attendant privilege.

11

**Underberg & Kessler**

Plaintiffs' allegations with respect to communications with Underberg & Kessler also fail.  First, it must be noted that plaintiffs' continuing reference to Underberg & Kessler's November 2012 internal file memo discussing the Article 9 proceeding is a blatant violation of the Court's September 13, 2018 Order precluding use of that document and ordering it clawed back. (ECF No. 98).  Plaintiff allege that despite this Court's Order, the memo remains "on the record and should be considered" (Plaintiffs' Brief p. 21).  In addition to evidencing a clear disregard for the September 13, 2018 Order, such a statement makes clear that much of plaintiffs' supposition and conjecture is based upon a document that has been clawed-back and not admissible in any manner.

Further, plaintiffs' allegation at page 22, footnote 12 of their Memorandum of Law that privilege was waived with respect to this communication is patently false.  Plaintiffs claim that because the November 7, 2012 communication was referenced in the May 29, 2018 letter of Paul Keneally, Esq. (ECF No. 99), privilege was somehow waived.  To the contrary, Mr. Keneally explicitly asserted privilege in the May 29, 2018 letter.  Plaintiffs' attempts to twist this narrative should be rejected.

As set forth in the Affidavits of Wendy Eber and Lester Eber, Underberg & Kessler has been retained at various times over the years to represent both Wendy and Lester, as well as a number of the Eber Defendants in a variety of matters.  Plaintiffs allege that the Eber Defendants failed to follow corporate formalities in the retention of Underberg & Kessler (and other attorneys), and that the attorney-client privilege was somehow lost or waived as a result.

12

However, other than plaintiffs' unsupported assertions, there is no evidence to support the contention that the Eber Defendants failed to follow corporate formalities in their retention of Underberg & Kessler, or that there was a waiver of any privilege.

For example, plaintiffs contend that communications between Lester Eber or Wendy Eber with Underberg & Kessler surrounding the UCC Article 9 Foreclosure are not privileged because the interests of Alexbay were adverse to the interests of one or more of the other Eber entities.  However, plaintiffs fail to grasp that while Wendy Eber was President of Eber W&L, she also had roles with the various other Eber entities (i.e. Eber-CT).  Accordingly, communications with counsel on behalf of other Eber entities are still privileged.

Moreover, to the extent a conflict ever did exist, it was waived by the individual or entity with the right to assert it.  Rule 1.7 of the Rules of Professional Conduct allows for the waiver of a conflict if: (1) lawyer reasonably believes that he will be able to provide competent and diligent representation to each affected client; (2) the representation is not prohibited by law; (3) the representation does not involve the assertion of a claim by one client against another client represented by the lawyer in the same litigation; (4) each affected client gives informed consent in writing.

While there was not a written waiver in this instance, the fact remains that none of the parties ever raised any conflict issue – because they either did not believe one existed or were willing to waive it.  Plaintiffs do not have standing to retroactively raise a potential conflict to further their own ends in this litigation.

13

**Glenn Sturm**

Plaintiffs admit that Mr. Sturm was a practicing lawyer and that there was no fiduciary relationship between Mr. Sturm and the Eber Defendants.  However, plaintiffs allege that because Mr. Sturm also acted as a strategic advisor for the Eber Defendants, some of the communications with Mr. Sturm are being improperly withheld.  This is false. Communications involving Mr. Sturm that have been withheld on privilege grounds relate to legal advice given by Mr. Sturm.

Plaintiffs' mere conjecture to the contrary is not a basis to invade privilege.


## POINT II

### THE FIDUCIARY EXCEPTION DOES NOT PROVIDE A BASIS TO INVADE THE ATTORNEY-CLIENT PRIVILEGE

Plaintiffs contend that the fiduciary exception mandates production of the challenged documents because they have made allegations of a conflict of interest and/or self-dealing.  See In re Bank of New York Mellon, 977 N.Y.S.2d 560 (N.Y. Co. 2013). However, contrary to plaintiffs' contentions, the factors set forth in In re Bank of New York Mellon do not weigh in favor of disclosure.  Most notably, plaintiffs have not raised "colorable" claims of self-dealing or a conflict of interest.  Id. at 566.

Put another way, plaintiffs' reliance on the fiduciary exception misconstrues the fiduciary obligations imposed on the officers and directors of an insolvent corporation.  It is undisputed that Eber Bros and Eber W&L were insolvent at the time of the commencement of the UCC Article 9 proceeding in 2012.

This is important, as the duty that directors owe to the creditors of an insolvent corporation under New York law is defined primarily by the "trust fund doctrine." Credit Agricole Indosuez v. Rossiyskiy Kredit Bank, 94 N.Y.2d 541, 549 (2000).  More specifically, officers and directors of an insolvent corporation have a fiduciary duty to hold the remaining corporate assets in trust for the benefit of its general creditors.  Hughes v. BCI Int'l Holdings, Inc., 452 F.Supp.2d 290, 308 (S.D.N.Y 2006); RSL Communications PLC v Bildirici, 649 F.Supp.2d 184, 202 (S.D.N.Y. 2009).

 Put simply, the fiduciary obligations of the Eber Defendants ran to their creditors – not to plaintiffs (who were indisputably not creditors).  As such, plaintiffs' reliance on the fiduciary exception to compel production of documents entirely misplaced.

## POINT III

## THE CRIME-FRAUD EXCEPTION IS INAPPLICABLE

Finally, plaintiffs claim that the crime-fraud exception provides an alternate basis to compel production of the privileged materials.  This argument also fails.  In sum and substance, plaintiffs claim that the 2012 Article 9 proceeding was either criminal or fraudulent, and thus supports the requested relief. Before the crime-fraud exception can be invoked, it must be shown that there is probable cause that a crime or fraud has been committed.  In re Grand Jury Supoena Duces Tecum Dated Sept. 15, 1983, 731 F.2d 1032 (2d Cir. 1984).

First, plaintiffs have failed to establish "probable cause" that a crime or fraud occurred.  Plaintiffs have merely drawn their own conclusions based upon speculation and surmise rather than actual evidence.  This is insufficient to invoke the exception.

Second, plaintiffs continue to misunderstand and misconstrue the nature and purpose of the 2012 proceeding.  As set forth above, Lester Eber voluntarily made cash loans to Eber W&L and Eber Metro for the purpose of enabling those entities to remain in business and pay various operating and other third party liabilities.  The loans were secured by validly perfected first priority UCC Article 9 Security Interests, and Lester Eber had priority as a secured creditor over any claim by other secured and unsecured creditors.

Plaintiffs have cited no authority that a conveyance to repay a legitimately secured creditor – who happened to be an insider – should be deemed fraudulent.  Englander Capital Corp. v. Zises, 2018 NY Slip Op 28185 *4 (NY Co. 2018)["There is no indication that in making the secured loan and in partially satisfying it, defendants did not act honestly, fairly and openly"].  In such circumstances, there is no preference because the satisfaction of a secured debt causes no improvement of position.  Id.; In re Northstar Dev. Corp., 465 B.R. 6, 14 (W.D.N.Y. 2012).

In light of the above, plaintiffs' attempt to invoke the crime-fraud exception to compel production of privileged document should also be rejected

16

## **CONCLUSION**

The Eber Defendants are confident that the Court's *in camera* review will lead to the conclusion that plaintiffs are not entitled to the privileged documents that they are currently seeking.


DATED:  November 6, 2018
          Rochester, New York

                                   UNDERBERG & KESSLER LLP


                        By:  *s/ Paul F. Keneally*
                            Paul F. Keneally, Esq., Of Counsel
                            *Attorneys for Eber Defendants*
                            300 Bausch & Lomb Place
                            Rochester, New York 14604
                            (585) 258.2882

# EXHIBIT

# 1

Case 1:16-cv-09517-LAK-KHP   Document 136-12   Filed 10/23/18   Page 2 of 34   As amended on 4/25/18

Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.

United States District Court for the Southern District

Civ. Action No.: 16-cv-9517(LAK)

Red strike through Bates # means document produced
Through objection code means withdrawn

NL = Not Legal / No Lawyer
F = Fiduciary Exception
W = Waiver (basis highlighted, when possible)
C = Crime-Fraud

4/25

**Eber Defendants' Amended Privilege Log 9/29/2017 Production**

| | Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure | |
|---|---|---|---|---|---|---|---|---|
| NL F W | 00000713 00000713a-t | 11/27/2009 | Electronic mail and bank document drafts | Follow up to conversation regarding EBWLC debt | Wendy Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege | Wendy Eber Lester Eber |
| NL F W | 00000714-00000728 | 3/22/2010 | Electronic mail and Security Agreement draft | Request to review and comment on bank documents and correspondence | Janet Lissow on behalf of Lester Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege | Lester Eber |
| ML F | 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Wendy Eber | Janet Lissow | Attorney Client Privilege | Wendy Eber + Lester Eber |
| NL F | 00000729 | 10/5/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber cc: Janet Lissow | Attorney Client Privilege | |
| NL F | 00000729 | 10/1/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege | |
| NL F | 00000729 | 9/30/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | Lester Eber | Wendy Eber | Attorney Client Privilege | |
| NL F | 00000729-00000731 | 9/29/2011 | Electronic mail | Money Lester Eber loaned to EBWLC | David Belt, Esq. | Lester Eber cc: Russell Green, Esq. | Attorney Client Privilege | |
| | 00000732-00000733 | 9/29/2011-10/5/2011 | Electronic mail | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | *duplicate of Bates 00000729-00000731 | Attorney Client Privilege | Lester Eber |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Amended Privilege Log  9/29/2017 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| 00000734 | 3/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Glenn Sturm, Esq. cc:  Lester Eber | Attorney Client Privilege |
| 00000734 | 2/26/2010 | Electronic mail | Forwarding 2/23/2010 electronic mail, below | Wendy Eber | Wendy Eber | Attorney Client Privilege |
| 00000734-00000735 | 2/23/2010 | Electronic mail | Questions regarding loan documents | Steve Park, Esq. | Wendy Eber cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Steve Park, Esq. cc:  Will Gaines, Esq. cc:  Patty Byrd, Esq. cc:  Wendy Eber | Attorney Client Privilege |
| 00000735 | 2/23/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |
| 00000735-00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. | Attorney Client Privilege |
| 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Will Gaines, Esq. | Glenn Sturm, Esq. | Attorney Client Privilege |

(handwritten annotations in left margin: "NL F", "NL F", "F", "F", "F", "F", "F")

(handwritten annotation in right margin: "Wendy Eber + Lester Eber")

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Amended Privilege Log  9/29/2017 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| F | 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Glenn Sturm, Esq. | Will Gaines, Esq. cc: Patty Byrd, Esq. cc: Wendy Eber | Attorney Client Privilege |
| F | 00000736 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Wendy Eber | Patty Byrd, Esq. | Attorney Client Privilege |
| F | 00000736-00000737 | 2/22/2010 | Electronic mail | Questions regarding bank loan documents | Patty Byrd , Esq. | Wendy Eber | Attorney Client Privilege |
| NL F | 00000738 | 1/19/2012 | Electronic mail | Forwarding 1/18/2012 electronic mail, below | Lester Eber | Janet Lissow | Attorney Client Privilege |
| NL F | 00000738-00000739 | 1/18/2012 | Electronic mail | Questions regarding bank loan documents | David Belt, Esq. | Lester Eber | Attorney Client Privilege |
| NL F W | 00000741 | 3/9/2012 | Electronic mail | Confirming telephone conference with Glenn Sturm, Esq. regarding bank relationship issues | Wendy Eber | Elliot Gumaer, Esq. cc: Lester Eber | Attorney Client Privilege |
| NL W F | 00000741 | 3/9/2012 | Electronic mail | Bank relationship issues | Elliot Gumaer, Esq. | Wendy Eber cc: Lester Eber | Attorney Client Privilege |
| | 00017223 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege |

*Handwritten annotations: "Wendy Eber + Lester Eber"*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

**Eber Defendants' Amended Privilege Log  9/29/2017 Production**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00017372 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017391 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017665 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017666-00017670 | 6/7/2016 | Settlement Agreement drafts EBWLC / PBGC | Confidential Summary of Key Terms | Bond Schoeneck & King PLLC | Wendy Eber | Attorney Client Privilege | |
| 00017687 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017769 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017776 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |
| 00017818 | 8/4/2017 | Electronic mail | Client forwarding documents to Underberg & Kessler LLP | Wendy Eber | Underberg & Kessler LLP | Attorney Client Privilege | |

Wendy Eber

Wendy Eber
EBWLC

Wendy Eber

Case 1:16-cv-09517-LAK-KHP   Document 136-12   Filed 10/23/18   Page 6 of 34

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00026240 | April 10, 2014 | Electronic mail | Subpoenas Harris Beach v. Eber | Joseph Nacca, Esq. | Ingrid Palermo, Esq. | Attorney Work Product |
| EB-00026240 – EB-00026241 | April 7, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Cindy Raskopf cc to Josesph Nacca, Esq. | Attorney Work Product |
| EB-00026241 | April 7, 2014 | Electronic mail | Harris Beach v. Eber | David Hardy, Esq. | Edward Hourihan, Esq. | Attorney Work Product |
| EB-00026241 – EB-00026242 | March 28, 2014 | Electronic mail | Harris Beach v. Eber | Kevin Tompsett, Esq. | David Hardy, Esq. cc to Sherwin Yoder, Esq. | Attorney Work Product |
| EB-00026242 – EB-00026243 | March 28, 2014 | Electronic mail | Appellate Division Decision | Kevin Tompsett, Esq. | Sherwin Yoder, Esq. cc to Joseph Picciotti | Attorney Work Product |
| EB-00026244 | Undated | Notes/Questions | Harris Beach v. Eber | W. Eber | Bond, Schoenick & King | Attorney Client Privilege |
| EB-00026245 | February 13, 2015 | Electronic mail | Harris Beach v. Eber | Ingrid Palermo, Esq. | Susan Heffner | Attorney Client Privilege |
| EB-00026245 | February 13, 2015 | Electronic mail | Lester Eber's Affidavit in Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq. | Attorney Client Privilege |
| EB-00026246 – EB-00026247 | February 13, 2015 | Chart | Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq. | Attorney Client Privilege |
| EB-00026248 – EB-00026250 | October 27, 2015 | Letter | Settlement of Harris Beach v. Eber | Ingrid Palermo, Esq. | Wendy Eber Lester Eber | Attorney Client Privilege |
| EB-00026251 – EB-00026253 | Undated | Notes/Questions | Settlement of Harris Beach v. Eber | John Herbert, Esq. | Bond, Schoeneck & King PLLC | Attorney Client Privilege/Attorney Work Product |

*(handwritten annotations: "Eber Bros", "Lester Eber", "Eber + CT", "F")*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| EB-00026254 | October 7, 2015 | Electronic mail | Settlement of Harris Beach v. Eber | John Herbert, Esq. | Edward Hourihan, Esq.<br>Cc to Wendy Eber, Lester Eber | Attorney Client Privilege |
|---|---|---|---|---|---|---|
| EB-00026255 | May 29, 2015 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product |
| EB-00026255 – EB-00026256 | May 27, 2015 | Electronic mail | Lester Eber's Affidavit in Harris Beach v. Eber | Lonie Hassel, Esq. | Ingrid Palermo,Esq., Wendy Eber, Lester Eber, John Herbert, Esq., Edward Hourihan, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026256 – EB-00026257 | May 20, 2015 | Electronic Mail | Lester Eber's Affidavit in Harris Beach v. Eber | Ingrid Palermo, Esq. | Gary Ford, Esq., Lonie Hassel, Esq., Wendy Eber, Lester Eber, John Herbert, Esq. cc to Edward Hourihan, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026258 | December 15, 2014 | Electronic Mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Client Privilege/Attorney Work Product |
| EB-00026258 – EB-00026259 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq., John Herbert, Esq. cc to Lester Eber | Attorney Client Privilege |
| EB-00026260 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | David Belt, Esq. | Attorney Client Privilege |

*[handwritten annotations in right margin:]* Eber Bros + Lester Eber

*[handwritten annotation:]* Wendy Eber Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EB-00026260 | December 14, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Lester Eber, Wendy Eber, John Herbert, Esq. | Attorney Client Privilege | Wendy Eber<br>Lester Eber |
| EB-00026261 – EB-00026262 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | W. Eber | Edward Hourihan, Esq., John Herbert, Esq. | Attorney Client Privilege | |
| EB-00026263 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq., John Herbert, Esq. cc to Lester Eber | Attorney Client Privilege | |
| EB-00026263 – EB-00026264 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | David Belt, Esq. | Wendy Eber | Attorney Client Privilege/Attorney Work Product | |
| EB-00026264 – EB-00026265 | December 14-15, 2014 | Electronic mail | *duplicate of Bates EB-00026260 | *duplicate of Bates EB-00026260 | *duplicate of Bates EB-00026260 | Attorney Client Privilege | |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Edward Hourihan, Esq. | Joseph Nacca, Esq., Ingrid Palermo, Esq., Julie Roth, Esq., Brian Laudadio, Esq. | Attorney Work Product | |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Edward Hourihan, Esq. | Joseph Nacca, Esq. | Attorney Work Product | |
| EB-00026266 | December 7, 2014 | Electronic mail | Harris Beach v. Eber motions | Joseph Nacca, Esq. | Edward Hourihan, Esq. | Attorney Work Product | |
| EB-00026267 | August 11, 2014 | Electronic mail | Fourth Department appeal Harris Beach v. Eber | Ingrid Palermo, Esq. | Edward Hourihan, Esq. cc to Cindy Raskopf | Attorney Work Product | |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

Wendy Eber
Lester Eber
+ Eber Bros

| EB-00026267 | August 11, 2014 | Electronic mail | Fourth Department appeal Harris Beach v. Eber | David Hardy, Esq. | Ingrid Palermo, Esq. cc to Wendy Eber | Attorney Work Product |
|---|---|---|---|---|---|---|
| EB-00026268 | April 25, 2014 | Electronic mail | Harris Beach v. Eber | David Hardy, Esq. | Ingrid Palermo, Esq. cc to Wendy Eber | Attorney Client Privilege |
| EB-00026269 – EB-00026270 | April 25, 2014 | Electronic mail | Harris Beach v. Eber | Ingrid Palermo, Esq. | Edward Hourihan, Esq. cc to Cindy Raskopf | Attorney Client Privilege, Attorney Work Product |
| EB-00026271 | April 25, 2014 | Memorandum | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Gregory McDonald, Esq. Joseph Nacca, Esq. | Attorney Work Product |
| EB-00026272 | February 29, 2012 | Electronic mail | Forwarding Paul Keneally, Esq. February 29, 2012 electronic mail, below | Wendy Eber | Janet Lissow | Attorney Client Privilege |
| EB-00026272 – EB-00026273 | February 29, 2012 | Electronic mail | Harris Beach v. Eber | Paul Keneally, Esq. | Wendy Eber, Lester Eber, Glenn Sturm, Esq. James Robertson, Esq., David Hardy, Esq. cc to William Brueckner, Esq. Rachel Bandych, Esq. | Attorney Client Privilege |
| EB-00026274 | February 8, 2012 | Electronic Mail | Harris Beach v. Eber | Marino Fernandez, Esq. | Janet Lissow cc to Wendy Eber | Attorney Client Privilege |

Handwritten margin notes: F W (next to EB-00026272), F W (next to EB-00026272–EB-00026273), F,W (next to EB-00026274)

Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EB-00026275 – EB-00026279 | January 31, 2012 | Letter and Reply | Harris Beach v. Eber | Marino Fernandez, Esq. | Lester Eber | Attorney Client Privilege | Eber Bros |
| EB-00026280 | October 15, 2014 | Electronic mail | Forwarding Joseph Nacca October 10, 2014 electronic mail, below | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product | |
| EB-00026280 – EB-00026281 | October 10, 2014 | Electronic mail | Harris Beach v. Eber | Joseph Nacca, Esq. | Edward Hourihan, Esq. | Attorney Work Product | |
| EB-00026282 | October 15, 2014 | Electronic mail | Forwarding Cindy Raskopf October 14, 2014 electronic mail, below | Edward Hourihan, Esq. | Cindy Raskopf | Attorney Work Product | |
| EB-00026282 | October 14, 2014 | Electronic mail | Harris Beach v. Eber | Cindy Raskopf | Edward Hourihan, Esq., Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product | |
| EB-00026283 | December 16, 2014 | Electronic mail | Harris Beach v. Eber | Joseph Nacca, Esq. | Edward Hourihan, Esq. cc to Ingrid Palermo, Esq. | Attorney Work Product | Eber Bros, Wendy Eber, Lester Eber |
| EB-00026283 – EB-00026284 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Wendy Eber | Edward Hourihan, Esq. cc to John Herbert, Esq. | Attorney Client Privilege | |
| EB-00026285 | January 26, 2015 | Electronic mail | Motion in Harris Beach v. Eber | Wendy Eber | Ingrid Palermo, Esq., John Herbert, Esq., Lester Eber, cc to Edward Hourihan, Esq. | Attorney Client Privilege | |

FW

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log May 8, 2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EB-00026286 | January 23, 2015 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Mary Moore, Esq., Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product | |
| EB-00026286 | December 15, 2014 | Electronic mail | Harris Beach v. Eber | Edward Hourihan, Esq. | Ingrid Palermo, Esq., Joseph Nacca, Esq. | Attorney Work Product | |
| EB-00026286 – EB-00026288 | December 15, 2014 | Electronic mail | *duplicate of Bates EB-00026283 – EB00026284 | *duplicate of Bates EB-00026283 – EB00026284 | *duplicate of Bates EB-00026283 – EB00026284 | Attorney Client Privilege | |
| EB-00026289 | December 15, 2014 | Electronic mail | Eber Bank Agreement | John Herbert, Esq. | Edward Hourihan, Esq., cc to Wendy Eber | Attorney Client Privilege | |
| EB-00026290 | March 25, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product | |
| EB-00026291 | January 5, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product | |
| EB-00026292 | January 4, 2016 | Handwritten strategy notes | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product | |
| EB-00026293 | Undated | Confidential Settlement Calculation | Harris Beach v. Eber | Bond, Schoeneck & King PLLC | Bond, Schoeneck & King PLLC | Attorney Work Product | |

*(handwritten in right margin)* Eber Bros
Wendy Eber
Lester Eber

*(handwritten in left margin)* F

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00026612 – EB-00026626 | 5/31/2012 | Electronic mail with attachment | L. Eber loan balance and EBWLC outstanding liabilities | W. Eber | E. Gumaer, Esq. L. Eber | Attorney Client Privilege |
| EB-00026627 | 12/14/2010 | Electronic mail | Eber Bros. Retirement Plan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026627 – EB-00026628 | 12/13/2010 | Electronic mail | Eber Bros. Retirement Plan | D. Mehalick, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026629 | 2/26/2010 | Electronic mail | EBWLC bank loan documents | W. Eber | L. Eber, E. Gumaer, Esq. cc to G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026629 | 2/26/2010 | Electronic mail | Forwarding 2/23/2010 electronic mail, below | W. Eber | W. Eber | Attorney Client Privilege |
| EB-00026629 – EB-00026630 | 2/23/2010 | Electronic mail | EBWLC bank loan documents | S. Park, Esq. | W. Eber, cc to W. Gaines, Esq., P. Byrd, Esq., G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | W. Eber | P. Dalton, Esq., E. Gumaer, Esq., L. Eber, Esq. | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | P. Dalton, Esq. | E. Gumaer, Esq., L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026631 | 12/17/2009 | Electronic mail | CNB loan | E. Gumaer, Esq. | L. Eber, P. Dalton, Esq., | Attorney Client Privilege |

*Handwritten annotations in left margin:* NL, F, W (various rows); "NL, F, W" near row 2; "Wendy Eber / Lester Eber" in right margin

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | W. Eber | |
| EB-00026631 – EB-00026632 | 12/17/2009 | Electronic mail | CNB loan | L. Eber | P. Dalton, Esq., E. Gumaer, Esq., W. Eber | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | M. Parker (Paralegal at Underberg & Kessler LLP) | W. Eber, cc to L. Eber, P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026633 | 3/12/2012 | Electronic mail | EBWLC document draft | W. Eber | M. Parker, cc to L. Eber | Attorney Client Privilege |
| EB-00026634 | 3/2/2012 | Electronic mail | EBWLC document draft | M. Parker | W. Eber, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026634 | 3/2/2012 | Electronic mail | EBWLC document draft | W. Eber | M. Parker, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026634 – EB-00026636 | 3/2/2012 | Electronic mail | EBWLC document draft | M. Parker | W. Eber, cc to P. Keneally, Esq., E. Russell, Esq. | Attorney Client Privilege |
| EB-00026637 | 2/2012 | Written Consent | EBWLC document draft | Underberg & Kessler LLP | W. Eber, P. Keneally, E. Russell | Attorney Client Privilege |
| EB-00026638 | 10/13/2015 | Electronic mail | Legal advice regarding PBGC | W. Eber | E. Gumaer | Attorney Client Privilege |
| EB-00026638 | 10/6/2015 | Electronic mail | Legal advice regarding PBGC | W. Eber | E. Gumaer | Attorney Client Privilege |
| EB-00026638 | 9/25/2015 | Electronic mail | Legal advice regarding PBGC | I. Palermo, Esq. | W. Eber, J. Herbert, Esq., cc to E. Hourihan, | Attorney Client Privilege |

Handwritten annotations in left margin: F W, NL F W, F W, F W, F W, F W, F W, F W, NL F W, NL F F W, F W

Handwritten annotation in right margin: Lester Eber & Wendy Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | Esq., M. Kreps, Esq. | | |
|---|---|---|---|---|---|---|---|
| **F W** | EB-00026638 – EB-00026639 | undated | Electronic mail | Legal advice regarding PBGC | C. Johnson, Esq. | I. Palermo, Esq. | Attorney Client Privilege |
| **F** | EB-00026640 – EB-00026642 | 4/20/2018 | Memorandum | Legal Advice regarding PBGC | I. Palermo, Esq. C. Johnson, Esq. | EBWLC | Attorney Client Privilege |
| **JL F W** | EB-00026643 | 7/2/2013 | Electronic mail | Legal Advice regarding PBGC | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| **F W** | EB-00026643 – EB-00026644 | 7/2/2013 | Electronic Mail | Legal Advice regarding PBGC | T. Gigot, Esq. | W. Eber, cc to G. Ford, Esq., J. Herbert, Esq. | Attorney Client Privilege |
| **NL H F** | EB-00026645 | 12/13/2012 | Electronic mail | CNB document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| **NL W F** | EB-00026646 | 12/13/2012 | Electronic mail | CNB document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| **W F C** | EB-00026647 – EB-00026648 | 11/7/2012 | Letter | Alexbay case | M. Beyma, Esq. | W. Eber, G. Sturm, Esq., cc to P. Keneally, Esq. | Attorney Client Privilege |
| **F** | EB-00026649 | 7/31/2012 | Electronic mail | Teamsters Union | W. Eber | V. DeBella, Esq. | Attorney Client Privilege |
| **NL F W** | EB-00026650 | 6/7/2012 | Electronic mail | EBWLC draft document | W. Eber | E. Gumaer, Esq. cc to J. Lissow | Attorney Client Privilege |
| **F W** | EB-00026650 | 6/6/2012 | Electronic mail | EBWLC draft document | M. McHugh (Admin. Assistant at Underberg Kessler LLP) | W. Eber, L. Eber, G. Sturm, Esq., D. Belt, Esq., cc to S. Gersz, Esq., P. Keneally, Esq., M. Beyma, Esq. | Attorney Client Privilege |
| **F W C** | EB-00026651 | 3/12/2012 | Electronic mail | L. Eber Affidavit | W. Eber | W. Brueckner, Esq., cc to E. Gumaer, L. Eber | Attorney Client Privilege |

*(handwritten annotations in right margin:)*
Eber Bros
Wendy Eber
Lester Eber

*omits E. Gumaer, who produced this

Wendy Eber
Wendy Eber
Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| F W C | EB-00026651 | 3/12/2012 | Electronic mail | L. Eber Affidavit | W. Brueckner, Esq. | L. Eber, cc to W. Eber, G. Sturm, Esq., P. Keneally, Esq. | Attorney Client Privilege |
| NL F W C | EB-00026652 | 3/13/2012 | Electronic mail | Alexbay case | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| F | EB-00026653 | 5/28/2010 | Electronic mail | Eber CT | W. Eber | P. Dalton, Esq., cc to J. Runke, Esq. | Attorney Client Privilege |
| NL F W | EB-00026653 | 5/26/2010 | Electronic mail | Eber Ct | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| NL F W | EB-00026653 | 5/26/2010 | Electronic mail | Eber CT | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| NL F W | EB-00026653 | 5/26/2010 | Electronic mail | Eber CT | G. Sturm, Esq. | T. Gigot, Esq., cc to W. Eber | Attorney Client Privilege |
| NL F W | EB-00026654 | 5/26/2010 | Memorandum | Eber CT | G. Sturm, Esq. | P. Dalton, Esq., cc to W. Eber, L. Eber | Attorney Client Privilege/Attorney Work Product |
| NL W | EB-00026655 | 3/9/2010 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| F W NL | EB-00026655 | 3/9/2010 | Electronic mail | CNB | E. Gumaer, Esq. | W. Eber, cc to L. Eber | Attorney Client Privilege |
| NL | EB-00026656 | 05/20/2014 | Electronic mail | Harris Beach v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| | EB-00026656 | 5/20/2014 | Electronic mail | Harris Beach v. Eber | D. Hardy, Esq. | W. Eber L. Eber | Attorney Client Privilege |
| W F | EB-00026657 | 10/25/2012 | Electronic mail | D4 v. Eber* Eber = EBWLC | L. Eber | S. Carling, Esq., W. Eber, P. Keneally, Esq. | Attorney Client Privilege |
| F W | EB-00026657 | 10/25/2012 | Electronic mail | D4 v. Eber | S. Carling, Esq. | W. Eber, | Attorney Client |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | P. Keneally, Esq., cc to L. Eber | Privilege |
|---|---|---|---|---|---|---|
| F W | EB-00026657 – EB-00026658 | 10/25/2012 | Electronic mail | D4 v. Eber | W. Eber | S. Carling, Esq., P. Keneally, Esq., cc to L. Eber | Attorney Client Privilege |
| | EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| | EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | W. Eber | L. Eber, P. Keneally, Esq. | Attorney Client Privilege |
| F W | EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | L. Eber | W. Eber, P. Keneally, Esq. | Attorney Client Privilege |
| | EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | W. Eber | P. Keneally, Esq., L. Eber | Attorney Client Privilege |
| | EB-00026659 | 10/1/2013 | Electronic mail | Benderson v. Eber | P. Keneally, Esq. | W. Eber, L. Eber | Attorney Client Privilege |
| F W | EB-00026660 | 10/25/2012 | Electronic mail | D4 v. Eber | L. Eber | S. Carling, Esq., W. Eber, cc to P. Keneally, Esq. | Attorney Client Privilege |
| F W | EB-00026660 | 10/25/2012 | Electronic mail | D4 v. Eber | S. Carling, Esq. | W. Eber, L. Eber, cc to P. Keneally, Esq. | Attorney Client Privilege |
| NL F W | EB-00026661 | 6/1/2012 | Electronic mail | Alexbay case | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| NL F W C | EB-00026661 – EB-00026662 | 5/24/2012 | Electronic mail | Alexbay case | D. Derwoyed (Admin. Assistant at Underberg & Kessler LLP) | L. Eber, W. Eber, cc to P. Keneally, Esq. | Attorney Client Privilege |
| NL F W C | EB-00026663 | 5/24/2012 | Electronic mail | Alexbay case | L. Eber | W. Eber | Attorney Client |

*(handwritten annotations in margin:)*
Wendy Eber
Lester Eber

Wendy Eber
Lester Eber
Eber Ct

Eber Ct
Wendy Eber
Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | Privilege |
|---|---|---|---|---|---|---|
| M F | EB-00026644 | 1/20/2012 | Electronic mail | D4 v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| NL F | EB-00026664 | 1/20/2012 | Electronic mail | D4 v. Eber | W. Eber | L. Eber | Attorney Client Privilege |
| C F | EB-00026664 | 1/20/2012 | Electronic mail | D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber, G. Sturm, Esq., cc to B. Brueckner, Esq. | Attorney Client Privilege |
| NL F C | EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| C F | EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | W. Eber | P. Keneally, Esq., G. Sturm, Esq., L. Eber, cc to S. Carling, Esq. | Attorney Client Privilege |
| F C | EB-00026665 | 1/30/2012 | Electronic mail | D4 v. Eber | P. Keneally, Esq. | W. Eber, G. Sturm, Esq., L. Eber, cc to S. Carling, Esq. | Attorney Client Privilege |
| NL F C | EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | W. Eber | Attorney Client Privilege |
| C F | EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | W. Eber | D. Hardy, Esq., cc to L. Eber | Attorney Client Privilege |
| C F | EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | G. Sturm, Esq., W. Eber | Attorney Client Privilege |
| C F | EB-00026666 | 12/29/2011 | Electronic mail | Harris Beach v. Eber | J. Lissow | L. Eber | Attorney Client Privilege |
| C F | EB-00026667 | 12/9/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. W. Eber, J. Roberston, Jr., Esq., D. Hardy, | Attorney Client Privilege |

*Handwritten annotation on right margin:* Wendy Eber / Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Esq., G. Sturm, Esq. cc to S. Carling, Esq. | |
| EB-00026667 | 12/9/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, J. Robertston, Jr., Esq., D. Hardy, Esq., G. Sturm, Esq. cc to S. Carling, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq., W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026668 – EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., | Attorney Client Privilege |

*Handwritten note in right margin:* Wendy Eber / Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | D. Hardy, Esq. | |
| F C | EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | G. Sturm, Esq. | P. Keneally, Esq., L. Eber W. Eber, D. Hardy, Esq. | Attorney Client Privilege |
| F C | EB-00026669 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | W. Eber | P. Keneally, Esq., L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| F C | EB-00026669 – EB-00026670 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber G. Sturm, Esq., D. Hardy, Esq. | Attorney Client Privilege |
| F C | EB-00026670 | 12/12/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. | Attorney Client Privilege |
| F C | EB-00026670 | 12/11/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | L. Eber | Attorney Client Privilege |
| F C | EB-00026670 | 12/11/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | L. Eber | P. Keneally, Esq. | Attorney Client Privilege |
| F C | EB-00026670 – EB-00026671 | 12/10/2011 | Electronic mail | Harris Beach v. Eber D4 v. Eber | P. Keneally, Esq. | W. Eber, L. Eber J. Robertson, Jr. Esq., G. Sturm, Esq., D. Hardy, Esq., cc to S. Carling, Esq. | Attorney Client Privilege |
| F C | EB-00026671 | 12/9/2011 | Electronic mail | Harris Beach v. | L. Eber | P. Keneally, Esq., | Attorney Client |

*[Handwritten annotation in right margin:]* Wendy Eber + Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Eber<br>D4 v. Eber | | W. Eber,<br>J. Robertson, Jr.<br>Esq.,<br>G. Sturm, Esq.,<br>D. Hardy, Esq. | Privilege |
| EB-00026671 – EB-00026674 | 12/9/2011 | Electronic mail | Harris Beach v.<br>Eber<br>D4 v. Eber | P. Keneally, Esq. | W. Eber,<br>L. Eber<br>J. Robertson, Jr.<br>Esq.,<br>G. Sturm, Esq.,<br>D. Hardy, Esq., cc<br>to S. Carling, Esq. | Attorney Client<br>Privilege |
| EB-00026675 | 11/30/2011 | Electronic mail | D4 v. Eber | L. Eber | S. Carling, Esq.,<br>P. Keneally, Esq.,<br>W. Eber, cc to<br>G. Sturm, Esq.,<br>D. Hardy, Esq. | Attorney Client<br>Privilege |
| EB-00026675 | 11/30/2011 | Electronic mail | D4 v. Eber | S. Carling, Esq. | P. Keneally, Esq.,<br>W. Eber,<br>L. Eber, cc to<br>G. Sturm, Esq.,<br>D. Hardy,  Esq. | Attorney Client<br>Privilege |
| EB-00026676 | 4/2/2010 | Electronic mail | Eber Bros.<br>Confidentiality<br>Agreement | L. Eber | S. Park, Esq.,<br>W. Eber, cc to<br>G. Sturm, Esq.,<br>P. Byrd, Esq. | Attorney Client<br>Privilege |
| EB-00026676 | 4/2/2010 | Electronic mail | Eber Bros.<br>Confidentiality<br>Agreement | S. Park, Esq. | W. Eber, cc to<br>G. Sturm, Esq.,<br>L. Eber, | Attorney Client<br>Privilege |

*Handwritten annotations: "Wendy Eber Lester Eber" and "Eber Bros Wendy Eber Lester Eber"; markings "C F" appear beside several rows.*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | P. Byrd, Esq. | |
| EB-00026676 – EB-00026677 | 4/2/2010 | Electronic mail | Eber Bros. Confidentiality Agreement | W. Eber | S. Park, Esq., cc to G. Sturm, Esq., L. Eber | Attorney Client Privilege |
| EB-00026678 | 5/20/2009 | Electronic mail | CNB | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026678 | 5/20/2009 | Electronic mail | CNB | P. Dalton | L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026679 | 3/28/2010 | Electronic mail | Loan with CNB | W. Eber | E. Gumaer, Esq. cc to L. Eber | Attorney Client Privilege |
| EB-00026679 | 3/21/2010 | Electronic mail | Attorney retention decision | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026679 | 3/21/2010 | Electronic mail | Draft letter to S. Kleeberg | W. Eber | L. Eber, cc to E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026679 – EB-00026680 | 3/20/2010 | Electronic mail | Draft letter to S. Kleeberg | G. Sturm, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026681 | 10/22/2010 | Electronic mail | Draft letter to S. Kleeberg | E. Gumaer, Esq.* | L. Eber | Attorney Client Privilege |
| EB-00026682 | 9/16/2011 | Electronic mail | Trust meeting | L. Eber | W. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026682 | 9/16/2011 | Electronic mail | Trust meeting | W. Eber | L. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | L. Eber | W. Eber, | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | P. Dalton, Esq. | E. Gumaer, Esq., L. Eber, W. Eber | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | E. Gumaer, Esq. | L. Eber, P. Dalton, Esq. W. Eber | Attorney Client Privilege |
| EB-00026683 | 12/17/2009 | Electronic mail | CNB | L. Eber | E. Gumaer, Esq., | Attorney Client |

*Here and elsewhere, the "W" code includes communications with Gumaer that cannot be privileged as against trust beneficiaries, if relevant to trust assets, due to fiduciary's duty of candor.

*(handwritten annotations in left margin: F, F, F, NL/W, NL/W, NL/W, NL/W, NL/W, NL/W, NL/W, NL, W/F, W/F, W/F)*

*(handwritten annotation right margin: Lester Eber / Wendy Eber)*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | P. Dalton, Esq., W. Eber | Privilege |
|---|---|---|---|---|---|---|
| EB-00026684 | 6/15/2015 | Electronic mail | PBGC litigation | L. Eber | W. Eber | Attorney Client Privilege |
| EB-00026684 | 6/12/2015 | Electronic mail | PBGC litigation | W. Eber | L. Hassel, Esq., E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026684 | 6/12/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege |
| EB-00026684 EB-00026685 | 6/12/2015 | Electronic mail | PBGC litigation | E. Fry | E. Hourihan, cc to L. Hassel, Esq., W. Eber, I. Palermo, L. Eber, J. Herbert, Esq., G. Ford | Attorney Client Privilege |
| EB-00026685 | 6/12/2015 | Electronic mail | PBGC litigation | E. Hourihan | L. Hassel, Esq., E. Fry, W. Eber, I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026685 – EB-00026686 | 6/12/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Fry, E. Hourihan, Esq. cc to I. Palermo, Esq., L. | Attorney Client Privilege |

*[handwritten notes in margin: "NL", "Wendy Eber Lester Eber"]*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | |
| EB-00026686 | 6/12/2015 | Electronic mail | PBGC litigation | E. Hourihan | W. Eber, G. Ford, Esq. cc to L. Hassel, Esq., E. Fry, I. Palermo, Esq., L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026686 – EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | G. Ford, Esq. | W. Eber,  cc to E. Hourihan, Esq., L. Hassel, Esq., E. Fry, I. Palermo, Esq., L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | W. Eber | L. Hassel, Esq., E. Fry, E. Hourihan, Esq., I. Palermo, Esq., L. Eber, J. Herbert, Esq., G. Ford, Esq. | Attorney Client Privilege |
| EB-00026687 | 6/11/2015 | Electronic mail | PBGC litigation | E. Hourihan | I. Palermo, Esq., L. Hassel, Esq. cc to W. Eber, G. Ford, Esq., E. Fry,  L. Eber, J. Herbert, Esq. | Attorney Client Privilege |
| EB-00026687 EB-00026688 | 6/11/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Hourihan, Esq., I. Palermo, Esq., cc to E. Fry,  L. Eber, | Attorney Client Privilege |

*(handwritten annotation:)* Wendy Eber + Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | J. Herbert, Esq., G. Ford, Esq., W. Eber | | |
| EB-00026688 | 6/11/2015 | Electronic mail | PBGC litigation | I. Palermo, Esq. | E. Hourihan, Esq., L. Hassel, Esq., cc to E. Fry, L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege | |
| EB-00026688 – EB-00026689 | 6/11/2015 | Electronic mail | PBGC litigation | L. Hassel, Esq. | E. Hourihan, Esq., cc to I. Palermo, Esq., E. Fry, L. Eber, J. Herbert, Esq., G. Ford, Esq., W. Eber | Attorney Client Privilege | |
| EB-00026689 | 6/11/2015 | Electronic mail | PBGC litigation | E. Hourihan | I. Palermo, Esq., L. Hassel, Esq., W. Eber, G. Ford, Esq., E. Fry, L. Eber, J. Herbert, Esq. | Attorney Client Privilege | |
| EB-00026690 | 12/30/2011 | Electronic mail | Harris Beach v. Eber | L. Eber | M. Fernandez, Esq., cc to W. Eber | Attorney Client Privilege | |
| EB-00026691 | 1/28/2008 | Electronic mail | CNB | L. Eber | W. Eber | Attorney Client Privilege | |
| EB-00026691 | 1/28/2008 | Electronic mail | CNB | D. Dean | L. Eber, W. Eber, cc to P. Dalton, Esq. | Attorney Client Privilege | |
| EB-00026692 | 11/9/2007 | Electronic mail | HSBC | L. Eber | W. Eber, P. | Attorney Client |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.:  16-cv-9517(LAK)

### Eber Defendants' Privilege Log  6/6/2018 Production

| | | | | | Dalton, Esq. | Privilege |
|---|---|---|---|---|---|---|
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00026693 | 12/5/2011 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00026694 | 12/8/2011 | Electronic mail | CNB | W. Eber | E. Gumaer, Esq. , cc to L. Eber | Attorney Client Privilege |
| EB-00026695 | 12/4/2011 | Electronic mail | CNB | G. Sturm, Esq. | L. Eber, cc to W. Eber | Attorney Client Privilege |
| EB-00026695 | 12/2/2011 | Electronic mail | CNB | L. Eber | G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026696 | 9/16/2011 | Electronic mail | Trustee Meeting | L. Eber | W. Eber, G. Sturm, Esq. | Attorney Client Privilege |
| EB-00026696 | 9/16/2011 | Electronic mail | Trustee Meeting | W. Eber | G. Sturm, Esq., cc to L. Eber | Attorney Client Privilege |

*Handwritten annotations in left margin: C, NL, NL, CUF, NL, CWF, NL, C, F, W, C, F, NL, CWF, M, W, NL, W*

*Handwritten annotation in right margin: Wendy Eber, Lester Eber*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| Bates Number | Date of Document | Type of Document | General Subject Matter | Author(s) | Addressee(s) | Reason Document Withheld From Disclosure |
|---|---|---|---|---|---|---|
| EB-00031198 | 7/28/2015 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00031198 | 7/27/2015 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | L. Eber | Attorney Client Privilege |
| EB-00031199 | 3/9/2012 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031200 | 3/8/2012 | Electronic mail | Legal advice regarding Eber-CT | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege |
| EB-00031201 | 3/2/2012 | Electronic mail | Legal advice regarding Eber-CT | L. Eber | E. Gumaer, Esq., cc to W. Eber | Attorney Client Privilege |
| EB-00031202 | 1/10/2013 | Electronic mail | Legal advice regarding Eber Bros. | L. Eber | W. Eber , E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031202 | 1/10/2013 | Electronic mail | Legal advice regarding Eber Bros. | W. Eber | L. Eber, E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031203 | 11/9/2013 | Electronic mail | Legal advice regarding Eber Bros. | E. Gumaer, Esq. | W. Eber, L. Eber | Attorney Client Privilege |
| EB-00031204 | 1/4/2010 | Electronic mail | Legal advice regarding financials | W. Eber | P. Dalton, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031205 | 10/22/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| EB-00031206 | 10/27/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | J. Lissow, cc. L. Eber | Attorney Client Privilege |

Handwritten annotations (left margin): NL, NL, NL/W, W/F, NL/W, F/C, NL/W, C (based on contents of produced portion), W, NL/W, F, NL/W, NL/W

Handwritten annotations (right margin): Wendy Eber / Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EB-00031207 | 11/18/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege | |
| EB-00031208 | 12/10/2010 | Electronic mail | Legal advice regarding draft letter | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege | |
| EB-00031208 | 12/10/2010 | Electronic mail | Legal advice regarding draft letter | L. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031209 | 1/31/2010 | Electronic mail | Legal advice regarding financials | L. Eber | E. Gumaer, Esq., cc W. Eber | Attorney Client Privilege | |
| EB-00031210 C | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | L. Eber, cc. to W. Eber | Attorney Client Privilege | |
| EB-00031210 F, C | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | L. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031210 F, C | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | W. Eber | E. Gumaer, Esq., cc. to L. Eber | Attorney Client Privilege | |
| EB-00031210 F, C | 11/21/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | W. Eber, cc to L. Eber | Attorney Client Privilege | |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege | |
| EB-00031211 | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031211 | 11/8/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |

*[Handwritten annotation, right margin: "Wendy Eber / Lester Eber"]*

*[Handwritten annotations, left margin beside rows: "NL W", "NL W", "ML W", "NL W", "MW F C", "NL F, C", "NL W F, C", "ML W F, C", "NL W", "ML W", "NL W", "ML W"]*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EB-00031212 | 6/7/2017 | Electronic mail | Legal advice regarding Surrogate's Court matter | W. Eber | J. Vazzana, Esq. | Attorney Client Privilege | |
| EB-00031213 | 11/19/2012 | Electronic mail | Legal advice regarding bank Amortization Schedule | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege | |
| EB-00031214 | 3/12/2012 | Electronic mail | Legal advice regarding bank loan | W. Eber | M. Fernandez, Esq., E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031215 | 12/15/2010 | Electronic mail | Legal advice regarding amendment | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031216 – EB-00031217 | 12/14/2010 | Electronic mail | Legal advice regarding EBWLC board document | W. Eber | L. Eber, E. Gumaer, Esq. | Attorney Client Privilege | |
| EB-00031218 | 9/17/2010 | Electronic mail | Legal advice regarding L. Eber letters | W. Eber | E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege | |
| EB-00031219 | 9/17/2010 | Electronic mail | Legal advice regarding L. Eber letters | W. Eber | E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege | |
| EB-00031220 – EB-00031224 | 7/29/2010 | Electronic mail | Legal advice regarding Eber Bros. document draft | W. Eber | E. Gumaer, Esq., cc to L. Eber | Attorney Client Privilege | |
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | W. Eber | E. Gumaer, cc L. Eber | Attorney Client Privilege | |
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege | |

*Handwritten annotations in margins: "NL W", "VF C", "NL W F", "NL W F", "NL W", "NL W", "NL W F", "NL W F", "NL W F". Right margin: "Wendy Eber Lester Eber".*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031225 | 3/24/2010 | Electronic mail | Legal advice regarding draft letters | E. Gumaer, Esq. | L. Eber | Attorney Client Privilege |
| EB-00031226 – EB-00031227 | 3/4/2010 | Electronic mail | Legal advice regarding Eber Bros. draft documents | W. Eber | L. Eber, E. Gumaer, Esq., cc G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031228 | 2/10/2010 | Electronic mail | Legal advice regarding First Republic | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031228 – EB-00031229 | 2/8/2010 | Electronic mail | Legal advice regarding First Republic | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031230 | 12/2/2009 | Electronic mail | Legal advice regarding L. Eber letter | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031230 – EB-00031231 | 12/1/2009 | Electronic mail | Legal advice regarding L. Eber letter | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031232 – EB-00031238 | 11/27/2009 | Electronic mail | Legal advice regarding Eber Bros. draft document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031239 | 4/1/2010 | Electronic mail | Directors & Officers Insurance legal advice | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |

Handwritten annotations in left margin: NLW, NLWF, NLV, MW, MW, NLW, NLW, NLW, NLWF, VLWF

Handwritten annotation right side: Wendy Eber, Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | EB-00031239 | 3/31/2010 | Electronic mail | Directors & Officers Insurance legal advice | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
|---|---|---|---|---|---|---|---|
| | EB-00031239 | 3/31/2010 | Electronic mail | Directors & Officers Insurance legal advice | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| | EB-00031239 – EB-00031240 | 3/30/2010 | Electronic mail | Directors & Officers Insurance legal advice | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| | EB-00031241 | 12/5/2011 | Electronic mail | Legal advice regarding CNB proposal | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| | EB-00031241 | 12/5/2011 | Electronic mail | Legal advice regarding CNB proposal | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| | EB-00031242 | 8/20/2014 | Electronic mail | Legal advice regarding Eber estates | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| | EB-00031242 | 8/18/2014 | Electronic mail | Legal advice regarding Eber estates | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| | EB-00031243 | 8/15/2013 | Electronic mail | Legal advice regarding CNB, pension and finances | E. Gumaer, Esq. | W. Eber, L. Eber | Attorney Client Privilege |
| | EB-00031244 | 7/29/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| | EB-00031245 | 6/27/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| | EB-00031245 | 6/27/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| | EB-00031246 | 12/13/2012 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |

*(handwritten margin annotations: "NLWF", "NLWF", "NLWF", "NLWFC", "NLWFC", "NLW", "NLW", "MLW", "NLW", "NLW", "NLW", "MLW")*

*(handwritten right margin: "Wendy Eber Lester Eber")*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031247 | 2/17/2012 | Electronic mail | Legal advice regarding Pension Plan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031247 | 2/17/2012 | Electronic mail | Legal advice regarding Pension Plan | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031247 | 2/15/2012 | Electronic mail | Legal advice regarding Pension Plan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031248 | 2/14/2012 | Electronic mail | Legal advice regarding Pension Plan | S. Kornreich, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031249 | 12/19/2011 | Electronic mail | Legal advice regarding tax | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031250 | 12/12/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | G. Sturm, Esq., E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031251 | 12/8/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031252 | 10/13/2011 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031253 – EB-00031259 | 2/29/2016 | Electronic mail | Legal advice regarding Eber-CT draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031260 – EB-00031263 | 10/13/2015 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031264 | 10/8/2015 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031265 – EB-00031268 | 4/1/2014 | Electronic mail | Legal advice regarding EBWLC draft documents | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |

Handwritten annotations in left margin: NL, W, F, C, CF (various rows)

Handwritten annotation right margin: Wendy Eber / Lester Eber

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031269 | 12/10/2013 | Electronic mail | Legal advice regarding letter | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031269 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-000312710 * | 11/22/2013 | Electronic mail | Legal advice regarding EBWLC stock | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031270 * | 11/21/2013 | Electronic mail | Legal advice regarding EBWLC stock | E. Gumaer, Esq. | W. Eber, cc L. Eber | Attorney Client Privilege |
| EB-00031270 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB statement | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031270 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031271 * | 11/18/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031271 – * EB-00031272 | 11/8/2013 | Electronic mail | Legal advice regarding CNB | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031273 | 6/27/2013 | Electronic mail | Legal advice regarding Webster Bank draft document | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031274 * | 5/16/2013 | Electronic mail | Legal advice regarding legal fees | W. Eber | G. Sturm, Esq. | Attorney Client Privilege |
| EB-00031274 | 5/7/2013 | Electronic mail | Legal advice regarding legal fees | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 | 2/15/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |

*highly probable examples of subject matter waiver due to selective disclosure

*[Handwritten annotations in left margin: NLWC, MWC, MW CF, MV CF, NLWC, NLWC, NLWC, NLWC, NLWF, NLW, NLW, NLW]*

*[Handwritten annotation in right margin: Wendy Eber, Lester Eber]*

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log  7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031275 | 2/14/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031275 – EB-00031276 | 2/12/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031276 – EB-00031277 | 1/28/2013 | Electronic mail | Legal advice regarding CNB loan/resolutions | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031278 | 12/21/2012 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq., cc L. Eber | Attorney Client Privilege |
| EB-00031279 | 12/13/2012 | Electronic mail | Legal advice regarding security agreement | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031280 | 11/21/2012 | Electronic mail | Legal advice regarding legal fees | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031281 | 11/19/2012 | Electronic mail | Legal advice regarding CNB loan documents | W. Eber | E. Gumaer, Esq., cc  L. Eber | Attorney Client Privilege |
| EB-00031282 | 3/14/2012 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031283 | 1/31/2013 | Electronic mail | Legal advice regarding CNB loan | W. Eber | M. Beyma, Esq. | Attorney Client Privilege |

*Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
United States District Court for the Southern District
Civ. Action No.: 16-cv-9517(LAK)

### Eber Defendants' Privilege Log 7/12/2018 Production

| | | | | | | |
|---|---|---|---|---|---|---|
| EB-00031283 | 1/31/2013 | Electronic mail | Legal advice regarding CNB loan | E. Gumaer, Esq. | W. Eber | Attorney Client Privilege |
| EB-00031283 | 1/28/2013 | Electronic mail | Legal advice regarding CNB loan | W. Eber | E. Gumaer, Esq. | Attorney Client Privilege |
| EB-00031284 | 4/10/2012 | Electronic mail | Legal advice regarding Eber Bros. Board Meeting Minutes | W. Eber | M. Fernandez, Esq., E. Gumaer, Esq., L. Eber | Attorney Client Privilege |

*(handwritten annotations in margins)*

NL W — *Wendy Eber, Lester Eber*

NL W — 

NL W F — *Wendy Eber, ~~Lester~~, Eber Bros*