UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                       Plaintiffs,                      16-CV-9517 (LAK) (KHP)

      -against-                                  **ORDER**

LESTER EBER, et al.,

                       Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties' deadline to complete fact discovery in this matter is hereby extended to **January 31, 2019**. The parties' deadline to complete expert discovery is hereby extended to **March 8, 2019**.

As discussed on the record during the November 7, 2018 status conference in this matter, Defendants are directed to provide Plaintiffs with clarification as to (1) the identities of all persons who currently hold any kind of equity or ownership interest in any of the Eber Companies or Alexbay, LLC; and (2) the type and amount of each such equity interest as well as the percentage of total voting power within each company held by each person.

Plaintiffs' objection to Defendants' proposed deposition of Erica Stein is sustained without prejudice to Defendants' renewing their request to depose Erica Stein if further discovery reveals that information sought from her would be relevant and proportional to the needs of this case. *See* Fed. R. Civ. P. 26(b)(1).

By **November 16, 2018**, Plaintiffs shall file their motion to disqualify Underberg & Kessler LLP from continuing to represent certain entities due to a purported conflict of interest.

Defendants' opposition shall be due by **November 30, 2018**, and Plaintiffs' reply shall be due by **December 7, 2018**.  To the extent the parties believe any portion of their briefing should be redacted and filed under seal, they are directed to comply with this Court's Individual Rules of Practice concerning requests to file documents under seal.

Plaintiffs are directed to provide Defendants with a redlined copy of their proposed amended complaint.  The parties shall meet and confer regarding the same.  If there is no agreement as to the proposed amended pleading, by **November 30, 2018**, Plaintiffs shall file their motion seeking leave to amend their complaint.  Defendants' opposition thereto shall be due by **December 14, 2018**, and Plaintiffs' reply shall be due by **December 21, 2018**.

A Case Management Conference in this matter is hereby scheduled for **December 19, 2018 at 4:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:     New York, New York
           November 7, 2018

_____
KATHARINE H. PARKER
United States Magistrate Judge