

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2018
```

PAUL F. KENEALLY, ESQ., PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

November 8, 2018

*VIA ECF & E-MAIL*
*parker_nysdchambers@nysd.uscourts.gov*

Hon. Katharine H. Parker, Esq.
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

  RE: **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
     **Civ. Action No.: 16-cv-9517**

Dear Magistrate Judge Parker:

  Pursuant to this Court's Order (Docket #105) granting the Eber Defendants' letter motion to seal Exhibit E to Document #98 (M. Beyma letter dated November 7, 2012), and this Court's ruling during the November 7, 2018 status conference, the Eber Defendants respectfully request the following Civil Docket entries for this case be modified:

  Docket #98:

  Mr. Brook's letter filed May 25, 2018 at p. 3 and FN 5 references the privileged document and, therefore, that should be removed/redacted.

  Docket #135

  Memorandum in Support of Plaintiffs' Second Motion to Compel at pp. 21-22, the entire paragraph H regarding the privileged document should be removed/redacted.

  Docket #138

  Mr. Brook's letter filed October 30, 2018 at p. 2, second full paragraph under section 1, again references the privileged document and should be removed/redacted.

Enclosed are copies of the above-mentioned documents for your review and reference.

Thank you for your consideration.

Very truly yours,

*Paul F. Keneally*

Paul F. Keneally

PFK/mds
Enclosure

cc: Brian F. Brook, Esq. (w/out enc. via ECF)
   Robert Calihan, Esq. (w/out enc. via ECF)
   Michael J. Adams, Esq. (w/out enc. via ECF)

---

**APPLICATION GRANTED:** The Clerk of Court is requested to lock the following docket entries from public view:
**ECF #98  Letter Motion**
**ECF #135 Memorandum of Law**
**ECF #138 Letter Motion**
**Counsel for the Plaintiffs are directed to email redacted versions of these documents to Judge Parker's Chambers in order for the Clerk's Office replace them on ECF.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
11/08/2018