**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                          Plaintiffs,

      -against-

LESTER EBER, et al.,

                          Defendants.

-----------------------------------------------------------------X

**16-CV-9517 (LAK) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2018

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Plaintiff's counsel has objected to the scope of redactions to certain documents filed on ECF #s 98, 135, and 138.  To clarify the Court's previous order, the Court intended for Defendants' counsel to supply the Court with highlighted copies of the proposed redactions to the existing documents.  To the extent that plaintiffs' counsel believes that the proposed redactions are overbroad, they should file their objections with the court by filing a cover letter on ECF and emailing a more detailed letter explaining the reasons for their objections and providing copies of the documents with highlighting reflecting the redactions they believe are appropriate.  Plaintiffs' counsel shall copy Defendants' counsel on the email to the Court.

      **SO ORDERED.**

DATED:     New York, New York
              November 9, 2018

                                                        _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge