Exhibit T



**Eber Wine & Liquor Corp.**
**General Ledger**
All Transactions

Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **4240 · Legal & Accounting** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | | | | | |
| General Jour... | 9/30/2007 | 4 | * | | | | | | |
| General Jour... | 10/31/2007 | 16 | * | | | | | | |
| General Jour... | 10/31/2007 | 16 | * | | | | | | |
| General Jour... | 10/31/2007 | 17 | * | | | | | | |
| General Jour... | 10/31/2007 | 17 | * | | | | | | |
| General Jour... | 10/31/2007 | 17 | * | | | | | | |
| General Jour... | 10/31/2007 | 17 | * | | | | | | |
| General Jour... | 10/31/2007 | 17 | * | | | | | | |
| General Jour... | 10/31/2007 | 29 | * | | | | | | |
| General Jour... | 10/31/2007 | 29 | * | | | | | | |
| General Jour... | 10/31/2007 | 29 | * | | | | | | |
| General Jour... | 10/31/2007 | 29 | * | | | | | | |
| General Jour... | 10/31/2007 | 35 | * | | | | | | |
| General Jour... | 11/30/2007 | 58 | * | | | | | | |
| General Jour... | 11/30/2007 | 64 | * | | | | | | |
| General Jour... | 11/30/2007 | 65 | * | | | | | | |
| General Jour... | 11/30/2007 | 65 | * | | | | | | |
| General Jour... | 11/30/2007 | 65 | * | | | | | | |
| General Jour... | 11/30/2007 | 65 | * | | | | | | |
| General Jour... | 12/31/2007 | 125 | * | | | | | | |
| General Jour... | 12/31/2007 | 125 | * | | | | | | |
| General Jour... | 12/31/2007 | 125 | * | | | | | | |
| General Jour... | 12/31/2007 | 125 | * | | | | | | |
| General Jour... | 12/31/2007 | 125 | * | | | | | | |
| General Jour... | 12/31/2007 | 127 | * | | | | | | |
| General Jour... | 12/31/2007 | 127 | * | | | | | | |
| General Jour... | 12/31/2007 | 127 | * | | | | | | |
| General Jour... | 12/31/2007 | 127 | * | | | | | | |
| General Jour... | 12/31/2007 | 132 | * | | | | | | |
| General Jour... | 12/31/2007 | 133 | * | | | | | | |
| General Jour... | 12/31/2007 | 135 | * | | | | | | |
| General Jour... | 12/31/2007 | 161 | * | | | | | | |
| General Jour... | 12/31/2007 | 162 | * | | | | | | |
| General Jour... | 1/31/2008 | 164 | * | | | | | | |
| General Jour... | 1/31/2008 | 164 | * | | | | | | |
| General Jour... | 1/31/2008 | 164 | * | | | | | | |
| General Jour... | 1/31/2008 | 164 | * | | | | | | |
| General Jour... | 1/31/2008 | 168 | * | | | | | | |
| General Jour... | 1/31/2008 | 170 | * | | | | | | |
| General Jour... | 1/31/2008 | 183 | * | | | | | | |
| General Jour... | 1/31/2008 | 183 | * | | | | | | |
| General Jour... | 1/31/2008 | 183 | * | | | | | | |
| General Jour... | 1/31/2008 | 183 | * | | | | | | |
| General Jour... | 2/29/2008 | 191 | * | | | | | | |
| General Jour... | 2/29/2008 | 191 | * | | | | | | |
| General Jour... | 2/29/2008 | 191 | * | | | | | | |
| General Jour... | 2/29/2008 | 191 | * | | | | | | |
| General Jour... | 2/29/2008 | 197 | * | | | | | | |
| General Jour... | 2/29/2008 | 198 | * | | | | | | |
| General Jour... | 2/29/2008 | 200 | * | | | | | | |
| General Jour... | 2/29/2008 | 206 | * | | | | | | |
| General Jour... | 2/29/2008 | 206 | * | | | | | | |
| General Jour... | 2/29/2008 | 206 | * | | | | | | |
| General Jour... | 2/29/2008 | 206 | * | | | | | | |
| General Jour... | 2/29/2008 | 206 | * | | | | | | |
| General Jour... | 3/31/2008 | 220 | * | | | | | | |
| General Jour... | 3/31/2008 | 220 | * | | | | | | |
| General Jour... | 3/31/2008 | 220 | * | | | | | | |
| General Jour... | 3/31/2008 | 220 | * | | | | | | |
| General Jour... | 3/31/2008 | 220 | * | | | | | | |
| General Jour... | 3/31/2008 | 225 | * | | | | | | |
| General Jour... | 3/31/2008 | 235 | * | | | | | | |
| General Jour... | 3/31/2008 | 235 | * | | | | | | |

EB-00032589



**Eber Wine & Liquor Corp.**
**General Ledger**
All Transactions

Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| General Jour... | 1/31/2010 | | | | | | | | |
| General Jour... | 2/28/2010 | | | | | | | | |
| General Jour... | 2/28/2010 | | | | | | | | |
| Bill | 4/1/2010 | | | | | | | | |
| Bill | 4/1/2010 | | | | | | | | |
| Bill | 5/1/2010 | | | | | | | | |
| Bill | 5/1/2010 | 17900... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 43,242.10 | | |
| Bill | 5/1/2010 | 18045... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 29,692.33 | | |
| Bill | 5/1/2010 | 18128... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 60,395.52 | | |
| Bill | 5/1/2010 | 18255... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 201,515.48 | | |
| Bill | 5/1/2010 | 18307... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 543.30 | | |
| Bill | 5/31/2010 | 18392... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 402.57 | | |
| Bill | 5/31/2010 | 18392... | | Harris Beach PLLC - 58828 | | 2060 · Account... | 82,950.62 | | |
| Bill | 7/1/2010 | | | | | | | | |
| Bill | 7/1/2010 | | | | | | | | |
| Bill | 7/23/2010 | | | | | | | | |
| Bill | 8/1/2010 | | | | | | | | |
| Bill | 8/1/2010 | 10079... | | Nelson Mullins Riley & - 47069 | | 2060 · Account... | 17,242.14 | | |
| Bill | 8/4/2010 | | | | | | | | |
| Bill | 8/5/2010 | 10129... | | Nelson Mullins Riley & - 47069 | | 2060 · Account... | | | |
| Deposit | 8/16/2010 | | | | | | 710.00 | | |
| Bill | 8/18/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Bill | 9/1/2010 | | | | | | | | |
| Credit | 9/1/2010 | | | | | | | | |
| Credit | 9/1/2010 | | | | | | | | |
| Bill | 9/10/2010 | | | | | | | | |
| Credit | 9/17/2010 | | | | | | | | |
| Bill | 9/30/2010 | | | | | | | | |
| Bill | 10/2/2010 | | | | | | | | |
| Bill | 11/1/2010 | | | | | | | | |
| Bill | 11/15/2010 | | | | | | | | |
| Bill | 11/19/2010 | 10-11 | | Underberg Kessler - 50835 | | 2060 · Account... | 10,000.00 | | |
| Bill | 11/22/2010 | | | | | | | | |
| Bill | 11/29/2010 | | | | | | | | |
| Bill | 12/2/2010 | | | | | | | | |
| Bill | 12/31/2010 | | | | | | | | |
| Bill | 1/1/2011 | 10203... | | Nelson Mullins Riley & - 47069 | | 2060 · Account... | 780.00 | | |
| Bill | 1/1/2011 | 10241... | | Nelson Mullins Riley & - 47069 | | 2060 · Account... | 665.00 | | |
| Bill | 1/10/2011 | | | | | | | | |
| Bill | 1/10/2011 | | | | | | | | |
| Bill | 1/31/2011 | | | | | | | | |
| Bill | 1/31/2011 | | | | | | | | |
| Bill | 2/2/2011 | | | | | | | | |
| Bill | 2/8/2011 | | | | | | | | |
| Bill | 2/15/2011 | | | | | | | | |
| Bill | 2/28/2011 | | | | | | | | |
| Bill | 3/1/2011 | | | | | | | | |
| Credit | 3/1/2011 | | | | | | | | |
| Bill | 3/7/2011 | | | | | | | | |
| Bill | 3/8/2011 | | | | | | | | |
| Bill | 3/30/2011 | | | | | | | | |
| Bill | 3/31/2011 | | | | | | | | |
| Bill | 4/1/2011 | | | | | | | | |
| Bill | 4/1/2011 | | | | | | | | |
| Bill | 4/13/2011 | | | | | | | | |
| Bill | 4/15/2011 | | | | | | | | |
| Bill | 4/30/2011 | | | | | | | | |
| Bill | 5/5/2011 | | | | | | | | |
| Deposit | 5/13/2011 | | | | | | | | |
| Bill | 6/1/2011 | | | | | | | | |
| Bill | 6/6/2011 | 11-06-... | | Underberg Kessler - 50835 | | 2060 · Account... | 5,000.00 | | |

EB-00032592



**Eber Wine & Liquor Corp.**
## General Ledger
**All Transactions**

Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 6/6/2011 | 11-06-... | | Underberg Kessler - 50835 | | 2060 · Account... | 832.00 | | |
| Bill | 6/9/2011 | | | | | | | | |
| Bill | 6/10/2011 | | | | | | | | |
| Bill | 6/22/2011 | | | | | | | | |
| Bill | 7/1/2011 | | | | | | | | |
| Bill | 7/7/2011 | 11-07 | | Underberg Kessler - 50835 | | 2060 · Account... | 275,000.00 | | |
| Bill | 7/11/2011 | | | | | | | | |
| Bill | 7/12/2011 | 11048... | | Underberg Kessler - 50835 | | 2060 · Account... | 680.47 | | |
| Bill | 7/20/2011 | | | | | | | | |
| General Jour... | 7/20/2011 | | | | | | | | |
| General Jour... | 7/20/2011 | | | | | | | | |
| Bill | 7/20/2011 | | | | | | | | |
| Bill | 7/22/2011 | | | | | | | | |
| Bill | 8/5/2011 | | | | | | | | |
| Bill | 8/22/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | | | | | | | | |
| Credit | 9/1/2011 | | | | | | | | |
| Bill | 9/1/2011 | 11057... | | Underberg Kessler - 50835 | | 2060 · Account... | 2,028.00 | | |
| Bill | 9/7/2011 | 11062... | | Underberg Kessler - 50835 | | 2060 · Account... | 9,139.00 | | |
| Bill | 9/9/2011 | | | | | | | | |
| Bill | 9/15/2011 | | | | | | | | |
| Bill | 9/21/2011 | | | | | | | | |
| Deposit | 9/22/2011 | | | | | | | | |
| Bill | 10/11/2011 | | | | | | | | |
| Bill | 10/15/2011 | | | | | | | | |
| Bill | 10/19/2011 | | | | | | | | |
| Bill | 11/10/2011 | | | | | | | | |
| Deposit | 11/25/2011 | | | | | | | | |
| Bill | 12/7/2011 | | | | | | | | |
| Bill | 12/15/2011 | | | | | | | | |
| Deposit | 12/16/2011 | | | | | | | | |
| Bill | 1/1/2012 | | | | | | | | |
| Bill | 1/16/2012 | | | | | | | | |
| Deposit | 1/18/2012 | | | | | | | | |
| Bill | 1/20/2012 | | | | | | | | |
| Deposit | 1/31/2012 | | | | | | | | |
| Bill | 2/1/2012 | 11073... | | Underberg Kessler - 50835 | | 2060 · Account... | 2,247.00 | | |
| Bill | 2/1/2012 | 11083... | | Underberg Kessler - 50835 | | 2060 · Account... | 2,951.00 | | |
| Bill | 2/1/2012 | 11091... | | Underberg Kessler - 50835 | | 2060 · Account... | 2,407.00 | | |
| Bill | 2/1/2012 | 11091... | | Underberg Kessler - 50835 | | 2060 · Account... | 1,243.00 | | |
| Credit | 2/1/2012 | 11073... | | Underberg Kessler - 50835 | | 2060 · Account... | | 449.40 | |
| Credit | 2/1/2012 | 11083... | | Underberg Kessler - 50835 | | 2060 · Account... | | 590.20 | |
| Credit | 2/1/2012 | 11091... | | Underberg Kessler - 50835 | | 2060 · Account... | | 481.40 | |
| Credit | 2/1/2012 | 11091... | | Underberg Kessler - 50835 | | 2060 · Account... | | 249.00 | |
| Bill | 2/20/2012 | | | | | | | | |
| Bill | 2/24/2012 | | | | | | | | |
| Credit | 2/24/2012 | | | | | | | | |
| Bill | 3/14/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Bill | 4/1/2012 | | | | | | | | |
| Deposit | 4/10/2012 | | | | | | | | |
| Bill | 5/3/2012 | | | | | | | | |
| Bill | 5/9/2012 | 050912 | | Marino A. Fernandez, Jr. | | 2060 · Account... | 586.25 | | |
| Bill | 5/11/2012 | | | | | | | | |

EB-00032593