# Exhibit U

5:34 PM

07/23/12

# Eber Wine & Liquor Corp.
## A/P Aging Summary
### As of May 31, 2012

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Carmody & Torrance LLP - 20232 | | | | | | |
| D4, LLC - 42028 | | | | | | |
| Davie Kaplan, CPA, P.C. - 39997 | | | | | | |
| Groom Law Group - 43299 | | | | | | |
| Harris Beach PLLC - 58828 | 0.00 | 0.00 | 0.00 | 0.00 | 581,401.62 | 581,401.62 |
| Iron Mountain - 41760 | | | | | | |
| John D. Morawski - 46586 | | | | | | |
| Law Office of Ambar - 42597 | | | | | | |
| Lester Eber - 34080 | | | | | | |
| Liftech Handling Inc - 45920 | | | | | | |
| MCI Telecommunications - 46450 | | | | | | |
| Meyers, Saxon & Cole | | | | | | |
| National Fuel & Gas - 47060 | | | | | | |
| National Grid - 47130 | 0.00 | 0.00 | 0.00 | 0.00 | 11,687.14 | 11,687.14 |
| Nelson Mullins Riley & - 47069 | | | | | | |
| Nova Records Management - 47222 | | | | | | |
| NYS Teamsters Conference - 52500 | | | | | | |
| Overton & Co - 21950 | | | | | | |
| R. Benderson 1993-1 Trust - 53303 | | | | | | |
| Rochester Data Storage - 47222 | | | | | | |
| Sumner T. Pearsall, COA - 48090 | | | | | | |
| Turn-key Dist Sys Inc - 50260 | | | | | | |
| **TOTAL** | | | | | | |

EB-00026499