# Exhibit X

**Wendy Eber**

**From:** Wendy Eber
**Sent:** Monday, March 25, 2013 4:08 PM
**To:** Jeanne Stockmaster
**Subject:** RE: one minute

Thank you. Do you know what the beginning balance was from?

**From:** Jeanne Stockmaster [mailto:jstockmaster@daviekaplan.com]
**Sent:** Monday, March 25, 2013 3:08 PM
**To:** Wendy Eber
**Subject:** RE: one minute

Hi Wendy,

I'm not sure what your question will be, but the attached from QuickBooks shows the activity for the year ending 5/31/12. There was a deposit that paid a receivable of ENDC's, and there was a legal bill of EWLC's that was paid by Metro LLC.

I'm heading into a meeting & will be unavailable until around 4 or 4:30.

**Jeanne Stockmaster**

Davie Kaplan, CPA, P.C.
1000 First Federal Plaza
Rochester, New York 14614
Tel: 585.454.4161, ext. 4166
Fax: 585.454.2573

**From:** Wendy Eber [mailto:weber@slocumandsons.com]
**Sent:** 03/25/2013 12:05 PM
**To:** Jeanne Stockmaster
**Subject:** one minute

Jeanne,

Do you have a minute to talk today? I have a quick question regarding the May 31, 2012 BS for EWLC regarding account 2048.

Thanks,
Wendy

1