# Exhibit "Y"

# Glenn. Sturm 3rd

Partner at Nelson Mullins

Greater Atlanta Area

🔒 Message  ...

 Nelson Mullins

 University of Florida - Fredric ...

📇 See contact info

👥 115 connections

## Experience

 **Partner**
Nelson Mullins
Jan 1992 – Present 26 yrs 11 mos

## Education

 **University of Florida - Fredric G. Levin College of Law**
JDLaw
1982 – 1985