UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                        Plaintiffs,                    **16-CV-9517 (LAK) (KHP)**

              -against-                             **ORDER**

LESTER EBER, et al.,

                        Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 13, 2018, this Court issued an Order directing the Eber Defendants to submit, for *in camera* review, an amended privilege log by November 6, 2018. (Doc. No. 129.) The Court ordered that the amended privilege log be in Microsoft Excel format and contain embedded hyperlinks to each document. In addition, the Eber Defendants were directed to include columns in the amended privilege log indicating: author of the document with title, sender of the document with title, recipient(s) with titles, subject matter, privilege(s) asserted, and bases for assertion sufficient for the Court to evaluate the validity of the privilege assertion. The Eber Defendants have not complied with the Court's Order. By **November 20, 2018**, the Eber Defendants shall submit their amended privilege log for *in camera* review.

      **SO ORDERED.**

DATED:    New York, New York
               November 14, 2018

                                                    */s/ Katharine H. Parker*
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge