**CLINTON BROOK & PEED**
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@CLINTONBROOK.COM

100 CHURCH STREET
8TH FLOOR
NEW YORK, NY 10007
TEL: (212) 256-1957

November 14, 2018

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Letter Objecting to Defendants' Redaction Proposals**

Dear Judge Parker,

This firm represents the Plaintiffs in the above-named matter. In accordance with the Court's clarification order dated November 9, 2018, ECF No. 149, we file this letter by ECF objecting to all of the redactions proposed by Defendants, on the grounds that none of the portions identified discuss the substance of the communication in question. The more-detailed basis for the objections will be articulated via email to chambers, as ordered.

Respectfully submitted,

Brian C. Brook

cc:  Robert B. Calihan, Esq.
     Paul F. Keneally, Esq.