UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL BANK & TRUST COMPANY; ESTATE OF ELLIOTT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>　　　　　　　Defendants. | Civil Action No.  16-CV-9517(LAK)<br><br>**NOTICE OF MOTION TO DISQUALIFY UNDERBERG & KESSLER FROM REPRESENTING EBER BROS. & CO., INC AND EBER BROS. WINE AND LIQUOR CORP.** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, move this Court for an order disqualifying Underberg & Kessler, LLP from representing Eber Bros. & Co., Inc. and Eber Bros. Wine and Liquor Corporation.

Dated: November 16, 2018

　　　　　　　　　　　　　　　　　　　/s Brian C. Brook
　　　　　　　　　　　　　　　　　　　Brian C. Brook (BB 1980)
　　　　　　　　　　　　　　　　　　　CLINTON BROOK & PEED
　　　　　　　　　　　　　　　　　　　100 Church Street,
　　　　　　　　　　　　　　　　　　　Telephone: (212) 257-2334
　　　　　　　　　　　　　　　　　　　Facsimile: (646) 257-2887
　　　　　　　　　　　　　　　　　　　Brian@clintonbrook.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*