# Exhibit A

## Current Corporate Structure of Eber Bros. Wine and Liquor Corporation and its Operating Affiliates

