# Exhibit B

# EBER BROS. WINE & LIQUOR METRO, INC.
## Fine Wines and Liquors
155 Paragon Drive
Rochester, New York 14624
Phone: 585-349-7715/Fax: 585-349-7720

March 2, 2005

**VIA TELEFAX AND FEDERAL EXPRESS**

Mr. Thomas B. Slocum, Stockholder Agent
55 Saw Mill Road
Branford, Connecticut 06405

Re: Amendment to Agreement and Plan of Merger

Dear Tom:

Reference is made to that certain Agreement and Plan of Merger, dated February 4, 2005 (the "Agreement"), by and among Slocum & Sons, Inc., Slocum & Sons of Rhode Island, Inc., Slocum & Sons of Maine, Inc., TGH of Connecticut, Inc., George E.B. Slocum, Jean B. Slocum, Eber Bros. Wine & Liquor Metro, Inc. ("Purchaser"), Eber–Connecticut, LLC, Eber-Rhode Island, LLC, Eber Bros. Wine & Liquor Corporation, and you. In connection therewith, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties to the Agreement hereby agree to amend the Agreement as follows:

1. Purchaser hereby waives the condition set forth in Section 8.1.13 of the Agreement.

2. All references in the Agreement to March 15, 2005 are hereby amended to April 30, 2005. Specifically, the reference to March 15, 2005 in Section 6.6, Section 7.1.1(b), Section 7.1.1(c) and Section 7.1.1(d) of the Agreement are hereby amended to April 30, 2005.

If you are in agreement with the terms and conditions set forth in this letter, please evidence your agreement by executing this letter in the space provided below.

Sincerely,

Lester Eber

John T. Ryan

PBGC000171

EB-00022108

Mr. Thomas B. Slocum, Stockholder Agent
March 2, 2005
Page 2

AGREED AND ACCEPTED on this 2nd
day of March, 2005:

SLOCUM & SONS, INC.

By: _____
Thomas B. Slocum, President


SLOCUM & SONS OF RHODE ISLAND, INC.

By: _____
Thomas B. Slocum, President


SLOCUM & SONS OF MAINE, INC.

By: _____
Thomas B. Slocum, President


TGH OF CONNECTICUT, INC.

By: _____
Thomas B. Slocum, President


_____
Thomas B. Slocum, Stockholder Agent

PBGC000172

EB-00022109