# Exhibit J

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through November 15, 2018.

Selected Entity Name: EBER BROS. & CO., INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | EBER BROS. & CO., INC. |
| **DOS ID #:** | 13155 |
| **Initial DOS Filing Date:** | JUNE 25, 1917 |
| **County:** | MONROE |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
EBER BROS. & CO., INC.
155 PARAGON DRIVE
ROCHESTER, NEW YORK, 14624

**Chief Executive Officer**
LESTER EBER
155 PARAGON DRIVE
ROCHESTER, NEW YORK, 14624

**Principal Executive Office**
EBER BROS. & CO., INC.
155 PARAGON DRIVE
ROCHESTER, NEW YORK, 14624

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 8000 | Par Value | 10 |
| 200 | Par Value | 100 |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 25, 1917 | Actual | EBER BROS. & CO., INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

[Search Results]   [New Search]

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through November 15, 2018.

Selected Entity Name: EBER BROS. WINE AND LIQUOR CORPORATION

### Selected Entity Status Information

**Current Entity Name:** EBER BROS. WINE AND LIQUOR CORPORATION
**DOS ID #:** 48712
**Initial DOS Filing Date:** SEPTEMBER 03, 1935
**County:** MONROE
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
EBER BROS. WINE AND LIQUOR CORPORATION
95 ALLENS CREEK RD
BLDG 2 STE 10
ROCHESTER, NEW YORK, 14618

### Chief Executive Officer

LESTER EBER
155 PARAGON DRIVE
ROCHESTER, NEW YORK, 14624

### Principal Executive Office

LESTER EBER
155 PARAGON DRIVE
ROCHESTER, NEW YORK, 14624

### Registered Agent

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial

certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 1000 | Par Value | 50 |
| 1000 | Par Value | 100 |
| 4817 | No Par Value | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 03, 1935 | Actual | EBER BROS. WINE AND LIQUOR CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us