

underberg & kessler LLP

PAUL F. KENEALLY, ESQ., PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

November 20, 2018

*VIA E-MAIL, FEDERAL EXPRESS*
*LETTER – ECF, ONLY*

Hon. Katharine H. Parker, Esq.
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:    **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
             **Civ. Action No.: 16-cv-9517**

Dear Judge Parker:

    Pursuant to the Court's Order under Docket 152 in the above-referenced matter, enclosed for the Court's *in camera* review are the documents withheld as privileged and the corresponding Privileged Logs in Excel format with embedded links to each document therein.

    Thank you for your consideration and we apologize to the Court for the previous submission in the incorrect format.

                           Very truly yours,

                           Paul F. Keneally

PFK/mds
Enclosure

cc:    Brian F. Brook, Esq. (w/out enc. via ECF)
        Robert Calihan, Esq. (w/out enc. via ECF)
        Michael J. Adams, Esq. (w/out enc. via ECF)