

**underberg & kessler LLP**

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

November 26, 2018

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
            Civ. Action No.:  16-cv-09517-LAK-KHP

Dear Magistrate Parker:

    As you know, this Firm represents the Eber Defendants in the above-referenced matter. Please be advised that we stand by the redactions referenced in Docket No. 159 as appropriate given the relation to and/or reference(s) to a privileged communication. Thank you.

Respectfully submitted,

*/s/ Paul F. Keneally*

Paul F. Keneally

PFK/ddd

cc:    Colin D. Ramsey, Esq. *(via ECF)*
        John Herbert, Esq. *(via e-mail)*
        Brian Brook, Esq. *(via ECF)*
        Daryoush Behbood, Esq. *(via ECF)*
        Robert Calihan, Esq. *(via ECF)*
        Michael J. Adams, Esq. *(via ECF)*

300 Bausch & Lomb Place, Rochester, NY 14604
585-258-2800 PHONE 585-258-2821 FAX

www.underbergkessler.com

*Additional Offices*
Buffalo, Canandaigua and Geneseo, NY