UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                Plaintiffs,

v.

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK
AND TRUST, ESTATE OF ELLIOT
W. GUMAER, JR., EBER BROS. & CO., INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

                Defendants.
_____

**DECLARATION OF PAUL F. KENEALLY IN OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY**

Civil Action No.
16-CV-9517(LAK)

    Paul F. Keneally, Esq., an attorney admitted to practice law before this Court, states and declares the following under the penalty of perjury:

    1. I am a member of Underberg & Kessler LLP, attorneys for Defendants Lester Eber, Alexbay, LLC f/k/a Lester Eber LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine & Liquor Metro, Inc. Eber-Connecticut, LLC and Wendy Eber (collectively, the "Eber Defendants"). As such, I am fully familiar with all pleadings and prior proceedings had herein.

    2. I submit this Declaration and Exhibits in opposition to Plaintiffs' Motion to Disqualify Underberg & Kessler LLP from representing Eber Bros. & Co., Inc. and Eber Bros. Wine and Liquor Corporation.

3. Attached are the following Exhibits referenced in the accompanying Eber Defendants' Memorandum of Law:

| | | |
|---|---|---|
| Exhibit A: | Eber Organizational Chart Pre-2012 |
| Exhibit B: | Hon. Matthew A. Rosenbaum Order dated May 11, 2012 |
| Exhibit C: | Summary of Lester Eber's payments for liabilities of EBWLC |
| Exhibit D: | UCC Financing Statements |
| Exhibit E: | Promissory Note dated October 1, 2002 |
| Exhibit F: | Amended and Restated Promissory Note dated March 13, 2006 |
| Exhibit G: | Line of Credit Note October 2009 |
| Exhibit H: | Guaranty and Security Agreement both dated February 26, 2010 |
| Exhibit I: | Amended and Restated Security Agreement dated February 11, 2011 |
| Exhibit J: | Debt Assumption Agreement dated February 11, 2011 |
| Exhibit K: | 2010 letters from Lester Eber to Sally Kleeberg and Audrey Hays |
| Exhibit L: | Meeting Minutes dated August 18, 2011 for the Trust of Allen Eber |
| Exhibit M: | Assignment of Notes and Security Agreements both dated January 18, 2012 |
| Exhibit N: | Alexbay, LLC's Notice pursuant to New York UCC 9-620 |
| Exhibit O: | Settlement Agreement dated February 24, 2017 with PBGC |

I declare under penalty of perjury pursuant to 28 USC §1746 that the foregoing is true and correct.

Dated: November 30, 2018
Rochester, New York

/s/ Paul F. Keneally
Paul F. Keneally