# EXHIBIT A

# Eber Organizational Chart – Pre-2012

**Eber Bros. & Co.** (NY Corporation - 1917)
(Majority Owned by Trust)

Majority Owner of
↓

<u>**Eber W&L**</u> (NY Corporation - 1935)

Sole Owner of
↓

<u>**Eber Metro**</u> (NY Corporation - 1996)

Majority Owner of
↓

<u>**Eber-CT**</u>