# EXHIBIT C

Summary of Lester Eber's Payments for Liabilites of EBER Bros. W and L Corp.

| Date | Check # | Amount | Description of Funds |
|---|---|---|---|
| 3/31/2006 | NA | $1,222,710.68 | EWLC Loan |
| 12/2/2009 | 543 | $200,000.00 | EBWLC- Loan |
| 12/18/2009 | 559 | $12,000.00 | EBWLC- Loan |
| 2/18/2010 | 106 | $100,000.00 | EBWLC- Loan |
| 2/18/2010 | 108 | $50,000.00 | EBWLC- Loan |
| 3/11/2010 | 104 | $165,000.00 | EBWLC- Loan |
| 6/8/2010 | 105 | $220,000.00 | EBWLC- Loan |
| 7/22/2010 | 107 | $20,000.00 | EBWLC- Loan |
| 2/11/2011 | 916 | $10,000.00 | EBWL Metro Inc Loan |
| 3/12/2011 | 112 | $150,000.00 | EBWL Metro Inc Loan |
| 3/12/2011 | 934 | $100,000.00 | EBWL Metro Inc Loan |
| 4/8/2011 | 1017 | $50,000.00 | EBWL Metro Inc Loan |
| 4/22/2011 | 1026 | $64,000.00 | EBWL Metro Inc Loan |
| 5/25/2011 | 993 | $32,000.00 | EBWL Metro Inc Loan |
| 6/8/2011 | 1000 | $179,000.00 | EBWL Metro Inc Loan |
| 7/8/2011 | 1010 | $275,000.00 | EBWL Metro Inc Loan- Wolf Concepts Settlement |
| 10/7/2011 | 1087 | $46,000.00 | EBWL Metro Inc Loan |
| 10/24/2011 | 1093 | $25,000.00 | EBWL Metro Inc Loan |
| 12/25/2011 | 815 | $15,000.00 | EBWL Metro Inc Loan |
| 2/26/2012 | 1175 | $20,000.00 | EBWL Metro Inc Loan |
| 3/14/2012 | 1188 | $203,000.00 | EBWL Metro Inc Loan |
| 4/16/2012 | 1214 | $5,000.00 | EBWL Metro Inc Loan |
| 5/10/2012 | 1288 | $10,000.00 | EBWL Metro Inc Loan |
| 2012 | various | $100,000.00 | D-4 Settlement |
| 7/1/2013 | wire | $653,134.00 | Teamsters Pension Withdrawal Liability Settlement |
| 10/1/2016 | wire | $400,000.00 | Harris Beach Settlement |
| 2016 | wire | $27,500.00 | Benderson Lease Settlement |
| 2/28/2017 | NA | $1,400,000.00 | Lester and Ellen Eber's Pension Benefit- approx value to Settle DB Plan |
| 2014 - 2017 | Various | $325,450.00 | Legal fees for Defined Benfit Pension and Teamsters Pension liability |
| 2013-2016 | Various | $504,453.00 | Legal fees for Wolf Concepts and HB litigation and Adm fees for EBWLC |
| Total | | $6,584,247.68 | |

Lester personally guaranteed the CNBank loan from 2007 to 2017 while securing loan with $500,000 CD and $120,000 of pledged assets.