# EXHIBIT D

| | Party Names: | AS AGENT | | | SANTA MONICA, CA 90404, USA | | |
|---|---|---|---|---|---|---|---|
| | File no. | File Date | Lapse Date | | Filing Type | Pages | Image |
| | 200602230174421 | 02/23/2006 | 02/23/2011 | | Financing Statement | 1 | View |
| | 200706298264903 | 06/29/2007 | 02/23/2011 | | Financing Statement Amendment | 1 | View |
| | 200708230681646 | 08/23/2007 | 02/23/2011 | | Termination | 1 | View |
| 18. | Debtor Names: | EBER BROS. WINE & LIQUOR CORPORATION | | | 155 PARAGON DRIVE, ROCHESTER, NY 14624, USA | | |
| | Secured Party Names: | SOUTHERN WINE & SPIRITS OF AMERICA, INC. | | | 166 N.W. 163RD STREET, MIAMI, FL 33169, USA | | |
| | File no. | File Date | Lapse Date | | Filing Type | Pages | Image |
| | 200708310704958 | 08/31/2007 | 08/31/2012 | | Financing Statement | 1 | View |
| 19. | Debtor Names: | EBER BROS. WINE AND LIQUOR CORPORATION | | | 155 PARAGON DRIVE, ROCHESTER, NY 14624, USA | | |
| | Secured Party Names: | EBER, LESTER | | | 155 PARAGON DRIVE, ROCHESTER, NY 12624, USA | | |
| | File no. | File Date | Lapse Date | | Filing Type | Pages | Image |
| | 201002220094199 | 02/22/2010 | 02/22/2015 | | Financing Statement | 1 | View |



\* Images marked NA are not available on this webpage.
[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

Page

| Party Names: | EBER, LESTER | | | 155 PARAGON DRIVE, ROCHESTER, NY 12624, USA | | |
|---|---|---|---|---|---|---|
| **File no.** | **File Date** | **Lapse Date** | | **Filing Type** | **Pages** | **Image** |
| 201002220094202 | 02/22/2010 | 02/22/2015 | | Financing Statement | 1 | View |

Back   View First Page(s)

\* Images marked NA are not available on this webpage.
[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

203447          2010 FEB 22 P. 4:30

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
William R. Gaines, Esq.          404-322-6518
B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363

**DRAWDOWN DELANEY #30**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EBER BROS. WINE AND LIQUOR METRO, INC. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 155 PARAGON DRIVE | ROCHESTER | NY | 14624 | USA |
| ADD'L INFO RE / 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | | |
| ORGANIZATION DEBTOR: corporation | New York | | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE / 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| EBER | LESTER | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 155 PARAGON DRIVE | ROCHESTER | NY | 14624 | |

4. This FINANCING STATEMENT covers the following collateral:

All assets of the Debtor whether now owned or hereafter acquired or arising.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR / CONSIGNEE/CONSIGNOR / BAILEE/BAILOR / SELLER/BUYER / AG. LIEN / NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] / 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] / All Debtors / Debtor 1 / Debtor 2
8. OPTIONAL FILER REFERENCE DATA
to be filed with NY Secretary of State.

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

**FILING NUMBER: 201002220094202**

NYS Standard Debtor Search                                                                                     Page

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 200708310704958 | 08/31/2007 | 08/31/2012 | Financing Statement | 1 | View |

| 19. | Debtor Names: | EBER BROS. WINE AND LIQUOR CORPORATION | | 155 PARAGON DRIVE, ROCHESTER, NY 14624, USA |
|---|---|---|---|---|
| | Secured Party Names: | EBER, LESTER | | 155 PARAGON DRIVE, ROCHESTER, NY 12624, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 201002220094199 | 02/22/2010 | 02/22/2015 | Financing Statement | 1 | View |

[ Back ]   [ View First Page(s) ]

\* Images marked NA are not available on this webpage.

[ Division of Corporations, State Records and UCC Home Page ]   [ NYS Department of State Home Page ]

http://appsext7.dos.ny.gov/pls/ucc_public/web_inhouse_search.print_ucc1_list                            1/20/2012

103446                    2010 FEB 22  4:30

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
William R. Gaines, Esq.    404-322-6518
B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363

**DRAWDOWN DELANEY #30**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EBER BROS. WINE AND LIQUOR CORPORATION | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 155 PARAGON DRIVE | ROCHESTER | NY | 14624 | |
| ADDL INFO RE / 1e. TYPE OF ORGANIZATION: corporation | 1f. JURISDICTION OF ORGANIZATION: New York | | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| EBER | LESTER | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 155 PARAGON DRIVE | ROCHESTER | NY | 14624 | |

4. This FINANCING STATEMENT covers the following collateral:

All assets of the Debtor whether now owned or hereafter acquired or arising.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR / CONSIGNEE/CONSIGNOR / BAILEE/BAILOR / SELLER/BUYER / AG. LIEN / NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: All Debtors / Debtor 1 / Debtor 2
8. OPTIONAL FILER REFERENCE DATA
to be filed with NY Secretary of State.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

**FILING NUMBER: 201002220094199**