# EXHIBIT L

## Lester Eber

| | |
|---|---|
| From: | Wendy Eber |
| Sent: | Thursday, October 25, 2012 3:36 PM |
| To: | sumner@stpcpa.com |
| Cc: | Lester Eber |
| Subject: | Lester's Loans |
| Attachments: | Scanned from a Xerox multifunction device001.pdf |

I have attached minutes from the meeting of the Officers for the Trust of Allen Eber from August 11, 2011 which summarizes everything for you. Additionally, see attached file, a portion of the $575,895 and $1,503,750 notes were paid off over the years, so the unpaid balance of these two loans was $1,222,710.68.   On Feb 11, 2011 this loan was assumed by Eber Bros Metro Inc.

The other loan for $1.5 M was assumed by metro in Feb 26, 2010. I have attached a trial balance of the account. Let's discuss when you have a moment. Is there a good time tomorrow morning?

Wendy

-----Original Message-----
From: administrator@slocumandsons.com [mailto:administrator@slocumandsons.com]
Sent: Thursday, October 25, 2012 3:30 PM
To: Wendy Eber
Subject: Scanned from a Xerox multifunction device


Please open the attached document. It was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf

multifunction device Location: machine location not set
Device Name: K7258


For more information on Xerox products and solutions, please visit http://www.xerox.com

1

Minutes from meeting of Officers for the Trust of Allen Eber

On August 18th, 2011 at 2:15 Elliot Gumaer, Lester Eber and Richard Hawks, Trustees of the Trust of Allen Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below and discuss other Trust business.   Mr. Elliot Gumaer participated by conference call. Wendy Eber was present to facilitate and document the discussion.

The trustees ratified three loans made by Lester Eber to Eber Brothers Metro Inc.  The first loan for $1,500,000 from October, 2009 between Eber Bros Wine and Liquor Corp. was assumed by Eber Metro Inc. on February 26, 2010.  It grants a secured interest in Metro's in assets and has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. for the original principal amount of $1,503,750, and the third loan of $575,895 from March 16, 2006 (which replaces the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding. The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt and also the security agreement from Feb 26, 2010 was restated to reflect the change. Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Rick Hawks and Mike Gumaer. Lester Eber abstained. A copy of all the documents relating to the loan was provided to Richard Hawks.

Other business discussed was the performance of the Trust securities. Rick Hawks suggested the need to move 60 percent of the assets into equities which provided dividends.   Rick requested copies of the Operating Statement for Eber-CT to determine the value of the corporation. They are hereto attached. Rick also discussed Sally Kleeberg's request for payment by the trust for her medical expenses and health insurance. Based on her decision to decline from providing proof of need, she was denied her request.

EB-00000857

2026 · Other Current Liability
   2695 · N/P to Employee

2048 · Due to Affiliates
   2046 · N/P LE LT

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 8/31/2007 | To Enter BB as of 8-31-07 | | 2,079,645.00 | 2,079,645.00 |

2100 · Personal Accounts

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 8/31/2007 | To Enter BB as of 8-31-07 | 859,731.35 | | 859,731.35 |
| 9/30/2007 | To record Sept 2007 activity | | 389.21 | 859,342.14 |
| 10/1/2007 | To reverse Sept 2007 entry | | 298.25 | 859,043.89 |
| 10/31/2007 | GL Cross summary Oct-07 | 1,691.46 | | 860,735.35 |
| 10/31/2007 | JVN120 - To record payroll expense for the month | | 2,500.00 | 858,235.35 |
| 11/30/2007 | EWLC AP GL Cross November 2007 | 929.62 | | 859,164.97 |
| 11/30/2007 | Ref JV120 - To record payroll expense for the month | | 2,000.00 | 857,164.97 |
| 12/31/2007 | To record payroll expense for the month | | 2,000.00 | 855,164.97 |
| 12/31/2007 | GL Cross | 1,581.20 | | 856,746.17 |
| 1/31/2008 | GL Cross | 3,777.07 | | 860,523.24 |
| 1/31/2008 | To record payroll expense for the month | | 2,500.00 | 858,023.24 |
| 2/29/2008 | GL Cross | 3,574.01 | | 861,597.25 |
| 2/29/2008 | To record payroll expense for the month | | 2,000.00 | 859,597.25 |
| 3/31/2008 | GL Cross | 395.78 | | 859,993.03 |
| 3/31/2008 | To record payroll expense for the month | | 2,000.00 | 857,993.03 |
| 4/30/2008 | To record payroll expense for the month | | 2,500.00 | 855,493.03 |
| 4/30/2008 | GL Cross | 176.77 | | 855,669.80 |
| 5/31/2008 | To record payroll expense for the month | | 2,000.00 | 853,669.80 |
| 6/30/2008 | GL Cross | 950.25 | | 854,620.05 |
| 7/31/2008 | GL cross | 677.99 | | 855,298.04 |
| 3/31/2009 | Payable to L. Eber re. check from him to payoff balance of W. Eber $24,363.72 pmt from acct 1730... | | 12363.72 | 842,934.32 |
| 7/30/2010 | To record trade-in value of 2007 Volvo XC90 | 14,000 | | 856,934.32 |

                                         1,221,710.68

Total of Lester Eber's Loans to Eber Bros Metro Inc.

Loan Oct 2009, Security Interest established Feb 2010,

| | | | | | |
|---|---|---|---|---|---|
| Deposit | | | | | |
| Deposit | 12/31/2009 | | | 212,000 | 212,000 |
| Deposit | 02/28/2010 | Loan from Lester Eber | 1073 · CNBT Operating Acct | 150,000.00 | 362,000.00 |
| Deposit | 03/31/2010 | Loan from Lester Eber | 1073 · CNBT Operating Acct | 165,000.00 | 527,000.00 |
| Deposit | 06/08/2010 Lester Eber | Deposit | 1073 · CNBT Operating Acct | 220,000.00 | 747,000.00 |
| Deposit | 07/22/2010 Lester Eber | Deposit | 1073 · CNBT Operating Acct | 20,000.00 | 767,000.00 |
| Deposit | 03/04/2011 Lester Eber | Loan from Lester Eber | 1073 · CNBT Operating Acct | 250,000.00 | 1,017,000.00 |
| Deposit | 04/08/2011 Lester Eber | Loan from Lester Eber | 1073  CNBT Operating Acct | 50,000.00 | 1,067,000.00 |
| Deposit | 04/26/2011 Lester Eber | Loan from Lester Eber | 1073 · CNBT Operating Acct | 64,000.00 | 1,131,000.00 |
| Deposit | 05/26/2011 Lester Eber | Loan from Lester Eber | 1073  CNBT Operating Acct | 32,000.00 | 1,163,000.00 |
| Deposit | 06/13/2011 Lester Eber | Loan from Lester Eber | 1073 · CNBT Operating Acct | 179,000.00 | 1,342,000.00 |
| Deposit | 07/08/2011 Lester Eber | Loan from Lester Eber | 1073 · CNBT Operating Acct | 275,000.00 | 1,617,000.00 |
| Deposit | 02/11/2011 Lester Eber | Advance of funds per Security Areement 2-11-11 | 1073 · CNBT Operating Acct | 100,000.00 | 1,717,000.00 |
| Deposit | 10/07/2011 Lester Eber | | | $ 46,000.00 | $ 1,763,000.00 |

Total Outstainding March 13, 2006 Loan     1,222,710.68

Combined Loans Total     2,985,710.68

EB-00000859

*Handwritten annotations at top:*

1,763,000 - 2009, S/L FEB 2010   OUT

1,227,710.68

2,985,710.68

3) 13, 2006 (Σ) 1,503,750
3/13, 2006  + 575,895
              2,079,645

11:01 AM
07/18/11
Accrual Basis

**Eber Wine & Liquor Corp.**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **2029 · Other Current Liability** | | | | | | | | | | |
| **2095 · N/P to Employee** | | | | | | | | | | |
| General Journal | 03/31/2009 | 429 | * | | Payable to L. Eber re: check from him to payoff balance of W. Eber $24,363.72 p... | | 1073 · CNBT O... | | 12,363.72 | 12,363.72 |
| General Journal | 12/31/2009 | 527 | * | | JV to record special deposit – LE check #543 deposited 12/4/09 | | 1073 · CNBT O... | | 200,000.00 | 212,363.72 |
| General Journal | 12/31/2009 | 527 | * | | JV to record special deposit – LE check #559 deposited 12/18/09 | | 1073 · CNBT O... | | 12,000.00 | 224,363.72 |
| General Journal | 07/30/2010 | 577 | * | | To record trade-in value of 2007 Volvo XC90 | | 8050 · Gain on ... | 14,000.00 | offset loan | 210,363.72 |
| General Journal | 02/11/2011 | 588 | * | | To zero EWLC Loan that is assumed by Metro Inc 2/11/2011 | | 1724 · Due Fro... | 210,363.72 | | 0.00 |
| Total 2095 · N/P to Employee | | | | | | | | 224,363.72 | 224,363.72 | 0.00 |
| Total 2029 · Other Current Liability | | | | | | | | 224,363.72 | 224,363.72 | 0.00 |
| **2046 · Due to Affiliates** | | | | | | | | | | |
| **2046 · N/P LE LT** | | | | | | | | | | |
| General Journal | 08/31/2007 | 2 | * | | To Enter BB as of 8-31-07   Deg | | 3320 · Past Du... | | 2,079,645.00 (Σ) | 2,079,645.00 |
| General Journal | 02/11/2011 | 588 | * | | To zero EWLC Loan that is assumed by Metro Inc 2/11/2011 | | 1724 · Due Fro... | 2,079,645.00 | | 0.00 |
| Total 2046 · N/P LE LT | | | | | | | | 2,079,645.00 | 2,079,645.00 | 0.00 |
| **2100 · Personal Accounts**  *Contra liability* | | | | | | | | | | |
| General Journal | 08/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | | 3320 · Past Du... | 859,731.35 | | -859,731.35 |
| General Journal | 09/30/2007 | 4 | * | | To record Sept 2007 activity | | 1000 · WFF Op... | | 389.21 | -859,342.14 |
| General Journal | 10/01/2007 | 11 | * | | To reverse Sept 2007 entry | | 4190 · Postage ... | | 289.25 | -859,049.89 |
| General Journal | 10/31/2007 | 29 | * | Misc. Cus... | GL Cross summary Oct-07 | | 1232 · Acct. Re... | 1,691.46 | | -860,735.35 |
| General Journal | 10/31/2007 | 49 | * | | JV#120 – To record payroll expense for the month | | 4090 · Shipping... | | 2,500.00 | -858,235.35 |
| General Journal | 11/30/2007 | 58 | * | Misc. Cus... | EWLC AP GL Cross November 2007 | | 1201 · Account... | 929.62 | | -859,164.87 |
| General Journal | 11/30/2007 | 82 | * | | Ref JV120 – To record payroll expense for the month | | 4090 · Shipping... | | 2,000.00 | -857,164.97 |
| General Journal | 12/31/2007 | 121 | * | | To record payroll expense for the month | | 4090 · Shipping... | | 2,000.00 | -855,164.97 |
| General Journal | 12/31/2007 | 125 | * | | GL Cross | | 1320 · Building | 1,581.20 | | -856,746.17 |
| General Journal | 01/31/2008 | 183 | * | | GL Cross | | 1719 · A/R Eber | 3,777.07 | | -860,523.24 |
| General Journal | 01/31/2008 | 185 | * | | To record payroll expense for the month | | 4090 · Shipping... | | 2,500.00 | -858,023.24 |
| General Journal | 02/29/2008 | 208 | * | | GL Cross | | 1150 · Deposits... | 3,574.01 | | -861,597.25 |
| General Journal | 02/29/2008 | 208 | * | | To record payroll expense for the month | | 4270 · Office S... | | 2,000.00 | -859,597.25 |
| General Journal | 03/31/2008 | 235 | * | | GL Cross | | 1719 · A/R Ebe... | 395.78 | | -859,993.03 |
| General Journal | 03/31/2008 | 237 | * | | To record payroll expense for the month | | 4270 · Office S... | | 2,000.00 | -857,993.03 |
| General Journal | 04/30/2008 | 259 | * | | To record payroll expense for the month | | 4270 · Office S... | | 2,500.00 | -855,493.03 |
| General Journal | 04/30/2008 | 262 | * | | GL Cross | | 1719 · A/R Ebe... | 178.77 | | -855,668.80 |
| General Journal | 05/31/2008 | 281 | * | | To record payroll expense for the month | | 4270 · Office S... | | 2,000.00 | -853,668.80 |
| General Journal | 06/30/2008 | 303 | * | | GL Cross | | 1719 · A/R Ebe... | 950.25 | | -854,620.05 |
| General Journal | 07/31/2008 | 327 | * | | GL cross | | -SPLIT- | 677.89 | | -855,298.04 |
| General Journal | 02/11/2011 | 588 | * | | To zero EWLC Loan that is assumed by Metro Inc 2/11/2011 | | 1724 · Due Fro... | | 855,298.04 | 0.00 |
| Total 2100 · Personal Accounts | | | | | | | | 873,485.50 | 873,485.50 | 0.00 |
| Total 2046 · Due to Affiliates | | | | | | | | 2,953,130.50 | 2,953,130.50 | 0.00 |
| **TOTAL** | | | | | | | | 3,177,494.22 | 3,177,494.22 | 0.00 |

*Right margin annotations:*   Sumner   Health Insurance

*Bottom handwritten notes:*

Health insurance paid w/ paycheck/loan   1.434

Liability     −  |  +
Contra Liability
              +  |  −

· Description of $1,503,750.00   Bonus
· B of Directors
· Correct
· Detail

210,363
+ 2,079,645
− 855,298
────────
1,434,800.72

Page 1

EB-00000860

Minutes from meeting of the Board of Eber Bros. Wine and Liquor Metro Inc.  August 18, 2011

On August 18th, 2011 at 2:15 the board of directors for Eber Brothers Wine and Liquor Metro Inc. which include Elliot Gumaer, Lester Eber and Wendy Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below.   Mr. Elliot Gumaer participated by conference call.  Wendy Eber documented the discussion.

The trustees ratified three loans made from Lester Eber to Eber Brothers Wine and Liquor Corp.  The first loan for $1,500,000 from October, 2009 was assumed by Eber Metro Inc. on February 26, 2010.  Eber Metro Inc.  granted a secured interest in Metro's assets to secure this loan.  This secured loan has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. to Lester Eber for the original principal amount of $1,503,750.  The third loan of $575,895 from March 16, 2006 (which replaced the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding.  The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt.  Also the security agreement from Feb 26, 2010 was restated to reflect Eber Bros. Metro Inc. assumption of this debt.  Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Wendy Eber  and Mike Gumaer. Lester Eber abstained.  A copy of all the documents relating to the loan was provided to the participants.

Minutes from meeting of the Board of Eber Bros. Wine and Liquor Corp.   August 18, 2011

On August 18th, 2011 at 2:15 the board of directors for Eber Brothers Wine and Liquor Corp. which include Elliot Gumaer, Lester Eber and Wendy Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below.   Mr. Elliot Gumaer participated by conference call.  Wendy Eber documented the discussion.

The trustees ratified three loans made from Lester Eber to Eber Brothers Wine and Liquor Corp.  The first loan for $1,500,000 from October, 2009 was assumed by Eber Metro Inc. on February 26, 2010. Eber Metro Inc.  granted  a secured interest in Metro's assets to secure this loan.  This secured loan has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. to Lester Eber for the original principal amount of $1,503,750.  The third loan of $575,895 from March 16, 2006 (which replaced the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding.  The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt.  Also the security agreement from Feb 26, 2010 was restated to reflect Eber Bros. Metro Inc. assumption of this debt.  Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Wendy Eber and Mike Gumaer.  Lester Eber abstained.  A copy of all the documents relating to the loan was provided to the participants.

Minutes from meeting of the Officers of the Trust of Allen Eber August 18, 2011

On August 18th, 2011 at 2:15 Elliot Gumaer, Lester Eber and Richard Hawks, Trustees of the Trust of Allen Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below and discuss other Trust business.   Mr. Elliot Gumaer participated by conference call.  Wendy Eber was present to facilitate and document the discussion.

The trustees ratified three loans made from Lester Eber to Eber Brothers Wine and Liquor Corp.  The first loan for $1,500,000 from October, 2009 was assumed by Eber Metro Inc. on February 26, 2010. Eber Metro Inc.  granted  a secured interest in Metro's assets to secure this loan.  This secured loan has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. to Lester Eber for the original principal amount of $1,503,750.  The third loan of $575,895 from March 16, 2006 (which replaced the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding.  The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt.  Also the security agreement from Feb 26, 2010 was restated to reflect Eber Bros. Metro Inc. assumption of this debt.  Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Rick Hawks and Mike Gumaer.  Lester Eber abstained.  A copy of all the documents relating to the loan was provided to Richard Hawks.

Other business discussed was the performance of the Trust securities.  Rick Hawks suggested the need to move 60 percent of the assets into equities which provided dividends.   Rick requested copies of the Operating Statement for Eber-CT to determine the value of the corporation.  They are hereto attached. Rick also discussed Sally Kleeberg's request for payment by the trust for her medical expenses and health insurance.  Based on her decision to decline from providing proof of need, she was denied her request.