UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                    Plaintiffs,

      v.

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK
AND TRUST, ESTATE OF ELLIOT
W. GUMAER, JR., EBER BROS. & CO., INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

                    Defendants.
_____

**CERTIFICATE OF SERVICE**

Civil Action No.
16-CV-9517(LAK)

    I hereby certify that on the 30th day of November, 2018, the foregoing Memorandum of Law and Declaration dated November 30, 2018 of Paul F. Keneally was filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system.  Notice of this filing is being sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:    November 30, 2018
          Rochester, New York        UNDERBERG & KESSLER LLP

                                            By:   _s/ *Paul F. Keneally*_
                                                  Paul F. Keneally, Esq.
                                                  Attorneys for Eber Defendants
                                                  300 Bausch & Lomb Place
                                                  Rochester, New York 14604
                                                  Telephone: 585-258-2882
                                                  Facsimile: 585-258-2821
                                                  pkeneally@underbergkessler.com