UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>               Plaintiffs,<br><br>   v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL BANK & TRUST COMPANY; ESTATE OF ELLIOTT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; and WENDY EBER,<br><br>               Defendants. | Civil Action No.  16-CV-9517(LAK)<br><br>NOTICE OF MOTION TO FOR LEAVE TO AMEND THEIR COMPLAINT |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, move this Court for an order granting leave to amend the Second Amended Complaint. A proposed Third Amended Complaint is attached.

Dated: November 30, 2018

                                      /s Brian C. Brook
                                      Brian C. Brook (BB 1980)
                                      CLINTON BROOK & PEED
                                      100 Church Street,
                                      Telephone: (212) 257-2334
                                      Facsimile: (646) 257-2887
                                      Brian@clintonbrook.com

                                      *Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*