**CLINTON BROOK & PEED**
NEW YORK | NEW JERSEY | WASHINGTON DC

**BRIAN C. BROOK**
BRIAN@CLINTONBROOK.COM

100 CHURCH STREET
8TH FLOOR
NEW YORK, NY 10007
TEL: (212) 256-1957

December 2, 2018

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
      **Redline of Proposed Third Amended Complaint**

Dear Judge Parker,

On Friday, November 30, we filed the proposed Third Amended Complaint as an exhibit to the Motion for Leave to Amend. In reviewing our notes from the last conference, we realized that the Court asked to see a redline of the proposed Third Amended Complaint against the Second Amended Complaint. Accordingly, that requested redline is attached to this letter.

Respectfully submitted,

Brian C. Brook

cc:   Robert B. Calihan, Esq.
      Paul F. Keneally, Esq.