AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Daniel Kleeberg, Lisa Stein and Audrey Hays )<br>*Plaintiff* )<br>v. )<br>Lester Eber, et al. )<br>*Defendant* ) | Case No. 16-CV-9517(LAK) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Lester Eber; Alexbay, LLC f/k/a Lester Eber, LLC; Eber Bros. & Co., Inc.; Eber Bros. Wine and Liquor Corp.; Eber Bros. Wine & Liquor Metro, Inc.; Eber Connecticut, LLC; and Wendy Eber.

Date:   02/04/2019

*Attorney's signature*

Colin D. Ramsey
*Printed name and bar number*

Underberg & Kessler LLP
50 Fountain Plaza, Suite 320
Buffalo, New York 14202

*Address*

cramsey@underbergkessler.com
*E-mail address*

(716) 848-9000
*Telephone number*

(716) 847-6004
*FAX number*