UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

                Plaintiffs,
    v.

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
CANANDAIGUA NATIONAL CORPORATION
d/b/a CANANDAIGUA NATIONAL BANK
AND TRUST, ESTATE OF ELLIOT
W. GUMAER, JR., EBER BROS. & CO., INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

                Defendants.
_____

**CERTIFICATE OF SERVICE**

Civil Action No.
16-CV-9517(LAK)

    I hereby certify that on the 4th day of February, 2019, the foregoing Appearance of Counsel of Colin D. Ramsey was filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:    February 4, 2019
            Rochester, New York    UNDERBERG & KESSLER LLP

                                By:    _s/ *Colin D. Ramsey*_____
                                         Colin D. Ramsey, Esq.
                                         Attorneys for Eber Defendants
                                         50 Fountain Plaza, Suite 320
                                         Buffalo, New York 14202
                                         Telephone: 716-848-9000
                                         Facsimile: 716-847-6004
                                         cramsey@underbergkessler.com