USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                         Plaintiffs,                      **16-CV-9517 (LAK) (KHP)**

        -against-                      **ORDER SCHEDULING TELEPHONE CONFERENCE**

LESTER EBER, et al.,

                         Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephone conference in this matter will be held on **Thursday, February 21, 2019 at 3:30pm** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

DATED:      New York, New York
                  February 4, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge