UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS,

            Plaintiffs,

vs.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; CANANDAIGUA NATIONAL CORPORATION d/b/a CANANDAIGUA NATIONAL BANK & TRUST; ELLIOT W. GUMAER, JR.; EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORPORATION; EBER BROS. WINE& LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC ; and WENDY EBER

            Defendants.

**NOTICE OF MOTION**

Civ. Action No.:
**1:16-cv-09517-LAK**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Donald W. O'Brien, Jr., Esq., dated February 5, 2019, with exhibits annexed thereto, and the accompanying Memorandum of Law with proposed claim, dated February 5, 2019, Canandaigua National Corporation d/b/a Canandaigua National Bank & Trust ("CNB"), by and through its attorneys, Woods Oviatt Gilman LLP, will move this Court for an Order (1) granting leave to CNB to intervene pursuant to Fed. R. Civ. P. 24(a) or (b), and (2) allowing CNB to assert a request for interpleader pursuant to Fed. R. Civ. P. 22(a), together with such other relief as the Court deems appropriate.

Dated: February 5, 2019
      Rochester, New York

By:

WOODS OVIATT GILMAN LLP

_____
Donald W. O'Brien, Jr., Esq.
SDNY Bar No.: WB5789
*Attorneys for Intervenor*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
dobrien@woodsoviatt.com

{6980008: }