UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

Daniel Kleeberg et al

               Plaintiff,

Case No. 16-cv-9517

   -against-

Lester Eber et al.

              Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Brian C. Brook_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _BB-1980_____   My State Bar Number is _4396255_____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: _Clinton Brook & Peed_____
                       FIRM ADDRESS: _100 Church St. Fl. 8_____
                       FIRM TELEPHONE NUMBER: _(212) 257-2334_____
                       FIRM FAX NUMBER: _(646) 257-2887_____

NEW FIRM:   FIRM NAME: _Brook & Associates, PLLC_____
                       FIRM ADDRESS: _100 Church St. Fl. 8_____
                       FIRM TELEPHONE NUMBER: _(212) 257-2334_____
                       FIRM FAX NUMBER: _(646) 257-2887_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/6/2019

/s Brian C. Brook_____
ATTORNEY'S SIGNATURE