USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                              Plaintiffs,                      **16-CV-9517 (LAK) (KHP)**

          -against-                                       **ORDER**

LESTER EBER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court requires a request for a pre-motion conference before motions are filed. However, given that the motion has been filed, the Court excuses Canandaigua National Corporation d/b/a Canandaigua National Bank & Trust ("CNB"). However, CNB is directed to this Court's individual rules of practice. By **February 19, 2019**, Plaintiffs and Defendants shall each file a letter with the Court advising whether they intend to oppose CNB's motion to intervene (Doc. No. 180).

       SO ORDERED.

DATED:      New York, New York
                 February 6, 2019

                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge