**BROOK & ASSOCIATES, PLLC**
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

February 6, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
         **Canandaigua National Bank's Motion to Intervene**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter. As requested by Order dated today, ECF No. 183, Plaintiffs advise that they do not oppose the motion to intervene filed by Canandaigua National Bank.

Respectfully submitted,

Brian C. Brook

cc:   All counsel of record