

Writer's Direct Dial: 585-281-2593
Email: rcalihan@calihanlaw.com
Office: New York, New York

February 15, 2019

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.</u>
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Judge Parker:

    Pursuant to Your Honor's Order dated February 6, 2019, I write on behalf of Defendant The Estate of Elliott W. Gumaer, Jr. to inform the Court that Defendant does not oppose the motion to intervene filed by Canandaigua National Bank and Trust.

                                                Respectfully submitted,

                                                Robert B. Calihan

cc: Brian Brook, Esq. (via ECF)
    Daryoush Behbood, Esq. (via ECF)
    Paul Keneally, Esq. (via ECF)
    Donald W. O'Brien, Jr. (via ECF)