**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                         Plaintiffs,                    **16-CV-9517 (LAK) (KHP)**

      -against-                                        **ORDER**

LESTER EBER, et al.,

                         Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 21, 2019, the parties participated in a telephonic status conference. As discussed at the conference:

- Eber Defendants' request to file a motion to compel Defendant Daniel Kleeberg to testify as to conversations he had with Mark Stein regarding the 2012 Alexbay litigation (Dkt. No. 176) is denied. Consistent with this Court's direction at the February 21, 2019 telephone conference, to the extent Defendants seek factual information from Mr. Stein relevant to the claims and defenses in this action, they are directed to obtain that information from him directly in fact discovery.

- Plaintiffs' request for leave to supplement the Privilege Motion (Dkt. No. 177) is granted.

    o Plaintiffs are directed to file a supplemental brief by <u>February 25, 2019</u>. Said brief must be double-spaced and should not exceed 10 pages. To the extent Plaintiffs wish the Court to review portions of deposition transcripts, the relevant portions should be provided to the Court and highlighted.

    o Defendants are granted leave to file a brief in response to the supplemental brief (also limited to 10 double-spaced pages) by no later than <u>March 8, 2019</u>.

- Expert discovery schedule is set as follows:
    o Defendants' expert report(s) are due on <u>March 29, 2019</u>.
    o Plaintiffs' expert reports are due on <u>April 26, 2019</u>.
    o Defendants' rebuttal reports are due on <u>May 17, 2019</u>.

The Clerk of Court is respectfully directed to terminate ECF Nos. 176 and 177.

**SO ORDERED.**

DATED:    New York, New York
              February 21, 2019

*(signature)*
_____
KATHARINE H. PARKER
United States Magistrate Judge