# EXHIBIT

# A

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS
330 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
516-608-2400

NAME OF CASE: Kleeberg, et al. v. Eber, et al.
NAME OF DEPONENT: Lester Eber
DATE OF DEPOSITION: January 24, 2019

| PAGE | LINE(S) | CHANGE | REASON |
|---|---|---|---|
| 68 | 19 | Yes | Money advanced by Southern to Eber Companies was used to pay off Eber Companies' debts. |
| 69 | 22 | Yes | Southern advanced more than $3M to the Eber Companies for their debts. |
| 70 | 16 | No | John Ryan was no longer working for EWLC in 2007, so he would not have been shown the consulting agreement. |
| 120 | 20 | "That's, correct, but my lawyer made an error in drafting the affidavit." | Clarify testimony. |
| 122 | 8 | "I can't explain that to you. My lawyer prepared this document." | Clarify testimony. |
| 136 | 16-18 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 139 | 11 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 140 | 24-25 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 165 | 6-7 | "I consulted with Mr. Gumaer and then decided to do so." | Clarify testimony. |
| 178 | 8-9, 12 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 180 | 14 | "It was to terminate the pension plan retroactively." | Clarify testimony. |
| 206 | 9-10 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 241 | 6-7 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 244 | 16-19 | "I consulted with my lawyers and then decided to do so." | Clarify testimony. |
| 246 | 19 | "Southern" | Should be keep "Southern" out of the State not "Eder". |
| 260 | 16 | "I do not recall." | Letter from Gumaer to me was not disclosed to Wendy. |
| 264 | 9-11 | Yes | I paid the attorneys and the attorneys allocated the $37,500.00 to me. My commitment to reimburse the company was the consideration for the stock. |
| 297 | 4-5 | "I also discussed the 2012 assignment in lieu of foreclosure with Dan Kleeberg." | Recalled discussion with Dan Kleeberg. |

State of CT
New Haven County

Lester Eber
_______________________
Lester Eber

Subscribed and sworn to before me
this 8 day of March, 2019.

_______________________
Notary Public

AGATA TARANTOLA
Notary Public, State of Connecticut
My Commission Expires Oct. 31, 2022