USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                Plaintiffs,

      -against-

LESTER EBER, et al.,

                Defendants.

-------------------------------------------------------------------X

**ORDER**

**16-CV-9517 (LAK) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The close of fact discovery is hereby extended from March 29, 2019 to **May 28, 2019**.

The close of expert discovery is extended from May 31, 2019 to **July 31, 2019.**

A status conference is hereby scheduled for **May 20, 2019**, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    March 14, 2019
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge