# BROOK & ASSOCIATES, PLLC
—— NEW YORK | NEW JERSEY | WASHINGTON DC ——

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

April 12, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
      **Request to Extend Time to File**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter. The Court set the
deadline for the supplemental brief without consulting the parties, and I was out of
town for almost the entire time since the order was issued; first for a proceeding in
California, and then earlier this week for depositions in this case in Rochester,
returning home late last night. Unfortunately, I had another client emergency arise
today that has prevented me from being able to complete the brief requested by the
deadline, which is a few minutes from now. I intend to file the brief within the next
few hours, but I nonetheless make this request now so that it is appropriately on
the docket before the deadline has passed. Because I intend to file before the sun
rises, there will be no prejudice to Defendants, and this request should be granted
and the brief and accompanying declaration should be accepted for filing.

Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook

cc:     All counsel of record