# Exhibit F

PLAINTIFF'S EXHIBIT

**Lester Eber**

From: Wendy Eber
Sent: Wednesday, January 02, 2013 5:34 PM
To: Lester Eber
Subject: Review Minutes from Meeting June 7th
Attachments: Minutes from Meeting of the Trustees of the Trust of Allen Eber June 7th.docx

Please review attached.

Minutes from Meeting of the Trustees of the Trust of Allen Eber June 7th, 2012

On June 7th, 2012 at 2:30 pm the Trustees of the Trust of Allen Eber which included Rick Hawks, Lester Eber and Elliot Gumaer had a conference call to discuss the change of control of Eber Bros. Metro Inc. Wendy Eber documented the discussion.

Elliot Gumaer described the recent judicial action regarding the change of control of Eber Bros. Metro Inc. including a detailed conversation about the Alex Bay, LLC suit vs. Eber Wine and Liquor Corp regarding the default of Eber Bros. Metro. Inc. to repay Alex Bay, LLC's loans to Eber Bros Wine and Liquor Corp. After extensive conversation concerning the details of the change of control of Eber Bros. Metro Inc. from Eber Bros. Wine and Liquor Corp. to Alex Bay, LLC Rick Hawks requested copies of the judicial decision, Summons and Complaint and a recent Balance Sheet for Eber Bros Wine and Liquor Corp. A copy of all material was provided to the participants.

**Lester Eber**

**From:** Wendy Eber
**Sent:** Thursday, October 25, 2012 3:36 PM
**To:** sumner@stpcpa.com
**Cc:** Lester Eber
**Subject:** Lester's Loans
**Attachments:** Scanned from a Xerox multifunction device001.pdf

I have attached minutes from the meeting of the Officers for the Trust of Allen Eber from August 11, 2011 which summarizes everything for you. Additionally, see attached file, a portion of the $575,895 and $1,503,750 notes were paid off over the years, so the unpaid balance of these two loans was $1,222,710.68. On Feb 11, 2011 this loan was assumed by Eber Bros Metro Inc.

The other loan for $1.5 M was assumed by metro in Feb 26, 2010. I have attached a trial balance of the account. Let's discuss when you have a moment. Is there a good time tomorrow morning?

Wendy

-----Original Message-----
From: administrator@slocumandsons.com [mailto:administrator@slocumandsons.com]
Sent: Thursday, October 25, 2012 3:30 PM
To: Wendy Eber
Subject: Scanned from a Xerox multifunction device


Please open the attached document. It was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf

multifunction device Location: machine location not set
Device Name: K7258


For more information on Xerox products and solutions, please visit http://www.xerox.com

1

EB-00000856

Minutes from meeting of Officers for the Trust of Allen Eber

On August 18th, 2011 at 2:15 Elliot Gumaer, Lester Eber and Richard Hawks, Trustees of the Trust of Allen Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below and discuss other Trust business. Mr. Elliot Gumaer participated by conference call. Wendy Eber was present to facilitate and document the discussion.

The trustees ratified three loans made by Lester Eber to Eber Brothers Metro Inc. The first loan for $1,500,000 from October, 2009 between Eber Bros Wine and Liquor Corp. was assumed by Eber Metro Inc. on February 26, 2010. It grants a secured interest in Metro's in assets and has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. for the original principal amount of $1,503,750, and the third loan of $575,895 from March 16, 2006 (which replaces the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding. The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt and also the security agreement from Feb 26, 2010 was restated to reflect the change. Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. Inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Rick Hawks and Mike Gumaer. Lester Eber abstained. A copy of all the documents relating to the loan was provided to Richard Hawks.

Other business discussed was the performance of the Trust securities. Rick Hawks suggested the need to move 60 percent of the assets into equities which provided dividends. Rick requested copies of the Operating Statement for Eber-CT to determine the value of the corporation. They are hereto attached. Rick also discussed Sally Kleeberg's request for payment by the trust for her medical expenses and health insurance. Based on her decision to decline from providing proof of need, she was denied her request.

EB-00000857