**BROOK & ASSOCIATES, PLLC**
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2019

April 12, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**    *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
            **Request to Extend Time to File**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter. The Court set the deadline for the supplemental brief without consulting the parties, and I was out of town for almost the entire time since the order was issued; first for a proceeding in California, and then earlier this week for depositions in this case in Rochester, returning home late last night. Unfortunately, I had another client emergency arise today that has prevented me from being able to complete the brief requested by the deadline, which is a few minutes from now. I intend to file the brief within the next few hours, but I nonetheless make this request now so that it is appropriately on the docket before the deadline has passed. Because I intend to file before the sun rises, there will be no prejudice to Defendants, and this request should be granted and the brief and accompanying declaration should be accepted for filing.

Plaintiffs thank the Court for its attention to this matter.

The Court is in receipt of and accepts Plaintiffs' Supplemental Brief (Doc. No. 202) and will consider it when deciding Plaintiffs' Motion for Leave to File a Third Amended Complaint. (Doc. No. 164.)

Respectfully submitted,

*[signature]*

Brian C. Brook

SO ORDERED:

*[signature]*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
04/15/2019