# EXHIBIT 1

CAT

At a Surrogate's Court of the State of New York
held in and for the County of Monroe at
Rochester, New York, on May 18, 2017.

PRESENT: HON. JOHN M. OWENS, Surrogate

| | |
|---|---|
| FINAL ACCOUNTING OF THE CANANDAIGUA NATIONAL BANK AND TRUST COMPANY, AS SUCCESSOR CO-TRUSTEE OF RESIDUARY TRUST UNDER WILL OF ALLEN EBER DATED OCTOBER 27, 1969 | **ORDER FOR JUDICIAL SETTLEMENT OF FINAL ACCOUNT OF SUCCESSOR CO-TRUSTEE, RESIGNATION AND DISCHARGE OF CO-TRUSTEE AND TERMINATION OF TRUST** |

File No. 1970,1952 /D

UPON reading and filing the duly verified Petition for Judicial Settlement of Final Account of Successor Co-Trustee, Resignation and Discharge of Co-Trustee and Termination of Trust, verified by Petitioner, Canandaigua National Bank and Trust Company, on February 15, 2017; and

UPON all proofs of service having been duly filed with the Court; and

THERE having been no Objections filed with the Court by any of the appearing parties; and

UPON, the appearance of Canandaigua National Bank through its counsel, Woods Oviatt Gilman LLP, Lorisa D. LaRocca, Esq. and William G. Bauer, Esq., and the appearance of Lester Eber, through his counsel, Wiedman, Vazzana, Corcoran and Volta, P.C., James G. Vazzana, Esq. at an adjourned return date of this Court on May 18, 2017; and

UPON, the appearance of Calihan Law PLLC, Robert B. Calihan, Esq., on behalf of Elliott W. Gumaer, Jr., having been waived by the Court at counsel's request;

NOW, THEREFORE, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Final Account of Canandaigua National Bank and Trust Company, as Successor Co-Trustee of the Residuary Trust Under Will of Allen Eber dated October 27, 1969 (the "Trust"), is hereby judicially settled and Canandaigua National Bank and Trust Company is discharged from any liability in the administration of the

{5127751: }

Trust from its receipt of assets until distribution of the Trust assets, in its capacity as Successor Co-Trustee of the Trust; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trust be terminated and that the Trust assets be distributed to the beneficiaries in accordance with the terms set forth in the Final Account and allowed as filed (and adjusted), and that the following is a summary thereof as settled:

SUMMARY

PRINCIPAL ACCOUNT

CHARGES:

| Schedule A | Principal received | $1,409,047.07 | |
|---|---|---|---|
| Schedule AA | Subsequent receipts of principal | 12,000.44 | |
| Schedule A-1 | Realized increases in principal | 5,842.73 | |
| Schedule G | Unrealized increases in principal | 163,793.19 | |
| | Total Principal Charges | | $1,590,683.43 |

CREDITS:

| Schedule B | Realized decreases in principal | $ 768,370.36 | |
|---|---|---|---|
| Schedule C | Administration expenses | 48,535.21 | |
| Schedule E | Distributions of principal | 88,851.48 | |
| Schedule G | Unrealized decreases in principal | 10,827.35 | |
| | Total Principal Credits | | $ 916,584.40 |
| **Principal balance on hand shown by Schedule G** | | | $ 674,099.03 |

INCOME ACCOUNT

CHARGES:

| Schedule AA-1 | Income received | $ 2,868.90 | |
|---|---|---|---|
| Schedule A-2 | Income collected | 203,676.91 | |
| Schedule A-3 | Realized increases in income | 229.15 | |
| | Total Income Charges | | $ 206,774.96 |

CN000120

CREDITS:

| | | | |
|---|---|---|---|
| Schedule C-2 | Administrative expenses | $ 18,778.18 | |
| Schedule E-1 | Distributions of income | 170,529.29 | |
| | Total Income Credits | | $ 189,307.42 |
| **Income remaining on hand as shown in Schedule G-1** | | | **$ 17,467.49** |

## COMBINED ACCOUNTS

| | | | |
|---|---|---|---|
| Principal on hand: | Cash | $ 35,523.28 | |
| | Other assets | 638,575.75 | |
| | Total principal on hand | | $674,099.03 |
| Income on hand: | Cash | | 17,467.49 |
| | **Total Assets on hand** | | **$691,566.52** |

**ORDERED, ADJUDGED AND DECREED** that petitioner pay the remaining cash and transfer, assign and deliver the other remaining assets as shown in the account as follows:

To: Canandaigua National Bank

| | |
|---|---|
| As and for the commissions in the sum of | $ 8,114.86 |

To: Woods Oviatt Gilman LLP

| | |
|---|---|
| For legal services rendered in the sum of | $ TBD |
| For costs and disbursements | $ TBD |
| Balance | $ 683,451.66* |

To be distributed as follows:

| | |
|---|---|
| To: Daniel Kleeberg (1/6 share) | $ 113,908.61* |
| To: Lisa Stein (1/6 share) | $ 113,908.61* |
| To: Audrey Hays (1/3 share) | $ 227,817.22* |
| To: Lester Eber (1/3 share) | $ 227,817.22* |

*Less Woods Oviatt Gilman LLP fees and disbursements – amount to be determined.

{5127751: }

ORDERED, ADJUDGED AND DECREED that, upon its completion of the distribution of the Trust assets, as set forth in the Final Account and this Order, Canandaigua National Bank and Trust Company shall be discharged as Successor Co-Trustee of the Trust; and it is further

ORDERED, ADJUDGED AND DECREED that, the sum of $ 5757.50 in fees and 1460 in disbursements shall be paid from the Trust to Woods Oviatt Gilman LLP, as attorneys for Petitioner in connection with its services in regard to this proceeding.

Dated: _____June 1, 2017_____

HON. _____

JOHN M. OWENS, SURROGATE

SURROGATE'S COURT
MONROE COUNTY

JUN – 1 2017

FILED

{5127751: }

CN000122

# EXHIBIT 2



700 Crossroads Building
2 State Street, Rochester, New York 14614
P 585.987.2800    F 585.454.3968

**WOODS OVIATT GILMAN** LLP

ATTORNEYS
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200    F 716.854.5100

Writer's Direct Dial Number: 585.987.2834
Writer's Direct Fax Number: 585.987.2934
Email: llarocca@woodsoviatt.com

August 1, 2017

***Via Email and First Class Mail: jgvazzana@frontiernet.net***

James G. Vazzana, Esq.
Wiedman, Vazzana, Corcoran & Volta, P.C.
5 S. Fitzhugh Street, Room 230
Rochester, New York 14614

     **Re:   CNB/Eber Proposed Distributions**

Dear Jim:

     This letter is in follow-up to your prior correspondence directed to Rita Nischal at Canandaigua National Bank dated July 19, 2017. Upon further review of the Bank's records, Ms. Nischal was able to confirm that, although Mr. Hawks previously accounted for equalization of the distributions made to Erica Stein (prior to 2017) "on paper" annually, these adjustments were not actually made to the assets at that time. Accordingly, the Bank has re-calculated the necessary equalizations, consistent with the prior distribution sheets that Mr. Hawks provided to the family each year, and the revised Distribution Schedule and Step-Down Chart are enclosed herewith. Ms. Stein's prior distributions, including those received in 2017, are now all properly reflected. Should you have any questions, please feel free to contact me. Otherwise, please have your client return the executed Receipt and Release to Ms. Nischal.

     Very truly yours,

     WOODS OVIATT GILMAN LLP

     *Lorisa D. LaRocca*

     Lorisa D. LaRocca
     Please direct responses to Rochester Office

LDL/ldl
Cc:   Rita Nischal, Esq.

{5296967: }                 *The art of representing people*®

**Residuary TUW Allen Eber Proposed Distribution of Securities**

| Assets | Total Shares on Hand to be Distributed | Total Tax Cost Basis | Market Value as of 6.20.2017 | Daniel Kleeberg 68.76% of 23.595% | Lisa Stein 31.24% of 23.595% | Audrey Hays 38.202% | Lester Eber 38.202% |
|---|---|---|---|---|---|---|---|
| AT&T | 1,000      (sell 1) | 24,390.00 | 38,910.00 | 162 | 73 | 382 | 382 |
| Chemours Co. | 80      (sell 3) | 916.94 | 3,040.00 | 12 | 5 | 30 | 30 |
| Clorox Co | 300      (sell 2) | 18,699.00 | 42,345.00 | 48 | 22 | 114 | 114 |
| Du Pont De Nemours Ei Co | 400      (sell 3) | 17,923.06 | 33,424.00 | 64 | 29 | 152 | 152 |
| Eber Bros & Co Class A | 1,850 | 631,238.50 | 0.00 | 301 (+1) | 137 (+1) | 706 | 706 |
| Eber Bros & Co Class B | 290 | 462,973.99 | 0.00 | 47 | 21 | 111 (+1) | 111 (+1) |
| Eber Bros & Co 6% Non-Cumulative | 2,000 | 200,000.00 | 0.00 | 324 | 147 | 764 | 765 (+1) |
| Exxon-Mobile Corp | 2,190      (sell 2) | 4,903.55 | 181,244.40 | 355 | 161 | 836 | 836 |
| *Lilly Eli & Co | 500      (sell 1) | 17,110.00 | 41,170.00 | 81 | 36 | 191 | 191 |
| Lockheed Martin Corp Com | 300      (sell 2) | 20,751.00 | 84,690.00 | 48 | 22 | 114 | 114 |
| Microsoft Corporation | 800      (sell 2) | 20,320.00 | 56,696.00 | 129 | 58 | 305 | 305 |
| Pfizer Inc. | 886      (sell 2) | 15,518.29 | 29,432.92 | 143 | 65 | 338 | 338 |
| Dodge & Cox Income Fund | 3,591.9540 (sell 0.0361 units) | 50,000.00 | 49,748.56 | 582.7558 | 264.7657 | 1,372.1982 | 1,372.1982 |
| Franklin Templeton Global  Bond Inst. | 3,598.2690 (sell 0.0360 units) | 48,792.52 | 44,258.71 | 583.7804 | 265.2312 | 1,374.6107 | 1,374.6107 |
| Vanguard Int. Term Bd Index Admiral | 4,122.0120 (Sell 0.0413 units) | 50,000.00 | 47,361.92 | 668.7520 | 303.8367 | 1,574.6910 | 1,574.6910 |

*Please note, proceeds from the sale of the shares will be divided accordingly and will impact cash distributions.*

**EBER TRUST**
**1108114**

**Distribution Step-Down**
**6/20/2017**
**less Eber Stock**

$677,784.19

$12,000 Distribtuion 2012 (E. Stein)
$12,000 Distribtuion 2013 (E. Stein)
$12,000 Distribtuion 2014 (E. Stein)
$12,000 Distribtuion 2015 (E. Stein)
$12,000 Distribtuion 2016 (E. Stein)
$6,000 Distribution 2017 - Jan-June (E. Stein)

$225,918.06
-66,000.00

| **L. Eber** | **Kleeberg Family** | **A. Nan Boslos Hays** |
|---|---|---|
| $258,918.06 | $159,918.06 | $258,918.06 |
| (38.202) | (23.595) | (38.202) |
| | **Income Allocation** | |
| | **$9,335.32** | |
| $3,566.28 | $2,202.76 | $3,566.28 |

| | |
|---|---|
| Lisa Stein | $688.14 |
| Daniel Kleeberg | $1,514.62 |

**Lisa Stein**         **Daniel Kleeberg**
$49,959.03               $109,959.03
(31.240)                  -68.76

# EXHIBIT 3

 

Wealth Strategies Group | Canandaigua National Bank & Trust

March 26, 2012

Residuary TUW Allen Eber
c/o Lester Eber
95 Allens Creek Rd.
Bldg 2, Suites 10 & 11
Rochester, NY 14618-3250

Re:     Account Number 1108114

Dear Mr. Eber:

There is presently being held in your portfolio the following common stocks:

1,850 Eber Bros & Co Class A
290 Eber Bros & Co Class B
2,000 Eber Bros & Co 6% Non-Cumulative

These stocks are considered off-guidance list securities, and do not meet our criteria for continued retention in your portfolio. We are not following these securities or providing investment advice on these securities. It is important for you to understand that Canandaigua National Bank and Trust is not responsible for monitoring the future performance of these securities.

If you desire to continue to retain these holdings, we must have your written direction to do so. Please check the appropriate space below, sign, date, and return the signed copy of this letter in the envelope provided.

If you would like to discuss our recommendations for the replacement of these securities, or if a further discussion would be helpful to you, please telephone me at (585) 394-4260, ext. 36040.

Sincerely,

Richard H. Hawks, Jr.
Senior Vice President & Senior Fiduciary Officer

Authorization:

__X__   Until you receive further written instructions from me, you are authorized and directed to retain in my account, without liability, all of the above securities currently held, including stock received in the future as a result of stock splits or purchases directed by me.

_____   I do not wish to retain any of the above securities in the above account. Please sell all stock currently held.

Required to Hold under Terms of Trust
by _____ A King AVP         3/27/2012
Signature                   Date

CNB0000405

# EXHIBIT 4

**O'Brien, Dan**

| | |
|---|---|
| **From:** | Keneally, Paul F. <PKeneally@underbergkessler.com> |
| **Sent:** | Wednesday, October 31, 2018 10:29 AM |
| **To:** | LaRocca, Lorisa D.; O'Brien, Dan |
| **Cc:** | Ramsey, Colin D.; Brian C. Brook; daryoush@clintonbrook.com; john herbert Esq |
| **Subject:** | Notice |
| **Attachments:** | 10302018171620-0001.pdf |

Counsel: FYI

*CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it. Please notify us if you received this message but were not the intended recipient. Thank you, Underberg & Kessler LLP*

1

To: Allen Eber Trust
    c/o Canandaigua National Bank and Trust Company
       72 South Main St.
       Canandaigua, NY 14424
       Attn: Rita Nischal, Esq.

NOTICE OF INTENT TO PURCHASE SHARES

The undersigned hereby gives notice of my intent to purchase all shares of capital stock of Eber Bros. & Co., Inc. ( the "Company") of which the Allen Eber Trust is the registered holder that are proposed to be transferred to Daniel Kleeberg, Lisa Stein or Audrey Hays pursuant to Article XII of the By-Laws of the Company.

_____
Lester Eber

# EXHIBIT 5

**O'Brien, Dan**

| | |
|---|---|
| **From:** | Brian C. Brook <Brian@clintonbrook.com> |
| **Sent:** | Wednesday, October 31, 2018 11:49 AM |
| **To:** | LaRocca, Lorisa D.; O'Brien, Dan; Keneally, Paul F. |
| **Cc:** | Ramsey, Colin D.; Daryoush Behbood; john herbert Esq |
| **Subject:** | Re: Notice |

Paul,

This notice is defective in that it fails to identify the legal basis for any right to purchase. We have reviewed the by-laws and see no such right.

Moreover, the shares have already been transferred and such transfer ordered by the Surrogate's Court over a year ago. Lester received notice of it and did not object to that at the time and therefore waived his right to try to seek any alternative distribution or to otherwise prevent my clients from receiving their shares. Wendy, as Secretary, indisputably had a duty to effectuate the transfers as specified by the Surrogate's Court and CNB, and her and your continued resistance constitutes contempt of court, in addition to a continuing breach of fiduciary duty.

Dan, on behalf of the legitimate majority shareholders of Eber Bros & Co., Inc., a company which lacks any validly constituted Board of Directors, I direct CNB to disregard Lester's notice.

Brian C. Brook
Clinton Brook & Peed
New York | New Jersey | Washington DC
(212) 256-1957
brian@clintonbrook.com


From: Keneally, Paul F.
Sent: Wednesday, October 31, 7:29 AM
Subject: Notice
To: LaRocca Lorisa D., Dan O'Brien
Cc: Ramsey, Colin D., Brian C. Brook, Daryoush Behbood, john herbert Esq


Counsel: FYI

*CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it. Please notify us if you received this message but were not the intended recipient. Thank you, Underberg & Kessler LLP*

1

# EXHIBIT 6

**O'Brien, Dan**

| | |
|---|---|
| **From:** | John Herbert <herbertoffice24@gmail.com> |
| **Sent:** | Monday, December 17, 2018 3:51 PM |
| **To:** | rnischal@cnbank.com |
| **Cc:** | Keneally, Paul F.; Colin Ramsey; O'Brien, Dan; Brian C. Brook |
| **Subject:** | Notice |
| **Attachments:** | call20181217_12315763.pdf |

Rita

I am co-counsel to Lester Eber along with Paul Keneally.

Please see the attached notice from Lester Eber with respect to shares of capital stock of Eber & Co., Inc.

John S. Herbert, Esq.
Herbert Office
917-385-9436
herbertoffice24@gmail.com
facebook: Herbert Office

1

To: Allen Eber Trust
   c/o Canandaigua National Bank & Trust Company
   72 South Main St.
   Canandaigua, NY 14424
   Attn: Rita Nischal, Esq.

In connection with the Notice of Intent to Purchase Shares of Eber Bros. & Co., Inc. given by Lester Eber to the Allen Eber Trust on October 30, 2018, attached hereto, the undersigned notifies you that the purchase price, the book value of the shares as it appears in the books of the corporation as of May 31, 2018, is $0.

Please deliver physical possession of the stock certificate for these shares, which I understand is currently in your possession, with your endorsement thereof, to me promptly, at the following address:

Lester Eber
15 Coral Way
Rochester, NY 14618

Dated: December 17, 2018

To: Allen Eber Trust
    c/o Canandaigua National Bank and Trust Company
        72 South Main St.
        Canandaigua, NY 14424
        Attn: Rita Nischal, Esq.

NOTICE OF INTENT TO PURCHASE SHARES

The undersigned hereby gives notice of my intent to purchase all shares of capital stock of Eber Bros. & Co., Inc. ( the "Company") of which the Allen Eber Trust is the registered holder that are proposed to be transferred to Daniel Kleeberg, Lisa Stein or Audrey Hays pursuant to Article XII of the By-Laws of the Company.

_Lester Eber_

Lester Eber

# EXHIBIT 7



700 Crossroads Building
2 State Street, Rochester, New York 14614

P 585.987.2800    F 585.454.3968

**WOODS OVIATT GILMAN** LLP

**ATTORNEYS**
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202

P 716.248.3200    F 716.854.5100

*Writer's Direct Dial Number: 585.987.2834*
*Writer's Direct Fax Number: 585.987.2934*
*Email: llarocca@woodsoviatt.com*

October 11, 2017

James G. Vazzana, Esq.
Wiedman, Vazzana, Corcoran & Volta, P.C.
5 S. Fitzhugh Street, Room 230
Rochester, New York 14614

Brian C. Brook, Esq.
Clinton Brook & Peed
641 Lexington Avenue, 13th Floor
New York, NY 10022

**Re:    Transfer of Eber Bros. & Co., Inc. stock**

Dear Jim and Brian:

Enclosed please find your clients' respective copies of the Stock Powers transferring their shares of Eber Bros. & Co., Inc. pursuant to Canandaigua National Bank and Trust Company's distribution schedule. As the Bank never had possession of the company's stock book or other corporate documents and, despite request, the Bank has not been provided with the same, we were required to complete these transfers via these Stock Powers as opposed to issuing new stock certificates. We are currently retaining the original Stock Powers which I have affixed to each original Stock Certificate that the Bank received when it became Successor Co-Trustee. We will continue to do so unless and until such time as we are advised as to whom these originals should be provided given the apparent inability to locate the company's stock book and affiliated records. It is my understanding that the securities were transferred to your clients' respective financial institutions on September 29th and that the remaining assets were electronically transferred last week as well.

Very truly yours,

WOODS OVIATT GILMAN LLP

*Lorisa D. LaRocca*

Lorisa D. LaRocca
Please direct responses to Rochester Office

LDL/ldl/kdk
Enclosures
cc:    Rita Nischal, Esq.
       William G. Bauer, Esq.

{5491869: }                    *The art of representing people*®



NUMBER **A 6**

INCORPORATED UNDER THE LAWS OF THE STATE OF NEW YORK



SHARES **1850**

# EBER BROS. & CO., INC.

### AUTHORIZED TO ISSUE 10,000 SHARES

**2,000 6% NON-CUMULATIVE PREFERRED SHARES, PAR VALUE $100 EACH**
**1,850 CLASS A VOTING COMMON SHARES, PAR VALUE $10 EACH**
**6,150 CLASS B NON-VOTING COMMON SHARES, PAR VALUE $10 EACH**

**This Certifies that** Lester Eber, Elliott W. Gumaer, Jr., Central Trust Company "Co - tr. U/W Allen Eber/Residuary" *is the*

*owner of* One Thousand Eight Hundred and Fifty **CLASS A VOTING COMMON SHARES**

Par Value $10 Each of **EBER BROS. & CO., INC.**

*transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. A statement of the designations, preferences, privileges and voting powers or restrictions or qualifications of the shares of each class of stock is printed upon the back hereof and made part hereof with the same force and effect as if herein at length fully set forth, and this Certificate and the shares represented thereby are issued and shall be held subject to all of the provisions of the Certificate of Incorporation, By-Laws and Amendments.*

*In Witness Whereof, the Corporation has caused this Certificate to be signed by its duly authorized officers and its corporate seal to be hereunto affixed this* 10th *day of* May *19*91

*Stanley Scotti*
SECRETARY-TREASURER

*Lester Eber*
PRESIDENT

**CLASS A COMMON** (vertical, right margin)

**FULLY PAID AND NON-ASSESSABLE** (vertical, left margin)

278652102

**STOCK POWER**

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Daniel Kleeberg Three Hundred One (301) shares of the total One Thousand Eight Hundred Fifty (1850) shares issued, $10 par value, of the Class A voting common shares of Eber Bros. & Co., Inc., a New York corporation (the **"Corporation"**), standing in his name on the books of the Corporation represented by Certificate Numbered A6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _October 2_, 2017

_____
Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by: _Rebecca m teusel_

Print Name: _Rebecca M. Leusch_

{5471938: }

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Lisa Stein One Hundred Thirty Seven (137) shares of the total One Thousand Eight Hundred Fifty (1850) shares issued, $10 par value, of the Class A voting common shares of Eber Bros. & Co., Inc., a New York corporation (the **"Corporation"**), standing in her name on the books of the Corporation represented by Certificate Numbered A6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: October 2 , 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by:

Print Name: Rebecca M. Leusch

{5471938: }

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Audrey Hays Seven Hundred and Six (706) shares of the total One Thousand Eight Hundred Fifty (1850) shares issued, $10 par value, of the Class A voting common shares of Eber Bros. & Co., Inc., a New York corporation (the **"Corporation"**), standing in her name on the books of the Corporation represented by Certificate Numbered A6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _____ Oct 2 _____, 2017

_____
Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by: _____

Print Name: _____ Rebecca M. Leusch _____

{5471938: }

# CLASS B COMMON





INCORPORATED UNDER THE LAWS OF THE STATE OF NEW YORK

## EBER BROS. & CO., INC.

AUTHORIZED TO ISSUE 10,000 SHARES

2,000 6% NON-CUMULATIVE PREFERRED SHARES, PAR VALUE $100 EACH
1,850 CLASS A VOTING COMMON SHARES, PAR VALUE $10 EACH
6,150 CLASS B NON-VOTING COMMON SHARES, PAR VALUE $10 EACH

**This Certifies that** LESTER EBER, ELLIOTT W. GUMAER, JR., M & T BANK
CO-TRUSTEES U/W ALLEN EBER RESIDUARY

**CLASS B NON-VOTING COMMON SHARES**

owner of TWO HUNDRED NINETY 3/10

Par Value $10 Each of **EBER BROS. & CO., INC.**

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This certificate and the shares represented hereby are issued and shall be held subject to all of the provisions of the Certificate of Incorporation. In Witness Whereof, the Corporation has caused this Certificate to be signed by its duly authorized officers and its corporate seal to be hereunto affixed this 2nd day of DECEMBER 19 97

SECRETARY-TREASURER

PRESIDENT

FULLY PAID AND NON-ASSESSABLE

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Daniel Kleeberg Forty Seven (47) shares of the total Two Hundred Ninety (290) shares issued, $10 par value, of the Class B non-voting common shares of Eber Bros. & Co., Inc., a New York corporation (the "**Corporation**"), standing in his name on the books of the Corporation represented by Certificate Numbered B68 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated:  Oct. 2           , 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by:

Print Name:          Rebecca M. Leusch

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Lisa Stein Twenty One (21) shares of the total Two Hundred Ninety (290) shares issued, $10 par value, of the Class B non-voting common shares of Eber Bros. & Co., Inc., a New York corporation (the **"Corporation"**), standing in her name on the books of the Corporation represented by Certificate Numbered B68 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: __Oct. 2__, 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by:

Print Name: Rebecca M. Leusch

{5472004: }

**STOCK POWER**

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Audrey Hays One Hundred Eleven (111) shares of the total Two Hundred Ninety (290) shares issued, $10 par value, of the Class B non-voting common shares of Eber Bros. & Co., Inc., a New York corporation (the "**Corporation**"), standing in her name on the books of the Corporation represented by Certificate Numbered B68 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: October 2, 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by:

Print Name: Rebecca M. Leisch

# PREFERRED

## EBER BROS. & CO., INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEW YORK

AUTHORIZED TO ISSUE 10,000 SHARES

2,000 8% NON-CUMULATIVE PREFERRED SHARES, PAR VALUE $100 EACH
1,850 CLASS A VOTING COMMON SHARES, PAR VALUE $10 EACH
6,150 CLASS B NON-VOTING COMMON SHARES, PAR VALUE $10 EACH

6% NON-CUMULATIVE PREFERRED SHARES

Par Value, $100 Each of EBER BROS. & CO., INC.



SHARES

HOLDER
P B

FULLY PAID AND NON-ASSESSABLE

PRESIDENT

SECRETARY-TREASURER

378 652 201

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Daniel Kleeberg Three Hundred Twenty Four (324) shares of the total Two Thousand (2000) shares issued, $100 par value, of the 6% non-cumulative preferred shares of Eber Bros. & Co., Inc., a New York corporation (the **"Corporation"**), standing in his name on the books of the Corporation represented by Certificate Numbered P6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _____Oct 2_____, 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by: _____

Print Name: _____Rebecca M. Leusch_____

{5472027: }

## STOCK POWER

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Lisa Stein One Hundred Forty Seven (147) shares of the total Two Thousand (2000) shares issued, $100 par value, of the 6% non-cumulative preferred shares of Eber Bros. & Co., Inc., a New York corporation (the "**Corporation**"), standing in her name on the books of the Corporation represented by Certificate Numbered P6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _Oct. 2_, 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by:

Print Name: _Rebecca M. Leusch_

{5472027: }

**STOCK POWER**

**FOR VALUE RECEIVED**, Canandaigua National Bank and Trust Company, in its capacity as Co-Trustee of the Trust U/W of Allen Eber hereby sells, assigns and transfers unto Audrey Hays Seven Hundred Sixty Four (764) shares of the total Two Thousand (2000) shares issued, $100 par value, of the 6% non-cumulative preferred shares of Eber Bros. & Co., Inc., a New York corporation (the "**Corporation**"), standing in her name on the books of the Corporation represented by Certificate Numbered P6 herewith, and does hereby irrevocably constitute and appoint the Corporation to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _____Oct. 2____, 2017

Rita Nischal, Vice-President
Canandaigua National Bank and Trust Company

Witnessed by: _____

Print Name: _____

{5472027: }