UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL KLEEBERG, LISA STEIN
and AUDREY HAYS,

Plaintiffs,

v.                                              Civil Action No. 16-CV-9517-LAK-KHP

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
ESTATE OF ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, and
WENDY EBER,

Defendants.
_____

CANANDAIGUA NATIONAL BANK & TRUST
COMPANY,

Intervenor- Plaintiff,

v.                                              Civil Action No. 16-CV-9517-LAK-KHP

LESTER EBER,
ALEXBAY, LLC f/k/a LESTER EBER, LLC,
ESTATE OF ELLIOT W. GUMAER, JR.,
EBER BROS. & CO, INC.,
EBER BROS. WINE AND LIQUOR CORP.,
EBER BROS. WINE & LIQUOR METRO, INC.,
EBER CONNECTICUT, LLC, WENDY EBER,
DANIEL KLEEBERG, LISA STEIN and
AUDREY HAYS,

Intervenor- Defendants.
_____

**EBER DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND**

UNDERBERG & KESSLER LLP
Attorneys for Eber Defendants
300 Bausch & Lomb Place
Rochester, New York 14604
(585) 258-2882

Paul F. Keneally, Esq.,
Colin D. Ramsey, Esq.,
Jillian K. Farrar, Esq.,
Of Counsel

## PRELIMINARY STATEMENT

Pursuant to the Consent Scheduling Order, agreed to by the parties, the last day to amend pleadings was March 31, 2018. Dkt. # 80. Plaintiffs recognized this deadline and attempted to file an Amended Complaint on March 31, 2018. Dkt. # 85.  Due to deficiencies in Plaintiffs' Amended Complaint, the Court extended the deadline to file amended pleadings to April 16, 2018. Dkt. # 87. Plaintiffs filed their Second Amended Complaint on April 16, 2018. Dkt. # 88.  Seven and one-half months after the Court-Ordered and stipulated deadline to file amended pleadings, Plaintiffs moved to file a Third Amended Complaint.  Dkt. # 164. Plaintiffs' proffered excuses of having another "high profile trial" (even though there was no trial in that matter), a vacation, and many documents to review[1] are insufficient to establish the "good cause" necessary to grant their Motion to Amend.

### I.   PLAINTIFFS CANNOT SHOW GOOD CAUSE FOR THEIR DELAY IN MOVING TO AMEND NEARLY EIGHT MONTHS AFTER THE DEADLINE.

"[T]he lenient standard under Rule 15(a), which provides leave to amend 'shall be freely given,' must be balanced against the requirement under Rule 16(b) that the Court's scheduling order 'shall not be modified except upon a showing of good cause.'" *Grochowski v. Phx. Constr., YPSILON Constr. Corp.*, 318 F.3d 80, 86 (2d Cir. 2003) citing Fed. R. Civ. P. 15(a), 16(b).  "'Where . . . a scheduling order governs amendments to the complaint,' and a plaintiff wishes to amend after the deadline to do so has passed, the plaintiff must show good cause to modify the deadline under Rule 16." *BPP III., LLC v.*

---

[1] Plaintiffs' voluminous, overly broad document requests required the production of over 33,000 pages.

*The Royal Bank of Scot. Grp., PLC*, 859 F.3d 188, 195 (2d Cir. 2017) quoting *Holmes v. Grubman*, 568 F.3d 329, 334-35 (2d Cir. 2009).

A finding of good cause depends on the diligence of the moving party. *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir. 2000) (citing *Rainy Lake One Stop, Inc. v. Marigold Foods, Inc.*, 195 F.3d 430, 437 (8th Cir. 1999)).

While diligence is the primary concern in determining good cause, the district court may also consider other relevant factors such as prejudice to defendants. *See Kassner v. 2nd Ave. Delicatessen, Inc.*, 496 F.3d 229, 244 (2d Cir. 2007). The Second Circuit consistently affirms denials of motions to amend where parties have delayed their motion by three months. *See Gullo v. City of New York*, 540 Fed. Appx. 45, 46-47; 2013 U.S. App. LEXIS 19983 (2d Cir. 2013) ("The district court acted well within its discretion in concluding that Plaintiffs' three-month failure to move for amendment…failed to demonstrate the diligence necessary to satisfy Rule 16."); *Manuel v. Pepsi-Cola Co.* 2019 U.S. App. LEXIS 7724 * (2d Cir. March 15, 2019) (Plaintiffs' were not entitled to amend their complaint to defeat dismissal after failing to amend their pleadings prior to the court-ordered deadline).

Here, as in *BPP III, LLC*, *Grochowski* and *Parker*, Plaintiffs cannot show good cause to amend their complaint nearly eight months after the deadline.

As noted, the parties agreed to a deadline of March 31, 2018 to amend the pleadings. Dkt. # 80. The Court then generously provided Plaintiffs an extension to April 16, 2018 to file a Second Amended Complaint after identifying serious deficiencies in their First Amended Complaint on April 2, 2018. Dkt. # 87. Thereafter, despite multiple extensions of discovery deadlines negotiated and agreed between the parties, Plaintiffs

never requested an extension of the deadline to file amended pleadings.  As the Second Circuit recently opined, "no court can be said to have erred in failing to grant a request that was not made." *Manuel*, 2019 U.S. App. LEXIS 7724 (2d Cir. March 15, 2019) quoting *Gallop v. Cheney*, 642 F.3d 364, 369 (2d Cir. 2011).

## II.   PLAINTIFFS RECEIVED MOST DOCUMENTS RELATED TO NEW ALLEGATIONS IN THIRD AMENDED COMPLAINT IN SEPTEMBER 2017.

Since September 2017, the Eber Defendants have produced in excess of 33,000 pages in response to Plaintiffs' voluminous, vague and overly broad document demands. Attached as **Exhibit A** are the detailed document inventories that were provided to Plaintiffs along with the Eber Defendants' productions prior to March 31, 2018. Notably, the majority of the Eber Defendants' production was produced in 2017, months before the deadline to amend the pleadings.  Despite receipt of the documents on which they base their new allegations months prior to the amendment deadline, Plaintiffs failed to diligently pursue amendment the amendment now being sought.

## A.   Reformation of Lester Eber's Loans.

More specifically, Plaintiffs' Third Amended Complaint seeks unspecified reformation of Lester Eber's loans to Eber Bros.  Plaintiffs' weakly argue that they acted diligently in seeking to amend, but they were provided with the documents related to Lester Eber's loans six months prior to the deadline for amendment of the pleadings.  To this end, the Eber Defendants produced documents related to Lester Eber's loans (Bates stamped EB-00017819-18057) on September 29, 2017.  Plaintiffs' failure to add these claims in their Second Amended Complaint illustrates Plaintiffs' lack of diligence and inability to show good cause as required by Rule 16.

**B.       Prior Transactions including Polebridge Transaction.**

Plaintiffs' Third Amended Complaint also attempts to expand the scope of the action to include rescission of the alleged "preparatory transactions," including the Polebridge transaction, which Plaintiffs allege led to Alexbay's foreclosure on the Eber Metro shares.  Again, the documents related to the supposed preparatory transactions were produced in 2017.  For example, documents relating to the Polebridge transaction were produced on September 29, 2017 and bear Bates numbers EB-00016940-16944. Here Plaintiffs' admitted failure to "process[] the totality of the documents that had been produced" prior to the amendment deadline highlights Plaintiffs' failure of diligence in this matter.  *See* Supplemental Brief in Support of Plaintiffs' Motion for Leave to Amend Their Complaint (Plaintiffs' Supplemental Brief), Dkt. # 202 at pg. 11.

**C.       Lester Eber's Consulting Agreement with Southern.**

Likewise, Lester Eber's consulting agreements with Southern were among the first documents produced by the Eber Defendants.  These documents were produced on September 29, 2017 (Bates numbers EB-00000702-711).  The Eber Defendants also made a supplemental production in February 2018, providing Lester Eber's consulting agreement, along with Mr. Eber's tax returns from 2007 through 2016 (Bates numbers EB-00021437-21468).  Plaintiffs admit that they had the documents which purportedly support this claim well before the deadline to amend.  Put simply, the standard is diligence, not diligence once the attorney decides to look at the documents.

**D.       Acquisition of Slocum & Sons of Maine.**

Next, Plaintiffs' representations with respect to the proposed Slocum & Sons of Maine acquisition allegations are inaccurate.  The formation documents for the entity and

5

tax returns, including K-1s for the years 2012 through 2016, were produced to Plaintiffs in response to their second request for production on February 26, 2018 (EB-00021469-21497, EB-00021717-21743).   Additionally, this company's 2017 K-1s were produced on March 13, 2018, a full month before the deadline to amend the pleadings (EB-00021744-21751).   The K-1s show the proportionate ownership interest of each shareholder. Despite having this information from the Eber Defendants well before the deadline to amend, Plaintiffs try to justify their failure by stating that they only recently received other documents that provided the same information.

### E.   2017 EBWLC Stock Issuance.

Plaintiffs admit their dilatory behavior with respect to their proposed amendments related to the issuance of stock in EBWLC in 2017.[2]   Plaintiffs state "the specific transactions were not noticed by Plaintiffs' counsel until the summer of 2018." *See* Plaintiffs' Supplemental Brief at pg. 15.   A "failure to notice" is not "good cause".

### F.   Claims Against Wendy Eber.

With respect to Plaintiffs' alleged claims against Wendy Eber for "aiding and abetting", the Eber Defendants produced documentation showing that Wendy Eber assisted her father and Mr. Gumaer with respect to the Trust in September 2017 (Bates numbers EB-00001071-1076).   Moreover, Wendy's acquisition of Eber Metro Stock is contained in emails which were also produced to Plaintiffs on September 29, 2017 (Bates numbers EB-00017303-17304).   Plaintiffs' statements that they were "surprised" and that

---

[2] The EBWLC stock is irrelevant because it does not constitute a majority of the outstanding voting stock of EBWLC, a fact Plaintiffs have known since September 2017 (Bates numbers EB-00001166-1173).   Nor is the EBWLC Stock materially dilutive to Plaintiffs because it is not common stock or convertible preferred stock.   It has a total redemption value of $37,500.00, a fact Plaintiffs have known since September 2017.

this information was not noticed due to the volume of the production, again shows a lack of diligence and the absence of good cause.

**G.     Assignment of Harris Beach's Claims to Lester Eber**.

The documents related to Harris Beach's claims were also produced on September 29, 2017 (Bates numbers EB-00017510-17544).  Here, Plaintiffs again admit that they were not diligent in pursuing their claims "because they could not imagine" that Lester Eber may take action on the claim.  However, Plaintiffs now seek to add claims which they admit are not ripe because no action has been taken by Lester Eber with respect to his ownership of Harris Beach's original claim.  Plaintiffs' excuses are unconvincing and inadequate justification for failing to act with diligence.

The sum of Plaintiffs' arguments in favor amending the Second Amended Complaint months after the deadline is: (1) Plaintiffs' attorney was busy on another case; (2) if the Court does not allow Plaintiffs to amend, they will just commence another action and waste judicial resources;[3] (3) the productions by the Eber Defendants were voluminous and (4) Plaintiffs delay in analyzing the documents prevented them from recognizing additional claims.  None of these excuses are sufficient to meet the good cause standard of Rule 16 and articulated by the Second Circuit.  Accordingly, Plaintiffs' motion should be denied.

---

[3] Blatantly ignoring the statute of limitations problems therein as described in our previous opposition to this motion to amend the Second Amended Complaint which is incorporated by reference.

**CONCLUSION**

The Court should deny Plaintiffs' motion to amend their Second Amended Complaint because Plaintiffs have not acted with diligence and cannot meet the good cause standard articulated in FRCP Rule 16.


DATED:          April 26, 2019
                Rochester, New York

                                   UNDERBERG & KESSLER LLP


                                   By: */s/ Paul F. Keneally*_____
                                       Paul F. Keneally, Esq., Of Counsel
                                       Colin D. Ramsey, Esq., Of Counsel
                                       Jillian K. Farrar, Esq., Of Counsel
                                       *Attorneys for Eber Defendants*
                                       300 Bausch & Lomb Place
                                       Rochester, New York 14604
                                       Telephone: (585) 258.2882

8

# EXHIBIT A

**Eber Southern District Litigation**
**Client Documents - BOX 1**

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 1<br>1-691 | 2007 | Harris Beach PLLC | CD of Closing Documents-Eber Bros. Wine & Liquor Corporation Sale of PW&S, LLC and Delaware Importers, Inc. to Souther Wine & Spirits of America, Inc. |
| 2<br>692-694 | 1/29/2008 | Lester Eber | Letter to Lee F. Hager re: Amendment to July 5, 2007 letter agreement between Southern and Eber Bros. |
| 3<br>695-701 | 1/2012 - 11/2016 | Lester Eber | Representation letters-Lester Eber registered as a lobbyist for Southern |
| 4<br>702-711 | 8/30/2007 | | Consulting Agreement between Souther Wine & Spirits of Upstate New York and Lester Eber |
| 5<br>712-741 | various | | E-mails to/from E. Gumaer, D. Belt, G. Sturm |
| 10<br>742-810 | 2015 | | Various litigation documents re: PBGC v. Eber Bros. |
| 11<br>811-836 | 7/12/2017 | Rita Nischal, Esq. | Settlement of the Allen Eber Residuary Trust documents |
| 12<br>837-841 | 7/1/2008 | | Unanimous Written Consent of the Trustees of the Allen Eber Trust |
| 13<br>842-853 | 4/1/2017 - 6/30/2017 | Canandaigua National Bank | Bank statement for Allen Eber Residuary Trust |
| 16<br>854-863 | 6/7/2012 and 8/11/2011 | W. Eber | Meeting Minutes of the Trustees of the Trust of Allen Eber |
| 17<br>864-870 | 1/2012 | L. Eber | Notices of Alexbay's proposal to accept membership interest owned by Metro in Eber-Connecticut, LLC in satisfaction of the obligations created in the Note, etc. |
| 18<br>871-879 | 6/5/2012 | | Agreement for Turnover and Acceptance of Eber Bros. Wine and Liquor Metro, Inc. and ERM-14 Form |
| 19<br>880-896 | 12/13/2012 | | Unanimous Written Consent of Board of Directors of Eber Bros. Wine and Liquor Metro, Inc., Stock Certificate and General Security Agreement between Eber Metro and Alexbay |
| 20<br>897-899 | 1/18/2012 | | Assignment of Note and Security Agreement re: August 15, 2005 Note with Eber Bros. Corp. |
| 21<br>900-902 | 1/18/2012 | | Assignment of Note and Security Agreement re: February 26, 2010 Note with Eber Bros. Metro |
| 23<br>903-952 | 2013-2016 | | First Niagara Account Statements - Alexbay, LLC |
| 24<br>953-956 | 3/7/2017 - 6/30/2017 | | Citizens Bank Commercial Account Statements - Alexbay, LLC |
| 25<br>957-965 | 11/30/2016 - 6/30/2017 | | KeyBank Business Banking Statements - Alexbay, LLC |
| 26<br>966-1005 | 3/31/2016 - 3/31/2017 | | QBE Insurance Corporation insurance policy for Alexbay, LLC |
| 27<br>1006-1056 | 12/8/2011 | | Operating Agreement of Leter Eber LLC |
| 28<br>1057-1058 | 1/28/2013 | | Written Consent of Sole Member of Alexbay, LLC and Written Consent of Board of Managers of Eber-Connecticut, LLC re: 2.9 million term loan and 500K demand loan |
| 29<br>1059-1070 | 3/14/2012 | | Affidavit of Lester Eber in support of motion for judicial determination of commercial reasonableness |
| 30<br>1071-1077 | 12/15/2009 | L. Eber | Letter to Sally Kleeberg re: no dividend payment; copy of check to S. Kleeberg; thank you note from S. Kleeberg |
| 31<br>1078-1165 | various | | Allen Eber Residuary Trust documents |
| 32<br>1166-1346 | | | Various corporate minutes/documents for Eber Bros. Wine and Liquor Corporation |
| 33<br>1347-1424 | | | Various corporate minutes/documents for Eber Metro |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 34 1425-1475 | | | Various corporate minutes/documents for Eber Connecticut |
| 35 1476-1507 | 1/2008 | | Letter Agreement and other documents regarding sale of Interest in Eber-Connecticut, LLC |
| 36 1508-1544 | 4/1/2008 | | Amended and Restated Limited Liability Company Agreement of Eber-Connecticut, LLC |
| 37 1545-1555 | | | Minutes of Eber-Connecticut, LLC |
| 41 1556-1605 | | | Quarterly commission payment documentation re:  Elliott Gumaer, Jr. |
| 42 1606-1670 | 8/11/2010 - 12/31/2010 | | Sally Kleeberg paid bills |
| 43 1671-1709 | 3/22/2010 - 4/27/2010 | L. Eber | Letters from L. Eber to Sally Kleeberg regarding Eber Bros. Wine & Liquor Corp. financial status |
| 44 1710-1747 | 4/2/2010 & 4/9/2010 | L. Eber | Letters to Audrey Hays regarding Eber Bros. Wine & Liquor Corp. financial status |
| 45 1748-1825 | 5/31/2009 & 2008 (restated) | | Eber-Connecticut, LLC draft Financial Statements, Supplemental Schedules and Independent Auditors' Report |
| 47 1826-1876 | 2009 | | Residuary TOW Allen Eber tax documents |
| 48 1877-1964 | 6/5/2007 - 12/31/2009 | | Canandaigua National Bank & Trust Statements for Residuary TOW Allen Eber |
| 49 1965-2117 | 1/1/2010 - 12/31/2012 | | Canandaigua National Bank & Trust Statements for Residuary TOW Allen Eber |
| 50 2118-2201 | 1/1/2013 - 12/31/2014 | | Canandaigua National Bank & Trust Statements for Residuary TOW Allen Eber |
| 51 2202-2294 | 1/1/2015 - 3/31/2017 | | Canandaigua National Bank & Trust Statements for Residuary TOW Allen Eber |
| 52 2295-2307 | 1/20/2017 | Richard Hawks, Jr. | Letter to L. Eber re:  share of 2016 annual trust income and Statement of Assets |

| Bates | Date | Author | Document Description |
|-------|------|--------|---------------------|
| **Eber Southern District Litigation** | | | |
| **Client Documents - BOX 2** | | | |
| 2308- | September 2009 - December 2010 | Canandaigua National Bank | Operating Account statements, reconciliation summaries for Eber Bros. Wine & Liquor Metro, Inc. |
| 5479 | September 2009 - December 2010 | Canandaigua National Bank | Operating Account statements, reconciliation summaries for Eber Bros. Wine & Liquor Corp. |
| | | | |

| | | **Eber Southern District Litigation** | |
|---|---|---|---|
| | | **Client Documents - BOX 3** | |
| Tab/Bates | Date | Author | Document Description |
| 5480-10327 | June 2007- August 31, 2016 | Canandaigua National Bank | Eber Bros. Wine & Liquor Corp. Pension Documents |
| 1 10328-10501 | 10/8/2008 | Canandaigua National Bank | Eber-Connecticut, LLC 3 Million Dollar Line of Credit and extension documents |
| 2 10502-10519 | 1/19/2016 | Hon. Michael A. Telesca | Western District of New York Decision and Order dated 1/19/2016 re: Pension Benefit Guaranty Corporation v. Ebert Bros. Win & Liquor Corp. |
| 3 10520-10547 | 8/28/2009 | Canandaigua National Bank | Eber Bros. Wine & Liquor Corp. Retirement Plan Account Review |
| 4 10548-10576 | 2007 | | Trust Agreement concerning Eber Bros. Wine & Liquor Corp. Retirement Plan |
| 5 10577-10634 | 9/29/2007 - 5/31/2012 | Canandaigua National Bank | Eber Bros. Wine and Liquor Metro Inc. Basic Business Checking Statements |
| 6 10635-10639 | 6/5/2012 | | Agreement for Turnover and Acceptance of Eber Bros. Wine and Liquor Metro, Inc. pursuant to NYUCC |
| 7 10640-10648 | 7/20/2007 | Canandaigua National Bank | Eber Bros. Pension Plan Holdings |
| 8 10649-10652 | 8/7/2007 | | Investment Policy Statement Eber Bros. Wine & Liquor Defined Benefit Plan |
| | | | |
| | | | |

| | **Eber Southern District Litigation** | | |
|---|---|---|---|
| | **Client Documents - BOX 4** | | |
| Bates | Date | Author | Document Description |
| 10653-10698 | various | Canandaigua National Bank | Miscellanous Eber Bros. Wine & Liquor Retirement Plan documents |

| | Eber Southern District Litigation | | |
|---|---|---|---|
| | Client Documents - BOX 5 | | |
| Tab/Bates | Date | Author | Document Description |
| 10 10699-11008 | 2007-2010 | Pitney Bowes | Eber Bros. Wine & Liquor Statements |
| 11 11009-11094 | January 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers |
| 12 11095-11121 | January 2011 | | Eber Bros., Eber Metro and Eber NDC deposit records, cash summaries and Statement Detail Reports |
| 13 11122-11201 | February 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers |
| 14 11202-11228 | February 2011 | | Eber Bros., Eber Metro and Eber NDC deposit records, cash summaries and Statement Detail Reports |
| 15 11229-11311 | March 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers |
| 16 11312-11335 | March 2011 | | Eber Bros., Eber Metro and Eber NDC deposit records, cash summaries and Statement Detail Reports |
| 17 11336-11416 | April 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers |
| 18 11417-11431 | April 2011 | | Eber Bros., Eber Metro and Eber NDC deposit records, cash summaries and Statement Detail Reports |
| 19 11432-11455 | 5/31/2011 | | Eber Metro A/R Aging Summary as of 5/31/2011 |
| 20 11456-11548 | 5/31/2011 | | Eber Bros. A/R Aging Summary as of 5/31/2011 |
| 21 11549-11629 | May 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers |
| 22 11630-11662 | May 2011 | | Eber Metro, Eber Bros. & Eber NDC A/P balances, cash summaries, bank reports and A/R summaries with notes |
| 23 11663-11771 | June 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers; Eber Bros., Eber Metro & Eber NDC statement detail reports, cash summaries and deposit records |
| 24 11772-11848 | July 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers and statement detail reports; Cash summaries including Eber NDC |
| 25 11849-11912 | August 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers and statement detail reports; Cash summaries including Eber NDC |
| 26 11913-11953 | September 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers and statement detail reports; Cash summaries including Eber NDC |
| 27 11954-12002 | October 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers and statement detail reports; Cash summaries including Eber NDC |
| 28 12003-12018 | November 2011 | Canandaigua National Bank | Eber Bros. and Eber Metro transaction registers and statement detail reports |
| 29 12019-12035 | December 2011 | Canandaigua National Bank | Eber Bros. and Eber NDS deposit records |
| 30 12036-12040 | January 2012 | Canandaigua National Bank | Eber Bros. deposit records |
| 31 12041-12051 | February 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 32 12052-12066 | March 2012 | Canandaigua National Bank | Eber Bros. checking account details and deposit records |
| 33 12067-12085 | April 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 34 12086-12101 | May 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 35 12102-12119 | June 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 36<br>12120-12129 | July 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 37<br>12130-12154 | August 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 38<br>12155-12172 | September 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 39<br>12173-12190 | October 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 40<br>12191-12207 | November 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 41<br>12208-12217 | December 2012 | Canandaigua National Bank | Eber Bros. and Eber Metro checking account details and deposit records |
| 58<br>12218-12433 | 2006 & 2007 | Eber | Folder named *banking issues*. Has various emails, statements, etc. that pertain to Eber Bros., Eber Metro and Eber NDC |
| 59<br>12434-12533 | 2005 | | M & T wire information for various Eber entities |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Eber Southern District Litigation | | |
|---|---|---|---|
| | Client Documents - BOX 6 | | |
| Tab/Bates | Date | Author | Document Description |
| 2<br>12534-12882 | 8/31/2007 | Eber | Accounts Receivable Post & Apply report |
| 3<br>12883-12995 | 3/31/2008 -<br>7/31/2013 | Canandaigua National<br>Bank | Eber Bros. Wine & Liquor Corp. - Financial Summaries for<br>CNBusiness Choice Savings and Basic Business Checking Acct.<br>ending 8478 |
| 4<br>12996-13069 | 9/28/2007 -<br>5/31/2012 | Canandaigua National<br>Bank | Eber Metro LLC - Financial Summaries for CNBusiness Choice Acct.<br>ending 8494 |
| 5<br>13070 | 1/30/2008 | | $33,299.76 Demand Note - Eber Bros. to Wendy Eber |
| 6<br>13071 | 6/18/2008 | | $25,000 Demand Note - Eber Bros. to Wendy Eber |
| 7<br>13072 | 3/26/2009 | Wendy Eber | Check No. 2012 payable to Eber Bros. in the amount of $12,000 |
| 8<br>13073 | 3/24/2009 | Lester Eber | Check No. 341 payable to Eber Bros. in the amount of $12,363.72 |
| 9<br>13074-13167 | 8/31/2007 -<br>5/31/2012 | Canandaigua National<br>Bank | Eber Metro LLC - Financial Summaries for CNBusiness Choice Acct.<br>ending 8516 |
| 10<br>13168-13291 | 10/31/2007 -<br>11/30/2012 | Canandaigua National<br>Bank | Eber Bros. Wine & Liquor Corp. - Financial Summaries for<br>CNBusiness Choice Acct. ending 8389 |
| 11<br>13292-13369 | December 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 12<br>13370-13378 | December 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 13<br>13879-13382 | 12/18/2008 | Canandaigua National<br>Bank | Eber Bros. chargeback/service charge |
| 14<br>13383-13457 | November 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 15<br>13456-13460 | November 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 16<br>13461 | 11/21/2008 | Canandaigua National<br>Bank | Deposit receipt for Eber Bros. $18,885.09 |
| 17<br>13462-13557 | October 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 18<br>13558-13563 | October 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 19<br>13564-13643 | September 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 20<br>13644-13648 | September 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 21<br>13649-13732 | August 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 22<br>13733-13743 | August 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 23<br>13744-13820 | July 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 24<br>13821-13841 | July 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 25<br>13842-13843 | 7/7/2008 | Canandaigua National<br>Bank | Receipts |
| 26<br>13844-13925 | June 2008 | Canandaigua National<br>Bank | Eber Bros. & Eber Metro Transactions Register |
| 27<br>13926-13966 | June 2008 | Canandaigua National<br>Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and<br>Eber NDC |
| 28<br>13967-13976 | June 2008 | Canandaigua National<br>Bank | Receipts |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 29<br>13977-14060 | May 2008 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 30<br>14061-14087 | May 2008 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 31<br>14088-14110 | May 2008 | Canandaigua National Bank | Various communications/receipts |
| 32<br>14111-14198 | April 2008 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 33<br>14199-14226 | April 2008 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 34<br>14227-14234 | April 2008 | Canandaigua National Bank | Various communications/receipts |
| 35<br>14235-14322 | March 2008 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 36<br>14323-14360 | March 2008 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 37<br>14361-14371 | March 2008 | Canandaigua National Bank | Various communications/receipts |
| 38<br>14372-14469 | February 2008 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 39<br>14470-14551 | February 2008 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 40<br>14552-14572 | February 2008 | Canandaigua National Bank | Various communications/receipts |
| 41<br>14573-14678 | January 2008 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 42<br>14679-14751 | January 2008 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 43<br>14752-14768 | January 2008 | Canandaigua National Bank | Various communications/receipts |
| 44<br>14769-14776 | January 2008 | Eber | Daily cash sheets |
| 45<br>14777-14877 | December 2007 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 46<br>14878-14978 | December 2007 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 47<br>14979-15034 | December 2007 | Canandaigua National Bank | Various communications/receipts |
| 48<br>15035-15062 | December 2007 | Eber | Daily cash sheets |
| 49<br>15063-15174 | November 2007 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 50<br>15175-15242 | November 2007 | Canandaigua National Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 51<br>15243-15274 | November 2007 | Canandaigua National Bank/Wells Fargo | Various communications/receipts |
| 52<br>15275-15299 | November 2007 | Eber | Daily cash sheets |
| 53<br>15300-15303 | 11/2 -11/3/2007 | Wells Fargo | Eber Bros. & Eber Metro Treasury Information Report |
| 54<br>15304-15451 | October 2007 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 55<br>15452-15546 | October 2007 | Canandaigua National Bank/Wells Fargo | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 56<br>15547-15573 | October 2007 | Canandaigua National Bank | Various communications/receipts |
| 57<br>15574-15597 | October 2007 | Canandaigua National Bank | Disbursement Account |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 58<br>15598-15633 | October 2007 | Eber | Daily cash sheets |
| 59<br>15634-15683 | October 2007 | Wells Fargo | Eber Bros. & Eber Metro Treasury Information Report |
| 60<br>15684-15693 | October 2007 | Wells Fargo | Disbursement Account |
| 61<br>15694-15780 | September 2007 | Canandaigua National Bank | Eber Bros. & Eber Metro Transactions Register |
| 62<br>15781-15915 | September 2007 | Canandaigua National Bank/Wells Fargo/M&T Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 63<br>15916-15960 | September 2007 | Eber | Daily cash sheets |
| 64<br>15961-15991 | September 2007 | Canandaigua National Bank/Wells Fargo/M&T Bank | Various communications/receipts |
| 65<br>15992-16068 | September 2007 | Wells Fargo | Eber Bros. & Eber Metro Treasury Information Report |
| 66<br>16069-16130 | September 2007 | Wells Fargo | Disbursement Account |
| 67<br>16131-16188 | September 2007 | M&T Bank | Eber Bros. Previous Day Balance Reports |
| 68<br>16189-16281 | September 2007 | | Miscellaneous financials |
| 69<br>16282-16299 | August 2007 | Canandaigua National Bank/Wells Fargo | Statement Detail Reports |
| 70<br>16300-16398 | August 2007 | M&T Bank | Eber Bros. Previous Day Balance Reports |
| 71<br>16399-16453 | August 2007 | Canandaigua National Bank/Wells Fargo/M&T Bank | Various communications/receipts |
| 72<br>16454-16561 | August 2007 | Canandaigua National Bank/Wells Fargo/M&T Bank | Miscellaneous payments received/wires for Eber Bros., Eber Metro and Eber NDC |
| 73<br>16562-16607 | August 2007 | Eber | Daily cash sheets |
| 74<br>16608-16756 | August 2007 | Wells Fargo | Eber Bros. & Eber Metro Treasury Information Report |
| 75<br>16757-16855 | August 2007 | Wells Fargo | Disbursement Account |

| | | Eber Southern District Litigation | |
|---|---|---|---|
| | | **BOX 7** | |
| Tab/Bates | Date | Author | Document Description |
| 1<br>16856–16868 | 1/29/2008 | | Letter and payment agreement regarding sale of Eber-Connecticut, LLC |
| 3<br>16869–16889 | 10/2/2008 | CNB | Eber-Connecticut, LLC CNB Loan Commitment |
| 4<br>16890–16906 | 6/27/1905 | | Formation documents for Eber-Connecticut, LLC |
| 7<br>16907–16914 | 2015 | | Polebridge documents |
| 10<br>16915–16939 | 1/28/2013 | Eber-Connecticut | Board Meeting Minutes |
| 11<br>16940–16950 | 2/26/2010 and<br>5/28/2010 | Eber Bros. W&L | Board Meeting Minutes |
| 12<br>16951–16953 | 3/13/2012 | Eber Bros. W&L and<br>Eber Metro | Joint Board Minutes |
| 13<br>16954–17029 | | Eber Bros. W&L | Various corporate documents |
| 15<br>17030–17033 | 11/13/2012 and<br>1/30/2013 | | Written Consents re: term note and demand loan |
| 16<br>17034–17086 | | | Eber Bros. Wine & Liquor Corporation corporate minutes and certificate of incorporation |
| 22<br>17087–17222 | 1/29/2008 | | Sale of interest in Eber-Connecticut documents |
| 23<br>17224–17371 | 2013–2014 | | Documents produced to Pension Benefit Guaranty Corporation |
| 25<br>17373–17390 | 10/27/1969 | | Last Will & Testament Allen Eber |
| 26<br>17392–17498 | | | Trust documents |
| 27<br>17499–17500 | 8/20/2015 | Pension Benefit Guaranty Corp. | Letter to Eber Bros. Wine & Liquor Corporation regarding Confidentiality Agreement |
| 29<br>17501–17509 | 2017 | | Certificate of Release of PBGC Federal Liens |
| 30<br>17510–17544 | 10/2015 | | Settlement Documents re:  Harris Beach PLLC v. Ebert Bros. Wine & Liquor Corp., et al.  NYS Supreme Court Action |
| 31<br>17545–17664 | | | Pension Benefit Guaranty Corporation v. Eber Bros. Wine & Liquor, Corp. Western District of New York litigation documents |
| 32<br>17666–17686 | 6/8/2016 | | PBGC Settlement proposal and Final Settlement Agreement |
| 33<br>17688–17768 | | | Various correspondences concerning PBGC |
| 34<br>17770–17775 | 8/1/2016 | | Copies of PBGC Federal Liens |
| 35<br>17777–17817 | | | PBGC various letters and subpoenas |
| 36<br>17819–18057 | | | Confidential Settlement Documents with PBGC |

| | Eber Southern District Litigation | |
|---|---|---|
| | **Client Documents – BOX 8** | |
| Tab No. | Bates Number | Document Description |
| 1 | 18058-18107 | EBW&L Pension Funding Notices |
| 2 | 18108-18129 | 2014 Eber-Connecticut 2014 Federal Tax Return |
| 5 | 18130 | PBGC wire |
| 6 | 18131-18140 | NYS Teamsters re: Eber Bros. Withdrawal Liability |
| 7 | 18141-18146 | NYS Teamsters re: Eber Bros. Withdrawal Liability |
| 8 | 18147 | E-mail dated 3/10/2008 from M. Ryan to J. Runke re: Eder LLC |
| 9 | 18148-18227 | Eber-Connecticut LLC docs and photographs |
| 10 | 18228-18292 | Eber-Connecticut LLC docs (duplicate) |
| 11 | 18293-18324 | Eber-Connecticut LLC docs (duplicate) |
| 12 | 18325-18360 | Eber-Connecticut LLC docs (duplicate) |
| 13 | 18361-18365 | Agreement for Turnover dated 6/5/2012 |
| 15 | 18366-18378 | Alexbay formation and tax documents |
| 17 | 18379-18395 | Amended Security Agreement 2/11/2011 |
| 19 | 18396-18419 | Slocum & Sons A/P as of 11/30/2013 |
| 20 | 18420-18499 | Slocum & Sons A/R by sales person as of 11/30/2013 |
| 21 | 18500 | Slocum & Sons A/R as of 11/30/2013 |
| 22 | 18501 | Auditor Invoices 3/25/2004 |
| 23 | 18502-18504 | Slocum & Sons August 2014 financials |
| 24 | 18505-18556 | Bank Loan CNB to Eber-Connecticut 1/2013 |
| 25 | 18557-18608 | Bank Loan CNB to Eber-Connecticut 1/2013 (duplicate) |
| 26 | 18609-18714 | Bank Loan due dligence |
| 30 | 18715-18733 | EBW&L employee files sent to PBGC |
| 32 | 18734-18741 | Board Meeting related to loans |
| 33 | 18742 | Borrower Base Certificate Eber-Connecticut LLC 11/30/2013 |
| 36 | 18743-18763 | CN Bank 4 Million credit line to Eber-Connecticut 10/2/2008 |
| 37 | 18764-18817 | CN Bank 3 Million credit line to Eber-Connecticut 4/8/2008 |
| 38 | 18818-18843 | CN Bank 3 Million credit line to Eber-Connecticut 6/26/2008 |
| 44 | 18844-18845 | PBGC Notice dated 6/2012 (failure to make contributions) |
| 46 | 18846-18869 | EBW&L Federal Tax Return 2009 |
| 47 | 18870-18890 | EBW&L Federal Tax Return 2010 |
| 48 | 18891-18911 | EBW&L Federal Tax Return 2011 |
| 49 | 18912-18927 | EBW&L Federal Tax Return 2012 |
| 50 | 18928-18941 | EBW&L Federal Tax Return 2013 |
| 51 | 18942-18960 | Actuarial Valuation Report EBW&L Retirement Plan 6/1/2011 |
| 52 | 18961-18964 | 3/29/2016 PBGC Demand Letter to W. Eber |
| 53 | 18965-18985 | EBW&L employee files sent to PBGC (duplicate) |
| 54 | 18986-19004 | Signed pension request |
| 57 | 19005-19006 | 10/15/2012 Eber Bros. letter to PBGC |
| 58 | 19007-19008 | 7/2/2012 Eber Bros. letter to PBGC |
| 60 | 19009-19012 | 3/29/2016 PBGC Demand Letter to W. Eber |
| 61 | 19013-19016 | 3/29/2016 PBGC Demand Letter to L. Eber |
| 62 | 19017-19018 | PBGC Notice dated 9/2012 (failure to make contributions) |
| 63 | 19019-19038 | Eber Pension Benefit files sent to PBGC |
| 64 | 19039 | Eber Quarterly Funding |
| 66 | 19040-19067 | Eber-Connecticut Federal Tax Return 2011 |
| 67 | 19068-19082 | Eber-Metro Federal Tax Return 2012 |

| Tab No. | Bates Number | Document Description |
|---------|--------------|----------------------|
| 68 | 19083-19096 | Eber-Metro Federal Tax Return 2013 |
| 69 | 19097-19116 | Eber-Metro Federal Tax Return 2011 |
| 70 | 19117-19133 | Eber-Metro Federal Tax Return 2014 |
| 71 | 19134-19144 | Eber Bros Co., Inc. Federal Tax Return 2014 |
| 72 | 19145-19154 | EBW&L Federal Tax Return 2014 |
| 73 | 19155-19183 | Eber-Connecticut Tax Return 2012 |
| 74 | 18194-19210 | Eber-Connecticut Tax Return 2013 |
| 75 | 19211-19237 | Eber-Connecticut Tax Return 2013 (duplicate) |
| 79 | 19238-19247 | EBW&L Tax Return 2012 |
| 80 | 19248-19256 | EBW&L Tax Return 2013 |
| 81 | 19257 | EBW&L first page only Tax Return 2009 |
| 82 | 19258-19270 | Slocum & Sons 5/31/2013 financial statement |
| 83 | 19271-19306 | Form 200 to PBGC 6/2013 |
| 84 | 19607-19341 | Form 200 to PBGC 3/2013 |
| 85 | 19342-19405 | Form 200 to PBGC 9/2013 |
| 89 | 19406-19410 | Alexbay v. Eber, et al. Notice of Entry dated 5/24/2012 |
| 91 | 19411-19413 | Slocum & Sons 7/2014 Financials |
| 92 | 19414-19436 | EBW&L letter dated 7/13/2013 to PBGC |
| 93 | 19437-19438 | Slocum & Sons 6/2014 Financials |
| 96 | 19440-19446 | Kleeberg v. Kleeberg Order re: QDRO & benefits |
| 100 | 19447-19480 | Various years-L. Eber checks & EBW&L bank statements |
| 101 | 19481 | Financials for Eber-Connecticut 2009 |
| 106 | 19482-19496 | May 2007/2008 Eber-Connecticut Auditor's Report |
| 107 | 19497-19509 | May 2009/2010 Eber-Connecticut Auditor's Report |
| 108 | 19510-19522 | May 2011/2012 Eber-Connecticut Auditor's Report |
| 109 | 19523-19561 | Form 200 to PBGC 3/13/2013 |
| 110 | 19562-19564 | Slocum & Sons 11/2014 Financials |
| 111 | 19565-19567 | Slocum & Sons 10/2014 Financials |
| 112 | 19568-19607 | EBW&L Benefits requests/status 12/9/2015 |
| 115 | 19608 | PBGC filing 1/13/2011 |
| 116 | 19609-19630 | PBGC filing 10/17/2011 |
| 117 | 19631-19673 | PBGC Premium Filings website |
| 118 | 19674-19675 | Polebridge Note 5/26/2016 |
| 121 | 19676-19698 | Form 200 to PBGC 1/15/2013 |
| 124 | 19699-19702 | Slocum & Sons A/R and Aged Trial Balances 11/30/2013 |
| 125 | 19703 | Form 200 to PBGC 1/13/2011 |
| 126 | 19704-19719 | PBGC Notices and EBW&L financials 2011/2012 |
| 127 | 19720-19722 | Slocum & Sons 9/2014 Financials |
| 133 | 19723-19736 | Verification of Pension Payments 12/2015 |
| 138 | 19737-19746 | Eber-Connecticut Written Consents |

| | | | |
|---|---|---|---|
| **Eber Southern District Litigation** | | | |
| **Client Documents - BOX 9** | | | |
| Tab/Bates | Date | Author | Document Description |
| 1<br>EB-00019747 -<br>EB-00019749 | 11/2013; 1/2014 | Citizens Bank | Eber Bros. Wine and Liquor Metro Commercial Account Statements and Notification of closed account |
| 2<br>EB-00019750 | 7/1/2014-9/30/2014 | TD Bank | Eber Bros. Wine and Liquor Corp. Statement of Account |
| 3<br>EB-00019751 | 10/31/2016 | KeyBank | Alexbay LLC Business Banking Statement |
| 4<br>EB-00019752 -<br>EB-00019763 | 10/31/2016-<br>10/31/2017 | KeyBank | Eber Bros. & Co., Inc. Business Banking Statements |
| 5<br>EB-00019764 -<br>EB-00019785 | 7/31/2014-<br>9/30/2016 | First Niagara | Eber Bros. & Co., Inc. Account Statements |
| 6<br>EB-00019786 -<br>EB-00019803 | 2/23/2017-<br>10/31/2017 | Citizens Bank | Eber Bros. Wine and Liquor Metro Business Advisor Account Statements |
| 7<br>EB-00019804 -<br>EB-00019830 | 1/2012-6/2012 | W. Eber/B. Lowenthal | Various e-mail correspondence concerning Canandaigua National Bank extending credit facility to Eber Connecticut LLC |
| 8<br>EB-00019831 -<br>EB-00019832 | 7/3/2012 | B. Lowenthal | E-mail to W. Eber with notice of CNB extension of credit facility to Eber Connecticut LLC |
| 9<br>EB-00019833 -<br>EB-00019850 | 8/2/2012 | B. Lowenthal | E-mail to W. Eber with commitment letter concerning CNB extension of credit facility to Eber Connecticut LLC |
| 10<br>EB-00019851 -<br>EB-00019864 | 11/16/2012 | B. Lowenthal | E-mail to W. Ebert with revised commitment letter concerning CNB extension of credit facility to Eber Connecticut LLC |
| 11<br>EB-00019865 -<br>EB-00020030 | 3/7/2013 | Underberg & Kessler LLP | Enclosure letter and Index of CNB / Eber Connecticut LLC closing documents |
| 12<br>EB-00020031 | 5/31/2011 | W. Eber | Eber Connecticut LLC covenants |
| 13<br>EB-00020032 -<br>EB-00020033 | 5/2011; 6/2011 | W. Eber | Accounts Receivable and Inventory Borrowing Base Certificate of Eber Connecticut LLC for CNB |
| 14<br>EB-00020034 -<br>EB-00020097 | 2009/2010 | Canandaigua National Bank | 2010 Loan Documents - Eber Connecticut LLC |
| 15<br>EB-00020098 -<br>EB-00020124 | 2010 | A. Dettmer / W. Eber | Various e-mail correspondence concerning the PBGC |
| 16<br>EB-00020125 -<br>EB-00020126 | 2013-2015 | | Projections sent to PBGC |
| 17<br>EB-00020127 | 2010-2015 | | Historical Financial Data for Eber Connecticut LLC for PBGC |
| 18<br>EB-00020128 -<br>EB00020132 | 2011-2018 | | Historical Financial Data and projections for Slocum & Sons for PBGC |
| 19<br>EB-00020133 -<br>EB-00020181 | 8/17/2015 | Office of Counsel for PBGC | PBGC v. Ebert Bros. Wine & Liquor Corp. Motion for Summary Judgment |
| 20<br>EB-00020182 -<br>EB-00020186 | 2011 | | Eber Bros. Wine & Liquor Metro U.S. Corp. Tax Return |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 21<br>EB-00020187 -<br>EB-00020188 | 6/2010-5/2011 | | Eber Bros. Wine & Liquor Metro Adjusting Journal Entries |
| 22<br>EB-00020189 -<br>EB-00020215 | 6/2007-5/2011 | | Eber Bros. Wine & Liquor Metro Financials |
| 23<br>EB-00020216 | 5/31/2012 | | Eber-Metro, LLC Trial Balance |
| 24<br>EB-00020217 -<br>EB-00020221 | 5/31/2008 | | Eber Bros. Wine & Liquor Metro General Ledger |
| 25<br>EB-00020222 -<br>EB-00020229 | 5/31/2010-<br>5/31/2011 | | Eber Bros. Wine & Liquor Metro General Ledger |
| 26<br>EB-00020230 -<br>EB-00020234 | 2011 | | Eber Bros. Wine & Liquor Corp. U.S. Corp. Tax Return |
| 27<br>EB-00020235 -<br>EB-00020237 | 6/2010-5/2011 | | Eber Bros. Wine & Liquor Corp. Adjusting Journal Entries |
| 28<br>EB-00020238 -<br>EB-00020252 | 5/31/2009 | | Eber Bros. Wine & Liquor Corp. General Ledger |
| 29<br>EB-00020253 -<br>EB00020269 | 5/31/2010 | | Eber Bros. Wine & Liquor Corp. General Ledger |
| 30<br>EB-00020270 -<br>EB-00020274 | 5/31/2012 | | Eber Bros. Wine & Liquor Corp. AP Aging Summary & Trial Balance spreadsheet |
| 31<br>EB-00020275 | 5/31/2011 | | Eber Bros. Wine & Liquor Corp. Consolidated Ending Balance Sheet |
| 32<br>EB-00020276 -<br>EB-00020280 | 7/18/2012 | | Eber Bros. Wine & Liquor Corp. General Ledger Transaction Edit List & AP History Report |
| 33<br>EB-00020281 -<br>EB-00020323 | 5/31/2008-<br>5/31/2013 | | Eber Bros. Wine & Liquor Corp. Financials |
| 34<br>EB-00020324 -<br>EB-00020325 | 8/11/2003 &<br>8/11/2004 | J. Ryan, CPA on behalf of Eber Bros. | Letter confirming D. Kleeberg's amount owed to Eber Bros. |
| 35<br>EB-00020326 | 12/10/2001 | J. Shaw CPA | Letter to J. Ryan @ Eber Bros. regarding D. Kleeberg pay structure |
| 36<br>EB-00020327 -<br>EB-00020332 | 10/31/2007 | | Closing Statement for 155 Paragon Drive, Town of Ogden |
| 37<br>EB-00020333 | 2006-2016 | | Summary of Lester Eber's payments for Liabilities to Eber Bros. Wine and Liquor Corp. |
| 38<br>EB-00020334 -<br>EB-00020335 | 9/20/2010 | Harris Beach PLLC | Letter to W. Eber enclosing $1,200.00 payment relative to the Sidal settlement |
| 39<br>EB-00020336 -<br>EB-00020544 | 12/11/2014 | Harris Beach PLLC | Affidavit of P. Dalton with exhibits re:  Preliminary Injunction; Harris Beach PLLC v. Eber Bros. Wine & Liquor Corp., Alexbay, LLC, et al. Index No.:  2014-13623; Defendants' opposition papers |
| 40<br>EB-00020545 -<br>EB-00020576 | 2011 | | Pleadings-Harris Beach PLLC v. Eber Bros. Wine & Liquor Corp. Index No.:  11/11436 |

| Tab/Bates | Date | Author | Document Description |
|---|---|---|---|
| 41<br>EB-00020577 -<br>EB-00020600 | 2011-2012 | | Discovery-Harris Beach PLLC v. Eber Bros. Wine & Liquor Corp. Index No.: 11/11436 |
| 42<br>EB-00020601 -<br>EB-00020720 | 6/2013 | | Plaintiff's Motion for Summary Judgment; Defendants' Opposition-Harris Beach PLLC v. Eber Bros. Wine & Liquor Corp. Index No.: 11/11436 |
| 43<br>EB-00020721 -<br>EB-00020767 | 7/3/2014 | Harris Beach PLLC | Plaintiff's OTSC and Exhibits Index No.: 11/11436 |
| 44<br>EB-00020768 -<br>EB-00020801 | 1/10/2014 | Hon. J. Scott Odorisi | Decision & Order re: Plaintiff's Motion for Summary Judgment Index No.: 11/11436 |
| 45<br>EB-00020802 -<br>EB-00020811 | 1/15/2015 | Hon. J. Scott Odorisi | Decision & Order re: Defendants' Motion to vacate the Amended Judgment; Plaintiff's Opposition Index No.: 11/11436 |
| 46<br>EB-00020812 -<br>EB-00020823 | 2/2014 | S. Yoder, Esq. | Motion to stay enforcing the judgment in the trial court; Appellate Division, Fourth Department Docket No.: CA14-150 |
| 47<br>EB-00020824 -<br>EB-00020846 | various | | Wolf Concept documents/invoices |
| 48<br>EB-00020847 | 8/18/2011 | | Minutes from meeting of the Officers of the Trust of Allen Eber re: L. Eber loans; S. Kleeberg distribution for medical expenses |
| 49<br>EB-00020848 | 9/20/2011 | R. Hawks, Jr. | Letter to W. Eber regarding L. Kleeberg Stein's request for distribution |
| 50<br>EB-00020849 -<br>EB-00020861 | | Eber Bros. | Eber Bros. Employee Pension spreadsheet |
| 51<br>EB-00020862 | 12/9/2015 | Eber Bros. | Table showing pension plan participants contacting Eber Bros. since 3/31/2014 |
| 52<br>EB-00020863 -<br>EB-00020877 | 6/2013-5/2016 | Eber Bros. | CNB Monthly Pension Account spreadsheet |
| 53<br>EB-00020878 -<br>EB-00020889 | 12/8/2015 | Eber Bros. | Eber Bros. Pension-Deceased members |
| 54<br>EB-00020890 -<br>EB-00021066 | | Eber Bros. | Pension records for various employees |
| | | | |
| | | | |

| Eber Southern District Litigation |
|---|
| **Eber Defendants' Responses to Plaintiffs' Second Request for Production** |

| Bates No. | Description |
|---|---|
| EB-00021067 - EB-00021108 | Eber Bros formation documents |
| EB-00021009 - EB-00021110 | Eber W & L Stock Certificates |
| EB-00021111 - EB-00021125 | Eber Conn formation documents |
| EB-00021126 - EB-00021138 | Eber Bros. Acquisition formation documents |
| EB-00021139 - EB00021164 | Eber Rhode Island formation documents |
| EB-00021165 - EB00021340 | CNB e-mails with W. Eber |
| EB-00021341 - EB00021419 | CNB Invoices for Eber Conn loan |
| EB-00021420 - EB00021436 | Wendy & Lester salary documents |
| EB-00021437 - EB-00021468 | Southern/Lester Consulting Agmt. and 2007-2016 IRS 1040 showing fees |
| EB-00021469 - EB-00021496 | Slocum of Maine 2015 Tax Return |
| EB-00021497 | Slocum of Maine 2014 Distributions to Wendy & Lester |
| EB-00021498 - EB-00021715 | Kleeberg loan backup documents |
| EB-00021716 | September 1999 Kleeberg Promissory Note |
| EB-00021717 - EB-00021743 | Slocum of Maine formation documents |



underberg & kessler LLP

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

March 13, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

Brian C. Brook, Esq.
Clinton Brook & Peed
101 Hudson Street, Suite 2100
Jersey City, NJ 07302

RE:   **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
      **Civ. Action No.:  16-cv-9517**

*Slocum of
Maine 2017
KIs*

Dear Mr. Brook:

Enclosed and served upon you, please find Bates Stamped documents EB-00021744 –
EB-00021751 which are in addition to the Eber Defendants' Responses to Plaintiffs' Second
Requests for Production of Documents dated February 26, 2018.  Please note that pursuant to the
Stipulated Protective Order, we deem all documents containing any financial information
regarding any Eber Defendants included in this production as confidential.

Very truly yours,

Paul F. Keneally

PFK/mds
Enclosure
cc:   Donald O'Brien, Esq. (w/ enc. via e-mail and First Class Mail)
      Robert Calihan, Esq. (w/ enc. via e-mail and First Class Mail)