USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                        Plaintiffs,

        -against-

LESTER EBER, et al.,

                        Defendants.
----------------------------------------------------------------X

16-CV-9517 (LAK) (KHP)

ORDER SCHEDULING TELEPHONE CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephone conference in this matter will be held on **Wednesday, May 8, 2019 at 3:00 p.m** to discuss Plaintiff's letter (ECF #208). Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

        SO ORDERED.

DATED:    New York, New York
              May 2, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge