# BROOK & ASSOCIATES, PLLC
—— NEW YORK | NEW JERSEY | WASHINGTON DC ——

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

May 2, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Rescheduling Telephone Conference Set by ECF No. 210**

Dear Judge Parker,

I write to advise that, after discussion with chambers and confirming the availability of all parties' counsel, the parties are all available to participate in a conference call at 4:00 PM on Tuesday May 7, 2019.

As I noted to chambers, I am unavailable at the currently scheduled time on May 8 as I will be on board an airplane at that time. I thank the Court for its accommodation of rescheduling the conference call.

Respectfully submitted,

Brian C. Brook

cc:   All counsel of record