# BROOK & ASSOCIATES, PLLC
—— NEW YORK | NEW JERSEY | WASHINGTON DC ——

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2019

May 2, 2019

By ECF

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Rescheduling Telephone Conference Set by ECF No. 210**

Dear Judge Parker,

I write to advise that, after discussion with chambers and confirming the availability of all parties' counsel, the parties are all available to participate in a conference call at 4:00 PM on Tuesday May 7, 2019.

As I noted to chambers, I am unavailable at the currently scheduled time on May 8 as I will be on board an airplane at that time. I thank the Court for its accommodation of rescheduling the conference call.

Respectfully submitted,

Brian C. Brook

cc:     All counsel of record

**APPLICATION GRANTED:**  The telephone conference previously scheduled for Wednesday, May 8, 2019 at 3:00 p.m. is rescheduled to <u>Tuesday, May 7, 2019 at 4:00 p.m.</u>  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
05/02/2019