# BROOK & ASSOCIATES, PLLC
── NEW YORK | NEW JERSEY | WASHINGTON DC ──

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

May 13, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Extend Time to Answer Intervenor Complaint**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter. Today is the deadline for the parties to respond to the Intervenor Complaint filed by Canandaigua National Bank ("CNB") on April 22, 2019. I write to respectfully request an extension of time for Plaintiffs to answer be extended to May 24, 2019. I have spoken with counsel for CNB and he has consented to this request.

The reason for the request is the death of my mother last week. As a result, I had completely overlooked this deadline, even though I did proceed to Florida to take a previously scheduled deposition in this case the very next day. I do not expect the Answer will take long to prepare, but I have a brief due in the Second Circuit on May 22, 2019, and would prefer to turn to this only after the funeral and that brief are complete. I do still plan on attending the May 20, 2019 conference in this case. I thank the Court for its consideration of this request.

Respectfully submitted,

Brian C. Brook

cc:   All counsel of record