**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                      Plaintiffs,                **16-CV-9517 (LAK) (KHP)**

       -against-                          **SCHEDULING ORDER**

LESTER EBER, et al.,

                      Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties attended a status conference before the Court on May 20, 2019. As discussed during the conference, the close of fact discovery is extended to **June 28, 2019** and the close of expert discovery is extended to **August 31, 2019**. A status conference is hereby scheduled for **September 10, 2019 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:     New York, New York
                May 20, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge