USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                             Plaintiffs,                              16-CV-9517 (LAK) (KHP)

      -against-                                               **ORDER**

LESTER EBER, et al.,

                             Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Whereas the Court has a continuing and independent duty to ensure it has jurisdiction over the disputes before it, and where the intervention of Canandaigua National Corporation d/b/a Canandaigua National Bank & Trust ("CNB") raises the issue of whether the Court has continuing diversity jurisdiction over this action, the parties are directed to file letter briefs of no more than three pages answering the following questions: (1) whether CNB's intervention destroys diversity jurisdiction and (2) whether CNB is an indispensable party to this action. The parties are directed to file their briefs by no later than **June 14, 2019**.

      SO ORDERED.

DATED:      New York, New York
                 May 31, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge