# Exhibit D

# THE CANANDAIGUA NATIONAL AND TRUST COMPANY

1150 Pittsford-Victor Road
Pittsford, NEW YORK 14534

Richard H. Hawks, Jr.
Senior V.P. & Sr. Fiduciary Officer

(585) 419-0670 Ext. 36040
Fax (585) 394-4001

December 18, 2012

Mrs. Audrey Nan Boslov Hays
P.O. Box 126
La Huerta Ln Main Hse
Tesuque, NM 87574-0126

Re: Successor Co-Trustee u/w Allen Eber Residuary Trust

Dear Mrs. Nan Boslov Hays:

We are pleased to enclose our check no. 165084 in the amount of $5,586.33 representing your share of the 2012 annual trust income. A portion of the 2012 distribution to you from the trust will be tax exempt as the trust does hold some municipal bonds. You will receive a tax letter from the bank before the end of February advising you of the amount of taxable income you should report on your 2012 income tax return.

We also enclose a statement of assets that itemizes the stocks, bonds, and cash held in the trust as of November 30, 2012. The continuing low interest rate environment and soft economy has lead us to modify slightly our investment strategy. To continue providing reasonable income, we have increased our exposure to good well capitalized companies with strong dividend payouts. The Co-Trustees are investing to protect the current beneficiaries and the remainders interest.

The trust does hold various Eber Bros. securities. The focus with business limited to Connecticut has required the company to downsize and execute a modified business plan. The company will not be declaring and paying an annual dividend on its Class A, Class B, or Preferred stock this year. Earnings are being used to invest and improve the business.

Should you have any questions concerning this letter or the list of assets please contact me at (585) 393-6040.

As we enter this Holiday Season, I would like to wish you a very Merry Christmas and prosperous New Year.

Sincerely,

Richard H. Hawks, Jr.
Senior Vice President &
Sr. Fiduciary Officer

RHH:kll
Enclosures
C: Elliott W. Gumaer, Jr., Esq.