

**underberg & kessler LLP**

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

June 7, 2019

*VIA ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
             **Civ. Action No.:  16-cv-9517**

Dear Judge Parker:

    Pursuant to this Court's Opinion and Order dated May 29, 2019 (Docket # 224) in the above-referenced matter, this is to advise the Court that the Eber Defendants have complied as directed by the November 7, 2018 Order (Docket # 146).  By letter dated December 14, 2018, with annexed organizational charts, the Eber Defendants provided Plaintiffs with the information referenced in the Order.

    Thank you for your attention and courtesies.

Very truly yours,

*Paul F. Keneally*

Paul F. Keneally

PFK/mds
cc:    Brian C. Brook, Esq.
        Robert Calihan, Esq.
        Michael J. Adams, Esq.