

Writer's Direct Dial: 585-281-2593
Email:   rcalihan@calihanlaw.com
Office:   Rochester, New York

June 14, 2019

<u>Via CM/ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.</u>
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Magistrate Parker:

     I write to the Court on behalf of the Estate of Elliott W. Gumaer, Jr. pursuant to Your Honor's direction that we submit a letter brief. We have reviewed the letter brief written by Colin Ramsey for the Court, and we respectfully submit to the Court that we generally agree with the submission set forth in that letter brief.

     Thank you for your continued attention to this matter.

                                              Respectfully submitted,

                                              /s/ Robert B. Calihan

                                              Robert B. Calihan

cc:   Brian C. Brook, Esq. (via cm/ecf)
       Paul F. Keneally, Esq. (via cm/ecf)
       Colin D. Ramsey, Esq. (via cm/ecf)