UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS, : : : **Plaintiffs,** : : v. : : LESTER EBER, ALEXBAY, LLC f/k/a : LESTER EBER, LLC, ESTATE OF : ELLIOTT W. GUMAER, JR., and : WENDY EBER, : : **Defendants,** : and : EBER BROS. & CO., INC., EBER : BROS. WINE AND LIQUOR : CORP., EBER BROS. WINE & : LIQUOR METRO, INC., : EBER-CONNECTICUT, LLC, : EBER BROS. ACQUISITION CORP., : EBER-METRO, LLC, and : SLOCUM & SONS OF MAINE, INC., : : **Defendants.** : | Case No. 1:16-cv-09517-LAK-KHP |

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I move to withdraw as an attorney of record for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays (collectively, "Plaintiffs"), as I left the employ of Plaintiffs' counsel Clinton Brook & Peed LLP (now "Brook & Associates, PLLC") in 2018 and have not worked on this matter since then. I am not asserting a retaining or charging lien.

2

I understand that Brian Brook continues to represent Plaintiffs as lead counsel in the above-referenced matter.

I further request that my name and email address be removed from the case's docket.

Dated: June 24, 2019

Respectfully submitted,

Kari Parks
/s/ Kari Parks
Gusrae Kaplan Nusbaum PLLC
120 Wall Street
New York, New York 10005
Telephone: (212) 269-1400
Fax: (212) 809-4147
kparks@gusraekaplan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, I caused copies of the foregoing document to be served on counsel of record by filing it with the Court's ECF system.

/s/ Kari Parks
Kari Parks
