USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     Case No. 1:16-cv-09517-LAK-KHP <br> : |
| LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, ESTATE OF ELLIOTT W. GUMAER, JR., and WENDY EBER, | : <br> : <br> : <br> : <br> : |
| Defendants, | : |
| and | |
| EBER BROS. & CO., INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, and SLOCUM & SONS OF MAINE, INC., | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**[PROPOSED] ORDER ALLOWING WITHDRAWAL OF ATTORNEY**

The Court hereby orders that Kari Parks be allowed to withdraw as counsel of record for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays, and further orders that her name and email address be removed from the case's docket.

**IT IS SO ORDERED** this ___8___ day of July, 2019.

SO ORDERED:

_Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I caused copies of the foregoing document to be served on counsel of record by filing it with the Court's ECF system.

/s/ Kari Parks
Kari Parks
