

Writer's Direct Dial: 585-281-2593<br>
Email: rcalihan@calihanlaw.com<br>
Office: New York, New York

September 4, 2019

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.</u>
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Judge Parker:

    I represent The Estate of Elliott W. Gumaer, Jr. in this action. I write in connection with the scheduling conference scheduled for Tuesday, September 10 at 2:00pm to request permission to participate telephonically. Due to a personal family commitment it would make it extremely difficult to be in NYC that day.

    I have explained the circumstances to counsel for plaintiffs and co-defendants and they have no objection to this request.

    Thank you for your continued consideration in this matter.

Respectfully submitted,<br>
<br>
<i>Robert B. Calihan /AE</i><br>
Robert B. Calihan

cc: Brian Brook, Esq. (via ECF)
    Colin D. Ramsey, Esq. (via ECF)
    Paul Keneally, Esq. (via ECF)