# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

September 4, 2019

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Curtis Holmes*,
      No. 09-cr-126
      No. 16-cv-5001

*Resentencing rescheduled for 9:30 AM on 9/20/19. So ordered.*
*[signed] J.G. Koeltl 9/4/19 U.S.D.J.*

Dear Judge Koeltl:

Resentencing in this case is currently scheduled for September 23rd. I just received notice that a family medical obligation will prevent my being in court that day. I thus respectfully request that resentencing occur on September 19th or 20th. I have conferred with counsel for the government, Assistant United States Attorney Michael McGinnis, who has no objection to this request.

Respectfully submitted,

s/ Matthew B. Larsen
Assistant Federal Defender

cc:   AUSA Michael McGinnis

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/19