

*1900 Bausch & Lomb Place*
*Rochester, New York 14604*

P 585.987.2800   F 585.454.3968

**WOODS OVIATT GILMAN** LLP

**ATTORNEYS**
woodsoviatt.com

*1900 Main Place Tower*
*Buffalo, New York 14202*

P 716.248.3200   F 716.854.5100

*Writer's Direct Dial Number: 585.987.2810*
*Writer's Direct Fax Number: 585.445.2310*
*Email: dobrien@woodsoviatt.com*

September 5, 2019

***VIA ECF FILING***

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl St.
New York, New York 10007-1312

> Re:   **Kleeberg et al. v. Eber et al.**
>        **Case No. 1:16-cv-09517-LAK-KHP**

Dear Magistrate Judge Parker:

I represent Canandaigua National Bank in this action. I write in connection with the scheduling conference scheduled for Tuesday, September 10th at 2:00 p.m. to request permission to participate telephonically. Due to some family health issues it would make it very inconvenient to be in New York City that day. Counsel for plaintiffs and co-defendants have no objection to this request.

Thank you for your continued consideration in this matter.

Respectfully yours,

WOODS OVIATT GILMAN LLP



Dan O'Brien

DOB/vat

cc:   Brian C. Brook, Esq. (*via ECF*)
      Colin D. Ramsey, Esq. (*via ECF*)
      Paul Keneally, Esq. (*via ECF*)
      Robert B. Calihan, Esq. (*via ECF*)

{7599871: }

*The art of representing people®*