USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                         Plaintiffs,           16-CV-9517 (LAK) (KHP)

     -against-            **ORDER CONVERTING STATUS**
                                                                         **CONFERENCE TO TELEPHONIC**
LESTER EBER, et al.,                                                       **CONFERENCE**

                         Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Status Conference in this matter scheduled for **Tuesday, September 10, 2019 at 2:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

       SO ORDERED.

DATED:     New York, New York
                September 5, 2019

                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge