```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                        Plaintiffs,                              16-CV-9517 (LAK) (KHP)

       -against-                                    **ORDER**

LESTER EBER, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed during today's telephonic conference, the Court adopts the following briefing schedule for the parties' respective summary judgment motions: All moving briefs are due on **November 1, 2019**; opposition briefs are due on **December 6, 2019**; and reply briefs are due on **December 20, 2019**. Oral argument is scheduled for **January 8, 2020 at 2:00 p.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:      New York, New York
                   September 10, 2019

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge