

underberg & kessler LLP

**PAUL F. KENEALLY, PARTNER**
(585) 258-2882
pkeneally@underbergkessler.com

September 10, 2019

### VIA E-FILING

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
             Civ No. 16-cv-09517-LAK-KHP

Dear Judge Parker:

     We write regarding Mr. Calihan's letter to the Court on behalf of his client Defendant Gumaer only and without the Eber Defendants' agreement dated September 9, 2019 (Document Number 249). Please be advised that Eber-Connecticut, LLC (d/b/a Slocum & Sons) is not for sale and is not likely to be for sale in the foreseeable future.

                                   Respectfully submitted

                                     /s/ Paul F. Keneally

                                   Paul F. Keneally

PFK:dp

cc:    Robert B. Calihan, Esq. (Via ECF)
       Michael Adams. Esq. (via ECF)
       Brian Brook, Esq. (via ECF)