# BROOK & ASSOCIATES, PLLC
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

November 7, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Extend Page Limitations and Notice of Consent**

Dear Judge Parker,

I write with the consent of all active parties' counsel to respectfully request that the Court permit all parties to file legal memoranda in support of their respective motions for summary judgment (due tomorrow) that are 35 pages in length. This request is submitted in advance of the deadline in accordance with your Honor's Individual Rule III(c). I cannot speak as to Defendants' motions, but Plaintiffs' motion concerns a variety of different issues of State trust and corporation law that would benefit greatly from additional exposition.

In addition, I can report that the parties have consented to have your Honor decide the forthcoming motions for summary judgment, rather than just a Report & Recommendation. As explained by the Court during the last conference, the parties understand that by doing so they waive their right file objections to any of your Honor's decisions on these motions with District Judge Kaplan.

Respectfully submitted,

Brian C. Brook