UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,<br><br>             Plaintiffs,<br>v.<br><br>LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,<br><br>             Defendants,<br>and<br><br>EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS OF MAINE, INC., and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>            Nominal Defendants. | Civil Action No.<br>16-CV-9517(LAK/KHP)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Wendy Eber, sworn to November 8, 2019 with exhibits, the Affidavit of Lester Eber, sworn to November 8, 2019, with exhibits, and the Affidavit of Michael A. Gallagher, sworn to November 5, 2019, with exhibit, Defendants LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC and WENDY EBER (collectively "Eber Defendants"), by and through their attorneys, will move this Court for an Order pursuant to Federal Rule of Civil Procedure 56(a) for Partial Summary Judgment granting Eber Defendants judgment as a matter of law on Counts I, II, III, IV, V, VI, VII, VIII, and X of the Third Amended Complaint.

DATED: November 8, 2019       Respectfully submitted,

                   */s/ Paul F. Keneally, Esq.*
                   Paul F. Keneally, Esq.
                   Colin D. Ramsey, Esq.
                   Jillian K. Farrar, Esq.
                   UNDERBERG & KESSLER LLP
                   300 Bausch & Lomb Place
                   Rochester, New York 14604
                   Telephone: (585) 258-2800
                   pkeneally@underbergkessler.com
                   cramsey@underbergkessler.com

                   *Attorneys for Eber Defendants*