# EXHIBIT A



Eber Bros. & Co., Inc. Ownership Structure
(registered holders – 6/1/12)
(Pre-foreclosure)

**Chart B**



Eber Bros. & Co., Inc. Ownership Structure
(registered holders – 7/31/12)
(Post-foreclosure)



**Chart C**

Eber Bros. & Co., Inc. Ownership Structure
(registered holders – 11/1/19)

**Chart D**

Alexbay LLC Ownership Structure
(registered holders – 11/1/19)

