# EXHIBIT G

# New York State Teamsters Conference Pension and Retirement Fund

Mailing Address:
PO Box 4928
Syracuse, NY 13221-4928
Telephone: 315.455.9790
Fax: 315.455.1237
E-mail: benefits@nytfund.org



**BOARD OF TRUSTEES**

**Employer Representatives**

Michael S. Scalzo, Sr.
Co-Chairman
Enfield, CT

Daniel W. Schmidt
Lebanon, PA

Tom J. Ventura
Overland Park, KS

Thomas K. Wotring
Bethesda, MD

**Labor Representatives**

Gary R. Staring
Co-Chairman
Syracuse, NY

John Bulgaro
Albany, NY

Fredrick J. Carter
Potsdam, NY

Ronald G. Lucas
Cheektowaga, NY

**PARTICIPATING TEAMSTER LOCALS**

118 Rochester, NY
182 Utica, NY
264 Cheektowaga, NY
294 Albany, NY
317 Syracuse, NY
375 Buffalo, NY
449 Buffalo, NY
529 Elmira, NY
560 Union City, NJ
687 Potsdam, NY
693 Binghamton, NY
812 Great Neck, NY

January 10, 2008

Anthony Busch, C.O.O.
Eber Brothers Wine & Liquor Corp.
155 Paragon Drive
Rochester NY 14624

Re: Notice and Demand for Payment of Employer Withdrawal Liability

Dear Mr. Busch:

Please be advised that the New York State Teamsters Conference Pension and Retirement Fund ("Pension Fund") has determined that Eber Brothers Wine and Liquor Corp. ("Company") incurred an employer withdrawal liability under the Employee Retirement Income Security Act of 1974 (ERISA), as amended by the Multi-Employer Pension Plan Amendments Act of 1980 (MPPAA). Therefore, pursuant to Section 4219 of MPPAA, the Pension Fund hereby makes a formal demand for payment of the withdrawal liability on the Company and all members of its controlled group in accordance with the following schedule.

Based on the Presumptive Method Formula set forth in Section 4211 of MPPAA, the Pension Fund has determined that the Company owes a withdrawal liability in the amount of $2,212,367.47. This liability may be paid in a single lump sum payment within sixty (60) days of this notice without penalty or interest. However, if a lump sum is not elected, the Company is required to pay this liability in annual payments of $509,125.16 with each annual payment being satisfied through monthly installments in the amount of $42,724.83 as provided in Sections 4219 (c)(1)(c)(i) and (c)(3) of MPPAA. At this rate, to pay the full liability plus interest, payments will be required for a period of 61 months with a further final payment of $10,810.90. A copy of the calculation worksheets and payment schedule are enclosed for your review.

In accordance with Section 4219 (c)(2) of MPPAA, the Company is required to commence payment of the monthly installments no later than March 10, 2008. These monthly installments must be made notwithstanding any request for review or demand for arbitration.

Failure to begin payment of the withdrawal liability when due shall constitute a statutory default and will result in an acceleration of the withdrawal liability together with interest, costs and attorney's fees. Under Section 4219 (b)(2)(A) of MPPAA, the Company has the right within ninety (90) days after the date of this notice and demand for payment to request a review of the determination of withdrawal liability. Moreover, under Section 4221 (a)(1) of MPPAA, the Company has the right to demand arbitration to contest any determination of the Pension Fund. The Board of Trustees has approved the American Arbitration Association for resolution of withdrawal liability disputes. Any such arbitration must be initiated in the Syracuse, New York Regional Office of the American Arbitration Association within the specific statutory time limits specified in Section 4221 of MPPAA. Failure to demand arbitration within the prescribed time shall result in a forfeiture of the right to contest any determination of the Pension Fund.

EB-00030894

...

Page 2
Anthony Busch, C.O.O.
January 10, 2008

Enclosed are copies of the Pension Fund venue rules and procedures for requesting a review.

If you should have any questions, please contact this office.

Sincerely,

Kenneth R. Stilwell
Executive Administrator

KRS/jwh
Enc.

c:   Pension Fund Board of Trustees w/enc
     Peter P. Paravati, Jr., Esq. w/enc
     Stanley I. Goldfarb, F.S.A.  w/enc
     Michelle Blair, Finance Supervisor w/enc

By Certified, Return Receipt Requested mail