# EXHIBIT H

## AMENDED MODIFICATION AGREEMENT

This Amended Modification Agreement made the 20 day of July 2012 by and among the New York State Teamsters Conference Pension & Retirement Fund (hereinafter, the "Pension Fund") and Eber Bros. Wine and Liquor Corporation (hereinafter, "EBWLC"), Eber Bros. Wine and Liquor Metro, LLC d/b/a Slocum and Sons (hereinafter, "EBWLML") and Eber-Connecticut, LLC (hereinafter, "ECL") (hereinafter collectively, "Eber").

## RECITALS

WHEREAS, the Pension Fund is a "multiemployer employee benefit plan" as defined in Sections 3(3) and (37)(A) of the Employee Retirement Income Security Act of 1974, as amended (hereinafter, "ERISA"), 29 U.S.C. §§1002(3) and (37)(A); and

WHEREAS, EBWLC was a participating "employer" in the Pension Fund as defined in Section 3(5) of ERISA, 29 U.S.C. §1002(5); and

WHEREAS, on January 10, 2008, the Pension Fund assessed an employer withdrawal liability against the Eber controlled group in the amount of $2,212,367.47 (Two Million Two Hundred Twelve Thousand Three Hundred Sixty-Seven Dollars and 47/100 Cents) (hereinafter, the "Withdrawal Liability Assessment") pursuant to ERISA, as amended by the Multiemployer Pension Plan Amendments Act of 1980 (hereinafter, "MPPAA"); and

WHEREAS, the Pension Fund sent a notice and demand for payment to the Eber controlled group requiring it to make interim withdrawal liability payments in the amount of $42,724.83 (Forty-Two Thousand Seven Hundred Twenty-Four Dollars and 83/100 Cents) for sixty-one (61) months with a further final payment of $10,810.90 (Ten Thousand Eight Hundred Ten Dollars and 90/100 Cents);

WHEREAS, on December 4, 2008, EBWLC requested a reduction in the amount of the interim payments because it was experiencing financial difficulty; and

EB-00030900

WHEREAS, EBWLC made seventeen (17) interim payments to the Pension Fund through August 2009 in the amount of $726,322.11 (Seven Hundred Fifty-One Thousand Three Hundred Twenty-Two Dollars and 11/100 Cents) with a balance due in the amount of $2,046,029.95 (Two Million Forty-Six Thousand Twenty-Nine Dollars and 95/100 Cents);

WHEREAS, on or about October 5, 2009, Eber entered into a Modification Agreement with the Pension Fund and reduced its interim payments to $25,000.00 (Twenty-Five Thousand Dollars and 00/100 Cents) per month for thirty-six (36) months under the New Schedule attached to said Modification Agreement.

WHEREAS, Eber made twenty-six (26) interim payments under the New Schedule through September, 2011 equal to $650,000.00 (Six Hundred Fifty Thousand Dollars and 00/100 Cents) with a balance due the Pension Fund in the amount of $1,421,029.95 (One Million Four Hundred Twenty-One Thousand Twenty-Nine Dollars and 95/100 Cents).

WHEREAS, Eber made a request to modify the New Schedule since it continues to experience financial difficulty.

WHEREAS, the Pension Fund, after reviewing the financial information provided by Eber, agreed to modify the New Schedule to insure that the Withdrawal Liability Assessment is satisfied in full;

NOW, THEREFORE, in consideration of the promises and mutual covenants contained herein, the parties agree as follows:

1.     The recitals set forth hereinabove shall be deemed to be incorporated into this Amended Modification Agreement as if fully set forth herein.

2.     The Pension Fund agrees to reduce the interim payment to $10,000.00 per month for

EB-00030901

a period of twelve (12) months beginning January 1, 2012.  Thereafter, the interim payments shall resume at the original amount of $42,724.83 per month until the balance of the withdrawal liability is paid in full in accordance with the amended interim payment schedule attached hereto as Exhibit A (hereinafter, the "Amended New Schedule").

3. Eber agrees to pay the full amount of the Withdrawal Liability Assessment in accordance with the Amended New Schedule and terms of this Amended Modification Agreement.

4. EBWLC shall, simultaneously with execution of this Modification Agreement, execute a Confession of Judgment in the form attached hereto as Exhibit B.

5. EBWLC shall, simultaneously with execution of this Amended Modification Agreement, execute the Assignment Agreement in the form attached hereto as Exhibit C.  Any and all net proceeds that become available under the Assignment Agreement shall be immediately paid to the Pension Fund and applied toward the Withdrawal Liability Assessment.

6. In the event that Eber fails to make any payment under this Amended Modification Agreement and said payment is not cured within seven (7) days after written notice by the Pension Fund (hereinafter, a "Default"), the Pension Fund shall have the right to execute on the Guaranty and Security Agreement provided under the Modification Agreement and reaffirm by this Amended Modification Agreement.  The Pension Fund shall also have the right to file and execute on the Confession of Judgment in the event of a Default.  In addition to other remedies available in law or equity, the Pension Fund shall have the right to recover the full Withdrawal Liability

3

EB-00030902

Assessment under ERISA and/or any other state or federal law, and shall be entitled to all damages authorized by Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2).

7.   The Pension Fund represents and warrants that the undersigned, Kenneth R. Stilwell, is fully authorized to execute this Amended Modification Agreement on behalf of the Pension Fund and to bind the Pension Fund to its terms.

8.   Eber represent and warrant that the undersigned, Wendy Eber, is fully authorized to execute this Amended Modification Agreement on behalf of Eber and to bind Eber to its terms.

9.   This Amended Modification Agreement is entered into in the State of New York and shall be construed and interpreted in accordance with the laws of the State of New York, except as may be preempted by federal law.

10.   This Amended Modification Agreement shall be voidable by the Pension Fund if there is a material breach of any provision of this Amended Modification Agreement by Eber or if the Pension Fund is prohibited, for any reason, from receiving or retaining, whether by bankruptcy of Eber or otherwise, any payment made to the Pension Fund under the terms of this Amended Modification Agreement. If any of the aforesaid events occur, the Pension Fund shall be entitled to the full amount of the Withdrawal Liability Assessment, less principal payments already made to the Pension Fund, plus any damages authorized by Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2).

11.   Should any provision of this Amended Modification Agreement be declared or be determined in a final, non-appealable judgment by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity and

4

enforceability of the remaining terms will not be affected.

12. The Pension Fund and Eber hereby certify that they have read the terms of this Amended Modification Agreement, that they have had an opportunity to discuss it with their attorneys, and that they understand its terms and effects. Each party represents and warrants that it has relied solely upon its own judgment and that of its attorneys regarding the proper, sufficient, and agreed upon consideration for this Amended Modification Agreement, and that no statement or representation by any other party or that party's employees, agents or legal representatives influenced or induced the party to execute this Amended Modification Agreement.

13. This Amended Modification Agreement was jointly prepared by legal counsel for the respective parties, with a full opportunity for the parties to negotiate its terms. Accordingly, any rule of law or legal decision that would require interpreting any ambiguities in this Amended Modification Agreement against a party that drafted it is not applicable and is hereby waived.

14. This Amended Modification Agreement may be executed in separate counterparts, which when taken together shall form and constitute the parties' entire agreement.

15. This Amended Modification Agreement states the entire agreement between the parties and may not be modified except by a writing signed by both parties. No covenants, agreements, representations or warranties of any kind have been made by either party except as specifically set forth herein. All prior disclosures, negotiations, and agreements have been and are merged and integrated into and superseded by this Amended Modification Agreement.

16. This Amended Modification Agreement is binding upon the parties and their

EB-00030904

predecessors, successors, and assigns.

NEW YORK STATE TEAMSTERS                    EBER
CONFERENCE PENSION &
RETIREMENT FUND

By: _____                 By: _____
    Kenneth R. Stilwell, Executive Administrator          Wendy Eber, President

STATE OF NEW YORK    )
                          )ss.:
COUNTY OF ONONDAGA )

    On this 30 day of ~~June~~ July 2012, before me personally appeared Kenneth R. Stilwell, to me personally known, who, being by me duly sworn, did depose and say that he is the Executive Administrator of the Pension Fund and that he is duly authorized to bind said Pension Fund and execute the Amended Modification Agreement and that on this day he executed same.

                                    _____
                                    Notary Public

STATE OF  C·T    )
                     )ss.:
COUNTY OF NEW HAVEN )

    On this 3 day of ~~June~~ July 2012, before me personally appeared Wendy Eber, to me personally known, who, being by me duly sworn, did depose and say that she is the President of Eber and that she is duly authorized to bind Eber and execute the Amended Modification Agreement and that on this day she executed same.

                                _____
                               Notary Public      LORRIE L OBERDOF
                                        NOTARY PUBLIC
                                        State of Connecticut
                                        My Commission Expires
                                        Nov 3, 2013

6

EB-00030905

New York State Teamsters Conference Pension and Retirement Fund
SETTLEMENT OF WITHDRAWAL LIABILITY PAYMENTS FOR
Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date of Required Monthly Payment | Amount of Required Monthly Payment | Monthly Payments Due On or After 3/10/2008 | Payment Quarter | Months, and Fraction of a Month, From Due Date Back to Beginning of Quarter | Present Value of Future Monthly Payments, as of Beginning of Quarter With Interest at 0.7034% | Payment Year | Months, and Fraction of a Month, From Due Date Back to 3/10/2008 | Present Value of Future Monthly Payments, as of 3/10/2008 With Interest at 8.50% |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 1 | 3/10/2008 | $ 42,724.83 | $ 42,724.83 | 1 | 0.0000 | $ 42,724.83 | 1 | 0.0000 | $ 42,724.83 |
| 2 | 4/10/2008 | 42,724.83 | 42,724.83 | 1 | 1.0000 | 42,426.40 | 1 | 0.0000 | 42,426.40 |
| 3 | 5/10/2008 | 42,724.83 | 42,724.83 | 1 | 2.0000 | 42,130.06 | 1 | 0.0000 | 42,130.06 |
| 4 | 6/10/2008 | 42,724.83 | 42,724.83 | 2 | 0.0000 | 42,724.83 | 1 | 0.0000 | 42,724.83 |
| 5 | 7/10/2008 | 42,724.83 | 42,724.83 | 2 | 1.0000 | 42,426.40 | 1 | 0.0000 | 42,426.40 |
| 6 | 8/10/2008 | 42,724.83 | 42,724.83 | 2 | 2.0000 | 42,130.06 | 1 | 0.0000 | 42,130.06 |
| 7 | 9/10/2008 | 42,724.83 | 42,724.83 | 3 | 0.0000 | 42,724.83 | 1 | 0.0000 | 42,724.83 |
| 8 | 10/10/2008 | 42,724.83 | 42,724.83 | 3 | 1.0000 | 42,426.40 | 1 | 0.0000 | 42,426.40 |
| 9 | 11/10/2008 | 42,724.83 | 42,724.83 | 3 | 2.0000 | 42,130.06 | 1 | 0.0000 | 42,130.06 |
| 10 | 12/10/2008 | 42,724.83 | 42,724.83 | 4 | 0.0000 | 42,724.83 | 1 | 0.0000 | 42,724.83 |
| 11 | 1/10/2009 | 42,724.83 | 42,724.83 | 4 | 1.0000 | 42,426.40 | 1 | 0.0000 | 42,426.40 |
| 12 | 2/10/2009 | 42,724.83 | 42,724.83 | 4 | 2.0000 | 42,130.06 | 1 | 0.0000 | 42,130.06 |
| 13 | 3/10/2009 | 42,724.83 | 42,724.83 | 5 | 0.0000 | 42,724.83 | 2 | 12.0000 | 39,377.72 |
| 14 | 4/10/2009 | 42,724.83 | 42,724.83 | 5 | 1.0000 | 42,426.40 | 2 | 12.0000 | 39,102.67 |
| 15 | 5/10/2009 | 42,724.83 | 42,724.83 | 5 | 2.0000 | 42,130.06 | 2 | 12.0000 | 38,829.55 |
| 16 | 6/10/2009 | 42,724.83 | 42,724.83 | 6 | 0.0000 | 42,724.83 | 2 | 12.0000 | 39,377.72 |
| 17 | 7/10/2009 | 42,724.83 | 42,724.83 | 6 | 1.0000 | 42,426.40 | 2 | 12.0000 | 39,102.67 |
| 18 | 8/10/2009 | 42,724.83 | 25,000.00 | 6 | 2.0000 | 24,651.98 | 2 | 12.0000 | 22,720.72 |
| 19 | 9/10/2009 | 42,724.83 | 25,000.00 | 7 | 0.0000 | 25,000.00 | 2 | 12.0000 | 23,041.47 |
| 20 | 10/10/2009 | 42,724.83 | 25,000.00 | 7 | 1.0000 | 24,825.38 | 2 | 12.0000 | 22,880.53 |
| 21 | 11/10/2009 | 42,724.83 | 25,000.00 | 7 | 2.0000 | 24,651.98 | 2 | 12.0000 | 22,720.72 |
| 22 | 12/10/2009 | 42,724.83 | 25,000.00 | 8 | 0.0000 | 25,000.00 | 2 | 12.0000 | 23,041.47 |
| 23 | 1/10/2010 | 42,724.83 | 25,000.00 | 8 | 1.0000 | 24,825.38 | 2 | 12.0000 | 22,880.53 |
| 24 | 2/10/2010 | 42,724.83 | 25,000.00 | 8 | 2.0000 | 24,651.98 | 2 | 12.0000 | 22,720.72 |
| 25 | 3/10/2010 | 42,724.83 | 25,000.00 | 9 | 0.0000 | 25,000.00 | 3 | 24.0000 | 21,236.38 |
| 26 | 4/10/2010 | 42,724.83 | 25,000.00 | 9 | 1.0000 | 24,825.38 | 3 | 24.0000 | 21,088.05 |
| 27 | 5/10/2010 | 42,724.83 | 25,000.00 | 9 | 2.0000 | 24,651.98 | 3 | 24.0000 | 20,940.75 |
| 28 | 6/10/2010 | 42,724.83 | 25,000.00 | 10 | 0.0000 | 25,000.00 | 3 | 24.0000 | 21,236.38 |
| 29 | 7/10/2010 | 42,724.83 | 25,000.00 | 10 | 1.0000 | 24,825.38 | 3 | 24.0000 | 21,088.05 |
| 30 | 8/10/2010 | 42,724.83 | 25,000.00 | 10 | 2.0000 | 24,651.98 | 3 | 24.0000 | 20,940.75 |
| 31 | 9/10/2010 | 42,724.83 | 25,000.00 | 11 | 0.0000 | 25,000.00 | 3 | 24.0000 | 21,236.38 |
| 32 | 10/10/2010 | 42,724.83 | 25,000.00 | 11 | 1.0000 | 24,825.38 | 3 | 24.0000 | 21,088.05 |
| 33 | 11/10/2010 | 42,724.83 | 25,000.00 | 11 | 2.0000 | 24,651.98 | 3 | 24.0000 | 20,940.75 |
| 34 | 12/10/2010 | 42,724.83 | 25,000.00 | 12 | 0.0000 | 25,000.00 | 3 | 24.0000 | 21,236.38 |
| 35 | 1/10/2011 | 42,724.83 | 25,000.00 | 12 | 1.0000 | 24,825.38 | 3 | 24.0000 | 21,088.05 |

U:\NYST\WITHDRWL\Eber Bros Second Revised Payment Schedule Scenario 6

EB-00030906

New York State Teamsters Conference Pension and Retirement Fund
SETTLEMENT OF WITHDRAWAL LIABILITY PAYMENTS FOR
Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date of Required Monthly Payment | Amount of Required Monthly Payment | Monthly Payments Due On or After 3/10/2008 | Payment Quarter | Months, and Fraction of a Month, From Due Date Back to [1] Beginning of Quarter | Present Value of Future Monthly Payments, as of Beginning of Quarter With Interest at 0.7034% | Payment Year | Months, and Fraction of a Month, From Due Date Back to [2] 3/10/2008 | Present Value of Future Monthly Payments, as of 3/10/2008 With Interest at 8.50% |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 36 | 2/10/2011 | 42,724.83 | 25,000.00 | 12 | 2.0000 | 24,651.98 | 3 | 24.0000 | 20,940.75 |
| 37 | 3/10/2011 | 42,724.83 | 25,000.00 | 13 | 0.0000 | 25,000.00 | 4 | 36.0000 | 19,572.70 |
| 38 | 4/10/2011 | 42,724.83 | 25,000.00 | 13 | 1.0000 | 24,825.38 | 4 | 36.0000 | 19,435.99 |
| 39 | 5/10/2011 | 42,724.83 | 25,000.00 | 13 | 2.0000 | 24,651.98 | 4 | 36.0000 | 19,300.23 |
| 40 | 6/10/2011 | 42,724.83 | 25,000.00 | 14 | 0.0000 | 25,000.00 | 4 | 36.0000 | 19,572.70 |
| 41 | 7/10/2011 | 42,724.83 | 25,000.00 | 14 | 1.0000 | 24,825.38 | 4 | 36.0000 | 19,435.99 |
| 42 | 8/10/2011 | 42,724.83 | 25,000.00 | 14 | 2.0000 | 24,651.98 | 4 | 36.0000 | 19,300.23 |
| 43 | 9/10/2011 | 42,724.83 | 25,000.00 | 15 | 0.0000 | 25,000.00 | 4 | 36.0000 | 19,572.70 |
| 44 | 10/10/2011 | 42,724.83 | 0.00 | 15 | 1.0000 | 0.00 | 4 | 36.0000 | 0.00 |
| 45 | 11/10/2011 | 42,724.83 | 0.00 | 15 | 2.0000 | 0.00 | 4 | 36.0000 | 0.00 |
| 46 | 12/10/2011 | 42,724.83 | 0.00 | 16 | 0.0000 | 0.00 | 4 | 36.0000 | 0.00 |
| 47 | 1/10/2012 | 42,724.83 | 10,000.00 | 16 | 1.0000 | 9,930.15 | 4 | 36.0000 | 7,774.39 |
| 48 | 2/10/2012 | 42,724.83 | 10,000.00 | 16 | 2.0000 | 9,860.79 | 4 | 36.0000 | 7,720.09 |
| 49 | 3/10/2012 | 42,724.83 | 10,000.00 | 17 | 0.0000 | 10,000.00 | 5 | 48.0000 | 7,215.74 |
| 50 | 4/10/2012 | 42,724.83 | 10,000.00 | 17 | 1.0000 | 9,930.15 | 5 | 48.0000 | 7,165.34 |
| 51 | 5/10/2012 | 42,724.83 | 10,000.00 | 17 | 2.0000 | 9,860.79 | 5 | 48.0000 | 7,115.29 |
| 52 | 6/10/2012 | 42,724.83 | 10,000.00 | 18 | 0.0000 | 10,000.00 | 5 | 48.0000 | 7,215.74 |
| 53 | 7/10/2012 | 42,724.83 | 10,000.00 | 18 | 1.0000 | 9,930.15 | 5 | 48.0000 | 7,165.34 |
| 54 | 8/10/2012 | 42,724.83 | 10,000.00 | 18 | 2.0000 | 9,860.79 | 5 | 48.0000 | 7,115.29 |
| 55 | 9/10/2012 | 42,724.83 | 10,000.00 | 19 | 0.0000 | 10,000.00 | 5 | 48.0000 | 7,215.74 |
| 56 | 10/10/2012 | 42,724.83 | 10,000.00 | 19 | 1.0000 | 9,930.15 | 5 | 48.0000 | 7,165.34 |
| 57 | 11/10/2012 | 42,724.83 | 10,000.00 | 19 | 2.0000 | 9,860.79 | 5 | 48.0000 | 7,115.29 |
| 58 | 12/10/2012 | 42,724.83 | 10,000.00 | 20 | 0.0000 | 10,000.00 | 5 | 48.0000 | 7,215.74 |
| 59 | 1/10/2013 | 42,724.83 | 42,724.83 | 20 | 1.0000 | 42,426.40 | 5 | 48.0000 | 30,613.80 |
| 60 | 2/10/2013 | 42,724.83 | 42,724.83 | 20 | 2.0000 | 42,130.06 | 5 | 48.0000 | 30,399.97 |
| 61 | 3/10/2013 | 42,724.83 | 42,724.83 | 21 | 0.0000 | 42,724.83 | 6 | 60.0000 | 28,413.95 |
| 62 | 4/10/2013 | 10,810.90 | 42,724.83 | 21 | 1.0000 | 42,426.40 | 6 | 60.0000 | 28,215.48 |
| 63 | 5/10/2013 | 0.00 | 42,724.83 | 21 | 2.0000 | 42,130.06 | 6 | 60.0000 | 28,018.40 |
| 64 | 6/10/2013 | 0.00 | 42,724.83 | 22 | 0.0000 | 42,724.83 | 6 | 60.0000 | 28,413.95 |
| 65 | 7/10/2013 | 0.00 | 42,724.83 | 22 | 1.0000 | 42,426.40 | 6 | 60.0000 | 28,215.48 |
| 66 | 8/10/2013 | 0.00 | 42,724.83 | 22 | 2.0000 | 42,130.06 | 6 | 60.0000 | 28,018.40 |
| 67 | 9/10/2013 | 0.00 | 42,724.83 | 23 | 0.0000 | 42,724.83 | 6 | 60.0000 | 28,413.95 |
| 68 | 10/10/2013 | 0.00 | 42,724.83 | 23 | 1.0000 | 42,426.40 | 6 | 60.0000 | 28,215.48 |
| 69 | 11/10/2013 | 0.00 | 42,724.83 | 23 | 2.0000 | 42,130.06 | 6 | 60.0000 | 28,018.40 |
| 70 | 12/10/2013 | 0.00 | 42,724.83 | 24 | 0.0000 | 42,724.83 | 6 | 60.0000 | 28,413.95 |

U:\NYST\WITHDRWL\Eber Bros Second Revised Payment Schedule Scenario 6

EB-00030907

New York State Teamsters Conference Pension and Retirement Fund
SETTLEMENT OF WITHDRAWAL LIABILITY PAYMENTS FOR
Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date of Required Monthly Payment | Amount of Required Monthly Payment | Monthly Payments Due On or After 3/10/2008 | Payment Quarter | Months, and Fraction of a Month, From Due Date Back to [1] Beginning of Quarter | Present Value of Future Monthly Payments, as of Beginning of Quarter With Interest at 0.7034% | Payment Year | Months, and Fraction of a Month, From Due Date Back to [2] 3/10/2008 | Present Value of Future Monthly Payments, as of 3/10/2008 With Interest at 8.50% |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 71 | 1/10/2014 | 0.00 | 42,724.83 | 24 | 1.0000 | 42,426.40 | 6 | 60.0000 | 28,215.48 |
| 72 | 2/10/2014 | 0.00 | 42,724.83 | 24 | 2.0000 | 42,130.06 | 6 | 60.0000 | 28,018.40 |
| 73 | 3/10/2014 | 0.00 | 42,724.83 | 25 | 0.0000 | 42,724.83 | 7 | 72.0000 | 26,187.97 |
| 74 | 4/10/2014 | 0.00 | 42,724.83 | 25 | 1.0000 | 42,426.40 | 7 | 72.0000 | 26,005.05 |
| 75 | 5/10/2014 | 0.00 | 42,724.83 | 25 | 2.0000 | 42,130.06 | 7 | 72.0000 | 25,823.41 |
| 76 | 6/10/2014 | 0.00 | 42,724.83 | 26 | 0.0000 | 42,724.83 | 7 | 72.0000 | 26,187.97 |
| 77 | 7/10/2014 | 0.00 | 42,724.83 | 26 | 1.0000 | 42,426.40 | 7 | 72.0000 | 26,005.05 |
| 78 | 8/10/2014 | 0.00 | 42,724.83 | 26 | 2.0000 | 42,130.06 | 7 | 72.0000 | 25,823.41 |
| 79 | 9/10/2014 | 0.00 | 42,724.83 | 27 | 0.0000 | 42,724.83 | 7 | 72.0000 | 26,187.97 |
| 80 | 10/10/2014 | 0.00 | 42,724.83 | 27 | 1.0000 | 42,426.40 | 7 | 72.0000 | 26,005.05 |
| 81 | 11/10/2014 | 0.00 | 42,724.83 | 27 | 2.0000 | 42,130.06 | 7 | 72.0000 | 25,823.41 |
| 82 | 12/10/2014 | 0.00 | 42,724.83 | 28 | 0.0000 | 42,724.83 | 7 | 72.0000 | 26,187.97 |
| 83 | 1/10/2015 | 0.00 | 42,724.83 | 28 | 1.0000 | 42,426.40 | 7 | 72.0000 | 26,005.05 |
| 84 | 2/10/2015 | 0.00 | 42,724.83 | 28 | 2.0000 | 42,130.06 | 7 | 72.0000 | 25,823.41 |
| 85 | 3/10/2015 | 0.00 | 42,724.83 | 29 | 0.0000 | 42,724.83 | 8 | 84.0000 | 24,136.38 |
| 86 | 4/10/2015 | 0.00 | 42,724.83 | 29 | 1.0000 | 42,426.40 | 8 | 84.0000 | 23,967.79 |
| 87 | 5/10/2015 | 0.00 | 42,724.83 | 29 | 2.0000 | 42,130.06 | 8 | 84.0000 | 23,800.38 |
| 88 | 6/10/2015 | 0.00 | 42,724.83 | 30 | 0.0000 | 42,724.83 | 8 | 84.0000 | 24,136.38 |
| 89 | 7/10/2015 | 0.00 | 42,724.83 | 30 | 1.0000 | 42,426.40 | 8 | 84.0000 | 23,967.79 |
| 90 | 8/10/2015 | 0.00 | 42,724.83 | 30 | 2.0000 | 42,130.06 | 8 | 84.0000 | 23,800.38 |
| 91 | 9/10/2015 | 0.00 | 27,464.32 | 31 | 0.0000 | 27,464.32 | 8 | 84.0000 | 15,515.32 |
| 92 | 10/10/2015 | 0.00 | 0.00 | 31 | 1.0000 | 0.00 | 8 | 84.0000 | 0.00 |
| 93 | 11/10/2015 | 0.00 | 0.00 | 31 | 2.0000 | 0.00 | 8 | 84.0000 | 0.00 |
| 94 | 12/10/2015 | 0.00 | 0.00 | 32 | 0.0000 | 0.00 | 8 | 84.0000 | 0.00 |
| 95 | 1/10/2016 | 0.00 | 0.00 | 32 | 1.0000 | 0.00 | 8 | 84.0000 | 0.00 |
| 96 | 2/10/2016 | 0.00 | 0.00 | 32 | 2.0000 | 0.00 | 8 | 84.0000 | 0.00 |
| 97 | 3/10/2016 | 0.00 | 0.00 | 33 | 0.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 98 | 4/10/2016 | 0.00 | 0.00 | 33 | 1.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 99 | 5/10/2016 | 0.00 | 0.00 | 33 | 2.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 100 | 6/10/2016 | 0.00 | 0.00 | 34 | 0.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 101 | 7/10/2016 | 0.00 | 0.00 | 34 | 1.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 102 | 8/10/2016 | 0.00 | 0.00 | 34 | 2.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 103 | 9/10/2016 | 0.00 | 0.00 | 35 | 0.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 104 | 10/10/2016 | 0.00 | 0.00 | 35 | 1.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 105 | 11/10/2016 | 0.00 | 0.00 | 35 | 2.0000 | 0.00 | 9 | 96.0000 | 0.00 |

EB-00030908

New York State Teamsters Conference Pension and Retirement Fund
SETTLEMENT OF WITHDRAWAL LIABILITY PAYMENTS FOR
Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date of Required Monthly Payment | Amount of Required Monthly Payment | Monthly Payments Due On or After 3/10/2008 | Payment Quarter | Months, and Fraction of a Month, From Due Date Back to [1] Beginning of Quarter | Present Value of Future Monthly Payments, as of Beginning of Quarter With Interest at 0.7034% | Payment Year | Months, and Fraction of a Month, From Due Date Back to [2] 3/10/2008 | Present Value of Future Monthly Payments, as of 3/10/2008 With Interest at 8.50% |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 106 | 12/10/2016 | 0.00 | 0.00 | 36 | 0.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 107 | 1/10/2017 | 0.00 | 0.00 | 36 | 1.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 108 | 2/10/2017 | 0.00 | 0.00 | 36 | 2.0000 | 0.00 | 9 | 96.0000 | 0.00 |
| 109 | 3/10/2017 | 0.00 | 0.00 | 37 | 0.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 110 | 4/10/2017 | 0.00 | 0.00 | 37 | 1.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 111 | 5/10/2017 | 0.00 | 0.00 | 37 | 2.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 112 | 6/10/2017 | 0.00 | 0.00 | 38 | 0.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 113 | 7/10/2017 | 0.00 | 0.00 | 38 | 1.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 114 | 8/10/2017 | 0.00 | 0.00 | 38 | 2.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 115 | 9/10/2017 | 0.00 | 0.00 | 39 | 0.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 116 | 10/10/2017 | 0.00 | 0.00 | 39 | 1.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 117 | 11/10/2017 | 0.00 | 0.00 | 39 | 2.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 118 | 12/10/2017 | 0.00 | 0.00 | 40 | 0.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 119 | 1/10/2018 | 0.00 | 0.00 | 40 | 1.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 120 | 2/10/2018 | 0.00 | 0.00 | 40 | 2.0000 | 0.00 | 10 | 108.0000 | 0.00 |
| 121 | 3/10/2018 | 0.00 | 0.00 | 41 | 0.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 122 | 4/10/2018 | 0.00 | 0.00 | 41 | 1.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 123 | 5/10/2018 | 0.00 | 0.00 | 41 | 2.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 124 | 6/10/2018 | 0.00 | 0.00 | 42 | 0.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 125 | 7/10/2018 | 0.00 | 0.00 | 42 | 1.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 126 | 8/10/2018 | 0.00 | 0.00 | 42 | 2.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 127 | 9/10/2018 | 0.00 | 0.00 | 43 | 0.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 128 | 10/10/2018 | 0.00 | 0.00 | 43 | 1.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 129 | 11/10/2018 | 0.00 | 0.00 | 43 | 2.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 130 | 12/10/2018 | 0.00 | 0.00 | 44 | 0.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 131 | 1/10/2019 | 0.00 | 0.00 | 44 | 1.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 132 | 2/10/2019 | 0.00 | 0.00 | 44 | 2.0000 | 0.00 | 11 | 120.0000 | 0.00 |
| 133 | 3/10/2019 | 0.00 | 0.00 | 45 | 0.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 134 | 4/10/2019 | 0.00 | 0.00 | 45 | 1.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 135 | 5/10/2019 | 0.00 | 0.00 | 45 | 2.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 136 | 6/10/2019 | 0.00 | 0.00 | 46 | 0.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 137 | 7/10/2019 | 0.00 | 0.00 | 46 | 1.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 138 | 8/10/2019 | 0.00 | 0.00 | 46 | 2.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 139 | 9/10/2019 | 0.00 | 0.00 | 47 | 0.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 140 | 10/10/2019 | 0.00 | 0.00 | 47 | 1.0000 | 0.00 | 12 | 132.0000 | 0.00 |

U:\NYST\WITHDRWL\Eber Bros Second Revised Payment Schedule Scenario 6

EB-00030909

New York State Teamsters Conference Pension and Retirement Fund
SETTLEMENT OF WITHDRAWAL LIABILITY PAYMENTS FOR
Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date of Required Monthly Payment | Amount of Required Monthly Payment | Monthly Payments Due On or After 3/10/2008 | Payment Quarter | Months, and Fraction of a Month, From Due Date Back to [1] Beginning of Quarter | Present Value of Future Monthly Payments, as of Beginning of Quarter With Interest at 0.7034% | Payment Year | Months, and Fraction of a Month, From Due Date Back to [2] 3/10/2008 | Present Value of Future Monthly Payments, as of 3/10/2008 With Interest at 8.50% |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 141 | 11/10/2019 | 0.00 | 0.00 | 47 | 2.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 142 | 12/10/2019 | 0.00 | 0.00 | 48 | 0.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 143 | 1/10/2020 | 0.00 | 0.00 | 48 | 1.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 144 | 2/10/2020 | 0.00 | 0.00 | 48 | 2.0000 | 0.00 | 12 | 132.0000 | 0.00 |
| 145 | 3/10/2020 | 0.00 | 0.00 | 49 | 0.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 146 | 4/10/2020 | 0.00 | 0.00 | 49 | 1.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 147 | 5/10/2020 | 0.00 | 0.00 | 49 | 2.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 148 | 6/10/2020 | 0.00 | 0.00 | 50 | 0.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 149 | 7/10/2020 | 0.00 | 0.00 | 50 | 1.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 150 | 8/10/2020 | 0.00 | 0.00 | 50 | 2.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 151 | 9/10/2020 | 0.00 | 0.00 | 51 | 0.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 152 | 10/10/2020 | 0.00 | 0.00 | 51 | 1.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 153 | 11/10/2020 | 0.00 | 0.00 | 51 | 2.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 154 | 12/10/2020 | 0.00 | 0.00 | 52 | 0.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 155 | 1/10/2021 | 0.00 | 0.00 | 52 | 1.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 156 | 2/10/2021 | 0.00 | 0.00 | 52 | 2.0000 | 0.00 | 13 | 144.0000 | 0.00 |
| 157 | 3/10/2021 | 0.00 | 0.00 | 53 | 0.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 158 | 4/10/2021 | 0.00 | 0.00 | 53 | 1.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 159 | 5/10/2021 | 0.00 | 0.00 | 53 | 2.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 160 | 6/10/2021 | 0.00 | 0.00 | 54 | 0.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 161 | 7/10/2021 | 0.00 | 0.00 | 54 | 1.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 162 | 8/10/2021 | 0.00 | 0.00 | 54 | 2.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 163 | 9/10/2021 | 0.00 | 0.00 | 55 | 0.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 164 | 10/10/2021 | 0.00 | 0.00 | 55 | 1.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 165 | 11/10/2021 | 0.00 | 0.00 | 55 | 2.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 166 | 12/10/2021 | 0.00 | 0.00 | 56 | 0.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 167 | 1/10/2022 | 0.00 | 0.00 | 56 | 1.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 168 | 2/10/2022 | 0.00 | 0.00 | 56 | 2.0000 | 0.00 | 14 | 156.0000 | 0.00 |
| 169 | 3/10/2022 | 0.00 | 0.00 | 57 | 0.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 170 | 4/10/2022 | 0.00 | 0.00 | 57 | 1.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 171 | 5/10/2022 | 0.00 | 0.00 | 57 | 2.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 172 | 6/10/2022 | 0.00 | 0.00 | 58 | 0.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 173 | 7/10/2022 | 0.00 | 0.00 | 58 | 1.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 174 | 8/10/2022 | 0.00 | 0.00 | 58 | 2.0000 | 0.00 | 15 | 168.0000 | 0.00 |
| 175 | 9/10/2022 | 0.00 | 0.00 | 59 | 0.0000 | 0.00 | 15 | 168.0000 | 0.00 |

EB-00030910


**Watson Wyatt**
*Worldwide*

January 4, 2008

Mr. Kenneth R. Stilwell
Executive Administrator
New York State Teamsters Conference
  Pension & Retirement Fund
Post Office Box 4928
Syracuse, NY 13221-4928

**Re:  Eber Brothers Wine & Liquor Corporation**
      **Employer Withdrawal Liability**

Dear Ken:

As you requested, we have calculated the Employer Withdrawal Liability for the above
employer.  The results of our calculations are as follows:

| | | | |
|---|---|---|---:|
| 1. | Date of Withdrawal: | | October 31, 2007 |
| 2. | Employer Withdrawal Liability prior to De Minimis Reduction: | $ | 2,212,367.47 |
| 3. | De Minimis Reduction: | | 0.00 |
| 4. | Net Employer Withdrawal Liability Before Reflecting | | |
| |    Credit for Prior Partial Withdrawal: | | 2,212,367.47 |
| 5. | Credit for Prior Partial Withdrawal: | | 0.00 |
| 6. | Net Employer Withdrawal Liability: | $ | 2,212,367.47 |

Under Section 4219(c)(1)(C)(i) of ERISA, a withdrawing
Employer is required to pay this liability at an annual rate of:     $    509,125.16

The Board of Trustees of the Fund has adopted rules, in
accordance with Section 4219(c)(3), which allow the
withdrawing Employer to satisfy each annual payment
obligation by paying monthly installments in the amount of:     $    42,724.83

To pay the full liability plus interest at this rate, payments
will be required for a period of 61 months, with a further
final payment of:     $    10,810.90

O:\42991\WITHDRWL\07EWL1.xls\Letter_w_Pmts

EB-00030911

Mr. Kenneth R. Stilwell
January 4, 2008
Page 2


We have enclosed exhibits showing the details of our calculations.  If you have any questions
or comments, please do not hesitate to call.

Sincerely,

Robert B. Sherwood, Jr.          Stanley I. Goldfarb, F.S.A.          James M. Locey, M.A.A.A.
Consultant                       Consulting Actuary                  Consulting Actuary

Enclosures

cc:   Peter P. Paravati, Jr., Esquire (w/ encl.)


EB-00050912

Page 1

## NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND
## CALCULATION OF EMPLOYER WITHDRAWAL LIABILITY
### Eber Brothers Wine & Liquor Corporation
### Complete Withdrawal in 2007

[CALCULATION WORKSHEET]

(1) Initial year unfunded vested benefits
  (a) December 31, 2006 unfunded vested benefits    $    681,971,473.00
  (b) Value of outstanding claims for withdrawal
      liability that can reasonably be expected to
      be collected from employers who withdrew
      on or before December 31, 2006, as of
      December 31, 2006      52,864,231.71
  (c) Net unfunded vested benefits = (a) - (b)    629,107,241.29
  (d) Unamortized amount as of
      (i) December 31, 2006 = 100% of (c)    $    629,107,241.29

(2) Required contributions by withdrawn employer to the plan

| Year | | Amount |
|------|---|-------|
| 2002 | $ | 277,373.00 |
| 2003 | | 325,323.00 |
| 2004 | | 311,713.00 |
| 2005 | | 343,762.00 |
| 2006 | | 241,336.00 |
| Total | $ | 1,499,507.00 |

(3) Contributions made by all employers to the plan
  (a) Contributions made by all employers

| Year | | Amount |
|------|---|-------|
| 2002 | $ | 79,785,357.00 |
| 2003 | | 80,295,216.00 |
| 2004 | | 84,799,558.00 |
| 2005 | | 95,562,410.00 |
| 2006 | | 95,523,862.00 |
| Total | $ | 435,966,403.00 |

  (b) Contributions made by employers who
      withdrew prior to January 1, 2007

| Year | | Amount |
|------|---|-------|
| 2002 | $ | 6,613,227.00 |
| 2003 | | 2,076,562.00 |
| 2004 | | 1,222,661.00 |
| 2005 | | 834,652.00 |
| 2006 | | 184,081.00 |
| Total | $ | 10,931,183.00 |



EB-00030913

### NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND
### CALCULATION OF EMPLOYER WITHDRAWAL LIABILITY
#### Eber Brothers Wine & Liquor Corporation
#### Complete Withdrawal in 2007

[CALCULATION WORKSHEET]

|  |  |  |  |  |
|---|---|---|---|---|
| (c) | Contributions made to funds merged on or before January 1, 2007 | | $ | 1,363,525.00 |
| (d) | Net contributions = (3)(a) - (3)(b) + (3)(c) | | $ | 426,398,745.00 |
| (4) | Employer's allocable share of (1) = (1)(d)(i) x (2) / (3)(d) | | $ | 2,212,367.47 |
| (5) | De Minimis Reduction | | | |
| (a) | Excess liability = (4) - $100,000, but not less than zero | | $ | 2,112,367.47 |
| (b) | Actual de minimis = lesser of $50,000 and 0.75% of unfunded vested benefits shown in (1)(a), minus (5)(a), but not less than zero | | $ | - |
| (6) | Net withdrawal liability, before reflecting credit for prior partial withdrawal = (4) - (5)(b), but not less than zero | | $ | 2,212,367.47 |
| (7) | Credit for prior partial withdrawal liability | | | - |
| (8) | Net withdrawal liability = (6) - (7), but not less than zero | | $ | 2,212,367.47 |



EB 00050914

Page 1

**NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND**
**CALCULATION OF EMPLOYER WITHDRAWAL LIABILITY**
**Eber Brothers Wine & Liquor Corporation**
**Complete Withdrawal in 2007**

[DETERMINATION OF PAYMENT SCHEDULE]

(1)   Employer contribution history:

| Year | Base Units | 3-Year Ave Base Units | Contribution Rate |
|------|-----------|----------------------|-------------------|
| 1997 | 91,476.00 | N/A | N/A |
| 1998 | 109,537.00 | N/A | 2.8000 |
| 1999 | 126,040.00 | 109,017.67 | 3.0000 |
| 2000 | 138,038.00 | 124,538.33 | 3.0000 |
| 2001 | 133,951.00 | 132,676.33 | 3.0000 |
| 2002 | 133,024.00 | 135,004.33 | 3.0500 |
| 2003 | 150,675.00 | 139,216.67 | 3.1000 |
| 2004 | 142,953.00 | 142,217.33 | 3.1500 |
| 2005 | 142,765.00 | 145,464.33 | 3.5000 |
| 2006 | 107,586.00 | 131,101.33 | 3.5000 |
| 2007 | N/A | N/A | 3.5000 |

(2)   Average base units for highest 3 consecutive years
      during 10 years preceding January 1, 2007                    145,464.33

(3)   Highest contribution rate in 10 years ending in year of withdrawal          3.5000

(4)   Required annual payment = (2) x (3)                    $      509,125.16

(5)   Withdrawal liability after de minimis                  $    2,212,367.47

(6)   Amortization factor = (5) / (4)                4.345429

(7)   Number of annual payments based on (6),
      assuming 8.50% interest rate                      5

(8)   Cumulative factor at 8.50% interest rate
      for number of years in (7)                6.429030



EB-00030915

**NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND**
**CALCULATION OF EMPLOYER WITHDRAWAL LIABILITY**
**Eber Brothers Wine & Liquor Corporation**
**Complete Withdrawal in 2007**

[DETERMINATION OF PAYMENT SCHEDULE]

(9)  Final annual payment:

    (a)  Withdrawal liability with interest =
        (5) x {1.0850 to the power of (7)}      $    3,326,641.15

    (b)  Annual payments with interest = (4) x (8)    $    3,273,180.93

    (c)  Total annual payment in last year =
        (a) - (b), but not less than zero      $    53,460.22

(10) Quarterly Payment Schedule:

    (a)  Quarterly payment = (4) / 4      $    127,281.29

    (b)  Number of full quarterly payments in final
        year = (9)(c) / (10)(a)      0

    (c)  Final quarterly payment = (9)(c) - ((10)(a) x (10)(b))    $    53,460.22

    (d)  Number of full quarterly payments
        = 4 x (7) + (10)(b)      20

(11) Monthly Payment Schedule:

    (a)  Monthly payment = (10)(a) amortized over 3 months      $42,724.83

| | | Beginning of Month Balance | Beginning of Month Payment | Balance After Payment | Interest to End of Month |
|---|---|---|---|---|---|
| (b) | Calculate the amount of | $ 53,460.22 | $42,724.83 | $ 10,735.39 | $ 75.51 |
| | the last monthly payment: | 10,810.90 | 10,810.90 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |

Amount of final monthly payment      $   10,810.90

    (c)  Number of full monthly payments = 3 x (10)(d)
        + number of complete months shown in (11)(b)      61

(12) Basis for interest factor

                       Annual rate    (Valuation rate)    8.5000%

                       Quarterly rate    (Simple)    2.1250%

                       Monthly rate    (Compound)    0.7034%



EB-00030916

# New York State Teamsters Conference Pension and Retirement Fund

## REVISED WITHDRAWAL LIABILITY PAYMENT SCHEDULE FOR

### Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date | Amount Due |
|---|---|---|
| 1 | 3/10/2008 | 42,724.83 |
| 2 | 4/10/2008 | 42,724.83 |
| 3 | 5/10/2008 | 42,724.83 |
| 4 | 6/10/2008 | 42,724.83 |
| 5 | 7/10/2008 | 42,724.83 |
| 6 | 8/10/2008 | 42,724.83 |
| 7 | 9/10/2008 | 42,724.83 |
| 8 | 10/10/2008 | 42,724.83 |
| 9 | 11/10/2008 | 42,724.83 |
| 10 | 12/10/2008 | 42,724.83 |
| 11 | 1/10/2009 | 42,724.83 |
| 12 | 2/10/2009 | 42,724.83 |
| 13 | 3/10/2009 | 42,724.83 |
| 14 | 4/10/2009 | 42,724.83 |
| 15 | 5/10/2009 | 42,724.83 |
| 16 | 6/10/2009 | 42,724.83 |
| 17 | 7/10/2009 | 42,724.83 |
| 18 | 8/10/2009 | 25,000.00 |
| 19 | 9/10/2009 | 25,000.00 |
| 20 | 10/10/2009 | 25,000.00 |
| 21 | 11/10/2009 | 25,000.00 |
| 22 | 12/10/2009 | 25,000.00 |
| 23 | 1/10/2010 | 25,000.00 |
| 24 | 2/10/2010 | 25,000.00 |
| 25 | 3/10/2010 | 25,000.00 |
| 26 | 4/10/2010 | 25,000.00 |
| 27 | 5/10/2010 | 25,000.00 |
| 28 | 6/10/2010 | 25,000.00 |
| 29 | 7/10/2010 | 25,000.00 |
| 30 | 8/10/2010 | 25,000.00 |
| 31 | 9/10/2010 | 25,000.00 |

Horizon

EB-00030917

## New York State Teamsters Conference Pension and Retirement Fund

### REVISED WITHDRAWAL LIABILITY PAYMENT SCHEDULE FOR

### Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date | Amount Due |
|---|---|---|
| 32 | 10/10/2010 | 25,000.00 |
| 33 | 11/10/2010 | 25,000.00 |
| 34 | 12/10/2010 | 25,000.00 |
| 35 | 1/10/2011 | 25,000.00 |
| 36 | 2/10/2011 | 25,000.00 |
| 37 | 3/10/2011 | 25,000.00 |
| 38 | 4/10/2011 | 25,000.00 |
| 39 | 5/10/2011 | 25,000.00 |
| 40 | 6/10/2011 | 25,000.00 |
| 41 | 7/10/2011 | 25,000.00 |
| 42 | 8/10/2011 | 25,000.00 |
| 43 | 9/10/2011 | 25,000.00 |
| 44 | 10/10/2011 | 25,000.00 |
| 45 | 11/10/2011 | 25,000.00 |
| 46 | 12/10/2011 | 25,000.00 |
| 47 | 1/10/2012 | 25,000.00 |
| 48 | 2/10/2012 | 25,000.00 |
| 49 | 3/10/2012 | 25,000.00 |
| 50 | 4/10/2012 | 25,000.00 |
| 51 | 5/10/2012 | 25,000.00 |
| 52 | 6/10/2012 | 25,000.00 |
| 53 | 7/10/2012 | 25,000.00 |
| 54 | 8/10/2012 | 42,724.83 |
| 55 | 9/10/2012 | 42,724.83 |
| 56 | 10/10/2012 | 42,724.83 |
| 57 | 11/10/2012 | 42,724.83 |
| 58 | 12/10/2012 | 42,724.83 |
| 59 | 1/10/2013 | 42,724.83 |
| 60 | 2/10/2013 | 42,724.83 |
| 61 | 3/10/2013 | 42,724.83 |
| 62 | 4/10/2013 | 42,724.83 |

Horizon
EB-00030918

### New York State Teamsters Conference Pension and Retirement Fund

### REVISED WITHDRAWAL LIABILITY PAYMENT SCHEDULE FOR

### Eber Brothers Wine & Liquor Corp.

| Payment Number | Due Date | Amount Due |
|---|---|---|
| 63 | 5/10/2013 | 42,724.83 |
| 64 | 6/10/2013 | 42,724.83 |
| 65 | 7/10/2013 | 42,724.83 |
| 66 | 8/10/2013 | 42,724.83 |
| 67 | 9/10/2013 | 42,724.83 |
| 68 | 10/10/2013 | 42,724.83 |
| 69 | 11/10/2013 | 42,724.83 |
| 70 | 12/10/2013 | 42,724.83 |
| 71 | 1/10/2014 | 42,724.83 |
| 72 | 2/10/2014 | 42,724.83 |
| 73 | 3/10/2014 | 42,724.83 |
| 74 | 4/10/2014 | 42,724.83 |
| 75 | 5/10/2014 | 42,724.83 |
| 76 | 6/10/2014 | 42,724.83 |
| 77 | 7/10/2014 | 42,724.83 |
| 78 | 8/10/2014 | 42,724.83 |
| 79 | 9/10/2014 | 42,724.83 |
| 80 | 10/10/2014 | 42,724.83 |
| 81 | 11/10/2014 | 17,459.54 |

Horizon

EB-00030919

## New York State Teamsters Conference
## Pension and Retirement Fund
### Employer Withdrawal Liability Payment Schedule

| Payment Number | Due Date | Amount Due |
|---|---|---|
| 1 | March 10, 2008 | $42,724.83 |
| 2 | April 10, 2008 | $42,724.83 |
| 3 | May 10, 2008 | $42,724.83 |
| 4 | June 10, 2008 | $42,724.83 |
| 5 | July 10, 2008 | $42,724.83 |
| 6 | August 10, 2008 | $42,724.83 |
| 7 | September 10, 2008 | $42,724.83 |
| 8 | October 10, 2008 | $42,724.83 |
| 9 | November 10, 2008 | $42,724.83 |
| 10 | December 10, 2008 | $42,724.83 |
| 11 | January 10, 2009 | $42,724.83 |
| 12 | February 10, 2009 | $42,724.83 |
| 13 | March 10, 2009 | $42,724.83 |
| 14 | April 10, 2009 | $42,724.83 |
| 15 | May 10, 2009 | $42,724.83 |
| 16 | June 10, 2009 | $42,724.83 |
| 17 | July 10, 2009 | $42,724.83 |
| 18 | August 10, 2009 | $42,724.83 |
| 19 | September 10, 2009 | $42,724.83 |
| 20 | October 10, 2009 | $42,724.83 |
| 21 | November 10, 2009 | $42,724.83 |
| 22 | December 10, 2009 | $42,724.83 |
| 23 | January 10, 2010 | $42,724.83 |
| 24 | February 10, 2010 | $42,724.83 |
| 25 | March 10, 2010 | $42,724.83 |
| 26 | April 10, 2010 | $42,724.83 |
| 27 | May 10, 2010 | $42,724.83 |
| 28 | June 10, 2010 | $42,724.83 |
| 29 | July 10, 2010 | $42,724.83 |
| 30 | August 10, 2010 | $42,724.83 |

## New York State Teamsters Conference
## Pension and Retirement Fund
### Employer Withdrawal Liability Payment Schedule

| Payment Number | Due Date | Amount Due |
|---|---|---|
| 31 | September 10, 2010 | $42,724.83 |
| 32 | October 10, 2010 | $42,724.83 |
| 33 | November 10, 2010 | $42,724.83 |
| 34 | December 10, 2010 | $42,724.83 |
| 35 | January 10, 2011 | $42,724.83 |
| 36 | February 10, 2011 | $42,724.83 |
| 37 | March 10, 2011 | $42,724.83 |
| 38 | April 10, 2011 | $42,724.83 |
| 39 | May 10, 2011 | $42,724.83 |
| 40 | June 10, 2011 | $42,724.83 |
| 41 | July 10, 2011 | $42,724.83 |
| 42 | August 10, 2011 | $42,724.83 |
| 43 | September 10, 2011 | $42,724.83 |
| 44 | October 10, 2011 | $42,724.83 |
| 45 | November 10, 2011 | $42,724.83 |
| 46 | December 10, 2011 | $42,724.83 |
| 47 | January 10, 2012 | $42,724.83 |
| 48 | February 10, 2012 | $42,724.83 |
| 49 | March 10, 2012 | $42,724.83 |
| 50 | April 10, 2012 | $42,724.83 |
| 51 | May 10, 2012 | $42,724.83 |
| 52 | June 10, 2012 | $42,724.83 |
| 53 | July 10, 2012 | $42,724.83 |
| 54 | August 10, 2012 | $42,724.83 |
| 55 | September 10, 2012 | $42,724.83 |
| 56 | October 10, 2012 | $42,724.83 |
| 57 | November 10, 2012 | $42,724.83 |
| 58 | December 10, 2012 | $42,724.83 |
| 59 | January 10, 2013 | $42,724.83 |
| 60 | February 10, 2013 | $42,724.83 |
| 61 | March 10, 2013 | $42,724.83 |
| 62 | April 10, 2013 | $10,810.90 |

Eber Brothers Wine Liquor Corp.