# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE TEAMSTERS CONFERENCE PENSION
AND RETIREMENT FUND, by its Trustees, John Bulgaro,
Daniel W. Schmidt, Michael S. Scalzo, Sr., Tom J. Ventura,
Bob Schaeffer, Eugene Delorme and Brian Hammond

                                  Plaintiffs,

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

-against-

Case No.:

EBER BROS. WINE AND LIQUOR CORPORATION

                                  Defendant.

---

STATE OF NEW YORK
COUNTY OF MONROE  ss.:

        Wendy Eber, being duly sworn, deposes and says that:

1.     I am an officer of the above-captioned defendant and am duly authorized to make this Affidavit of Confession of Judgment ("Affidavit") on its behalf.

2.     The defendant hereby confesses judgment and authorizes entry thereof against it in the sum of ONE MILLION, FOUR HUNDRED TWENTY-ONE THOUSAND, TWENTY NINE DOLLARS AND 95/100 ($1,421,029.95).

3.     This Affidavit is for a debt justly due and owing to the plaintiffs arising from the assessment of an employer withdrawal liability under the Employee Retirement Income Security Act of 1974, as

EB-00030896

amended by the Multi-employer Pension Plan Amendments Act of 1980, against the defendant.

*Wendy Eber* (signature)
Wendy Eber
Duly authorized agent and representative
for the defendant

STATE OF ~~NEW YORK~~ CONNECTICUT )
~~~~ NEW HAVEN ) ss.:
COUNTY OF ~~MONROE~~ )

On the 1st day of ~~June~~ Aug., 2012, before me personally came Wendy Eber, known to me as the individual named in and who executed the foregoing Affidavit of Confession of Judgment and she acknowledged to me that she was competent to execute the Affidavit of Confession of Judgment on behalf of the defendant and that on this day she executed same.

*Lorrie L. Oberdick* (signature)
NOTARY PUBLIC

LORRIE L. OBERDICK
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2013

2

EB-00030899

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE TEAMSTERS CONFERENCE PENSION
AND RETIREMENT FUND, by its Trustees, John Bulgaro,
Daniel W. Schmidt, Michael S. Scalzo, Sr., Tom J. Ventura,
Bob Schaeffer, Eugene Delorme and Brian Hammond

           Plaintiffs,

  -against-

EBER BROS. WINE AND LIQUOR CORPORATION

           Defendant.

Address of Plaintiffs:
151 Northern Concourse
Syracuse, NY 13212

JUDGMENT BY
CONFESSION

Case No.:

| | |
|---|---|
| Amount Confessed | $1,421,029.95 |
| Interest | TBD |
| Cost by Statute | TBD |
| Transcript | TBD |
| Fees on Execution | TBD |
| Satisfaction | TBD |
| Filing Fee | TBD |
| TOTAL | $1,421,029.95 |

STATE OF NEW YORK, COUNTY OF ONEIDA    ATTORNEY'S AFFIRMATION

  The undersigned, attorney-at-law of the State of New York, affirms that he is a partner in the law firm of Paravati, Karl, Green & DeBella, LLP, the attorneys of record for the plaintiffs herein, and states that the judgment confessed by the defendant is true and accurate under the penalties of perjury.

Dated: _____, 201__             _____
                               Vincent M. DeBella, Esq.

EB-00030897

JUDGMENT entered the _____ day of _____, 201__

On filing the foregoing AFFIDAVIT OF CONFESSION OF JUDGMENT made by Wendy Eber, on behalf of the defendant named herein, sworn to the _____ day of July, 2012,

NOW, ON MOTION OF Paravati, Karl, Green & DeBella, LLP, Vincent M. DeBella, Esq. attorneys for plaintiffs, it is hereby

ADJUDGED that the plaintiffs, New York State Teamsters Conference Pension & Retirement Fund and its Board of Trustees, doing business at 151 Northern Concourse, Syracuse, NY 13212, do recover from the following defendant: Eber Bros. Wine and Liquor Corporation with offices at 95 Allens Creel Road, Building 2, Suite 10, Rochester, New York 14618, the sum of ONE MILLION, FOUR HUNDRED TWENTY-ONE THOUSAND, TWENTY NINE DOLLARS AND 95/100 ($1,421,029.95) with interest, costs and disbursements and that the plaintiffs have execution therefore.

_____
Clerk

DATED: _____, 201__

EB-00030898