UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER,<br><br>Defendants,<br><br>and<br><br>EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>Nominal Defendants. | Civil Action No. 16-CV-9517(LAK)(KHP) |

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that upon the accompanying memorandum, statement of material facts, declarations, depositions, and exhibits, Plaintiffs Audrey Hays, Daniel Kleeberg, and Lisa Stein respectfully move this Court for an Order granting them Partial Summary Judgment as to Count I (in part), Count II (in part), Count V, Count VI (in part), and Count IX. The specific relief sought is specified more precisely in the Proposed Order that shall be contemporaneously submitted.

1

                Respectfully submitted,

Dated: November 8, 2019        /s Brian C. Brook
                                        Brian C. Brook (BB 1980)
                                        BROOK & ASSOCIATES, PLLC
                                        100 Church Street, 8th Floor
                                        New York, New York 10007
                                        Telephone: (212) 257-2334
                                        Facsimile: (646) 257-2887
                                        Brian@brook-law.com

                                        *Counsel for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*