UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER,<br><br>Defendants,<br><br>and<br><br>EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>Nominal Defendants. | Civil Action No.  16-CV-9517(LAK)(KHP) |

**DECLARATION OF BRIAN C. BROOK IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. I, Brian C. Brook, am an attorney licensed to practice law in the State of New York and in this Court, among other jurisdictions. I am the principal of the law firm of Brook & Associates, PLLC, and have been counsel of record for the Plaintiffs in the above-captioned case since its initial filing in December 2016.

2. I submit this declaration and the exhibits attached hereto in support of Plaintiffs' Motion for Partial Summary Judgment.

3. The following pages contain an Exhibit List with exhibits that are described in a manner that is generally true and accurate to the best of my knowledge, information, and belief.

4. Exhibits 1 through 131 were previously marked during depositions conducted by Plaintiffs in this matter, and the exhibit numbers have been retained in order to facilitate a clear reading of the record. Unless otherwise expressly stated, all references in Plaintiffs' moving papers to any "Exhibit" is a reference to Plaintiffs' Exhibits as specified in the depositions and on the attached list.

5. Only those exhibits that are relied on or which we expect to potentially rely on in reply are included on the Exhibit List and being filed. Accordingly, there are numerous numerical gaps in the list. For the electronic filing, each PDF containing multiple exhibits has PDF bookmarks to allow easy navigation to specific exhibits. Each exhibit is also labeled on its first page with a yellow "Plaintiffs' Exhibit" tag.

6. Exhibits numbered 132 and higher are documents that were not marked during deposition examinations conducted by Plaintiffs. Exhibit 139 was produced to Plaintiffs on August 22, 2019, the evening before the deposition of Defendants' Expert Frank Torchio. These revised exhibits to his report were referenced during his deposition as the "revised" exhibits, but it does not appear that the revised exhibits themselves were marked as an exhibit on their own.

7. It should be noted that, as to certain documents, Plaintiffs will contend at trial that the documents contain false information, particularly with respect to dates, as the evidence adduced shows that backdating documents by days, weeks, and sometimes months was rampant. We have reason to believe that at least one document produced very late in discovery (Exhibit 115) was aggressively backdated more than two years in order to plug a hole in the challenged corporate actions of February 2017. Defendants have refused Plaintiffs' repeated requests to produce metadata or native format files to verify the dates and other information appearing on

the face of questionable documents. Obviously, this Court cannot infer malintent at this stage, but I mention this so that it is clear that Plaintiffs are not adopting the descriptions of the documents or the truth of the information therein for any purpose beyond the instant motion for partial summary judgment. Plaintiffs reserve the right to dispute the very same documents, to the extent necessary, in their oppositions to Defendants' summary judgment motions, and certainly later at any trial or evidentiary hearing.

8.   Defendants failed to produce a copy of the Bylaws of Eber Bros. & Co., Inc. ("EB&C") in discovery at the same time they produced other corporate governance documents. A copy of the Bylaws was first provided to Plaintiffs by email from Lester Eber's counsel of record to me on October 2, 2018.

9.   In accordance with the Bylaws provided, Audrey Hays requested a special meeting of the shareholders on October 10, 2018, but defense counsel advised that the Ebers refused to acknowledge Audrey Hays as a shareholder.

10.   On October 26, 2018, I sent an email to Paul Keneally and his colleagues in which I forwarded a copy of the October 11, 2017 letter from CNB's counsel to me and Lester's counsel, Plaintiffs' Exhibit 38, including its attached copies of stock certificates and stock powers that had been purportedly executed by CNB on October 2, 2017.

11.   On October 31, 2018, I received the email and attached "Notice of Intent to Purchase" that has been marked as Plaintiffs' Exhibit 35.

12.   On December 3, 2018, I filed on ECF a redline of the proposed Third Amended Complaint against the filed Second Amended Complaint. I forwarded that redline to Lester Eber's counsel, John Herbert, later that same day. In the proposed Third Amended Complaint, Plaintiffs contended that the October 31, 2018 "notice of intent to purchase to CNB was ineffective [] because it failed to indicate that Lester would pay a price equal to the book value of the shares. Such information was required to be included in the notice." ECF No. 166-1 ¶317.

13.     On December 17, 2018, John Herbert emailed to Rita Nischal of CNB, copying me and the Ebers' counsel of record, correspondence purporting to supplement the "Notice" that was sent on October 31, 2018 by adding the missing information that Plaintiffs had identified in their proposed pleading. A true and correct copy of Mr. Herbert's email attachment is marked as Plaintiffs' Exhibit 164.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 8, 2019

/s Brian C. Brook
Brian C. Brook

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
|---|---|---|
| 1 | Internal Canandaigua National Bank ("CNB") Email re Eber Account | Sent 11/22/2006 |
| 2 | Email from Wendy Eber to Rick Hawks, CNB, re: Annual Letter | Sent 12/02/2009 |
| 4 | Letter from CNB to Audrey Hays | Dated 12/18/2012 |
| 5 | Letter from CNB to Audrey Hays | Dated 12/23/2013 |
| 6 | Email from Wendy Eber to Lester Eber attaching for his review draft "Minutes from Meeting of Trustees of the Trust of Allen Eber June 7th" 2012 | Sent 1/02/2013 |
| 8 | Lester Eber's Notarized Affidavit | Signed 12/08/2011 |
| 9 | Letter from Richard Hawks (CNB) to Lester Eber and Elliott Gumaer re: Allen Eber Residuary Trust | Dated 2/24/2016 |
| 11 | Chart of Corporate Structure of EBWLC and Operating Affiliates as of 2009 | Undated |
| 12 | Wendy Eber's "Summary of Lester Eber's Payments for Liabilities of EBER Bros. W and L Corp." | Undated |
| 13 | Line of Credit Note from Eber Metro to Lester Eber | "October __, 2009" |
| 14 | Polebridge Bowman Stock Purchase Agreement with Eber Metro | "as of" 5/30/2010 |
| 15 | Security Agreement between EBWLC, Eber Metro, and Lester Eber | "as of" 2/26/2010 |
| 16 | Line of Credit Note from Eber Metro to Lester Eber | Dated 2/26/2010 |
| 17 | Debt Assumption Agreement between EBWLC and Eber Metro | "as of" 2/11/2011 |
| 18 | Amended and Restated Security Agreement between EBWLC and Eber Metro "in favor of" Lester Eber | "as of" 2/11/2011 |
| 19 | Minutes of EBWLC 8/18/2011 Board Meeting | Undated |
| 21 | Gumaer Resignation from EB&C, Eber Metro, and Eber-CT | Scanned 2/7/2017 |
| 27 | Consulting Agreement between Southern Wine & Spirits and Lester Eber | Effective 8/30/2007 |

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
|---|---|---|
| 28 | W-2s Issued to Lester Eber for 2006 to 2009, and 2011 to 2017 | Various |
| 29 | Letter Agreements between Southern Wine & Spirits and Lester Eber | Various from 2012 to 2016 |
| 30 | Amended and Restated Promissory Note | "as of" 3/13/2006 |
| 31 | Alexbay, LLC Business Details and Name Change History from Connecticut Secretary of State | Accessed 10/1/2016 |
| 32 | Letter from Rita Nischal, Esq. (CNB) to Lester Eber | Dated 7/12/2017 |
| 33 | Order for Judicial Settlement of Final Account of Co-Trustee | 6/1/2017 |
| 34 | Letter from James G. Vazzana, Esq. to Rita Nischal | 7/19/2017 |
| 35 | Email from Paul Keneally attaching Notice of Intent to Purchase Shares from Lester Eber to Allen Eber Trust c/o CNB | Sent 10/31/2018 |
| 36 | Proposed Distribution of Securities from Allen Eber Trust | Revised 9/2017 |
| 37 | Email from James Vazzana to Rita Nischal | Sent 9/15/2017 |
| 38 | Letter from Larisa LaRocca to James Vazzana and Brian Brook | Dated 10/11/2017 |
| 40 | Email from James Vazzana to Lorisa LaRocca | Sent 6/2/2017 |
| 41 | Email from James Vazzana to Lorisa LaRocca | Sent 8/18/2017 |
| 42 | Letter from Audrey Hays to Wendy and Lester Eber | Sent 10/10/2018 |
| 43 | Written Consent of the Sole Member of EBWLC BOD; Stock Issuance to Lester Eber; EBWLC Certificate of Incorporation Amendment; Written Consent of EB&C as shareholder of EBWLC | "as of" 2/14 and 2/15/2017 |
| 44 | Alexbay v. EBWLC et al. Summons and Complaint | Filed 2/21/2012 |
| 45 | Affidavit of Lester Eber in Support of Motion for Judicial Determination of 'Commercial Reasonableness' Under UCC 9-627 | Signed 3/14/2012 |
| 46 | Affidavit of Lester in Harris Beach v. EBWLC et al., No. 2014-13623 | Signed 6/24/2015 |

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
|---|---|---|
| 47 | Engagement Letter Agreement between Elliott Gumaer and Lester Eber | Dated 1/2/2001 and stamped 1/8/2001 |
| 48 | Email from Elliott Gumaer to Wendy and Lester Eber re: Compensation | Sent 10/29/2013 |
| 49 | Letter from Lester Eber to Sally Kleeberg re: Loan (without enclosures) | Dated 4/2/2010 |
| 55 | Slocum of Maine Call Option Exercise Letter | Dated 7/_/2012 |
| 56 | Letter Agreement between EBWLC and Eder-Goodman, LLC re Sale of Interest in Eber-CT | Dated 1/29/2008 |
| 57 | Amended and Restated LLC Agreement of Eber-CT | "as of" 4/1/2008 |
| 59 | Alexbay's Notice to EBWLC of Proposal to Accept Collateral in Full Satisfaction of Debts Owed by Eber Metro | Dated 1/_/2012 |
| 60 | Board Meeting Minutes | Various |
| 61 | Unanimous Written Consent of the Board of Directors of EBWLC to transfer Eber Metro to Alexbay | Signed 6/9/2012 |
| 62 | Eber Metro Stock Certificate Issued to Alexbay, signed by Lester Eber as President of Eber Metro | Dated 6/5/2012 |
| 63 | Agreement for Turnover and Acceptance of Eber Metro Pursuant to N.Y. U.C.C., signed by Lester for Alexbay and Wendy for EBWLC and Metro | Dated 6/5/2012 |
| 67 | Emails from Gumaer to Lester and Wendy Eber re: Trustee Compensation | 4/11 & 6/28/2014 |
| 74 | Affidavit of Confession of Judgment, Teamsters v. EBWLC | Signed 8/1/2012 |
| 77 | Unanimous Written Consent of Board of Directors of EBWLC re: Lester Eber Resignation and Appointment of Wendy Eber as President | "as of" 2/28/2012 but faxed 3/26/2012 |
| 86 | Letter from James Vazzana to Lorisa LaRocca re Lester Eber / Trust | Dated 3/28/2017 |
| 88 | Wendy Eber Amended Responses Daniel Kleeberg's First Set of Interrogatories | Dated 7/26/2018 |

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
| --- | --- | --- |
| 93 | Letters from Wayne Chaplin, President of Southern Wine & Spirits, to Lester Eber, President of EBWLC | 3/14/2007 and 2/7/2007 |
| 98 | Email from Wendy Eber to Elliott Gumaer attaching Letter dated 11/7/2012 from Underberg & Kessler re Alexbay's loans | Sent 12/13/2012 |
| 101 | Email from Lester Eber to Elliott Gumaer re: attending meeting and speaking with Richard Hawks of CNB | Sent 3/2/2012 |
| 102 | Emails between Elliott Gumaer, Wendy Eber, and Lester Eber | Sent 3/9/2012 |
| 107 | Ebers' Amended Answer to Third Amended Complaint ("TAC") | Filed 6/24/2019 |
| 108 | Bylaws of EBWLC | Undated |
| 109 | Email and Attachments drafted by David Belt, Esq. for Lester Eber | 1/18/2012 |
| 110 | Lester Eber Deposition Day One Errata Sheet | Signed 3/8/2019 |
| 112 | Email from Wendy Eber to Lester Eber's assistant supplying responses to questions from David Belt re: Lester's loans | Sent 10/5/2011 |
| 114 | Email from Wendy Eber to David Belt, Esq. re Lester Eber Loan Balances and Interest | Sent 1/18/2012 |
| 115 | Unanimous Written Consent of the Members of the Board of Directors of EB&C | "as of" 2/14/2017 |
| 117 | Email from Wendy Eber to Lester Eber, Elliott Gumaer, and Glenn Sturm re Minutes to Board Meeting | Sent 3/4/2010 |
| 119 | Email from Elliott Gumaer to Wendy Eber re Wendy taking first right of first refusal to Polebridge Bowman's 6% interest in Eber-CT (forwarded to Harris Beach attorneys), and attaching Memorandum from Glenn Sturm | Gumaer email sent 5/26/2010; Memo dated 5/26/2010 |
| 120 | Email from Wendy Eber to Elliott Gumaer attaching a Unanimous Written Consent in Lieu of Meeting of the Board of Directors of Eber Metro dated May 28, 2010 but not yet signed by Gumaer | Sent 7/29/2010 |
| 122 | Email from Elliott Gumaer to Wendy Eber re Alexbay matter | Sent 3/13/2012 |

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
|---|---|---|
| 123 | Email from Wendy Eber to Marino Fernandez attaching documents re: CNB's loan to Eber-CT | Sent 3/12/2012 |
| 126 | Expert Report of Frank Torchio | Served 6/28/2019 |
| 127 | Expert Report of Glenn Liebman | Served 7/26/2019 |
| 132 | Allen Eber's Will (the Trust instrument) | Signed 10/27/1969 |
| 133 | Bylaws of Eber Bros. & Co., Inc. ("EB&C") | Undated |
| 134 | EB&C Stock Certificates Issued to the Trustees | Issued 5/10/1991, 12/2/1997, and 9/6/1989 |
| 135 | CNB's Petition for Judicial Settlement of Final Account of Co-Trustee, Resignation and Discharge of Co-Trustee and Termination of Trust (Relevant Excerpts Only; Ex. A (Empire Valuation) Omitted) | Filed 2/15/2017 |
| 136 | Email from Wendy Eber to James Vazzana attaching Empire Valuation's Appraisal of EBWLC; forwarded to CNB's outside counsel | Sent 1/27/2017 |
| 137 | Notice of Appearance of James G. Vazzana, of Wiedman, Vazzana, Corcoran & Volta, P.C., on behalf of Lester Eber in the Final Accounting of CNB Matter (with Cover Letter and Email) | Sent 3/14/2017; Signed by Lester Eber 3/13/2017 |
| 138 | Appointment of CNB as Trustee of the Trust | Dated 7/23/2007 |
| 139 | Revised Torchio Report Exhibits | Produced 8/22/2019 |
| 140 | Guaranty of EBWLC "in favor of" Lester Eber | "as of" 2/26/2010 |
| 141 | Lester Eber's 2nd Amended Responses to Lisa Stein's First Set of Interrogatories | Dated 7/26/2018 |
| 142 | Lester Eber's 2nd Amended Responses to Daniel Kleeberg's First Set of Interrogatories | Dated 7/26/2018 |
| 143 | Letter from Paul Keneally to Daryoush Behbood | Sent 8/17/2018 |
| 144 | Eber Defendants' Responses to Audrey Hays' Second Set of Interrogatories | Verified 8/27/2018 |

# Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
| --- | --- | --- |
| 145 | Lester Eber's Responses to Daniel Kleeberg's Second Set of Interrogatories | Verified 8/27/2018 |
| 146 | Wendy Eber's Responses to Lisa Stein's First Set of Interrogatories | Signed 8/28/2018 |
| 147 | Letter from Paul Keneally to Brian Brook re Interrogatory Supplements | Sent 12/14/2018 |
| 148 | Responses to Hays' Contention Interrogatories | Dated 9/13/2019 |
| 149 | Responses to Stein's Contention Interrogatories | Dated 9/13/2019 |
| 151 | Stand-Alone Restricted Stock Award Agreement and Employment Agreement between Wendy Eber and Eber Metro and Eber-CT | Effective "as of" 8/14/2012 |
| 152 | Resolutions of the Board of Directors of EBWLC | Dated 2/26/2010 |
| 153 | Email from Wendy Eber to Richard Hawks | Sent 12/15/2016 |
| 154 | Board Authorizing Resolution re: Transactions with Southern Wine & Spirits | Dated 8/__/2007 |
| 155 | EBWLC Form W-2 to Lester Eber | Calendar Year 2010 |
| 156 | Emails between Richard Hawks, Lester Eber, and Elliott Gumaer re: Lisa Kleeberg Stein Financial Request | 9/1 to 9/6/2011 |
| 157 | Letters from Richard Hawks (CNB) to Sally Kleeberg, Lester Eber, and Wendy Eber re Distribution to Erica Stein | Dated 9/20/2011 |
| 158 | Audited Financial Statement for Eber-CT 2011 and 2012 | Dated 2/4/2013 |
| 159 | Stipulation between Alexbay, EBWLC and Eber Metro re "no objection" to conveying Eber Metro to Alexbay | Signed 3/9/2012 |
| 160 | EBWLC General Ledger Page 76, reflecting Legal and Accounting Expenses in Winter and Spring 2012 | Redacted by Defs. |
| 161 | Letter from Richard Hawks (CNB) to Audrey Hays, enclosing Letter from Lester Eber dated 12/15/2009 | Dated 12/18/2009 |
| 162 | Closing Index to Harris Beach's Transaction Binder for Eber Bros. -- Southern Wine & Spirits Transactions | Undated |

Plaintiffs' Exhibit List | Kleeberg v. Eber, 16-cv-9517

| EX # | DESCRIPTION | DATE |
|---|---|---|
| 163 | Alexbay Notice to Eber Metro of Proposal to Accept Collateral In Full Satisfaction of Debts, and Notice to Teamsters | Faxed 1/18/2012 and Delivered 1/19/2012 |
| 164 | Follow-up Correspondence from Lester Eber to Allen Eber Trust c/o CNB re [Exhibit 35] | Signed and Sent 12/17/2018 |
| 176 | Deposition of Lester Eber (excerpts from both days) | Deposed 1/23/2019 and 6/27/2019 |
| 177 | Deposition of Wendy Eber, individually (excerpts from both days) | Deposed 2/28/2019 and 6/28/2019 |
| 178 | Deposition of Eber Metro per FRCP 30(b)(6), with Wendy Eber as corporate designee (excerpts from both days) | Deposed 1/24/2019 and 2/27/2019 |
| 179 | Deposition of Eber-CT per FRCP 30(b)(6), with Wendy Eber as corporate designee | Deposed 2/27/2019 |
| 180 | Deposition of Richard Harris Hawks, Jr. (excerpts from both days) | Deposed 8/20/2018 and 4/11/2019 |
| 181 | Deposition of Southern Glazer's Wine & Spirits, LLC per FRCP 30(b)(6), with Lee Hager as corporate designee | Deposed 5/9/2019 |
| 182 | Deposition of Frank C. Torchio | Deposed 8/23/20190 |
| 190 | Declaration of Audrey Nan Hays | Signed 11/4/2019 |
| 191 | Declaration of Lisa Stein | Signed 11/8/2019 |
| 192 | Declaration of Daniel Kleeberg | Signed 11/8/2019 |