# BROOK & ASSOCIATES, PLLC
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

November 13, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Correct Filing Errors**

Dear Judge Parker,

On behalf of Plaintiffs in the above-named matter, I write to respectfully request that this Court accept the corrected Brief in Support of Plaintiffs' Motion for Partial Summary Judgment that was filed earlier today. This brief only corrects certain cross-reference citations to the Statement of Material Facts that resulted in "Error!" messages when printing from Word to PDF, and the omission of the Proposed Order referenced in the Brief.

I have conferred with opposing counsel and sent them a redline of the changes to pages 2 and 22 of the brief and Defendants consented to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook