

underberg & kessler LLP

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

November 15, 2019

***VIA FEDERAL EXPRESS & ECF (WITHOUT EXHIBITS)***

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **RE:** **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.**
            **Civ. Action No.: 16-cv-9517**

Dear Judge Parker:

    Enclosed please find a courtesy copy of the Eber Defendants' Motion for Partial Summary Judgment papers, including exhibits, filed with the Court on November 8, 2019 regarding the above-referenced matter.

    Additionally, we are withdrawing a small portion of our motion related only to the statute of limitations for Third Amended Complaint Counts I, II, III, IV, V and VII (Brief p. 26-27).

    Thank you for your attention and courtesies.

                            Very truly yours,

                            Paul F. Keneally

PFK/mds
Enclosures
  cc:  Brian C. Brook, Esq.  (w/out enclosures via ECF)
        Robert Calihan, Esq.  (w/out enclosures via ECF)
        Michael J. Adams, Esq.  (w/out enclosures via ECF)
        Donald W. O'Brien, Jr., Esq.  (w/out enclosures via ECF)