**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,<br><br>          Plaintiffs,<br><br> v.<br><br>LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,<br><br>          Defendants,<br><br> and<br><br>EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS OF MAINE, INC., and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>          Nominal Defendants. | Civil Action No.<br>16-CV-9517(LAK/KHP)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of November, 2019, the foregoing letter dated November 15, 2019 from Paul F. Keneally, Esq. was filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 15, 2019
    Rochester, New York    UNDERBERG & KESSLER LLP

        By: _s/ *Paul F. Keneally*_
           Paul F. Keneally, Esq.
           *Attorneys for Eber Defendants*
           300 Bausch & Lomb Place
           Rochester, New York 14604
           Telephone: 585-258-2800
           Facsimile:  585-258-2821
           pkeneally@underbergkessler.com