AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Daniel Kleeberg, Lisa Stein and Audrey Hays ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16-CV-9517(LAK) |
| Lester Eber, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Lester Eber; Alexbay, LLC f/k/a Lester Eber, LLC; Eber Bros. & Co., Inc.; Eber Bros. Wine and Liquor Corp.; Eber Bros. Wine & Liquor Metro, Inc.; Eber-Connecticut, LLC; Wendy Eber; Eber-Rhode Island, LLC; Eber Bros. Acquisition Corp.; Eber-Metro, LLC; and Slocum and Sons of Maine, Inc.

Date:  12/06/2019

*Attorney's signature*

Jillian K. Farrar
*Printed name and bar number*

Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, New York 14604

*Address*

jfarrar@underbergkessler.com
*E-mail address*

(585) 258-2800
*Telephone number*

(585) 258-2821
*FAX number*