# Exhibit C

**Wendy Eber**

**From:** Wendy Eber
**Sent:** Monday, March 12, 2012 2:08 PM
**To:** Brueckner, William E
**Cc:** ewgumaer@gmail.com; Lester Eber
**Subject:** RE: Affidavit

Bill,

I have cc'd Elliot " Mike" Gumaer on this email. He is a trustee of Eber Bros and the Trust of Allen Eber. He was with Nixon Peabody for many years. Can you forward him a copy of Lester's complaint?

Thanks,
Wendy

**From:** Brueckner, William E [mailto:wbrueckner@underbergkessler.com]
**Sent:** Monday, March 12, 2012 9:23 AM
**To:** Lester Eber
**Cc:** Wendy Eber; Glenn Sturm (glenn@sturm.bz); Glenn Sturm; Keneally, Paul F.
**Subject:** Affidavit

Lester-

Please sign the attached affidavit, have it notarized, and return it to me at your earliest convenience by overnight courier. I must have an original signature to file with the Court – it's our hope that we can get the Judge to act on this Affidavit immediately given the lack of opposition to the requested relief.

Should you have any questions regarding the affidavit, please feel free to call.

Bill



William E. Brueckner
SENIOR COUNSEL
wbrueckner@underbergkessler.com
www.underbergkessler.com

Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
585-258-2892 PHONE
585-258-2821 FAX

### CIRCULAR 230 DISCLOSURE:

The Internal Revenue Service requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties or promoting, marketing, or recommending to another party any transaction or matter addressed herein.

### CONFIDENTIALITY NOTICE:

1

EB-00026651