**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

                    Plaintiffs,

                v.

LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC; ESTATE OF ELLIOTT W.
GUMAER, JR.; and WENDY EBER

                    Defendants,

     and

EBER BROS. & CO., INC.;
EBER BROS. WINE AND LIQUOR
CORPORATION; EBER BROS. WINE
& LIQUOR METRO, INC.; EBER-
CONNECTICUT, LLC; EBER-RHODE
ISLAND, LLC; EBER BROS.
ACQUISITION CORP.; EBER-METRO,
LLC; SLOCUM & SONS OF MAINE, INC.,

                    Defendants.

_____

RULE 56 STATEMENT OF
UNDISPUTED MATERIALS
FACTS

Civil Action No. 1:16-cv-09517

        Pursuant to Local Civil Rule 56.1 of the Local Rules of the U.S. District Court for the

Southern District of New York, Defendant the Estate of Elliot W. Gumaer, Jr. ("Estate") submits

in opposition of Plaintiffs' motion for partial summary judgment this statement of material facts

as to which there is no genuine dispute.

        1.      Elliot W. Gumaer, Jr. was paid for "consulting work," not legal work. Lester Eber

Deposition Transcript 254:03-257:13, Exhibit A.

2.      Elliot W. Gumaer, Jr. characterized his fee to be for consulting work.

EB- 00031246, Exhibit B.

3.      Elliot W. Gumaer, Jr. was seeking legal advice as a co-trustee. EB-00026651,

Exhibit C.


Dated: December 6, 2019                         CALIHAN LAW PLLC
       Rochester, New York

                                                /s/ Robert B.  Calihan
                                                Robert B. Calihan (Bar #1817659)
                                                CALIHAN LAW PLLC
                                                620 Reynolds Arcade Building
                                                16 East Main Street
                                                Rochester, New York 14614
                                                Telephone: (585) 281-2593
                                                Facsimile: (866) 533-4206
                                                rcalihan@calihanlaw.com