# EXHIBIT "A"

Minutes from meeting of the Officers of the Trust of Allen Eber August 18, 2011

On August 18th, 2011 at 2:15 Elliot Gumaer, Lester Eber and Richard Hawks, Trustees of the Trust of Allen Eber, met at the Canandaigua National Bank in Rochester, NY to discuss and ratify the actions of the subsidiaries as described below and discuss other Trust business. Mr. Elliot Gumaer participated by conference call. Wendy Eber was present to facilitate and document the discussion.

The trustees ratified three loans made from Lester Eber to Eber Brothers Wine and Liquor Corp. The first loan for $1,500,000 from October, 2009 was assumed by Eber Metro Inc. on February 26, 2010. Eber Metro Inc. granted a secured interest in Metro's assets to secure this loan. This secured loan has an outstanding balance of $1,500,000 plus accrued interest.

The second loan from March 16, 2006, an obligation of Eber Brothers Wine and Liquor Corp. to Lester Eber for the original principal amount of $1,503,750. The third loan of $575,895 from March 16, 2006 (which replaced the original note dated October 1, 2002) of which $ 1,222,710.68 plus accrued interest is outstanding. The loan for $1.503750 was amended in Feb 11th, 2011 to reflect Eber Bros. Metro, Inc. assumption of this debt. Also the security agreement from Feb 26, 2010 was restated to reflect Eber Bros. Metro Inc. assumption of this debt. Lester Eber made funds available after Feb 11, 2011 to Eber Bros Metro Inc. inconsideration of Metro Inc.'s assumption of this debt and security interest in Eber Bros Metro Inc.

After a lengthy discussion about how all the income beneficiaries and third parties were offered the opportunity to participate in the February 26th, 2010 loan but, they all declined and that only based on Lester's goodwill he gave the money for the loan, the loans were ratified by Rick Hawks and Mike Gumaer. Lester Eber abstained. A copy of all the documents relating to the loan was provided to Richard Hawks.

Other business discussed was the performance of the Trust securities. Rick Hawks suggested the need to move 60 percent of the assets into equities which provided dividends. Rick requested copies of the Operating Statement for Eber-CT to determine the value of the corporation. They are hereto attached. Rick also discussed Sally Kleeberg's request for payment by the trust for her medical expenses and health insurance. Based on her decision to decline from providing proof of need, she was denied her request.

EB-00017417