UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,<br><br>                                    Defendants,<br><br>and<br><br>EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS OF MAINE, INC., and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>                                    Nominal Defendants. | Civil Action No.<br>16-CV-9517(LAK/KHP)<br><br><br><br><br><br><br><br><br>**DECLARATION OF<br>JILLIAN K. FARRAR** |

Jillian K. Farrar, Esq., an attorney admitted to practice law before this Court, states and declares the following under the penalty of perjury:

1. I am an associate of Underberg & Kessler LLP, attorneys for Defendants Lester Eber, Alexbay, LLC f/k/a Lester Eber LLC, Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine & Liquor Metro, Inc. Eber-Connecticut, LLC, Eber-Rhode Island, LLC, Eber Bros. of Maine, Inc. and Wendy Eber (collectively, the "Eber Defendants"). As such, I am fully familiar with all pleadings and prior proceedings had herein.

2. I submit this Declaration and Exhibit in opposition to Plaintiffs' Motion for Summary Judgment.

3.      Attached is the following Exhibit referenced in the accompanying Eber Defendants' Response to Plaintiffs' Statement of Material Facts:

Exhibit A:     Deposition Testimony of Frank C. Torchio taken August 23, 2019.

I declare under penalty of perjury pursuant to 28 USC §1746 that the foregoing is true and correct.

Dated:  December 6, 2019
        Rochester, New York

                                        */s/ Jillian K. Farrar*
                                        Jillian K. Farrar