## Wendy Eber

**From:** Wendy Eber
**Sent:** Monday, March 12, 2012 2:52 PM
**To:** ewgumaer@gmail.com
**Cc:** Lester Eber
**Subject:** FW: Directors Resolution
**Attachments:** Joint resolutions.pdf

Mike

Please sign. And return to Janet. Janet, please follow up with Mike.

Wendy

**From:** Parker, Melinda C. [mailto:mparker@underbergkessler.com]
**Sent:** Monday, March 12, 2012 2:40 PM
**To:** Wendy Eber
**Cc:** Lester Eber; Keneally, Paul F.; Russell III Edmund J.
**Subject:** RE: Directors Resolution

Wendy,

Per your request, please find the attached which removes Elliott's name and inserts yours as President in Lester's place. Let me know should you require anything else.

Thank you,
Melinda



Melinda C. Parker
PARALEGAL
mparker@underbergkessler.com
www.underbergkessler.com

Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
585-258-2824 PHONE
585-258-2821 FAX

**From:** Wendy Eber [mailto:weber@slocumandsons.com]
**Sent:** Monday, March 12, 2012 1:35 PM
**To:** Parker, Melinda C.
**Cc:** Lester Eber
**Subject:** RE: Directors Resolution

Melinda,

Can you please substitute my name for Elliott Gumaer as president since I will be replacing Lester as president.

Wendy

1



PLAINTIFF'S EXHIBIT 103

EB-00026633

**From:** Parker, Melinda C. [mailto:mparker@underbergkessler.com]
**Sent:** Friday, March 02, 2012 4:37 PM
**To:** Wendy Eber
**Cc:** Keneally, Paul F.; Russell III Edmund J.
**Subject:** RE: Directors Resolution

Changed Michael to Elliott in the attached. Wendy were there any other names that needed to be added?



Melinda C. Parker
PARALEGAL
mparker@underbergkessler.com
www.underbergkessler.com

Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
585-258-2824 PHONE
585-258-2821 FAX


**From:** Wendy Eber [mailto:weber@slocumandsons.com]
**Sent:** Friday, March 02, 2012 4:32 PM
**To:** Parker, Melinda C.
**Cc:** Keneally, Paul F.; Russell III Edmund J.
**Subject:** RE: Directors Resolution

Sorry, Mike formal name is Elliot Gumaer, Please update this document ASAP.

Thanks,
Wendy

**From:** Parker, Melinda C. [mailto:mparker@underbergkessler.com]
**Sent:** Friday, March 02, 2012 11:21 AM
**To:** Wendy Eber
**Cc:** Keneally, Paul F.; Russell III Edmund J.
**Subject:** Directors Resolution

Wendy,

Attached please find the Board of Directors consent regarding Lester's resignation and the appointment of Mike Gumaer. I have only put signature lines in for you and Mike. Would you please let me know if there are any other directors so that I may include signature lines for them as well?

Please feel free to contact us with any questions or comments.

Thank you,
Melinda



Melinda C. Parker
PARALEGAL
mparker@underbergkessler.com
www.underbergkessler.com

Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
585-258-2824 PHONE
585-258-2821 FAX

EB-00026634

### CIRCULAR 230 DISCLOSURE:

The Internal Revenue Service requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties or promoting, marketing, or recommending to another party any transaction or matter addressed herein.

### CONFIDENTIALITY NOTICE:

This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.
We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Underberg & Kessler LLP

### CIRCULAR 230 DISCLOSURE:

The Internal Revenue Service requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties or promoting, marketing, or recommending to another party any transaction or matter addressed herein.

### CONFIDENTIALITY NOTICE:

This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.
We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Underberg & Kessler LLP

### CIRCULAR 230 DISCLOSURE:

The Internal Revenue Service requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties or promoting, marketing, or recommending to another party any transaction or matter addressed herein.

### CONFIDENTIALITY NOTICE:

This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any

EB-00026635

Case 1:16-cv-09517-LAK-KHP   Document 280-2   Filed 12/07/19   Page 4 of 5

EB-00026636

part of it.
We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Underberg & Kessler LLP

## UNANIMOUS WRITTEN CONSENT
## OF
## BOARD OF DIRECTORS
## OF
## EBER BROS. WINE and LIQUOR CORPORATION

The undersigned, being all of the Directors of Eber Bros. Wine and Liquor Corporation a New York corporation (the "Corporation"), hereby consent, pursuant to Section 708(b) of the Business Corporation Law of the State of New York, to the adoption of the following resolutions:

RESOLVED, that the resignation of Lester Eber as a Director and President of the Corporation is hereby accepted and approved effective February 1, 2012; and be it further

RESOLVED, that Wendy Eber shall be, and is hereby, elected as President of the Corporation, to serve until the next annual meeting of the shareholders and until her respective successor is elected and has qualified; and be it further

RESOLVED, that the unexpired Director's term left by the resignation of Lester Eber be left as vacant until further action of the Board of Directors.

IN WITNESS WHEREOF, the undersigned Directors and Shareholders have executed this Consent as of the _____ day of February, 2012.

_____       _____
Wendy Eber                            Elliott Gumaer

1

G:\MICROSOFT\UKE\EBERBROTHERS\JOINT RESOLUTIONS.DOC

EB-00026637