# Eber Wine & Liquor Corp.
## General Ledger
### All Transactions

**Accrual Basis**



| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **2250 · Accrued Vacation** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | | 85,957.13 | -85,957.13 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 24,022.22 | | -61,934.91 |
| General Jour... | 10/1/2007 | 6 | * | | To reverse Sept 2007 entry | 1073 · CNBT O... | 61,934.91 | | 0.00 |
| General Jour... | 10/31/2007 | 15 | * | | To record Oct vacation accrual | 4280 · Officers ... | | 40,477.66 | -40,477.66 |
| General Jour... | 5/31/2008 | 308 | * | | Need to w/o all PP's & Accrued's to related expnese a/c (& various Due To... | 1710 · Prepaid ... | 40,477.66 | | 0.00 |
| Total 2250 · Accrued Vacation | | | | | | | 126,434.79 | 126,434.79 | 0.00 |
| **2280 · Payrolls** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | | 28,233.51 | -28,233.51 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 1,283.00 | | -26,950.51 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | 26,950.51 | | 0.00 |
| General Jour... | 3/31/2008 | 243 | * | | April PR | 1061 · B of A P... | 6,509.97 | | 6,509.97 |
| General Jour... | 4/1/2008 | 243R | * | | Reverse of GJE 243 -- April PR | 1061 · B of A P... | | 6,509.97 | 0.00 |
| General Jour... | 6/30/2008 | 305 | * | | July PR | 1061 · B of A P... | 1,423.05 | | 1,423.05 |
| General Jour... | 7/1/2008 | 305R | * | | Reverse of GJE 305 -- July PR | 1061 · B of A P... | | 1,423.05 | 0.00 |
| Total 2280 · Payrolls | | | | | | | 36,166.53 | 36,166.53 | 0.00 |
| **2320 · Employee Withholding Tax-State** | | | | | | | | | |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | | 16,819.43 | -16,819.43 |
| General Jour... | 10/31/2007 | | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 16,819.43 | | 0.00 |
| General Jour... | 11/30/2007 | 58 | * | Misc. Customer | EWLC AP GL Cross November 2007 | 1201 · Account... | 11,842.60 | | 11,842.60 |
| General Jour... | 11/30/2007 | 61 | * | | Ref JV129 - to record EFT payments of payroll taxes | 2330 · Employe... | 5,506.83 | | 17,349.43 |
| General Jour... | 11/30/2007 | 62 | * | | Ref JV120 - To record payroll expense for the month | 4090 · Shipping... | | 5,506.83 | 11,842.60 |
| General Jour... | 12/31/2007 | 121 | * | | To record payroll expense for the month | 4090 · Shipping... | | 4,039.58 | 7,803.02 |
| General Jour... | 12/31/2007 | 124 | * | | Per JV129 - To record EFT payments of payroll taxes | 2330 · Employe... | 4,039.58 | | 11,842.60 |
| General Jour... | 1/31/2008 | 185 | * | | To record payroll expense for the month | 4090 · Shipping... | | 4,597.83 | 7,244.77 |
| General Jour... | 1/31/2008 | 188 | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 4,597.83 | | 11,842.60 |
| General Jour... | 2/29/2008 | 208 | * | | To record payroll expense for the month | 4270 · Office S... | | 4,392.63 | 7,449.97 |
| General Jour... | 2/29/2008 | 211 | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 4,392.63 | | 11,842.60 |
| General Jour... | 3/31/2008 | 237 | * | | To record payroll expense for the month | 4270 · Office S... | | 2,881.41 | 8,961.19 |
| General Jour... | 3/31/2008 | 240 | * | | To record EFT payments of payroll taxes | 2330 · Employe... | 2,881.41 | | 11,842.60 |
| General Jour... | 4/30/2008 | 259 | * | | To record payroll expense for the month | 4270 · Office S... | | 3,580.08 | 8,262.52 |
| General Jour... | 4/30/2008 | 261 | * | | To record EFT payments of payroll taxes | 2330 · Employe... | 3,580.08 | | 11,842.60 |
| General Jour... | 5/31/2008 | 281 | * | | To record payroll expense for the month | 4270 · Office S... | | 3,033.76 | 8,808.84 |
| General Jour... | 5/31/2008 | 283 | * | | To record EFT payments of payroll taxes | 2330 · Employe... | 3,033.76 | | 11,842.60 |
| General Jour... | 5/31/2008 | 308 | * | | Need to w/o all PP's & Accrued's to related expnese a/c (& various Due To... | 1710 · Prepaid ... | | 11,842.60 | 0.00 |
| General Jour... | 6/30/2008 | 300 | * | | To record payroll expense for the month | 4200 · Contribu... | | 675.08 | -675.08 |
| General Jour... | 6/30/2008 | 302 | * | | To record EFT payments of Payroll Taxes | 2330 · Employe... | 675.08 | | 0.00 |
| General Jour... | 7/31/2008 | 324 | * | | To record payroll expense for the month | 4270 · Office S... | | 1,449.58 | -1,449.58 |
| General Jour... | 7/31/2008 | 326 | * | | To record EFT payments of payroll taxes | 2330 · Employe... | 1,449.58 | | 0.00 |
| Total 2320 · Employee Withholding Tax-State | | | | | | | 58,818.81 | 58,818.81 | 0.00 |
| **2330 · Employee Withhld Tax-Federal** | | | | | | | | | |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | | 53,333.97 | -53,333.97 |
| General Jour... | 10/31/2007 | 53 | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 53,333.98 | | 0.01 |
| General Jour... | 11/30/2007 | 61 | * | | Ref JV129 - to record EFT payments of payroll taxes | -SPLIT- | 15,746.02 | | 15,746.03 |
| General Jour... | 11/30/2007 | 62 | * | | Ref JV120 - To record payroll expense for the month | 4090 · Shipping... | | 15,746.01 | 0.02 |
| General Jour... | 11/30/2007 | 120 | * | | Reclass to expense | -SPLIT- | | 0.02 | 0.00 |
| General Jour... | 12/31/2007 | 121 | * | | To record payroll expense for the month | 4090 · Shipping... | | 11,930.31 | -11,930.31 |
| General Jour... | 12/31/2007 | 124 | * | | Per JV129 - To record EFT payments of payroll taxes | -SPLIT- | 11,930.31 | | 0.00 |
| General Jour... | 1/31/2008 | 185 | * | | To record payroll expense for the month | 4090 · Shipping... | | 13,043.12 | -13,043.12 |
| General Jour... | 1/31/2008 | 188 | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 13,043.12 | | 0.00 |
| General Jour... | 2/29/2008 | 208 | * | | To record payroll expense for the month | 4270 · Office S... | | 12,245.12 | -12,245.12 |
| General Jour... | 2/29/2008 | 211 | * | | To record EFT payments of payroll taxes | 2350 · Accrued... | 12,245.12 | | 0.00 |
| General Jour... | 3/31/2008 | 237 | * | | To record payroll expense for the month | 4270 · Office S... | | 8,355.34 | -8,355.34 |
| General Jour... | 3/31/2008 | 240 | * | | To record EFT payments of payroll taxes | -SPLIT- | 8,355.34 | | 0.00 |
| General Jour... | 4/30/2008 | 259 | * | | To record payroll expense for the month | 4270 · Office S... | | 10,716.34 | -10,716.34 |
| General Jour... | 4/30/2008 | 261 | * | | To record EFT payments of payroll taxes | -SPLIT- | 10,716.34 | | 0.00 |
| General Jour... | 5/31/2008 | 281 | * | | To record payroll expense for the month | 4270 · Office S... | | 9,334.96 | -9,334.96 |
| General Jour... | 5/31/2008 | 283 | * | | To record EFT payments of payroll taxes | -SPLIT- | 9,334.96 | | 0.00 |
| General Jour... | 6/30/2008 | 300 | * | | To record payroll expense for the month | 4200 · Contribu... | | 1,695.47 | -1,695.47 |
| General Jour... | 6/30/2008 | 302 | * | | To record EFT payments of Payroll Taxes | -SPLIT- | 1,695.47 | | 0.00 |
| General Jour... | 7/31/2008 | 324 | * | | To record payroll expense for the month | 4270 · Office S... | | 3,549.54 | -3,549.54 |
| General Jour... | 7/31/2008 | 326 | * | | To record EFT payments of payroll taxes | -SPLIT- | 3,549.54 | | 0.00 |
| Total 2330 · Employee Withhld Tax-Federal | | | | | | | 139,950.20 | 139,950.20 | 0.00 |

PLAINTIFF'S EXHIBIT 168

EB-00032562



# Eber Wine & Liquor Corp.
## General Ledger
### All Transactions

**Accrual Basis**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 4/30/2011 | 15400... | | Travelers - 50513 | | 2060 · Account... | 3,188.00 | | 398,670.05 |
| Bill | 5/2/2011 | 43753 | | Hartford Financial Srvcs - 43753 | | 2060 · Account... | 298.83 | | 398,968.88 |
| General Jour... | 7/13/2011 | 607 | * | Hartford Financial Srvcs - 43753 | To void check # 1965 | 1083 · CNBT D... | | 298.83 | 398,670.05 |
| Total 4235 · W/C & Disability - G&A | | | | | | | 409,647.04 | 10,976.99 | 398,670.05 |
| **4236 · W/C Disability - Sales** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 32,787.14 | | 32,787.14 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 10,397.87 | | 43,185.01 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 21.83 | | 43,206.84 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 34.40 | | 43,241.24 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | -SPLIT- | 401.56 | | 43,642.80 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 218.42 | | 43,861.22 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 2,339.90 | | 46,201.12 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 2,031.65 | | 48,232.77 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 2,328.75 | | 50,561.52 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 3,133.82 | | 53,695.34 |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | | 25.80 | 53,669.54 |
| Total 4236 · W/C Disability - Sales | | | | | | | 53,695.34 | 25.80 | 53,669.54 |
| **4237 · W/C Disability - Warehouse** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 5,589.93 | | 5,589.93 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 2,720.57 | | 8,310.50 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 11.80 | | 8,322.30 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 489.04 | | 8,811.34 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 5.13 | | 8,816.47 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 84.19 | | 8,900.66 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 1,450.85 | | 10,351.51 |
| General Jour... | 10/31/2007 | 46 | * | | JV#123 - To record Workers' Comp insurance for the month | 4236 · W/C Dis... | 691.88 | | 11,043.39 |
| General Jour... | 11/30/2007 | 58 | * | Misc. Customer | EWLC AP GL Cross November 2007 | 1201 · Account... | 105.93 | | 11,149.32 |
| General Jour... | 12/31/2007 | 125 | * | | GL Cross | 1320 · Building | 4,961.90 | | 16,111.22 |
| General Jour... | 1/31/2008 | 183 | * | | GL Cross | 1718 · A/R Eber | 55.14 | | 16,166.36 |
| General Jour... | 5/31/2008 | 266 | * | | JV to record Special Deposit Recap | 1073 · CNBT O... | | 253.28 | 15,913.08 |
| Total 4237 · W/C Disability - Warehouse | | | | | | | 16,166.36 | 253.28 | 15,913.08 |
| **4238 · Benefits Insurance Sales** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 14,385.70 | | 14,385.70 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | | 1,036.00 | 13,349.70 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 24.68 | | 13,374.38 |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | | 300.00 | 13,074.38 |
| Total 4238 · Benefits Insurance Sales | | | | | | | 14,410.38 | 1,336.00 | 13,074.38 |
| **4239 · Benefits Insurance - Warehouse** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 2,827.77 | | 2,827.77 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | | 174.30 | 2,653.47 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 2.70 | | 2,656.17 |
| Total 4239 · Benefits Insurance - Warehouse | | | | | | | 2,830.47 | 174.30 | 2,656.17 |

EB-00032588



# Eber Wine & Liquor Corp.
## General Ledger
### All Transactions

**Accrual Basis**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 5/31/2011 | | | | Service Charge | 1073 · CNBT O... | 15.00 | | 174,726.23 |
| General Jour... | 5/31/2011 | 605 | * | | To adjust for rounding | 1810 · Investm... | | 3.76 | 174,722.47 |
| Check | 6/30/2011 | | | | Service Charge | 1073 · CNBT O... | 15.00 | | 174,737.47 |
| Deposit | 3/19/2012 | 3442 | | Joseph Serianni | Pension recalculation charge | 1073 · CNBT O... | | 70.00 | 174,667.47 |
| Bill | 4/2/2012 | 12-04 | | HWG Printer Service - 43400 | | 2060 · Account... | 70.20 | | 174,737.67 |
| **Total 4260 · Office Expense & Supplies** | | | | | | | **176,142.18** | **1,404.51** | **174,737.67** |
| **4265 · Recruiting Exp.** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 4.50 | | 4.50 |
| **Total 4265 · Recruiting Exp.** | | | | | | | **4.50** | **0.00** | **4.50** |
| **4270 · Office Salaries** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 395,282.86 | | 395,282.86 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 128,363.23 | | 523,646.09 |
| General Jour... | 10/1/2007 | 6 | * | | To reverse Sept 2007 entry | 1073 · CNBT O... | | 32,042.39 | 491,603.70 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 852.85 | 490,750.85 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 9,538.00 | 481,212.85 |
| General Jour... | 10/1/2007 | 14 | * | | To reverse Sept 2007 entry | 2500 · Accrued... | | 126,934.00 | 354,278.85 |
| General Jour... | 10/31/2007 | 15 | * | | To record Oct vacation accrual | 4280 · Officers ... | 12,665.14 | | 366,943.99 |
| General Jour... | 10/31/2007 | 16 | * | | JV to record special deposit recap | 1073 · CNBT O... | | 539.47 | 366,404.52 |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | 17,974.81 | | 384,379.33 |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | 146,537.55 | | 530,916.88 |
| General Jour... | 10/31/2007 | 51 | * | | JV#121 - Reclass benefit credit | -SPLIT- | | 120.00 | 531,036.88 |
| General Jour... | 11/30/2007 | 62 | * | | Ref JV120 - To record payroll expense for the month | 4090 · Shipping... | 1,397.95 | | 532,434.83 |
| General Jour... | 11/30/2007 | 62 | * | | Ref JV120 - To record payroll expense for the month | 4090 · Shipping... | 19,474.59 | | 551,909.42 |
| General Jour... | 12/31/2007 | 121 | * | | To record payroll expense for the month | 4090 · Shipping... | 12,441.50 | | 564,350.92 |
| General Jour... | 12/31/2007 | 122 | * | | Per JV 121 | -SPLIT- | 96.00 | | 564,446.92 |
| General Jour... | 1/31/2008 | 185 | * | | To record payroll expense for the month | 4090 · Shipping... | 31,599.95 | | 596,046.87 |
| General Jour... | 1/31/2008 | 186 | * | | PR entry | -SPLIT- | 120.00 | | 596,166.87 |
| General Jour... | 2/29/2008 | 208 | * | | To record payroll expense for the month | -SPLIT- | 19,149.37 | | 615,316.24 |
| General Jour... | 2/29/2008 | 209 | * | | Payroll & benefits | -SPLIT- | 96.00 | | 615,412.24 |
| General Jour... | 3/31/2008 | 237 | * | | To record payroll expense for the month | -SPLIT- | 12,410.55 | | 627,822.79 |
| General Jour... | 4/30/2008 | 259 | * | | To record payroll expense for the month | -SPLIT- | 12,252.90 | | 640,075.69 |
| General Jour... | 5/31/2008 | 281 | * | | To record payroll expense for the month | -SPLIT- | 9,802.32 | | 649,878.01 |
| General Jour... | 5/31/2008 | 308 | * | | Need to w/o all PP's & Accrued's to related expnese a/c (& various Due To... | 1710 · Prepaid ... | | 350.00 | 649,528.01 |
| General Jour... | 7/31/2008 | 324 | * | | To record payroll expense for the month | -SPLIT- | 29,595.52 | | 679,123.53 |
| Deposit | 5/12/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 2,222.85 | 676,900.68 |
| Deposit | 5/12/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 1,553.14 | 675,347.54 |
| Check | 5/13/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,553.14 | | 676,900.68 |
| Check | 5/13/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,222.85 | | 679,123.53 |
| Deposit | 5/17/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,775.99 | 675,347.54 |
| Check | 5/18/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,553.12 | | 676,900.66 |
| Check | 5/18/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,222.87 | | 679,123.53 |
| Deposit | 5/24/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,675.66 | 675,447.87 |
| Check | 5/25/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,452.80 | | 676,900.67 |
| Check | 5/25/2010 | EFT | | ADP | | 1083 · CNBT D... | 2,222.86 | | 679,123.53 |
| Deposit | 6/1/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,529.76 | 675,593.77 |
| Check | 6/2/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,384.86 | | 676,978.63 |
| Check | 6/2/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,144.90 | | 679,123.53 |
| Deposit | 6/7/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,545.05 | 675,578.48 |
| Check | 6/8/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,392.14 | | 676,970.62 |
| Check | 6/8/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,152.91 | | 679,123.53 |
| Deposit | 6/14/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,529.76 | 675,593.77 |
| Check | 6/15/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,384.86 | | 676,978.63 |
| Check | 6/15/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,144.90 | | 679,123.53 |
| Deposit | 6/21/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,529.76 | 675,593.77 |
| Check | 6/22/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,384.86 | | 676,978.63 |
| Check | 6/22/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,144.90 | | 679,123.53 |
| Deposit | 6/25/2010 | | | Eber-CT | Deposit | 1083 · CNBT D... | | 1.00 | 679,122.53 |
| Deposit | 6/28/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,529.76 | 675,592.77 |
| Check | 6/29/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,384.86 | | 676,977.63 |
| Check | 6/29/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,144.90 | | 679,122.53 |
| Deposit | 7/6/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,525.43 | 675,597.10 |
| Check | 7/7/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,380.53 | | 676,977.63 |
| Check | 7/7/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 2,144.90 | | 679,122.53 |
| Deposit | 7/12/2010 | | | Eber-CT | PR reimbursed by Eber-CT | 1083 · CNBT D... | | 3,521.56 | 675,600.97 |
| Check | 7/13/2010 | EFT | | ADP | PR to be reimbursed by Eber-CT | 1083 · CNBT D... | 1,376.66 | | 676,977.63 |

EB-00032596

# Eber Wine & Liquor Corp.
## General Ledger
### All Transactions



**Accrual Basis**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **4275 · Temporary Labor** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 7,614.39 | | 7,614.39 |
| General Jour... | 11/30/2007 | 58 | * | Misc. Customer | EWLC AP GL Cross November 2007 | 1201 · Account... | 1,005.95 | | 8,620.34 |
| Total 4275 · Temporary Labor | | | | | | | 8,620.34 | 0.00 | 8,620.34 |
| **4276 · Labor Exp - P.T. Warehouse** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 116.00 | | 116.00 |
| Total 4276 · Labor Exp - P.T. Warehouse | | | | | | | 116.00 | 0.00 | 116.00 |
| **4280 · Officers Salaries** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 92,087.08 | | 92,087.08 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 19,406.25 | | 111,493.33 |
| General Jour... | 10/1/2007 | 6 | * | | To reverse Sept 2007 entry | 1073 · CNBT O... | | 25,875.00 | 85,618.33 |
| General Jour... | 10/31/2007 | 15 | * | | To record Oct vacation accrual | -SPLIT- | 25,875.00 | | 111,493.33 |
| General Jour... | 10/31/2007 | 49 | * | | JV#120 - To record payroll expense for the month | 4090 · Shipping... | 37,120.69 | | 148,614.02 |
| General Jour... | 11/30/2007 | 62 | * | | Ref JV120 - To record payroll expense for the month | 4090 · Shipping... | 35,428.88 | | 184,042.90 |
| General Jour... | 12/31/2007 | 121 | * | | To record payroll expense for the month | 4090 · Shipping... | 36,228.88 | | 220,271.78 |
| General Jour... | 1/31/2008 | 185 | * | | To record payroll expense for the month | 4090 · Shipping... | 44,286.10 | | 264,557.88 |
| General Jour... | 2/29/2008 | 208 | * | | To record payroll expense for the month | 4270 · Office S... | 35,428.88 | | 299,986.76 |
| General Jour... | 3/31/2008 | 237 | * | | To record payroll expense for the month | 4270 · Office S... | 35,428.88 | | 335,415.64 |
| General Jour... | 4/30/2008 | 259 | * | | To record payroll expense for the month | 4270 · Office S... | 44,286.10 | | 379,701.74 |
| General Jour... | 5/31/2008 | 281 | * | | To record payroll expense for the month | 4270 · Office S... | 35,428.88 | | 415,130.62 |
| General Jour... | 5/31/2008 | 308 | * | | Need to w/o all PP's & Accrued's to related expnese a/c (& various Due To... | 1710 · Prepaid ... | | 25,000.00 | 390,130.62 |
| General Jour... | 6/30/2008 | 300 | * | | To record payroll expense for the month | 4200 · Contribu... | 9,802.32 | | 399,932.94 |
| Total 4280 · Officers Salaries | | | | | | | 450,807.94 | 50,875.00 | 399,932.94 |
| **4290 · Computer Rental & Supplies** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 70,976.87 | | 70,976.87 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 33,526.08 | | 104,502.95 |
| General Jour... | 10/31/2007 | 16 | * | | JV to record special deposit recap | 1073 · CNBT O... | | 1,102.40 | 103,400.55 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 3,269.99 | | 106,670.54 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | | 934.27 | 105,736.27 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 1,751.04 | | 107,487.31 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 225.38 | | 107,712.69 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 225.28 | | 107,937.97 |
| General Jour... | 10/31/2007 | 29 | * | Misc. Customer | GL Cross summary Oct-07 | 1232 · Acct. Re... | 1,023.97 | | 108,961.94 |
| General Jour... | 11/30/2007 | 58 | * | Misc. Customer | EWLC AP GL Cross November 2007 | 1201 · Account... | 4,395.52 | | 113,357.46 |
| General Jour... | 12/31/2007 | 125 | * | | GL Cross | 1320 · Building | 3,865.57 | | 117,223.03 |
| General Jour... | 12/31/2007 | 125 | * | | GL Cross | 1320 · Building | 5,580.30 | | 122,803.33 |
| General Jour... | 12/31/2007 | 125 | * | | GL Cross | 1320 · Building | 31.29 | | 122,834.62 |
| General Jour... | 1/31/2008 | 183 | * | | GL Cross | 1718 · A/R Eber | | 2,959.71 | 119,874.91 |
| General Jour... | 1/31/2008 | 183 | * | | GL Cross | 1718 · A/R Eber | 3,251.04 | | 123,125.95 |
| General Jour... | 1/31/2008 | 183 | * | | GL Cross | 1718 · A/R Eber | 31.21 | | 123,157.16 |
| General Jour... | 2/29/2008 | 206 | * | | GL Cross | 1150 · Deposits... | 3,997.00 | | 127,154.16 |
| General Jour... | 2/29/2008 | 206 | * | | GL Cross | 1150 · Deposits... | 3,177.66 | | 130,331.82 |
| General Jour... | 3/31/2008 | 235 | * | | GL Cross | 1719 · A/R Ebe... | 387.66 | | 130,719.48 |
| General Jour... | 3/31/2008 | 235 | * | | GL Cross | 1719 · A/R Ebe... | 1,751.04 | | 132,470.52 |
| General Jour... | 4/30/2008 | 262 | * | | GL Cross | 1719 · A/R Ebe... | 945.00 | | 133,415.52 |
| General Jour... | 4/30/2008 | 262 | * | | GL Cross | 1719 · A/R Ebe... | 3,000.00 | | 136,415.52 |
| General Jour... | 4/30/2008 | 262 | * | | GL Cross | 1719 · A/R Ebe... | 348.89 | | 136,764.41 |
| General Jour... | 5/31/2008 | 279 | * | | Gl Cross | 1710 · Prepaid ... | | 12,617.77 | 124,146.64 |
| General Jour... | 5/31/2008 | 279 | * | | Gl Cross | 1710 · Prepaid ... | 1,881.37 | | 126,028.01 |
| General Jour... | 5/31/2008 | 279 | * | | Gl Cross | 1710 · Prepaid ... | 1,751.04 | | 127,779.05 |
| General Jour... | 5/31/2008 | 279 | * | | Gl Cross | 1710 · Prepaid ... | 73.77 | | 127,852.82 |
| General Jour... | 6/30/2008 | 303 | * | | GL Cross | 1719 · A/R Ebe... | 2,149.12 | | 130,001.94 |
| General Jour... | 6/30/2008 | 303 | * | | GL Cross | 1719 · A/R Ebe... | 1,677.66 | | 131,679.60 |
| General Jour... | 6/30/2008 | 303 | * | | GL Cross | 1719 · A/R Ebe... | 5,019.58 | | 136,699.18 |
| General Jour... | 7/31/2008 | 327 | * | | GL Cross | 2100 · Persona... | 3,422.10 | | 140,121.28 |
| General Jour... | 7/31/2008 | 327 | * | | GL cross | 2100 · Persona... | 317.52 | | 140,438.80 |
| General Jour... | 7/31/2008 | 327 | * | | GL cross | 2100 · Persona... | 1,717.98 | | 142,156.78 |
| General Jour... | 8/31/2008 | 348 | * | | GL Cross | 4230 · Insurance | 3,413.07 | | 145,569.85 |
| General Jour... | 8/31/2008 | 348 | * | | GL Cross | 4230 · Insurance | 1,683.06 | | 147,252.91 |
| General Jour... | 9/30/2008 | 363 | * | | GL Cross | 4510 · Taxes - ... | 2,858.94 | | 150,111.85 |
| General Jour... | 9/30/2008 | 363 | * | | GL Cross | 4510 · Taxes - ... | 2,516.82 | | 152,628.67 |
| General Jour... | 10/31/2008 | 376 | * | | GL cross | 2520 · Accrued... | 1,691.82 | | 154,320.49 |
| General Jour... | 11/30/2008 | 388 | * | | GL cross | 4240 · Legal & ... | 1,204.43 | | 155,524.92 |
| General Jour... | 12/31/2008 | 402 | * | | GL Cross - NYS Sales Tax | 4300 · Sundry ... | 3,597.64 | | 159,122.56 |



**Accrual Basis**

# Eber Wine & Liquor Corp.
## General Ledger
### All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **4340 · FICA Taxes - G&A** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 21,100.51 | | 21,100.51 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 11,013.70 | | 32,114.21 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 65.24 | 32,048.97 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 803.77 | 31,245.20 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 1,348.83 | | 32,594.03 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 6,828.74 | | 39,422.77 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 520.20 | | 39,942.97 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 105.41 | | 40,048.38 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 2,068.74 | | 42,117.12 |
| General Jour... | 11/30/2007 | 120 | * | | Reclass to expense | 2330 · Employe... | 0.04 | | 42,117.16 |
| General Jour... | 12/31/2007 | 123 | * | | Per JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 1,751.78 | | 43,868.94 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | 4342 · FICA Ta... | 5,669.84 | | 49,538.78 |
| General Jour... | 2/29/2008 | 210 | * | | To record various payroll insurances for the month | -SPLIT- | 5,536.75 | | 55,075.53 |
| General Jour... | 3/31/2008 | 239 | * | | To record various payroll insurances for the month | 2340 · Accrued... | 3,484.32 | | 58,559.85 |
| General Jour... | 4/30/2008 | 260 | * | | To record various payroll insurances for the month | 2340 · Accrued... | 3,598.17 | | 62,158.02 |
| General Jour... | 5/31/2008 | 282 | * | | To record various payroll insurances for the month | 2340 · Accrued... | 1,765.28 | | 63,923.30 |
| General Jour... | 5/31/2008 | 308 | * | | Need to w/o all PP's & Accrued's to related expnese a/c (& various Due To... | 1710 · Prepaid ... | | 0.12 | 63,923.18 |
| General Jour... | 6/30/2008 | 301 | * | | To record various payroll insurances for the month | 2340 · Accrued... | 896.46 | | 64,819.64 |
| General Jour... | 7/31/2008 | 325 | * | | To record various payroll insurances for the month | 2340 · Accrued... | 2,239.37 | | 67,059.01 |
| Total 4340 · FICA Taxes - G&A | | | | | | | 67,928.14 | 869.13 | 67,059.01 |
| **4341 · FICA Taxes - Sales** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 10,087.97 | | 10,087.97 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 2,256.02 | | 12,343.99 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 130.05 | | 12,474.04 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 487.69 | | 12,961.73 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 498.72 | | 13,460.45 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 390.15 | | 13,850.60 |
| General Jour... | 12/31/2007 | 123 | * | | Per JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 390.15 | | 14,240.75 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | 4342 · FICA Ta... | 195.08 | | 14,435.83 |
| Total 4341 · FICA Taxes - Sales | | | | | | | 14,435.83 | 0.00 | 14,435.83 |
| **4342 · FICA Taxes - Whse** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 31,492.46 | | 31,492.46 |
| General Jour... | 9/30/2007 | 4 | * | | To record Sept 2007 activity | 1000 · WFF Op... | 5,360.79 | | 36,853.25 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 46.67 | 36,806.58 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 620.18 | 36,186.40 |
| General Jour... | 10/1/2007 | 12 | * | | To reverse Sept 2007 entry | 4090 · Shipping... | | 525.86 | 35,660.54 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | -SPLIT- | 242.58 | | 35,903.12 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 2,583.52 | | 38,486.64 |
| General Jour... | 10/31/2007 | 52 | * | | JV#122 - To rercord various payroll insurances for the month | 4342 · FICA Ta... | 2,352.66 | | 40,839.30 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | -SPLIT- | 46.67 | | 40,885.97 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 1,311.80 | | 42,197.77 |
| General Jour... | 11/30/2007 | 63 | * | | Ref JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 957.62 | | 43,155.39 |
| General Jour... | 12/31/2007 | 123 | * | | Per JV122 - To record various payroll insurances for the month | -SPLIT- | 696.66 | | 43,852.05 |
| General Jour... | 12/31/2007 | 123 | * | | Per JV122 - To record various payroll insurances for the month | 4342 · FICA Ta... | 212.81 | | 44,064.86 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | -SPLIT- | 120.22 | | 44,185.08 |
| Total 4342 · FICA Taxes - Whse | | | | | | | 45,377.79 | 1,192.71 | 44,185.08 |
| **4350 · Fed Unemployment Ins. G&A** | | | | | | | | | |
| General Jour... | 8/31/2007 | 2 | * | | To Enter BB as of 8-31-07 | 3320 · Past Du... | 0.99 | | 0.99 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | 4342 · FICA Ta... | 12.57 | | 13.56 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | 4342 · FICA Ta... | 20.40 | | 33.96 |
| General Jour... | 1/31/2008 | 187 | * | | To record various payroll insurances for the month | 4342 · FICA Ta... | 245.95 | | 279.91 |
| General Jour... | 2/29/2008 | 210 | * | | To record various payroll insurances for the month | 4340 · FICA Ta... | 90.05 | | 369.96 |
| Total 4350 · Fed Unemployment Ins. G&A | | | | | | | 369.96 | 0.00 | 369.96 |

EB-00032604