DRAFT
9:52 AM
08/11/09
Accrual Basis

# Eber Bros. Wine & Liquor Metro, Inc.
## Profit & Loss
### June 2008 through May 2009

|  | Jun '08 - May 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
|    4300 · Sundry Expense | 5,293.00 |
|    4410 · Pension Fund Expense | -523,812.00 |
| **Total Expense** | -518,519.00 |
| **Net Ordinary Income** | 518,519.00 |
| **Other Income/Expense** | |
| **Other Income** | |
|    3400 · Subsidiary Inc - ENDC | 2,519,884.76 |
|    3407 · Subsidiary Income - EBER CT | -2,048,088.00 |
| **Total Other Income** | 471,796.76 |
| **Other Expense** | |
|    9990 · Provision for Income Tax | -1,115,261.96 |
| **Total Other Expense** | -1,115,261.96 |
| **Net Other Income** | 1,587,058.72 |
| **Net Income** | 2,105,577.72 |

PLAINTIFF'S EXHIBIT 170

EB-00020196