# Wendy Eber

| | |
|---|---|
| **From:** | Lester Eber |
| **Sent:** | Wednesday, May 21, 2008 5:08 PM |
| **To:** | Wendy Eber |
| **Subject:** | Re: Slocum Closing |

Don't let him keep as much.. Use the receiveables.

---
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Wendy Eber <W.Eber@eberbros.com>
To: Lester Eber <L.Eber@eberbros.com>
Sent: Wed May 21 16:58:31 2008
Subject: RE: Slocum Closing

Yes. It reduces our proceeds by 240,000, which means $240,000 less for eber bros.'s liabilities.

-----Original Message-----
From: Lester Eber
Sent: Wednesday, May 21, 2008 4:56 PM
To: Wendy Eber
Subject: Re: Slocum Closing

He needs it for r.I. Payables



---
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Wendy Eber <W.Eber@eberbros.com>
To: Lester Eber <L.Eber@eberbros.com>
Sent: Wed May 21 16:15:05 2008
Subject: FW: Slocum Closing

Dave is keeping about 240,000 in Rhode Island.  We need to discuss.




From: dave dean [mailto:ddean@slocumandsons.com]
Sent: Tuesday, May 20, 2008 8:54 PM


PLAINTIFF'S EXHIBIT
**171**

1

EB-00026401

To: Wendy Eber; Lester Eber
Subject: RE: Slocum Closing
Importance: High


We need to retain some of the intial proceeds to payoff existing suppliers and vendors as well as remaining payroll, severance and ongoing commitments. A/P is around $295k and salaries/severance and benefits are around $30k. In addition, there will be ongoing needs for rent, rentals (trucks, etc), etc. until we have complete closure. Let me know how you would like to proceed. I would suggest we send $1 million of the initial proceeds to CNB tomorrow AM, begin to paydown existing liabilities with the remainder and talk when we need to cover others. Hopefully, in the meantime, we can liquidate/monetize more A/R and inventory. Let me know.


Dave
This Great news! Thank you for all your help closing this deal, it could not have been done without you.

I gave lorri two account numbers to have the money wired too. At least 100,000 needs to be wired to EWLC Canandaigua bank account tomorrow with the balance to BofA. Please let me know when the wire is done since we will be overdrawn on the CNbank account.

Thanks
Wendy

---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: dave dean <ddean@slocumandsons.com>
To: Lester Eber <L.Eber@eberbros.com>
CC: Wendy Eber <W.Eber@eberbros.com>
Sent: Tue May 20 19:41:45 2008
Subject: FW: Slocum Closing

FYI. The proceeds either hit our account this evening or first thing tomorrow AM. The Winebow escrow (about $70k) will be sent in the next day or two, once Winebow exercises agreement with Mancini. There is an add'l (approx) $900k tied up in the promissory note and remainder of escrow. I plan on discussing discounting options as far as promissory note with Ken/Lou next week to see if we can free up cash quicker. In addition, we will hopefully monetize a significant portion of the inventory and A/R they didn't purchase. The inventory is another item I plan to discuss with Lou next week in terms of them closing certain things out and participating in proceeds to some degree. Congratulations!


Fed reference numbers as follows:

EB-00026402

| | |
|---|---|
| 1,237,858.30 | 20080520b6b7hu9r004346 |
| 529,368.00 | 20080520b6b7hu8r004328 |

Louis M DiDonato Jr

Chief Financial Officer

Rhode Island Distributing

C&C Distributing

Northeast Beverage Co's

Phone (401) 822-6400 x4180

Fax (401) 397-2453

---

From: Rogers, Patrick [mailto:PRogers@eapdlaw.com]
Sent: Tuesday, May 20, 2008 4:25 PM
To: Justin P. Runke; Lou DiDonato; Ken Mancini; Patrick J. Dalton; dave dean
Cc: Hughes, Andrew
Subject: Slocum Closing


Justin -

3