**Wendy Eber**

| | |
|---|---|
| **From:** | Wendy Eber |
| **Sent:** | Friday, December 11, 2009 11:39 AM |
| **To:** | rhawks@cnbank.com |
| **Subject:** | FW: Annual Letter |

Rick

Please disregard the email below.
Thank you,
Wendy

-----Original Message-----
From: Wendy Eber
Sent: Friday, December 11, 2009 10:43 AM
To: 'rhawks@cnbank.com'
Subject: FW: Annual Letter

Rick

Please move $12,000 from account number 1103168389 to the trust to pay the cumulative preferred stock.

Thanks,
Wendy

-----Original Message-----
From: Wendy Eber
Sent: Friday, December 04, 2009 3:33 PM
To: rhawks@cnbank.com
Subject: Fw: Annual Letter

Sorry, I had the wrong email address.

Wendy
------Original Message------
To: rhawks@cnbwealthstrategies.com
Cc: Lester Eber
Subject: Annual Letter
Sent: Dec 2, 2009 10:54 AM


Rick

I wanted to touch base with you concerning the annual letter that needs to be mailed out to the beneficiaries of the Trust and year end dividend payments. Please forward us a copy of the letter before it is mailed.

This year Lester will be sending out a letter to the beneficiaries and checks for the class A dividend.

1



EB-00026605

I will forward you two checks for $1000 each for the class B dividend for Lester and Sally.  Should I make these checks payable to CN bank?

Should you have any questions feel free to reach me at 203 234 6472.

Thank you,
Wendy

Sent from my Verizon Wireless BlackBerry

EB-00026606