UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PENSION BENEFIT GUARANTY CORPORATION,

            Plaintiff,

v.

EBER BROS. WINE & LIQUOR CORPORATION, as
Plan Administrator of the Eber Bros. Wine & Liquor Corp.
Retirement Plan,

            Defendant.

**NOTICE OF APPEAL**

Civil Action No. 15-cv-6283

    Notice is hereby given that defendant Eber Bros. Wine & Liquor Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order (Dkt. 37) and Judgment (Dkt. 38) dated January 19, 2016 granting summary judgment in favor of Pension Benefit Guaranty Corporation.

Dated: March 16, 2016

BOND, SCHOENECK & KING, PLLC

By: _____
    Edward P. Hourihan, Jr.
    Ingrid C. Palermo
*Attorneys for Eber Bros. Wine & Liquor Corporation*
Office and P.O. Address
350 Linden Oaks, Suite 310
Rochester, New York 14625-2825
Telephone: (585) 362-4700

PLAINTIFF'S EXHIBIT 183