## W-2 2007

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 112771.11 |
| 2 | Federal income tax withheld | 26441.77 |
| 3 | Social security wages | 97500.00 |
| 4 | Social security tax withheld | 6045.00 |
| 5 | Medicare wages and tips | 114017.87 |
| 6 | Medicare tax withheld | 1653.26 |
| d | Control number | 103980 09/FRD 728000 A 113 |
| 12a | D | 1246.76 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state ID no. | NY 16-0417450 |
| 16 | State wages, tips, etc. | 112771.11 |
| 17 | State income tax | 6882.26 |
| 18 | Local wages, tips, etc. | 112771.11 |
| 19 | Local income tax | 3956.84 |
| 20 | Locality name | NYC RES |

Employer: EBER BROS WINE & LIQUOR CORP, 155 PARAGON DRIVE, ROCHESTER NY 14624-1167
Employer's FED ID number: 16-0417450
Employee: WENDY EBER-MORRIS, 524 EAST 72ND STREET, APT 31C, NEW YORK NY 10021

## W-2 2008

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 50834.45 |
| 2 | Federal income tax withheld | 11953.23 |
| 3 | Social security wages | 51383.69 |
| 4 | Social security tax withheld | 3185.79 |
| 5 | Medicare wages and tips | 51383.69 |
| 6 | Medicare tax withheld | 745.06 |
| d | Control number | 103980 09/FRD 728000 T 14 |
| 10 | Dependent care benefits | 2307.60 |
| 12a | D | 549.24 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state ID no. | NY 16-0417450 |
| 16 | State wages, tips, etc. | 50834.45 |
| 17 | State income tax | 3139.76 |
| 18 | Local wages, tips, etc. | 50834.45 |
| 19 | Local income tax | 1794.90 |
| 20 | Locality name | NYC RES |

Employer: EBER BROS WINE & LIQUOR CORP, 155 PARAGON DRIVE, ROCHESTER NY 14624-1167
Employer's FED ID number: 16-0417450
Employee: WENDY EBER-MORRIS, 524 EAST 72ND STREET, APT 31C, NEW YORK NY 10021

## W-2 2009

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 138052.96 |
| 2 | Federal income tax withheld | 29757.04 |
| 3 | Social security wages | 106800.00 |
| 4 | Social security tax withheld | 6621.60 |
| 5 | Medicare wages and tips | 143072.28 |
| 6 | Medicare tax withheld | 2074.55 |
| d | Control number | 001131 09/11Y 001 A 41 |
| 10 | Dependent care benefits | 2500.16 |
| 12a | D | 5019.32 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state ID no. | CT 3041811-000 |
| 16 | State wages, tips, etc. | 138052.96 |
| 17 | State income tax | 6702.67 |

Employer: EBER - CONNECTICUT LLC, 30 CORPORATE DRIVE, NORTH HAVEN CT 06473
Employer's FED ID number: 56-2501049
Employee: WENDY P. EBER, 524 E. 72ND ST., APT. 31C, NEW YORK, NY 10021

PLAINTIFF'S EXHIBIT 184

EB-00021429