## Wendy Eber

| | |
|---|---|
| From: | Wendy Eber |
| Sent: | Thursday, May 31, 2012 4:59 PM |
| To: | ewgumaer@gmail.com; Lester Eber |
| Subject: | Call Tomorrow |
| Attachments: | Scanned from a Xerox multifunction device001.pdf |

See attachments for details.

As of Dec 31, 2012 Lester's loan balance (which includes principal and interest) was $3,650,682. These loans were ratified by the Trust at the Board meeting on August 18, 2011, last summer.

Since January, 2012 Lester has loan an additional:

$203,000 February, 2012
$20,000 March, 2012
$10,000 April, 2012
Totaling $233,000 plus accrued interest. None of any of these loans has been repaid.

As we have discussed in our Board meetings for Eber Brothers in Feb, 2010 these loans were secured by a pledge of virtually all of Eber Bros assets including Eber Bros ownership interest in Eber Bros metro inc.

Estimated outstanding liabilities of Eber Bros Wine and Liquor Corp:
Benderson Lease for Buffalo office still has 18 months left- $250,000+ Harris Beach Litigation $650,000+
D4 electronic discovery judgment for $100,000 Pension liability

Please call 888 278 0296    Enter 9305377  at 10 AM tomorrow. We will call Rick at 11 AM.

Thanks,
Wendy


-----Original Message-----
From: administrator3@slocumandsons.com [mailto:administrator3@slocumandsons.com]
Sent: Thursday, May 31, 2012 4:56 PM
To: Wendy Eber
Subject: Scanned from a Xerox multifunction device


Please open the attached document. It was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf

multifunction device Location: machine location not set
Device Name: K7259


For more information on Xerox products and solutions, please visit http://www.xerox.com

1



PLAINTIFF'S EXHIBIT
185

EB-00026612