

underberg & kessler LLP

PAUL F. KENEALLY, PARTNER
(585) 258-2882
pkeneally@underbergkessler.com

December 9, 2019

***VIA FEDERAL EXPRESS & ECF (WITHOUT EXHIBITS)***

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **RE:**   **Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
             Civ. Action No.: 16-cv-9517**

Dear Judge Parker:

      Enclosed please find a courtesy copy of the Eber Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment; Affidavit dated December 5, 2019 of Wendy Eber; Affidavit dated December 5, 2019 of Lester Eber with Exhibits; Declaration dated December 6, 2019 of Jillian K. Farrar, Esq. with Exhibit and Eber Defendants' Response to Plaintiffs' Statement of Material Facts filed with the Court on December 6, 2019 regarding the above-referenced matter.

      Thank you for your attention and courtesies.

                        Very truly yours,

                        Paul F. Keneally

PFK/mds
Enclosures
  cc:   Brian C. Brook, Esq. (w/out enclosures via ECF)
          Robert Calihan, Esq. (w/out enclosures via ECF)