**BROOK & ASSOCIATES, PLLC**
——— NEW YORK | NEW JERSEY | WASHINGTON DC ———

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

December 19, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Extend Page Limitations on Reply Briefs**

Dear Judge Parker,

I write with the consent of all active parties' counsel to respectfully request that the Court permit all parties to file reply memoranda in support of their respective motions for summary judgment (due Monday, 12/23) that are 16 pages in length. This request is submitted in advance of the deadline in accordance with your Honor's Individual Rule III(c).

I cannot speak as to Defendants' briefs, but Plaintiffs' reply must not only address arguments made in two separate opposition briefs, but also present numerous procedural and evidentiary challenges in connection with Defendants' Rule 56.1 counterstatements (or lack thereof).

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook