# BROOK & ASSOCIATES, PLLC
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

December 27, 2019

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Supplement to Deposition Transcript Excerpts**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter to provide the Court with supplemental deposition transcript pages that were cited in our summary-judgment-related filings, but which were not included in the excerpts of the transcripts that were provided previously. Specifically, these pages were cited in the additional paragraphs provided in Plaintiffs' Counterstatement of Material Facts. I regret this oversight on my part.

For the Court's convenience, I attach the supplemental pages in two ways. First, on their own; second, incorporated within an updated version of the complete deposition transcript exhibit, so that the Court has a single file containing all of the pages referenced in Plaintiffs' filings.

Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook