|  | Page 182 |  | Page 184 |
|---|---|---|---|
| 1 | W. EBER | 1 | W. EBER |
| 2 | Q   Under the terms of the will if Lester had | 2 | A   At the time I wasn't sure. |
| 3 | died in 2016 who would have gotten control of Eber | 3 | Q   So did you ever tell the bank that you had |
| 4 | Brothers and Co. Inc. stock? | 4 | found the stock book? |
| 5 | A   It's irrelevant. | 5 | A   Basically what I said was I would look for |
| 6 | Q   Is it irrelevant when you're determining | 6 | it.  I think it was like in June and then I said I |
| 7 | the interpretation of what the intent of the will | 7 | would look for it over Fourth of July weekend and I |
| 8 | was? | 8 | never heard back from the bank and then it was like |
| 9 |    MR. RAMSEY:  Form. | 9 | in a black hole.  No one said anything back to me. |
| 10 | A   The intent of the will, it's right in | 10 | Q   So you were waiting for the bank to tell |
| 11 | there that says Lester while he is living is running | 11 | you, yes, please look for it? |
| 12 | the company. | 12 | A   Right, but it's really irrelevant because |
| 13 | Q   It doesn't say that. | 13 | it wouldn't be -- well, whatever. |
| 14 | A   It says Lester's running the company. | 14 | Q   Why do you say it's irrelevant? |
| 15 |    MR. RAMSEY:  We're going to take five | 15 | A   Because we have the stock books.  We have |
| 16 | minutes here. | 16 | them. |
| 17 |    VIDEOGRAPHER:  The time is 15:52.  We are | 17 | Q   Okay.  Had you told your lawyer that you |
| 18 | off the record. | 18 | did not have the stock book? |
| 19 |    VIDEOGRAPHER:  The time is 15:57.  We are | 19 |    MR. RAMSEY:  Form.  Stop.  Communications |
| 20 | on the record. | 20 | with your counsel. |
| 21 | Q   As secretary of Eber Brothers and Co. Inc. | 21 |    MR. BROOK:  Not when he disclosed it. |
| 22 | you are in control of the stock book and ledger for | 22 | Let's look at this here.  This is Exhibit 40 |
| 23 | the company; correct? | 23 | previously marked.  It's an email from Jim Pazzona |
| 24 | A   Correct. | 24 | to a lawyer for CNB stating, "Dear Melissa, I trust |
| 25 | Q   Where is that located? | 25 | you received my voicemail of yesterday afternoon |

|  | Page 183 |  | Page 185 |
|---|---|---|---|
| 1 | W. EBER | 1 | W. EBER |
| 2 | Q   Where in Rochester? | 2 | regarding your inquiry as to the corporate stock |
| 3 | A   95 Allens Creek Road. | 3 | book of Eber Brothers and Co. Inc.  I am fairly |
| 4 | Q   How long has it been at that location for? | 4 | confident that they do not have it, however to be |
| 5 | A   Since we moved.  The company moved from | 5 | sure Wendy will be in Rochester over the Fourth of |
| 6 | 155 Paragon Drive. | 6 | July weekend and will double check." |
| 7 | Q   Okay, and was it in Lester Eber's personal | 7 | A   Yes.  This is incorrect. |
| 8 | office or in another part of the office space there? | 8 | Q   What about this is incorrect? |
| 9 | A   I'm not exactly sure where.  It probably | 9 | A   That -- I didn't say I'm confident that |
| 10 | was between the two.  It might have been in his | 10 | they don't have it.  I didn't -- I said I would look |
| 11 | personal office.  They're connected. | 11 | for it is what I said.  I don't necessarily know |
| 12 | Q   Did you have some difficulty in locating | 12 | where it is.  I will go look for it.  I'm going to |
| 13 | that stock ledger in about mid '17? | 13 | be up there Fourth of July weekend and then I didn't |
| 14 |    MR. RAMSEY:  Form. | 14 | here anything. |
| 15 | A   We were, um -- I told the bank or what we | 15 | Q   So you're saying you did not authorize |
| 16 | basically said -- I wasn't exactly sure where it was | 16 | your lawyer to tell CNB that he was confident that |
| 17 | and I was going up to Rochester over Fourth of July | 17 | you didn't have the stock book? |
| 18 | and I said I would look for it then. | 18 | A   No, I didn't say that.  I just said this |
| 19 | Q   Why did you tell them that you would look | 19 | is incorrect. |
| 20 | for the stock book?  What was the reason for the | 20 | Q   So you did authorize him to -- |
| 21 | inquiry. | 21 |    MR. RAMSEY:  No.  This is not a waiver of |
| 22 | A   The bank had requested. | 22 | privilege here.  Whatever he said, he said. |
| 23 | Q   What was your understanding as to what the | 23 | But that doesn't mean a waive of any privilege. |
| 24 | bank wanted to do with the stock book? | 24 | She's saying that this is inaccurate. |
| 25 |    MR. RAMSEY:  Form. | 25 | Q   Now, was this email here forwarded to you? |