

Rochester, New York
www.CalihanLaw.com

Writer's Direct Dial: 585-281-2593
Email: rcalihan@calihanlaw.com
Office: New York, New York

January 13, 2020

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.</u>
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Judge Parker:

    Please accept the attached correspondence as filing of a corrected version of the letter to Your Honor filed Friday, January 10, 2020. This version contains two corrections on line 10 of page two: "Gumaer's" to "Gumaer" and "2001-12" to "2012-16". I apologize for any inconvenience to the Court.

    Thank you for your continued attention to this matter.

                                      Respectfully submitted,

                                      /s/ Robert B. Calihan

                                      Robert B. Calihan

cc:  Counsel of Record (via ECF)