# Exhibit A



Brian Brook <brian@brook-law.com>

## Eber

**Ramsey, Colin D.** <cramsey@underbergkessler.com>  Fri, Mar 20, 2020 at 10:11 AM
To: "brian@brook-law.com" <brian@brook-law.com>

Brian-

Following up on the voicemail that I left for you on Wednesday, I am wondering whether you or your clients have any interest in revisiting settlement discussions at this time. As you can imagine, the current situation is going to have a devastating impact on the Eber business. Much of the inventory comes from Europe, and deliveries have ground to a trickle. Obviously, with bars and restaurants closed, there is little demand for the product.

The business was in a fairly precarious position before all of this hit, and the future is even more uncertain now.

I have not had a discussion with the Ebers on what they would be willing to do, but assume they would be interested in exploring a resolution so they could focus on everything else.

Give me a call to discuss.

Colin



our most important partner is you®

**Colin D. Ramsey**

PARTNER
cramsey@underbergkessler.com

www.underbergkessler.com

Underberg & Kessler LLP
50 Fountain Plaza, Suite 320
Buffalo, NY  14202
716-847-9103 PHONE
716-847-6004 FAX

CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and intended solely for the named