# Exhibit B

# Eber Bros Wine and Liquor Corp. Retirement Plan
# Appendix-Technical Valuation Issues

## June 6, 2014

Confidential Commercial and Financial Information. Settlement negotiations subject to FRE 408

1

EB-00017854

# Valuation
## Response to PBGC's Valuation Questions

- PBGC has questioned whether Lester Eber and John Slocum are overpaid, resulting in understated EBITDA.
    - The wine and liquor distribution business is heavily relationship driven. The success of Eber-CT depends on the talent of two key employees – Lester Eber and John Slocum.
    - The relationships of Lester Eber and John Slocum have been developed over decades and are necessary for the company's operations.
    - Salaries of Lester Eber and John Slocum are within market salary ranges based on discussions with a knowledgeable industry source. Ranges for John Slocum's position in the Northeast are between $200,000 to $300,000 base with bonuses ranging from $26,000 to $66,000. Salaries for Lester Eber's position start at $500,000.

Confidential Commercial and Financial Information. Settlement negotiations subject to FRE 408

5

EB-00017858

# Valuation
# Response to PBGC's Valuation Questions

- Lester Eber FY 2013 salary was $117,000, FY 2014 salary was $186,375/bonus $17,500.
    - CEO Eber-CT
    - More than 50 years in the wine and liquor distribution business
    - Built Eber-CT's spirits portfolio from $0 in 2008 to $5,145,354 in 2013
    - Responsible for bringing in important new suppliers
        - Four Roses Bourbon
        - Anchor Distilling
        - High West Spirits
        - Chopin Vodka
        - Domaine Drouhin
        - Teeling Irish Whisky and Templeton Rye
    - Job duties include –
        - Meeting with suppliers every week in CT and NY
        - Participating in weekly management meetings
        - Working with salesmen in the field to drive sales.
        - Managing local governmental relationships and compliance issues.

Confidential Commercial and Financial Information. Settlement negotiations subject to FRE 408

EB-00017859

# Valuation
## Response to PBGC's Valuation Questions

- John Slocum FY 2013 salary was $237,660/bonus $28,000, FY 2014 was $225,000.
    - Executive VP and Sales Manager
    - More than 25 years in the wine and liquor distribution business, all with Slocum and Sons.
    - Strong relationships with key suppliers and customer base in the CT market
    - Strong wine knowledge, understands price/quality relationship of wine and wine sales.
    - Manages and motivates a team of 37 sales and marketing professionals.
    - Pay is direct result of market pressure to meet terms of arm's length job offers from two competitors.

Confidential Commercial and Financial Information Settlement negotiations subject to FRE 408

EB-00017860