# Exhibit C

## PROXY

The undersigned, a shareholder of Eber Bros. & Co., Inc., a corporation organized under the laws of the state of New York (the "Corporation"), appoints Daniel Kleeberg (the "**Proxy** Agent") as a **proxy** agent for the undersigned, with full power of substitution.

The **Proxy** Agent is authorized to vote all the shares of voting stock of the Corporation standing in the name of the undersigned on the books and records of the Corporation at the next meeting of the shareholders of the Corporation, whenever it may be scheduled or at any adjournment thereof (the "Meeting"):

(a) In favor of the election of the following named persons to the board of directors of the Corporation: Daniel Kleeberg and Michael Ackerley; and

(b) On any matter other than the election of directors that may come before the meeting as the **Proxy** Agent wishes, at the **Proxy** Agent's sole discretion.

The undersigned is the owner of 308.33 (i.e. 308 and 1/3) Class A voting shares of the common stock of the Corporation.

This **proxy** revokes all **proxies** previously given by the undersigned to vote shares of the Corporation at the Meeting. It may be revoked any time by delivery of written notice of revocation signed by the undersigned to the **Proxy** Agent or the Corporation.

Dated: April 8, 2020

*Lisa Stein*
Lisa Stein
Shareholder

## PROXY

The undersigned, a shareholder of Eber Bros. & Co., Inc., a corporation organized under the laws of the state of New York (the "Corporation"), appoints Daniel Kleeberg (the "Proxy Agent") as a proxy agent for the undersigned, with full power of substitution.

The Proxy Agent is authorized to vote all the shares of voting stock of the Corporation standing in the name of the undersigned on the books and records of the Corporation at the next meeting of the shareholders of the Corporation, whenever it may be scheduled or at any adjournment thereof (the "Meeting"):

(a) In favor of the election of the following named persons to the board of directors of the Corporation: Daniel Kleeberg and Michael Ackerley; and

(b) On any matter other than the election of directors that may come before the meeting as the Proxy Agent wishes, at the Proxy Agent's sole discretion.

The undersigned is the owner of 616.67 (i.e. 616 and 2/3) Class A voting shares of the common stock of the Corporation.

This proxy revokes all proxies previously given by the undersigned to vote shares of the Corporation at the Meeting. It may be revoked any time by delivery of written notice of revocation signed by the undersigned to the Proxy Agent or the Corporation.

Dated: April 8, 2020

_____
Audrey Nan Hays
Shareholder