# Exhibit D



Brian Brook <brian@brook-law.com>

---

## RE: Call

**David Slossberg** <DSlossberg@hssklaw.com>  
To: Brian Brook <brian@brook-law.com>

Thu, Apr 9, 2020 at 10:37 AM

Brian:

With regard to your email below, my client, Eber-CT, has advised me that it has no interest in John Slocum returning to the company as an employee or in any other capacity. As you know, John breached his employment agreement with the company. The company intends to pursue its remedies against John to the fullest extent possible. Best,

David


**From:** Brian Brook <brian@brook-law.com>
**Sent:** Tuesday, April 7, 2020 7:25 PM
**To:** David Slossberg <DSlossberg@hssklaw.com>
**Subject:** Call


David,


I left you a vm earlier. It is important that we speak when you can. I'd like to see if I cannot help to broker/mediate a resolution to your matter with John Slocum given Lester's unfortunate passing. The Eber-CT company needs a relationship person in there now more than ever, and we both know that Wendy isn't that person. Since you represent just the company and not either of the Ebers personally, I'm hopefully that, consistent with that role, you might be the person to talk to.


I'm planning to speak with Marc Zaken tomorrow at 11, since I want him to know what I'm thinking about doing since, unlike my prior discussion with John Slocum, I don't think it would be appropriate for me to reach out to him, even in a mediation-esque capacity, since this one would involve some discussion of your matter where he is represented by counsel (conflicted those Marc may be). And I'm afraid that, given your subpoena, John Slocum was almost certainly instructed not to speak with Dan Kleeberg again.


It takes two to tango, but I'm a pretty good intermediary and my interests are aligned with everyone except for CDI. That said, perhaps given the current environment, CDI isn't as interested in picking up the tab for John Slocum's legal bills and eventual salary as it used to be. Only one way for us to find out.


I hope you're staying safe and relatively sane, all things considered.


--

Brian Brook

**Brook & Associates, PLLC**

100 Church St. Fl. 8

New York, NY 10007

(212) 256-1957


This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any unauthorized dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.