```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                         Plaintiffs,

      -against-

LESTER EBER, et al.,

                         Defendants.

-----------------------------------------------------------------X

**16-CV-9517 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the recent passing of Defendant Lester Eber and that fact that neither his estate nor Defendant Alexbay LLC are currently represented by counsel, Plaintiffs' motion to expedite this Court's decision on their pending Motion for Summary Judgement is denied. The parties are directed to file a joint letter by no later than **May 15, 2020** advising the Court whether an executor has been appointed for Lester Eber's estate and the status of any settlement negotiations.

**SO ORDERED.**

DATED:    New York, New York
               April 14, 2020

                                                      _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge