USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                     Plaintiffs,

        -against-

LESTER EBER, et al.,

                     Defendants.

----------------------------------------------------------------X

**16-CV-9517 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of a letter concerning a dispute that has arisen between Plaintiffs and Nominal Defendant CNB regarding settlement. The Court will hold a telephonic conference with the attorneys for Plaintiffs and CNB on **May 14, 2020 at 10:30 a.m.** Counsel for Plaintiffs and CNB shall call 1-866-434-5269 and use access code 4858267. The Court will email counsel for the parties a security code prior to the conference.

**SO ORDERED.**

DATED:    New York, New York
               May 11, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge