# BROOK & ASSOCIATES, PLLC
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**  
BRIAN@BROOK-LAW.COM

100 CHURCH STREET  
FLOOR 8  
NEW YORK, NY 10007  
TEL: (212) 256-1957

July 2, 2020

**By ECF**

The Honorable Katherine H. Parker  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP  
**Lester Eber Substitution Extension Request**

Dear Judge Parker,

Counsel for Wendy Eber has advised that her appointment as Executrix of the Lester Eber Estate has been delayed because her mother and brother object to her appointment. The hearing date has been set for late August.

I write because the Rules require a motion to substitute an estate within 90 days after the filing of suggestion of death, absent leave from the Court. Since the suggestion of death was filed on April 5, and the delay in filing will be due to no fault of Plaintiffs, I respectfully request that the Court extend the time to file the motion to substitute.

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook