

underberg & kessler LLP

COLIN D. RAMSEY, PARTNER
(716) 847-9103
cramsey@underbergkessler.com

July 2, 2020

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.*
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Magistrate Parker:

    Please be advised that the Eber Defendants have no objection to the request of Mr. Brook for an extension of the time period to file a motion to substitute.

    As alluded to by Mr. Brook, a Petition was filed in Monroe County Surrogate's Court on May 29, 2020. The Surrogate's Court subsequently issued a Citation directing that Doris Ellen Eber (Lester Eber's widow) and David G. Eber, Lester Eber's son, show cause on August 13, 2020, why a decree should not be made admitting Lester Eber's Will to probate, and issuing Letters Testamentary ("Letters") to Wendy Eber.

    We will advise the Court as soon as we have additional information from Surrogate's Court.

Respectfully submitted,

Colin D. Ramsey

CDR:ar