USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                              Plaintiffs,                  **16-CV-9517 (LAK) (KHP)**

    -against-                        **CASE MANAGEMENT**
                                                           **CONFERENCE ORDER**

LESTER EBER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Case Management Conference in this matter is hereby scheduled for **Thursday, October 8, 2020 at 2:30 p.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, access code: 4858267.**

      SO ORDERED.

DATED:    New York, New York
                September 1, 2020

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge