# BROOK & ASSOCIATES, PLLC
— NEW YORK | NEW JERSEY | WASHINGTON DC —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

September 14, 2020

**By ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Extend Time to File Motion for Reconsideration**

Dear Judge Parker,

I write on behalf of Plaintiffs in the above-named matter. Tomorrow is the deadline for Plaintiffs to file a motion for reconsideration of the summary judgment decision. The Court has extended two of the Defendants' time to file the motion indefinitely pending the appointment of a representative for Lester Eber's estate. When I saw the order, I initially misunderstood it as extending the deadline for all parties, as the Court had originally when it set the September 15 deadline. After realizing my mistake earlier today, I asked counsel for the Eber Defendants to consent to an extension until Friday, September 18, 2020, and he advised that he consented.

Accordingly, I write to respectfully request an extension of time for Plaintiffs to file under Friday, September 18, 2020. This is the first extension requested for Plaintiffs. I thank the Court for its consideration of this request.

Respectfully submitted,

Brian C. Brook

cc:   All counsel of record