

**COLIN D. RAMSEY, PARTNER**
(716) 847-9103
cramsey@underbergkessler.com

September 28, 2020

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Daniel Kleeberg, Lisa Stein and Audrey Hays v. Estate of Lester Eber, et al.*
             Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Magistrate Parker:

    Pursuant to the Court's September 3, 2020 Order, I am writing to advise that on September 24, 2020, the Monroe County Surrogate's Court appointed Wendy Eber as Executrix of the Estate of Lester Eber.

    Wendy Eber has elected to retain Underberg & Kessler LLP to represent the Estate of Lester Eber, as well as Alexbay, and we plan on filing a stipulation to substitute the Estate in the near future.

                                 Respectfully submitted,

                                 Colin D. Ramsey

CDR:ar