UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,

        Plaintiffs,

v.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER,

        Defendants,

and

EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; CANANDAIGUA NATIONAL BANK & TRUST COMPANY,

        Nominal Defendants.

Civil Action No.:
16-CV-9517(LAK)(KHP)

**STIPULATION AND ORDER TO SUBSTITUTE PARTY**

---

**WHEREAS,** plaintiffs commenced the above captioned action on December 9, 2016 in which they named Lester Eber as a defendant;

**WHEREAS,** Defendant the Estate of Elliott W. Gumaer, J.r has filed a cross-claim against Lester Eber;

**WHEREAS,** on April 5, 2020, Defendant Lester Eber died;

**WHEREAS,** on September 24, 2020, Defendant Wendy Eber was appointed the Executrix of the Estate; and

**WHEREAS,** the Estate of Lester Eber has engaged Underberg & Kessler LLP as counsel for the Estate as evidenced by the Declaration of Colin Ramsey attached hereto as **Exhibit A**;

It is now, hereby, **STIPULATED, AGREED and ORDERED** that the Estate of Lester Eber should be substituted as a defendant in the above captioned action.

Dated: September 30, 2020

*Colin Ramsey, Esq.*
UNDERBERG & KESSLER LLP
*Attorneys for Defendant*
*Estate of Lester Eber*
300 Bausch & Lomb Pl.
Rochester, New York 14604
Telephone: (585) 248-2800
Email: cramsey@underbergkessler.com

Dated: September ___, 2020

Robert C. Calihan, Esq.
CALIHAN LAW PLLC
*Attorneys for Defendant*
*Estate of Elliot W. Gumaer, Jr.*
16 E. Main Street, Suite 620
Rochester, New York 14614
Telephone: (585) 232-5291
Email: rcalihan@calihanlaw.com

Dated: Sept 29, 2020

Dated: September 25, 2020

Brian C. Brook (BB 1980)
BROOK & ASSOCIATES, PLLC
*Attorneys for Plaintiffs*
100 Church Street, 8th Floor
New York, NY 10007
Telephone: (212) 256-1957
Email: brian@brook-law.com

**SO ORDERED:**

_____
Honorable Lewis A. Kaplan
United States District Judge

_____
Honorable Katherine H. Parker
United States Magistrate Judge