UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN, and AUDREY
HAYS,

          Plaintiffs,

    v.

LESTER EBER; ALEXBAY, LLC f/k/a LESTER
EBER, LLC; ESTATE OF ELLIOTT W. GUMAER,
JR.; and WENDY EBER,

          Defendants,

    and

EBER BROS. & CO., INC.; EBER BROS. WINE AND
LIQUOR CORP.; EBER BROS. WINE & LIQUOR
METRO, INC.; EBER-CONNECTICUT, LLC; EBER-
RHODE ISLAND, LLC; EBER BROS. ACQUISITION
CORP.; EBER-METRO, LLC; SLOCUM & SONS OF
MAINE, INC.; CANANDAIGUA NATIONAL BANK
& TRUST COMPANY,

          Nominal Defendants.

Civil Action No.:
16-CV-9517(LAK)(KHP)

**STIPULATION AND ORDER
TO SUBSTITUTE PARTY**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  10/1/2020 |

    **WHEREAS,** plaintiffs commenced the above captioned action on December 9, 2016 in which they named Lester Eber as a defendant;

    **WHEREAS,** Defendant the Estate of Elliott W. Gumaer, J.r has filed a cross-claim against Lester Eber;

    **WHEREAS,** on April 5, 2020, Defendant Lester Eber died;

    **WHEREAS,** on September 24, 2020, Defendant Wendy Eber was appointed the Executrix of the Estate; and

    **WHEREAS,** the Estate of Lester Eber has engaged Underberg & Kessler LLP as counsel for the Estate as evidenced by the Declaration of Colin Ramsey attached hereto as **Exhibit A;**

It is now, hereby, **STIPULATED, AGREED and ORDERED** that the Estate of Lester

Eber should be substituted as a defendant in the above captioned action.

Dated:  September 30, 2020

Colin Ramsey, Esq.
UNDERBERG & KESSLER LLP
*Attorneys for Defendant*
*Estate of Lester Eber*
300 Bausch & Lomb Pl.
Rochester, New York 14604
Telephone: (585) 248-2800
Email: cramsey@underbergkessler.com

Dated:  September 25, 2020

Brian C. Brook (BB 1980)
BROOK & ASSOCIATES, PLLC
*Attorneys for Plaintiffs*
100 Church Street, 8th Floor
New York, NY 10007
Telephone: (212) 256-1957
Email: brian@brook-law.com

Dated:  September ___, 2020

Robert C. Calihan, Esq.
CALIHAN LAW PLLC
*Attorneys for Defendant*
*Estate of Elliot W. Gumaer, Jr.*
16 E. Main Street, Suite 620
Rochester, New York 14614
Telephone: (585) 232-5291
Email: rcalihan@calihanlaw.com

Dated:  Sept 29, 2020

**SO ORDERED:**

_____
Honorable Lewis A. Kaplan
United States District Judge

_____
Honorable Katherine H. Parker
United States Magistrate Judge

Dated: 10/1/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,

                                        Plaintiffs,

        v.

LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC,
ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,

                                        Defendants,

        and

EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR
CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-
CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS.
ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS
OF MAINE, INC., and CANANDAIGUA NATIONAL BANK &
TRUST COMPANY,

                                        Nominal Defendants.

Civil Action No.
16-CV-9517(LAK/KHP)

## DECLARATION OF COLIN D. RAMSEY, ESQ.

1.      I, Colin D. Ramsey, am an attorney licensed to practice in the State of New York and in this Court.

2.      I submit this Declaration in support of the Stipulation to substitute the Estate of Lester Eber as a defendant in this litigation.

3.      Lester Eber, deceased, was a named defendant in this action in his individual capacity.

4.      On April 4, 2020, Lester Eber passed away from complications relating to COVID-19.

5.      Under Fed.R.Civ.P. 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party."

6.     On September 24, 2020 Wendy Eber was issued Letters Testamentary by the Monroe County Surrogate's Court, permitting her to serve as Executrix of Lester Eber's Estate.

7.     Accordingly, the Estate of Lester Eber may now be substituted as a defendant in place of Lester Eber.

8.     Ms. Eber has elected to retain Underberg & Kessler LLP to represent the Estate of Lester Eber and Alexbay.

9.     Counsel for plaintiffs and for co-defendant, Estate of Elliott W. Gumaer, Jr., have agreed to stipulate to the substitution of the Estate of Lester Eber.

WHEREFORE, for each and all of the foregoing reasons, Wendy Eber requests that an order of substitution be entered substituting the Estate of Lester Eber as a party defendant in lieu of original defendant Lester Eber, deceased.


DATED:  October 1, 2020
        Buffalo, New York

                            UNDERBERG & KESSLER LLP


                            By:
                                Colin D. Ramsey, Esq., Of Counsel
                                *Attorneys for Eber Defendants*
                                50 Fountain Plaza
                                Suite 320
                                Buffalo, New York 14202
                                (716) 847.9103

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Donald O'Brien, Esq.
Woods Oviatt Gilman
700 Crossroads Building
2 State Street
Rochester, New York 14614

Brian Brook, Esq.
Brook & Associates, PLLC
100 Church St., Fl. 8
New York, NY 10007

Robert Calihan, Esq.
Calihan Law PLLC
620 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614

Michael J. Adams, Esq.
Calihan Law PLLC
620 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614

Colin D. Ramsey, Esq., Of Counsel
Underberg & Kessler LLP
*Attorneys for Eber Defendants*
50 Fountain Plaza
Suite 320
Buffalo, New York 14202
(716) 847.9103