## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,

                                 Plaintiffs,

v.

ESTATE OF LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,

                                 Defendants,

and

EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS OF MAINE, INC., and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,

                                 Nominal Defendants.

Civil Action No.
16-CV-9517(LAK/KHP)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on the 2nd day of October, 2020, the foregoing Declaration dated October 2, 2020 of Colin D. Ramsey, Esq. and the Eber Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Reconsideration were filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: October 2, 2020
         Rochester, New York

UNDERBERG & KESSLER LLP

By: _/s/ Colin D. Ramsey_
Colin D. Ramsey, Esq.
*Attorneys for Eber Defendants*
50 Fountain Plaza, Suite 320
Buffalo, New York 14202
Tel.: (716) 847-9103