

underberg & kessler LLP

COLIN D. RAMSEY, PARTNER
(716) 847-9103
cramsey@underbergkessler.com

October 5, 2020

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Daniel Kleeberg, Lisa Stein and Audrey Hays v. Estate of Lester Eber, et al.*
> Civ. Action No.:  16-cv-09517-LAK-KHP

Dear Magistrate Parker:

It has come to our attention that there was a citation error in Eber Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Reconsideration. I write to respectfully request that the Court accept the corrected Amended Memorandum of Law, which was filed moments ago.

Mr. Brook has consented to the Eber Defendants making this correction.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Colin D. Ramsey*

Colin D. Ramsey