UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,<br><br>                      Plaintiffs,<br>v.<br>ESTATE OF LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC, ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,<br><br>                      Defendants,<br>and<br>EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS OF MAINE, INC., and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>                      Nominal Defendants. | Civil Action No.<br>16-CV-9517(LAK/KHP)<br><br>**CERTIFICATE OF**<br>**SERVICE** |

      I hereby certify that on the 5th day of October, 2020, the foregoing letter dated October 5, 2020 of Colin D. Ramsey, Esq. and the Eber Defendants' Amended Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Reconsideration were filed electronically with the Clerk of the U.S. District Court for the Southern District of New York using its CM/ECF system.  Notice of this filing is being sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

DATED: October 5, 2020
         Rochester, New York         UNDERBERG & KESSLER LLP

                                                    By:  */s/ Colin D. Ramsey*
                                                      Colin D. Ramsey, Esq.
                                                      *Attorneys for Eber Defendants*
                                                      50 Fountain Plaza, Suite 320
                                                      Buffalo, New York 14202
                                                      Tel.:  (716) 847-9103