# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS, <br><br> Plaintiffs, <br><br> v. <br><br> LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER, <br><br> Defendants, <br><br> and <br><br> EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY, <br><br> Nominal Defendants. | Civil Action No. 16-CV-9517 (LAK)(KAP) <br><br><br> **NOTICE OF JOINT MOTION TO APPROVE DISMISSAL OF DERIVATIVE CLAIMS** |

PLEASE TAKE NOTICE that Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, together with Defendant Estate of Elliott W. Gumaer, Jr. (the "Estate"), by and through their undersigned counsel, hereby move the Honorable Court of the Southern District of New York, for an order pursuant to Federal Rule of Civil Procedure 23.1, approving the dismissal of the derivative claims filed on behalf of several Nominal Defendants against the Estate.

Dated: October 8, 2020

        /s Brian C. Brook
        Brian C. Brook (BB 1980)
        BROOK & ASSOCIATES, PLLC
        100 Church Street, 8th Floor
        New York, New York 10007
        Telephone: (212) 257-2334
        Brian@brook-law.com
        *Attorneys for Plaintiffs Daniel Kleeberg,*
        *Lisa Stein, and Audrey Hays*