UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER,<br><br>Defendants,<br><br>and<br><br>EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>Nominal Defendants. | Civil Action No. 16-CV-9517(LAK)(KHP) |

**DECLARATION OF BRIAN C. BROOK**

1. I, Brian C. Brook, am an attorney licensed to practice law in the State of New York and in this Court, among other jurisdictions. I am the principal of the law firm of Brook & Associates, PLLC, and have been counsel of record for the Plaintiffs in the above-captioned case since its initial filing in December 2016.

1

2. I submit this declaration and the exhibit attached hereto in support of the Motion to Approve the Gumaer Estate Settlement.

3. Attached as Exhibit 1 is a true and correct copy of the settlement agreement between Plaintiffs, the Gumaer Estate, and certain trusts that are not parties to this action. It has been redacted to remove the names of certain non-parties who may be beneficiaries of those non-party trusts.

4. Appendix B to the settlement agreement is a proposed order that the parties have agreed upon.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 8, 2020

/s Brian C. Brook
Brian C. Brook