**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DANIEL KLEEBERG, LISA STEIN and AUDREY HAYS,

           Plaintiffs,

  v.

ESTATE OF LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, |
ESTATE OF ELLIOTT W. GUMAER, JR. and WENDY EBER,

           Defendants,

  and

EBER BROS. & CO, INC., EBER BROS. WINE AND LIQUOR
CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER-
CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS.
ACQUISITION CORP., EBER-METRO, LLC, SLOCUM & SONS
OF MAINE, INC., and CANANDAIGUA NATIONAL BANK &
TRUST COMPANY,

          Nominal Defendants.

Civil Action No.
16-CV-9517(LAK/KHP)

**NOTICE OF
MOTION**

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants Estate of Lester Eber and Alexbay, LLC f/k/a Lester Eber move this Court for an order to reconsider of so much of the Court's August 10, 2020 Opinion and Order that held that the fact that the trustees' could secure loans against the collateral held in the Trust did not automatically grant a trustee who made a securitized loan the right to foreclose on that collateral for him or herself.

DATED:  October 8, 2020
     Rochester, New York     UNDERBERG & KESSLER LLP


             By: _/s/ Colin D. Ramsey_
             Colin D. Ramsey, Esq.
             *Attorneys for Eber Defendants*
             50 Fountain Plaza, Suite 320
             Buffalo, New York 14202
             Tel.:  (716) 847-9103


TO:  BROOK & ASSOCIATES, PLLC

Brian C. Brook, Esq.
*Attorneys for Plaintiffs*
100 Church Street, 8th Floor
New York, New York 10007
Tel.:  (212) 257-2334