

Writer's Direct Dial: 585-281-2593
Email: rcalihan@calihanlaw.com
Office: New York, New York

November 6, 2020

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Daniel Kleeberg, Lisa Stein and Audrey Hays v. Lester Eber, et al.
            Civ. Action No.: 16-cv-09517-LAK-KHP

Dear Judge Parker:

    I write on behalf of the Estate of Elliott Gumaer regarding the Court's October 8, 2020 approval from the bench of Plaintiffs' and the Gumaer Estate's Joint Motion to Approve Dismissal of Derivative Claims. The Estate executor will be able to close the Estate once this settlement payment has been made, and has asked me to inquire whether the Estate should expect a written order from the Court or rely on the Court's October 8, 2020 statement that the Court was granting the settlement approval motion.

    We thank the Court for its continued attention to this matter.

                                            Respectfully submitted,

                                            Robert B. Calihan

cc: Counsel of Record (via ECF)