**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/22/2021_

                                     Plaintiffs,                    **16-CV-9517 (LAK) (KHP)**

                  -against-                                   <u>ORDER SCHEDULING TELEPHONIC</u>
                                                                   <u>ORAL ARGUMENT</u>

THE ESTATE OF LESTER EBER, et al.,

                                     Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A telephonic oral argument in this matter is hereby scheduled for **Friday March 5, 2021**

**at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at

the scheduled time.  Please dial (866) 434-5269, access code: 4858267.


        **SO ORDERED.**


DATED:     New York, New York
           February 22, 2021

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge