**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                              Plaintiffs,        16-CV-9517 (LAK) (KHP)

      -against-          **ORDER TO PRODUCE**
                                                  **CONFIDENTIAL DOCUMENTS**

THE ESTATE OF LESTER EBER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Counsel for the Eber Defendants submitted a letter to the Court at ECF No. 344 requesting that the Court issue an order compelling the Eber Defendants to provide a confidential settlement agreement that arose out of a related case in the District of Connecticut. According to the letter, Plaintiffs do not oppose this request. Insofar as the settlement agreement covers expenses incurred in this action and to the extent that information is relevant to the instant action and responsive to Plaintiffs' discovery demands, the Court hereby orders the Eber Defendants to produce the requested documents in accordance with the parties' protective order (ECF No. 67).

      **SO ORDERED.**

DATED:    New York, New York
               March 17, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge