AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Daniel Kleeberg, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-CV-09517-LAK-KHP |
| Lester Eber, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wendy Eber and Estate of Lester Eber

Date:   June 1, 2021

*/s/ John S. Herbert*
Attorney's signature

John S. Herbert  NY bar no. 1666809
Printed name and bar number

P.O. Box 854
Novato, CA 94948
Address

herbertoffice24@gmail.com
E-mail address

917 385 9436
Telephone number

917 385 9436
FAX number