UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, et al.

                Plaintiffs,

       - vs -                           No. 16-cv-09517-LAK-KHP

ESTATE OF LESTER EBER, et al.

                Defendants.

**NOTICE OF APPEARANCE OF INTERESTED NON-PARTY**

PLEASE TAKE NOTICE that the undersigned counsel appears in the above-captioned action on behalf of interested non-party DAVID G. EBER.

Counsel respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated:      New York, NY
              June 24, 2021

                                          MULLEN P.C.

                                          _____
                                          Wesley M. Mullen (WM1212)
                                          200 Park Avenue, Suite 1700
                                          New York, NY 10166
                                          (646) 632-3718
                                          wmullen@mullenpc.com