UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL KLEEBURG, LISA STEIN, and AUDREY HAYS,

                Plaintiffs,

    -against-

ESTATE OF LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOT W. GUMAER, JR.; and WENDY EBER,

Case No: 1:16-cv-09517 (LAK)(KHP)

**NOTICE OF APPEARANCE**

                Defendants,

    -and-

EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,

                Nominal Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE TAKE NOTICE**, that Kevin P. Mulry of Farrell Fritz, P.C., an attorney authorized to practice in this court, hereby appears as attorney for Defendants Estate of Lester Eber, Alexbay, LLC f/k/a Lester Eber, LLC, and Wendy Eber (collectively "Defendants"), and Nominal Defendants Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine & Liquor Metro, Inc., Eber-Connecticut, LLC; Eber-Rhode Island, LLC, Eber Bros. Acquisition Corp., Eber-Metro, LLC, and Slocum & Sons of Maine, Inc. (collectively "Nominal Defendants") and hereby requests that he be notified of all filings by ECF.

2

Dated: Uniondale, New York
      July 6, 2021

                            FARRELL FRITZ, P.C.

                        By: */s/ Kevin P. Mulry*
                            Kevin P. Mulry
                            *Attorneys for Defendants and Nominal Defendants*
                            400 RXR Plaza
                            Uniondale, NY 11556
                            Tel.: 516.227.0700
                            Email: kmulry@farrellfritz.com

TO:    All Counsel of Record (By ECF)

FF\11695010.1