UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL KLEEBURG, LISA STEIN, and AUDREY
HAYS,

                           Plaintiffs,

        -against-

ESTATE OF LESTER EBER; ALEXBAY, LLC f/k/a
LESTER EBER, LLC; ESTATE OF ELLIOT W.       Case No: 1:16-cv-09517 (LAK)(KHP)
GUMAER, JR.; and WENDY EBER,

                           **NOTICE OF APPEARANCE**

                        Defendants,

        -and-

EBER BROS. & CO., INC.; EBER BROS. WINE
AND LIQUOR CORP.; EBER BROS. WINE &
LIQUOR METRO, INC.; EBER-CONNECTICUT,
LLC; EBER-RHODE ISLAND, LLC; EBER BROS.
ACQUISITION CORP.; EBER-METRO, LLC;
SLOCUM & SONS OF MAINE, INC.; and
CANANDAIGUA NATIONAL BANK & TRUST
COMPANY,

                      Nominal Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      **PLEASE TAKE NOTICE**, that Frank T. Santoro of Farrell Fritz, P.C., an attorney

authorized to practice in this court, hereby appears as attorney for Defendants Estate of Lester

Eber, Alexbay, LLC f/k/a Lester Eber, LLC, and Wendy Eber (collectively "Defendants"), and

Nominal Defendants Eber Bros. & Co., Inc., Eber Bros. Wine and Liquor Corp., Eber Bros. Wine

& Liquor Metro, Inc., Eber-Connecticut, LLC; Eber-Rhode Island, LLC, Eber Bros. Acquisition

Corp., Eber-Metro, LLC, and Slocum & Sons of Maine, Inc. (collectively "Nominal Defendants")

and hereby requests that he be notified of all filings by ECF.

Dated: Uniondale, New York
      July 6, 2021

FARRELL FRITZ, P.C.

By:   _/s/ Frank T. Santoro_       
        Frank T. Santoro
        _Attorneys for Defendants and Nominal Defendants_
        400 RXR Plaza
        Uniondale, NY 11556
        Tel.: 516.227.0700
        Email: kmulry@farrellfritz.com

TO:     All Counsel of Record (By ECF)

2

FF\11695349.1