UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>　　　　　　Nominal Defendants. | Civil Action No. 16-CV-9517(LAK)(KHP)<br><br>NOTICE OF MOTION TO COMPEL DEFENDANTS TO SUPPLEMENT THEIR DISCOVERY RESPONSES |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum and Exhibits, Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, move this Court for an order compelling Defendants Estate of Lester Eber; Eber-Connecticut, LLC; and Wendy Eber (together, the "Defendant") to supplement their discovery responses.

Dated: September 1, 2021

　　　　　　　　　　　　　　　　　　　　/s Brian C. Brook
　　　　　　　　　　　　　　　　　　　　Brian C. Brook (BB 1980)
　　　　　　　　　　　　　　　　　　　　Brook & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　100 Church Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10007

Telephone: (212) 257-2334
Facsimile: (646) 257-2887
Brian@brook-law.com
*Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*

2