## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS, | Civil Action No.  16-CV-9517 (LAK)(KAP) |
| Plaintiffs, | |
| v. | |
| LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLIOTT W. GUMAER, JR.; and WENDY EBER, | **NOTICE OF MOTION TO EXCLUDE EVIDENCE AS SANCTIONS PURSUANT TO RULE 37** |
| Defendants, | |
| and | |
| EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY, | |
| Nominal Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, by and through their undersigned counsel, on September 14, at 9:30 a.m., or as soon thereafter as they may be heard, will move the Honorable Court of the Southern District of New York, for an order pursuant to Federal Rule of Civil Procedure 37, sanctioning Defendants Wendy Eber, Estate of Lester Eber, and Alexbay, LLC, and precluding Defendants from offering testimony or evidence from Michael Gallagher and precluding Defendants from offering documents produced less than two weeks before the beginning of the trial into evidence.

Dated: September 9, 2021

/s Brian C. Brook
Brian C. Brook (BB 1980)
BROOK & ASSOCIATES, PLLC
100 Church Street, Floor 8
Telephone: (212) 257-2334
Facsimile: (646) 257-2887
Brian@brook-law.com

*Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*