UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br>    *Plaintiffs*,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLLIOTT W. GUMAER, JR.; and WENDY EBER,<br>    *Defendants*,<br><br>and<br><br>EBER BROS. & CO., INC.; EBER BROS WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br>    *Nominal Defendants*. | CIVIL ACTION<br><br>CASE NO. 1:16-cv-09517-LAK<br><br><br>SEPTEMBER 10, 2021 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas V. Daily hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Andrew Eder, in the above-captioned action.

I am in good standing of the bar of the state of Connecticut. I am also admitted to practice, and am in good standing, in the United States District Court for the District of Connecticut and the United States Court of Appeals for the Second Circuit. There are no pending

disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 10, 2021

Respectfully submitted,

Thomas V. Daily
Reid and Riege, P.C.
1 Financial Plaza, 21st Floor
Hartford, CT 06103
(p) 860-240-1067
(f) 860-240-1002
(e) tdaily@rrlawpc.com