UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br>*Plaintiffs*,<br><br>v.<br><br>LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLLIOTT W. GUMAER, JR.; and WENDY EBER,<br>*Defendants*,<br><br>and<br><br>EBER BROS. & CO., INC.; EBER BROS WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br>*Nominal Defendants*. | CIVIL ACTION<br><br>CASE NO. 1:16-cv-09517-LAK<br><br><br>SEPTEMBER 10, 2021 |

## AFFIDAVIT OF THOMAS V. DAILY

I, Thomas V. Daily, being first duly sworn, depose and state:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I base the following on my personal knowledge.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. On September 10, 2021, I submitted a request to the Connecticut Superior Court of Hartford, Connecticut to obtain a certificate of good standing.

7. After contacting the clerk's office managing requests for certificates of good standing, I was informed that I would not receive my certificate of good standing for two to three weeks.

8. Once I receive a certificate of good standing, I will promptly provide a copy of such to this Court and all counsel of record.

9. I have read the aforementioned statements contained in this affidavit, and they are true and correct to the best of my knowledge and belief

_____
Thomas V. Daily

Subscribed and sworn to before me this 10th date of September, 2021.

_____
Commissioner of the Superior Court
Notary Public
My commission expires:

SHARON B. CIANFARANI
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2024