UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL KLEEBERG, et al.,

                Plaintiffs,

-against-                                            16-CV-9517(LAK)

LESTER EBER, et al.,

                Defendants,

-and-

EBER BROS. & CO., INC., et al.,

                Nominal Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiffs and defendants, respectfully, each promptly shall transmit to the Court in PDF, machine readable format all statements of direct testimony and all exhibits to be offered by each of them. Arrangements for transmission shall be made with the Court's deputy, Mr. Mohan, on Tuesday or as soon thereafter as possible.

        SO ORDERED.

Dated:        September 4, 2021

                                                          Lewis A. Kaplan
                                                   United States District Judge