# **Exhibit E**

# EXHIBIT "A"



**Benefits Management Inc.** | 355 Packett's Landing, Fairport, New York 14450-1567

Phone: (585) 425-4333
Fax: (585) 425-4514
e-mail: mafg@bmi-online.com
Home Page: www.bmi-online.com

December 19, 2018

Ms. Wendy Eber
Slocum & Sons, Inc.
30 Corporate Drive
North Haven, CT 06473

Dear Wendy:

I am writing in response to your request for us to provide the plan termination liability for the Eber Bros. Wine & Liquor Corp. Retirement Plan as of June 1, 2012.

Our calculations are based on data provided to us by Eber Bros. Wine & Liquor Corp on an annual basis. The accrued benefits that were part of the data were calculated by the prior actuary at the time that the plan benefits were frozen, which was December 31, 2000.

As of June 1, 2012, the data was made up of 185 participants in pay status and 240 participants who were no longer active employees but who were entitled to future benefits under the plan.

The actuarial assumptions for purposes of calculating lump sum payments are identified in the plan document and are as follows:

| | |
|---|---|
| Mortality | The 2012 Applicable Mortality Table |
| Interest | 1.59% for payments commencing in the next 5 years |
| | 4.12% for payments commencing in 6-20 years |
| | 5.04% for payments commencing in years 21 and beyond |

Utilizing the above information, we calculated the following liabilities:

| | |
|---|---|
| In Pay Status: | $6,268,918 |
| Entitled to Future Benefits | $3,554,259 |
| Total | $9,823,177 |

The liability of $9,823,177 represents the amount needed as of June 1, 2012 to provide a lump sum payment to each participant under the plan which would satisfy the plan's liability for all benefits to all participants.

Be aware that this material (including any attachments), to the extent it discusses any issue that relates to tax matters, is not intended to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on a taxpayer.

---

Benefit Consultants + Actuaries + Plan Administrators

EB-00035551

Ms. Wendy Eber – Page 2
December 19, 2018

The corresponding plan assets held at Canandaigua National Bank as of 05/31/2012 were reported to us by the bank to be $4,759,789.

Therefore, if the plan were funded with an additional deposit of $5,063,388 as of June 1, 2012, the plan could have terminated under the standard termination procedures of the Pension Benefit Guaranty Corporation.

Please let me know if the above information is sufficient for your needs.

Sincerely,

*Mike*

Michael A. Gallagher, President
Associate, Society of Actuaries

EB-00035552