# **<u>Exhibit I</u>**

**From:** Michael Gallagher
**To:** Rhodes, Tim
**Cc:** Wendy Eber; Thomas S. Gaot (tgsjot@groom.com)
**Subject:** RE: Eber Brothers
**Date:** Friday, January 10, 2014 8:37:58 AM

Tim,

I couldn't get the website to work so I'm sending basic information via this e-mail.

Lester's current benefit is $10,860.69/Month payable as a 50% J&S benefit. His birth date is 1/15/1938 and his spouse's birth date is 11/13/1940. The benefit started on 09/01/07.

The next closest benefit is for a person currently age 62 with a monthly benefit of $2,172.65 payable as a 10 C&C. Initial retirement date was 09/01/07.

Mike

**From:** Rhodes Tim [mailto:Rhodes.Tim@pbgc.gov]
**Sent:** Thursday, January 09, 2014 3:42 PM
**To:** Michael Gallagher
**Cc:** Rhodes Tim
**Subject:** Eber Brothers

Hi Mike,

As discussed on the phone, we need Lester Eber's benefit and census information to value his benefit.

I would also appreciate if you could see if there are any other participants with large benefits (>$4,000/month) – and provide their information, as well.

Feel free to respond to the email with non-participant information; I'd appreciate it if you could send any personal information via our secure data link:

1. go to http:\\pbgc.leapfile.com
2. click on "Secure Upload"
3. send the email to me at rhodes.tim@pbgc.gov

Thanks for your help, please let me know if I can ever help you.

*Timothy R Rhodes, ASA, EA*
Actuary
Corporate Finance and Restructuring Department
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026
P: 202-326-4000 ext.3070
F: 202-842-2643



DEFENDANT'S EXHIBIT DDDD

Case Name: Eber Bros Wine & Liquor Corp Retirement Plan  
Date Calculated: 1/14/2014  
User Work: Scratch Pad

Lester Eber's Benefit  
Terminate at 4/30/2010

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Spouse | | 0.98 | | | |
|  |  |  |  | J&S | | 0.9 | 0.0463 | | 20 |
|  |  |  |  | LRF | | 2.281 | 0.0451 | | 999 |
|  |  |  |  |  | $ | 4,500.00 | | | |
| DOB | SDOB | JSC | ANB | SANB | AMB | MIL | PVF | PV - BL | PV - GL |
| 01/15/1938 | 11/13/1940 | 50% | 72 | 69 | $ 10,860.69 | $ 9,053.00 | 11.56983 | $ 1,507,876 | $ 1,256,900 |

Non-guaranteed  $   250,976

AR-00731