UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br>*Plaintiffs*, | CIVIL ACTION<br><br>CASE NO. 1:16-cv-09517-LAK |
| v. | |
| LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; ESTATE OF ELLLIOTT W. GUMAER, JR.; and WENDY EBER,<br>*Defendants*, | SEPTEMBER 10, 2021 |
| and | |
| EBER BROS. & CO., INC.; EBER BROS WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br>*Nominal Defendants*. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21

## ORDER FOR PRO HAC VICE ADMISSION

The motion of Thomas V. Daily, of Reid and Riege, P.C., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Connecticut; and that his contact information is as follows:

Applicant's Name: Thomas V. Daily

Firm Name: Reid and Riege, P.C.

Address: One Financial Plaza, 21st Floor

City / State / Zip: Hartford, CT 06103

Telephone / Fax: (p) 860-240-1067 – (f) 860-240-1002

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for Andrew Eder in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/13/21

United States District Judge