

**Thomas V. Daily**
Attorney

Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103

D (860) 240-1067
C (860) 478-3065
F (860) 240-1002
E tdaily@rrlawpc.com

rrlawpc.com

September 21, 2021

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:   1:16-cv-09517-LAK
      Kleeberg et al v. Eber et al
      Doc. No. 374 Motion for Thomas V. Daily to Appear Pro Hac Vice for Witness Andrew Eder (the "Motion")

Dear Judge Kaplan:

By Order dated September 13, 2021 (Doc. No. 381), the undersigned was admitted pro hac vice in this case pursuant to the filing of the above-referenced Motion. A Certificate of Good Standing was not included with the filing of the Motion. We are thus filing herewith the Certificate of Good Standing of Thomas V. Daily.

Sincerely yours,

Thomas V. Daily

TVD/ubm
Enclosure