# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify,* that, in the Superior Court at **Hartford** on the **8th** day of **December, 1988**

**Thomas V. Daily**

of

**Hartford, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **September 15, 2021**



Carl D. Cicchetti
*Chief Clerk*