```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
DANIEL KLEEBERG, LISA STEIN and            : Civil Action No.
AUDREY HAYS,                               : 16-CV-9517(LAK)(KHP)
                                           :
                 Plaintiffs,               :
                                           :
          v.                               : **PLAINTIFFS' OBJECTIONS TO**
                                           : **DEFENDANTS' TRIAL**
LESTER EBER,                               : **EXHIBIT LIST**
ALEXBA Y, LLC f/k/a LESTER EBER, LLC,      :
CANANDAIGUA NATIONAL CORPORATION d/b/a     :
CANANDAIGUA NATIONAL BANK AND TRUST,       :
ELLIOT W. GUMAER, JR.,                     :
EBER BROS. & CO, INC.,                     :
EBER BROS. WINE AND LIQUOR CORP.,          :
EBER BROS. WINE & LIQUOR METRO, INC.,      :
EBER CONNECTICUT, LLC, and                 :
WENDY EBER,                                :
                                           :
                 Defendants.               :
------------------------------------------ x
```

| Exhibit: | Description: | Objections: | In Evidence: |
|---|---|---|---|
| D | L. Eber letters dated 03.22.2010 and 04.02.2010 to S. Kleeberg & A. Stein with paperwork requesting to invest (Ex. J to L. Eber Affidavit 11.08.2011) EB-00001671-1747 | FRE 802 (Hearsay) and 901 (Authenticity) as to all handwritten letters being admitted; no objection to typed pages or enclosures | |
| G | Affidavit of L. Eber sworn to 03.14.2012 in support of Alexbay Article 9 Action EB-00001059-1063 | FRE 802 - Object to being admitted for the truth of the matters asserted; can come in for limited purpose of showing what was said to court | |

1

| Exhibit: | Description: | Objections: | In Evidence: |
|---|---|---|---|
| P | Company ownership charts (Ex. A to W. Eber Affidavit 11.08.2019) Not Bates stamped | FRE 802. Plaintiffs do not object to using a similar chart that was not created for purposes of this litigation (Ex 11) | |
| X | Decision & Order dated 04.15.2005 - EWLC v. Southern Wine & Spirits of America, Inc. denying preliminary injunction (Ex. E to L. Eber Affidavit 11.08.2019) | FRCP 26, 37: Should be excluded because not disclosed during discovery | |
| Y-3 | EB-00021579 01.04.2001 D, Kleeberg Certification of Medical Expenses | FRE 401, 403 | |
| Y-4 | EB-00033277 M. Shevlin 2007 letter re D. Kleeberg salary | FRE 401, 403 | |
| Y-5 | EB-00033278 M. Shevlin 2007 letter re D. Kleeberg health insurance | FRE 401, 403 | |
| Y-6 | EB-00033272-74  08.14.2007 Benefit Determination for D. Kleeberg | FRE 401, 403 | |
| Y-7 | DK00120  W. Eber email dated 08.29.2014 to M. Gallagher regarding D. Kleeberg's benefits | FRE 401, 403 | |
| Y-8 | EB-00026295 D. Kleeberg email dated 12.17.2007 to L. Eber regarding Benderson | FRE 401, 403 | |
| Y-9 | EB-00021716 $15,000 Promissory Note from Eber Metro to D. Kleeberg | FRE 401, 403 | |
| Y-10 | EB-00020324 08.11.2003 letter confirming D. Kleeberg's outstanding loans to EBWL | FRE 401, 403 | |
| Y-11 | EB-00020325 08.11.2004 letter confirming D. Kleeberg's outstanding loans to EBWL | FRE 401, 403 | |
| Y-19 | EB-00001671 L. Eber 2010 letter to S. Kleeberg re investing in business | FRE 901 (same as Ex D) | |
| Y-22 | EB-00001709 L. Eber 2010 letter to S. Kleeberg re investing in business | FRE 901 (same as Ex D) | |
| Y-28 | CNB0000444-445 Letter to S. Kleebert seeking consent to the trust making distributions to Erica Stein | FRE 901 | |

| Exhibit: | Description: | Objections: | In Evidence: |
|---|---|---|---|
| AA | EBWLC Certificate of Amendment and consent 02.14.2017 (Ex. C from L. Eber Affidavit 12.06.2019) EB-00001169-1173; 1166-1169; EB-00036190 | Object to EB-00036190 for lack of authenticity based on Wendy's inability to recall how she "found" it, and under FRCP 26, 37 because not produced until after summary judgment, & failure to disclose either metadata or communications that would show it was not backdated by 2.5 years | |
| BB | EBWLC Retirement Plan restated 07.01.1994 (Ex. B. to W. Eber Affidavit 11.08.2019) EB-00035997-36072 | FRE 401, 403 | |
| DD | Hon. Michael Telesca Order dated 01.19.2016 re Plan Termination date (Ex. E to W. Eber Affidavit 11.08.2019) EB-00010502-10519 | FRE 401, 403 | |
| FF | Lester Eber-trust distributions to beneficiaries and Erica Stein (Ex. D to L. Eber Affidavit 11.08.2019) EB-00001135-1136; 1671; 1073; 1074; CNB000039; EB-00030964 | FRE 901 as to unsent handwritten letter (same as Ex D) | |
| II | Loan Ledgers 2009-2011 for Eber Metro (L. Eber loaned funds) EB-00031373-31376 | FRE 802 (hearsay within hearsay) | |
| JJ | M. Gallagher letter dated 12.19.2018 re plan termination liability (Exhibit A from Gallagher Affidavit) EB-00035551-35552 | FRE 401, 701, 802; FRCP 26, 37 because concealed until after close of fact discovery | |
| QQ | PBGC Demand for Payment (Ex. D to W. Eber Affidavit 11.08.2019) EB-00019009-19016 | FRE 401, 403 | |
| RR | PBGC Notice of Termination of Plan (Ex. C. to W. Eber Affidavit 11.08.2019) EB-00000790-792 | FRE 401, 403 | |
| TT | Rule 26(a) Initial Disclosures Eber Def 2017.06.16 (pleading only) | FRE 401, 802 | |

| Exhibit: | Description: | Objections: | In Evidence: |
|---|---|---|---|
| VV | Settlement paperwork 10.23.2015 Harris Beach and Eber companies (Ex. P to L. Eber Affidavit 11.08.2019)  EB-00017510-17544 | Object to Dalton Affidavit FRE 802; Object to stealth inclusion of Lester Eber Affidavit from litigation in addition to the settlement described. FRE 802 | |
| XX | Summary of Lester's payments  EB-00020333 | FRE 802, 602, 701 | |
| ZZ | Wolf Concept Settlement 06.30.2011  EB-00032761-32774 | FRE 401, 403 | |
| GGG | EB-00017819-8057 2013 Eber CT Valuation | Object to this compilation exhibit as 239 pages of disorganized and disconnected documents, many of which are duplicates of other exhibits | |
| SSS | EB-00026433-4  1.4M loans from EBWL to Metro | Rule 602; 802 (not business record because different than other accounting records); 901 | |
| CCCC | Letters to Wendy Eber from Lester Eber dated 2.13.2007 and 6.1.2007 | FRCP 26, 37 because not produced in discovery, not until 9/3/2021 | |
| DDDD | PBGC Scratch Pad and 1/10/14 e-mail referred to in Hon. Telesca's Order | No objection to 1st page; objection to 2nd page if it is offered for purpose of showing an actuarial calculation of some kind | |
| GGGG | PBGC Complaint for Pension Plan Termination, EB-00023424-23431 | FRE 401, 403 | |
| JJJJ | Accord and Satisfaction Agreement with New York State Teamsters Conference Pension & Retirement Fund, EB-00023106-23112 | FRE 401, 403 | |

| Exhibit: | Description: | Objections: | In Evidence: |
|---|---|---|---|
| NNNN | Eber Bros. Wine & Liquor Retirement Plan Financial Statements for 2012 and 2011 and Independent Auditors' Report | FRCP 26, 37 because not disclosed until 9/3/2021; FRE 401, 403, 802 | |
| ZZZZ | Employee Notice-WARN NOTICE | FRCP 26, 37 because not disclosed until 9/3/2021 | |
| BBBBB | Working Restatement of the Eber Bros. Wine & Liquor Corp. Retirement Plan as Restatement 6/1/94 through Amended No. 15 | FRCP 26, 37 because not disclosed until 9/3/2021; FRE 401, 403 | |
| CCCCC | Actuarial Valuation Report for the Eber Bros. Wine & Liquor Corp. Retirement Plan Year ended May 31, 2012 | FRE 401, 403 | |
| DDDDD | Eber Bros. Wine & Liquor Corp. Memo re: Retirement Plan dated October 25. 1977 and partial pages of plan | FRCP 26, 37 because not disclosed until 9/3/2021; FRE 401, 403 | |
| JJJJJ | 2013 Connecticut PBGC Lien | FRCP 26, 37 because not disclosed until 9/3/2021; FRE 401, 403 | |
| KKKKK | Summary of Loans and Interest | Objection withdrawn based on understanding from defense counsel that it is offered only as a demonstrative | |
| LLLLL | Timeline | Objection withdrawn based on understanding from defense counsel that it is offered only as a demonstrative | |