UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DANIEL KLEEBERG, et al.,

          Plaintiffs,

-against-                                  16-cv-9517 (LAK)

WENDY EBER, in her individual capacity and as Executrix
u/w/o LESTER EBER, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        1.      Dkt. 95 is modified to substitute for the defendant, the late Elliott W. Gumaer, Jr., Lucia Gordon Gumaer and Patrick D. Martin solely in their capacities as Executors under the will of Elliott W. Gumaer, Jr. All references to the Estate of Elliott W. Gumaer, Jr. in the caption and in papers subsequent to Dkt. 95 are deemed to be references to Lucia Gordon Gumaer and Patrick D. Martin solely in said capacities.

        2.      Dkt. 326 is modified to substitute for the defendant, the late Lester Eber, Wendy Eber in her capacity as Executor under the will of Lester Eber. All references to the Estate of Lester Eber in the caption and in papers subsequent to Dkt. 326 shall be deemed to be references to Wendy Eber in her capacity as Executrix under the will of Lester Eber.

        3.      Henceforth, the caption in this case is amended by replacing references to the Estate of Lester Eber and to Wendy Eber with the following "WENDY EBER, in her individual capacity and as Executrix u/w/o LESTER EBER."

        SO ORDERED.

Dated:      September 23, 2021

                                                           Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021