```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                          Plaintiffs,              16-CV-9517 (LAK) (KHP)

     -against-                            ORDER SCHEDULING SETTLEMENT
                                                      CONFERENCE

LESTER EBER, et al.,

                          Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Tuesday, November 9, 2021 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 2, 2021 by 5:00 p.m.**

        SO ORDERED.

DATED:    New York, New York
                September 24, 2021

                                                                       _____
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge