# BROOK & ASSOCIATES, PLLC
### NEW YORK | NEW JERSEY

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

September 30, 2021

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
          **Extension of the TRO**

Dear Judge Kaplan,

I write with the knowledge and consent of Messrs. Mulry and Santoro to advise the Court that the parties are continuing work towards reaching an agreement on language for a preliminary injunction. Because it appears that that process will require at least several more days, the parties jointly request that the Court extend the September 22, 2021, temporary restraining order by another seven days, until and including October 13, 2021.

We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          Brian C. Brook

cc:   All counsel of record