## BROOK & ASSOCIATES, PLLC
### NEW YORK | NEW JERSEY

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

October 13, 2021

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**    *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
        **Form of Order for Preliminary Injunction and Disclosure**

Dear Judge Kaplan,

As directed by the Court, attached is a form of Order that incorporates the Court's rulings during today's conference in addition to the parties previously agreed-upon terms.

Please note that this form of Order differs slightly from one that was submitted by email alone late this afternoon. The version currently being submitted has been reviewed by Defendants' counsel, who advised that they have no objection to the form of this Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook

cc:    All counsel of record