UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————

DANIEL KLEEBERG, et al.,

                     Plaintiffs,                        **NOTICE OF WITHDRAWAL**

    -against-                                  **Case No. 16-cv-09517 (LAK)**

WENDY EBER, in her individual capacity and
as Executrix u/w/o LESTER EBER, et al.,

                     Defendants.

——————————————————————

       PLEASE TAKE NOTICE, that I, Michael J. Adams, request the withdrawal of my appearance as counsel for the Estate of Elliot W. Gumaer, Jr., and further request removal from the Court's electronic filing notification system for this action. As of August 2019, I am no longer employed at Calihan Law, PLLC. Calihan Law PLLC shall remain counsel of record in this action for the Estate of Elliot W. Gumaer, Jr.

Dated: Rochester, New York
       October 15, 2021           Respectfully submitted,

                                **WARD GREENBERG HELLER & REIDY LLP**

                                By:    s/ Michael J. Adams
                                      Michael J. Adams
                                      1800 Bausch & Lomb Place
                                      Rochester, New York  14604
                                      T:  (585) 454-0765
                                      F:  (585) 231-1960
                                      madams@wardgreenberg.com