Case 1:16-cv-09517-LAK Document 407 Filed 10/15/21 Page 1 of 1

Case 1:16-cv-09517-LAK Document 408 Filed 10/18/21 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, et al.,

        Plaintiffs,

-against-

WENDY EBER, in her individual capacity and
as Executrix u/w/o LESTER EBER, et al.,

        Defendants.

**NOTICE OF WITHDRAWAL**

Case No. 16-cv-09517 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-21

PLEASE TAKE NOTICE, that I, Michael J. Adams, request the withdrawal of my appearance as counsel for the Estate of Elliot W. Gumaer, Jr., and further request removal from the Court's electronic filing notification system for this action. As of August 2019, I am no longer employed at Calihan Law, PLLC. Calihan Law PLLC shall remain counsel of record in this action for the Estate of Elliot W. Gumaer, Jr.

Dated: Rochester, New York
      October 15, 2021

Respectfully submitted,

**WARD GREENBERG HELLER & REIDY LLP**

By:   s/ Michael J. Adams
      Michael J. Adams
      1800 Bausch & Lomb Place
      Rochester, New York 14604
      T: (585) 454-0765
      F: (585) 231-1960
      madams@wardgreenberg.com

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
10/18/21