

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY  11556
www.farrellfritz.com

Our File No.
38110-100

October 19, 2021

By ECF and E-Mail
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Kleeberg, et al. v. Eber, et al.*
Docket No. 16-cv-9517 (LAK)

Dear Judge Kaplan:

We represent Defendants in the above-captioned action.  This letter is respectfully submitted, on the consent of Plaintiffs, to request a short extension of the briefing schedule on the parties' post-trial submissions.  Defendants respectfully request that the time to submit their post-trial submissions be extended by one day, to Thursday, October 21, 2021, and that the time for Plaintiffs to submit their reply be extended to Friday, October 29, 2021.  As the Court is aware, there is a large record in this case, and the one day extension is requested to afford the necessary time to complete the briefing and responses to Plaintiffs' submissions.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*s/ Kevin P. Mulry*

Kevin P. Mulry

cc: All counsel (By ECF and E-mail)