

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY  11556
www.farrellfritz.com

Our File No.
38110-100

October 26, 2021

By ECF and E-Mail
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Kleeberg, et al. v. Eber, et al.*
      Docket No. 16-cv-9517 (LAK)

Dear Judge Kaplan:

We represent Defendants in the above-captioned action.  Enclosed is the Declaration of Wendy Eber in accordance with the Court's Order dated October 14, 2021.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*s/ Kevin P. Mulry*

Kevin P. Mulry

cc:   All counsel (By ECF and E-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>         Plaintiffs,<br><br>  vs.<br><br>LESTER EBER, ALEXBAY, LLC f/k/a LESTER EBER, LLC., ELLIOT W. GUMAER, JR. and WENDY EBER,<br><br>         Defendants,<br><br>and<br><br>EBER BROS. & CO., INC., EBER BROS. WINE AND LIQUOR CORP., EBER BROS. WINE & LIQUOR METRO, INC., EBER CONNECTICUT, LLC, EBER-RHODE ISLAND, LLC, EBER BROS. ACQUISITION CORP, EBER-METRO, LLC, and SLOCUM & SONS OF MAINE, INC.,<br><br>         Nominal Defendants. | Civil Action No. 16-CV-9517(LAK)(KDP) |

**DECLARATION OF WENDY EBER**

I, **WENDY EBER,** declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I make this Declaration individually and on behalf of the other Defendants and Nominal Defendants pursuant to the Order of this Court, dated October 14, 2021.

2. Neither Defendants, nor any of the Nominal Defendants, have sold, transferred, granted a security interest or lien of any kind in or on, or caused any other disposition of any shares of stock or membership interest of Defendant Alexbay, LLC or any Nominal Defendant within one year prior to the filing of the aforementioned Order.

Dated: Uniondale, New York
October 26, 2021

*Wendy Eber* (signature)
Wendy Eber

FF\12022440.1