UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL KLEEBERG, et al.,

                Plaintiffs,

        -against-                                         16-cv-9517 (LAK)

WENDY EBER, in her individual capacity and as Executrix
u/w/o LESTER EBER, et al.,

                Defendants.
------------------------------------------------------------x

                                                  **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In order to facilitate the Court's efficient consideration of the documentary evidence, the Court would be grateful for the joint submission by plaintiffs and defendants of a native Excel spreadsheet listing all of the respective trial exhibits submitted by both sides. The spreadsheet shall contain four columns headed Ex. No., Date, Description, and Comment, respectively. Each row shall contain the data pertaining to one exhibit. The Ex.No. column shall for each exhibit shall indicate the numerical or alphabetical designation of either a plaintiffs' exhibit (prefixed by the letters PX) or a defendants' exhibit (prefixed by the letters DX). The date and description columns shall contain the date and a description of the exhibit. The Comment column shall be left blank. The description and comment columns shall be formatted as text columns. Such a file would permit the Court to sort by date, description and/or exhibit number. The joint submission shall be on a previously unused and blank flash drive.

        The Court would appreciate submission of the file by November 17.

        SO ORDERED.

Dated:      November 10, 2021

                                                                Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021