# BROOK & ASSOCIATES, PLLC
## NEW YORK | NEW JERSEY

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

November 15, 2021

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP
**Request to Clerk's Office to Lift Seal**

Dear Judge Kaplan,

On October 7, 2021, Plaintiffs filed their initial set of posttrial briefs on ECF, including Proposed Findings of Fact and Conclusions of Law (Dkt # 401), a Proposed Order for Injunctive Relief (Dkt # 401-1), and a Brief (Dkt #402). These documents were filed under seal per the then-pending motion to seal submitted by Defendants.

Since then, the Court has directed the parties to file all posttrial submissions electronically today. In order to avoid a duplicative filing, Plaintiffs submit this request for the Clerk's Office to lift the seal on the foregoing identified docket entries.

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook

cc:   All counsel of record