```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DANIEL KLEEBERG, et al.,

                        Plaintiffs,

        -against-

LESTER EBER, et al.,

                        Defendants.
------------------------------------------------------------------X

**16-CV-9517 (LAK) (KHP)**

**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Tuesday, November 23, 2021 at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:      New York, New York
                 November 16, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge