**BROOK & ASSOCIATES, PLLC**
— NEW YORK | NEW JERSEY —

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

February 15, 2022

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

    **Re:**    *Daniel Kleeberg et al. v. Lester Eber et al.,* 1:16-cv-09517-LAK-KHP

Dear Judge Kaplan,

I write at the request of my clients to advise the Court of Plaintiff Daniel Kleeberg's upcoming travel schedule, along with Plaintiffs' request that the Court take it into consideration with respect to the timing of issuing its decision.

Although he avoided scheduling any significant travel for the fall and most of the winter, as the President of NEFT Vodka's global operations, Mr. Kleeberg must travel abroad extensively for much of this year. He is currently scheduled to be overseas in Europe March 9th through the 15th and in Africa April 4th through the 16th.

Should the Court grant Plaintiffs' request to reinstate their controlling interest in the Eber companies, Mr. Kleeberg will be a critical participant in the transition, including ensuring that current employee, supplier, and customer relationships are maintained. He believes very strongly that he must physically go to the Eber-CT offices and meet with key employees to do that successfully. Therefore, to the extent that the Court cannot issue a decision at least three business days before Mr. Kleeberg's departure dates, Plaintiffs respectfully request that the Court hold any decision in abeyance until after he returns.

Plaintiffs thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                Brian C. Brook