## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DANIEL KLEEBERG, LISA STEIN, and
AUDREY HAYS,

Plaintiffs,

v.

WENDY EBER, in her individual
capacity and as Executrix u/w/o LESTER
EBER; ALEXBAY, LLC f/k/a LESTER
EBER, LLC; LUCIA GORDON GUMAER
and PATRICK D. MARTIN solely in their
capacities as Executors under the will
of ELLIOTT W. GUMAER, JR.; and,

Defendants,

and

EBER BROS. & CO., INC.; EBER BROS.
WINE AND LIQUOR CORP.; EBER
BROS. WINE & LIQUOR METRO, INC.;
EBER-CONNECTICUT, LLC; EBER-
RHODE ISLAND, LLC; EBER BROS.
ACQUISITION CORP.; EBER-METRO,
LLC; SLOCUM & SONS OF MAINE, INC.;
and CANANDAIGUA NATIONAL BANK
& TRUST COMPANY,

Nominal Defendants.

Civil Action No.  16-CV-9517 (LAK)(KAP)

## DECLARATION OF WALLACE CRUMB

1.      I am the Chief Financial Officer and Chief Operating Officer of Eber-

Connecticut, LLC ("Eber-CT"). I have held these positions since 2012. As such, I have

access to Eber-CT's financial information, including past distributions and compensation

paid to employees.

2.      I reviewed Eber-CT's records and identified the following distributions made to Wendy Eber as a six-percent equity owner in Eber-CT:

|  | 2022 | 2021 | 2018 | 2017 | 2013 |
|---|---|---|---|---|---|
| Distribution | $ 356,962 | $ 549,015 | $ 68,371 | $ 2,500,000 | $ 133,920 |
| EBWLM | 30,000 | 82,352 | 48,837 | 2,095,000 | 105,797 |
| Wendy Eber |  | 32,941 | 5,191 | 30,000 | 8,035 |
| Eder Goodman | 56,962 | 433,723 | 14,343 | 375,000 | 20,088 |

3.      Attached as Exhibit "A" is a true and correct copy of Wendy Eber's W-2 for 2021 (with certain personal identifiers redacted).

4.      Attached as Exhibit "B" is a true and correct copy of Wendy Eber's W-2 for 2022 (with certain personal identifiers redacted).

5.      In addition, I reviewed our payroll system for 2023, to ascertain Wendy's compensation from Eber-CT since January 1, 2023. Excluding her automobile allowance, her gross pay in 2023 was $91,338.80 through the date of her termination on March 31, 2023.

6.      I do not now have, nor have I ever had, access to any payroll records for other Eber Bros. companies, such as Eber Bros. Wine and Liquor Corp., because Wendy kept such records separate from Eber-CT's files.

I declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information, and belief.

Executed on April 17, 2023        _____
                                                    Wallace Crumb

# Exhibit A

# 2021 W-2 and EARNINGS SUMMARY





**Employee Reference Copy**

**W-2** Wage and Tax Statement **2021** OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001131 PITT/I1Y | 001 | | A  32 |

c Employer's name, address, and ZIP code

EBER - CONNECTICUT   LLC
30  CORPORATE   DRIVE
NORTH  HAVEN  CT  06473

Batch  #01798

e/f Employee's name, address, and ZIP code

WENDY  P.  EBER

| b  Employer's FED ID number | a  Employee's SSA number XXX-XX- |
|---|---|
| 1  Wages, tips, other comp. 439079.25 | 2  Federal income tax withheld 113645.32 |
| 3  Social security wages 142800.00 | 4  Social security tax withheld 8853.60 |
| 5  Medicare wages and tips 465079.25 | 6  Medicare tax withheld 9129.36 |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  26000.00 |
| 14 Other  714.00 CTPL  10199.80 AUTO | 12b / 12c / 12d  13 Stat emp. Ret. plan X 3rd party sick pay |
| 15 State  Employer's state ID no. CT  3041811-000 | 16 State wages, tips, etc. 439079.25 |
| 17 State Income tax 29499.09 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.**

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CT. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 467,803.27 | 467,803.27 | 467,803.27 | 467,803.27 |
| Less 401(k) (D-Box 12) | 26,000.00 | N/A | N/A | 26,000.00 |
| Less Medical FSA | 2,724.02 | 2,724.02 | 2,724.02 | 2,724.02 |
| Wages Over Limit | N/A | 322,279.25 | N/A | N/A |
| Reported W-2 Wages | 439,079.25 | 142,800.00 | 465,079.25 | 439,079.25 |

Note - Fringe benefits include : Co Car Personal Use-Full Value $10,199.80

2. Employee Name and Address.



WENDY  P.  EBER

© 2021  ADP, Inc.

---

| 1  Wages, tips, other comp. 439079.25 | 2  Federal income tax withheld 113645.32 |
|---|---|
| 3  Social security wages 142800.00 | 4  Social security tax withheld 8853.60 |
| 5  Medicare wages and tips 465079.25 | 6  Medicare tax withheld 9129.36 |
| d Control number 001131 PITT/I1Y  001 | Dept.  Corp.  Employer use only  A  32 |

c Employer's name, address, and ZIP code

EBER - CONNECTICUT   LLC
30  CORPORATE   DRIVE
NORTH  HAVEN  CT  06473

| b  Employer's FED ID number | a  Employee's SSA number XXX-XX- |
|---|---|
| 7  Social security tips | 8  Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  26000.00 |
| 14 Other  714.00 CTPL  10199.80 AUTO | 12b / 12c / 12d  13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

WENDY  P.  EBER

| 15 State  Employer's state ID no. CT  3041811-000 | 16 State wages, tips, etc. 439079.25 |
| 17 State income tax 29499.09 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2021** OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1  Wages, tips, other comp. 439079.25 | 2  Federal income tax withheld 113645.32 |
|---|---|
| 3  Social security wages 142800.00 | 4  Social security tax withheld 8853.60 |
| 5  Medicare wages and tips 465079.25 | 6  Medicare tax withheld 9129.36 |
| d Control number 001131 PITT/I1Y  001 | Dept.  Corp.  Employer use only  A  32 |

c Employer's name, address, and ZIP code

EBER - CONNECTICUT   LLC
30  CORPORATE   DRIVE
NORTH  HAVEN  CT  06473

| b  Employer's FED ID number | a  Employee's SSA number XXX-XX- |
|---|---|
| 7  Social security tips | 8  Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  26000.00 |
| 14 Other  714.00 CTPL  10199.80 AUTO | 12b / 12c / 12d  13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

WENDY  P.  EBER

| 15 State  Employer's state ID no. CT  3041811-000 | 16 State wages, tips, etc. 439079.25 |
| 17 State income tax 29499.09 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CT.State Reference Copy**
**W-2** Wage and Tax Statement **2021** OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---



| 1  Wages, tips, other comp. 439079.25 | 2  Federal income tax withheld 113645.32 |
|---|---|
| 3  Social security wages 142800.00 | 4  Social security tax withheld 8853.60 |
| 5  Medicare wages and tips 465079.25 | 6  Medicare tax withheld 9129.36 |
| d Control number 001131 PITT/I1Y  001 | Dept.  Corp.  Employer use only  A  32 |

c Employer's name, address, and ZIP code

EBER - CONNECTICUT   LLC
30  CORPORATE   DRIVE
NORTH  HAVEN  CT  06473

| b  Employer's FED ID number | a  Employee's SSA number XXX-XX- |
|---|---|
| 7  Social security tips | 8  Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a  D  26000.00 |
| 14 Other  714.00 CTPL  10199.80 AUTO | 12b / 12c / 12d  13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

WENDY  P.  EBER

| 15 State  Employer's state ID no. CT  3041811-000 | 16 State wages, tips, etc. 439079.25 |
| 17 State income tax 29499.09 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CT.State Filing Copy**
**W-2** Wage and Tax Statement **2021** OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

# Exhibit B

## 2022 W-2 and EARNINGS SUMMARY



**W-2** Employee Reference Copy
Wage and Tax Statement
**2022** OMB No. 1545-0008

Copy C for employee's records.

| d  Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001131 PITT/I1Y | 001 | A | 38 |

c  Employer's name, address, and ZIP code

**EBER - CONNECTICUT   LLC**
**30  CORPORATE   DRIVE**
**NORTH  HAVEN   CT  06473**

**Batch   #02440**

e/f Employee's name, address, and ZIP code

**WENDY  P. EBER**

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| | XXX-XX- |
| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
| 312819.04 | 64827.35 |
| 3  Social security wages | 4  Social security tax withheld |
| 147000.00 | 9114.00 |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 339819.04 | 6185.75 |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10  Dependent care benefits |
| 11  Nonqualified plans | 12a See instructions for box 12 |
| | D     27000.00 |
| 14  Other | 12b |
| 735.00 CTPL | 12c |
| 10199.80 AUTO | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| | X |
| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
| CT  3041811-000 | 312819.04 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 20890.55 | |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement.  The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CT. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 342,618.98 | 342,618.98 | 342,618.98 | 342,618.98 |
| Less 401(k) (D-Box 12) | 27,000.00 | N/A | N/A | 27,000.00 |
| Less Medical FSA | 2,799.94 | 2,799.94 | 2,799.94 | 2,799.94 |
| Wages Over Limit | N/A | 192,819.04 | N/A | N/A |
| Reported W-2 Wages | 312,819.04 | 147,000.00 | 339,819.04 | 312,819.04 |

Note - Fringe benefits include : Co Car Personal Use-Full Value $10,199.80

2. Employee  Name and Address.

**WENDY  P.  EBER**

© 2022 ADP, Inc.

---

| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
|---|---|
| 312819.04 | 64827.35 |
| 3  Social security wages | 4  Social security tax withheld |
| 147000.00 | 9114.00 |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 339819.04 | 6185.75 |
| d  Control number    Dept. | Corp.    Employer use only |
| 001131 PITT/I1Y    001 | A    38 |

c  Employer's name, address, and ZIP code

**EBER - CONNECTICUT   LLC**
**30  CORPORATE   DRIVE**
**NORTH  HAVEN   CT  06473**

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| | XXX-XX- |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10  Dependent care benefits |
| 11  Nonqualified plans | 12a See instructions for box 12 |
| | D     27000.00 |
| 14  Other | 12b |
| 735.00 CTPL | 12c |
| 10199.80 AUTO | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

**WENDY  P. EBER**

| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| CT  3041811-000 | 312819.04 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 20890.55 | |
| 19 Local income tax | 20 Locality name |

**W-2** Federal  Filing  Copy
Wage and Tax Statement **2022** OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
|---|---|
| 312819.04 | 64827.35 |
| 3  Social security wages | 4  Social security tax withheld |
| 147000.00 | 9114.00 |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 339819.04 | 6185.75 |
| d  Control number    Dept. | Corp.    Employer use only |
| 001131 PITT/I1Y    001 | A    38 |

c  Employer's name, address, and ZIP code

**EBER - CONNECTICUT   LLC**
**30  CORPORATE   DRIVE**
**NORTH  HAVEN   CT  06473**

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| | XXX-XX- |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10  Dependent care benefits |
| 11  Nonqualified plans | 12a |
| | D     27000.00 |
| 14  Other | 12b |
| 735.00 CTPL | 12c |
| 10199.80 AUTO | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

**WENDY  P. EBER**

| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| CT  3041811-000 | 312819.04 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 20890.55 | |
| 19 Local income tax | 20 Locality name |

**W-2** CT.State  Reference  Copy
Wage and Tax Statement **2022** OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
|---|---|
| 312819.04 | 64827.35 |
| 3  Social security wages | 4  Social security tax withheld |
| 147000.00 | 9114.00 |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 339819.04 | 6185.75 |
| d  Control number    Dept. | Corp.    Employer use only |
| 001131 PITT/I1Y    001 | A    38 |

c  Employer's name, address, and ZIP code

**EBER - CONNECTICUT   LLC**
**30  CORPORATE   DRIVE**
**NORTH  HAVEN   CT  06473**

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| | XXX-XX- |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10  Dependent care benefits |
| 11  Nonqualified plans | 12a |
| | D     27000.00 |
| 14  Other | 12b |
| 735.00 CTPL | 12c |
| 10199.80 AUTO | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

**WENDY  P. EBER**

| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| CT  3041811-000 | 312819.04 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 20890.55 | |
| 19 Local income tax | 20 Locality name |

**W-2** CT.State  Filing  Copy
Wage and Tax Statement **2022** OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.