# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KLEEBERG, LISA STEIN, and AUDREY HAYS,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>WENDY EBER, in her individual capacity and as Executrix u/w/o LESTER EBER; ALEXBAY, LLC f/k/a LESTER EBER, LLC; LUCIA GORDON GUMAER and PATRICK D. MARTIN solely in their capacities as Executors under the will of ELLIOTT W. GUMAER, JR.; and,<br><br>　　　　　　　Defendants,<br>　and<br><br>EBER BROS. & CO., INC.; EBER BROS. WINE AND LIQUOR CORP.; EBER BROS. WINE & LIQUOR METRO, INC.; EBER-CONNECTICUT, LLC; EBER-RHODE ISLAND, LLC; EBER BROS. ACQUISITION CORP.; EBER-METRO, LLC; SLOCUM & SONS OF MAINE, INC.; and CANANDAIGUA NATIONAL BANK & TRUST COMPANY,<br><br>　　　　　　　Nominal Defendants. | Civil Action No. 16-CV-9517 (LAK)(KAP)<br><br><br><br>**NOTICE OF MOTION FOR SANCTIONS AGAINST UNDERBERG & KESSLER, LLP AND JOHN HERBERT** |

　　　　PLEASE TAKE NOTICE that Plaintiffs, Daniel Kleeberg, Lisa Stein, and Audrey Hays, by and through their undersigned counsel, on July 3, 2023, at 9:30 a.m., or as soon thereafter as they may be heard, will move the Honorable Court of the Southern District of New York, for an order pursuant to Federal Rule of Civil Procedure 37, 28 U.S.C. § 1927, and the Court's inherent authority, imposing sanctions on defense counsel Underberg & Kessler, LLP and John Herbert.

Dated: June 12, 2023

　　　　　　　　　　　　　　　　　　　　　　/s Brian C. Brook　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Brian C. Brook (BB 1980)
　　　　　　　　　　　　　　　　　　　　　BROOK & ASSOCIATES, PLLC

        100 Church Street, Floor 8
        Telephone: (212) 256-1957
        Facsimile: (646) 257-2887
        Brian@brook-law.com

*Attorneys for Plaintiffs Daniel Kleeberg, Lisa Stein, and Audrey Hays*