# BROOK & ASSOCIATES, PLLC
## NEW YORK | NEW JERSEY

**BRIAN C. BROOK**
BRIAN@BROOK-LAW.COM

100 CHURCH STREET
FLOOR 8
NEW YORK, NY 10007
TEL: (212) 256-1957

June 12, 2023

**By ECF and Email**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/23

**Re:** *Daniel Kleeberg et al. v. Lester Eber et al.*, 1:16-cv-09517-LAK-KHP
**Withdrawal of Motion to Correct the Judgment, ECF No. 457**

Dear Judge Kaplan,

I write on behalf of Plaintiffs to withdraw the pending motion to correct the judgment, which was filed at ECF No. 457. Plaintiffs have released all claims individually and on behalf of the Eber companies against Wendy Eber and the Estate of Lester Eber, rendering any correction of the judgment moot. Upon withdrawal of that motion, and in light of the dismissal of the appeal, the only remaining issue in the case is the just-filed motion for sanctions against certain defense counsel.

We thank the Court for its attention to this matter.

Respectfully submitted,

Brian C. Brook

cc: All counsel of record

Motion (DKT 457) withdrawn.
SO ORDERED
LEWIS A. KAPLAN, USDJ
6/13/23

WWW.BROOK-LAW.COM