UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
:
Plaintiff,    Kleeberg, et al.,
:
:
-v-    :
:
:
Defendant.    Eber, et al.,
:
:
:
x
-----------------------------------------------------------------

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16-cv-9517    ( LAK ) ( KHP )

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/13/2023
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
467
_____
_____
_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  June 13, 2023
_____

SO ORDERED:

/s/ Lewis A. Kaplan
_____

United States District Judge