UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

        Plaintiffs,

-against-                                 Civil Action No. 16-CV-9517(LAK)(KHP)

WENDY EBER, in her individual
Capacity and as Executrix u/w/o
LESTER EBER; ALEXBAY, LLC
f/k/a LESTER EBER, LLC; LUCIA
GORDON GUNAER and PATRICK
D. MARTIN solely in their capacities
as Executors under the will of ELLIOTT
W. GUNAER, JR.,

        Defendants,

    and

EBER BROS. & CO., INC.; EBER
BROS WINE NAD LIQUOR CORP.;
EBER-CONNECTICUT, LLC; EBER-
RHODE ISLAND, LLC; EBER BROS.
ACQUISITION CORP.; EBER-METRO
LLC; SLOCUM & SONS OF MAINE,
INC.; and CANANDAIGUA NATIONAL
BANK & TRUST COMPANY,

        Nominal Defendants.

-------------------------------------------------------

## AFFIDAVIT OF TERRENCE M. CONNORS IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

TERRENCE M. CONNORS, being duly sworn, deposes and states:

1. I am an attorney at law, duly admitted in the State of New York and a partner in the firm CONNORS LLP, attorneys for Underberg & Kessler LLP in the above-captioned matter.

2. I submit this affidavit in support of my motion for admission Pro Hac Vice pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

Dated: June 15, 2023
Buffalo, New York

_____
Terrence M. Connors

Subscribed and sworn to me
This 15 day of June, 2023.

_____
Notary Public

BRITTANY JAROS
No. 01JA6436418
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 07/18/2026