UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

DANIEL KLEEBERG, LISA STEIN,
and AUDREY HAYS,

       Plaintiffs,

-against-                                    Civil Action No. 16-CV-9517(LAK)(KHP)

WENDY EBER, in her individual
Capacity and as Executrix u/w/o
LESTER EBER; ALEXBAY, LLC
f/k/a LESTER EBER, LLC; LUCIA
GORDON GUNAER and PATRICK
D. MARTIN solely in their capacities
as Executors under the will of ELLIOTT
W. GUNAER, JR.,

       Defendants,

   and

EBER BROS. & CO., INC.; EBER
BROS WINE NAD LIQUOR CORP.;
EBER-CONNECTICUT, LLC; EBER-
RHODE ISLAND, LLC; EBER BROS.
ACQUISITION CORP.; EBER-METRO
LLC; SLOCUM & SONS OF MAINE,
INC.; and CANANDAIGUA NATIONAL
BANK & TRUST COMPANY,

       Nominal Defendants.

-----------------------------------------------------

## ORDER FOR PRO HAC VICE ADMISSION

      The motion of Terrence M. Connors for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

Terrence M. Connors
CONNORS LLP
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
T: (716) 852-5533
F: (716) 852-5649

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Underberg & Kessler LLP in the above-entitled action;

**IT IS HEREBY ORDRED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                        United States District / Magistrate Judge