

*Attorneys At Law*
Terrence M. Connors
Randall D. White *
John T. Loss
Vincent E. Doyle III
Michael J. Roach+
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Nicholas A. Romano
Bryan P. Kroetsch
Kate G. Howard
Andrew M. Debbins
Christina M. Eaton
Tyler J. Gately

*Paralegals*
John P. Kromer
Nancy Pelham, R.N.
Margaret Dickey, R.N.
Julie M. Scott, L.P.N.
Suzanne M. Pieszak, R.N.
Kathleen V. Kubicki, R.N.
Irene A. McNeill, R.N.
Rachel M. Valkwitch
Molly K. Muffoletto
Emily J. Gay

*Also admitted in
District of Columbia

+ Also admitted in
Pennsylvania

June 15, 2023

<u>VIA ECF</u>
The Honorable Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> RE: *Kleeberg et al. v. Eber et al.*
> Civ. Action No. 16-cv-9517 (LAK)(KHP)
> - Letter Motion Requesting Extension of Time to Respond to Plaintiffs' Motion to Impose Sanctions

Dear Judge Parker:

Our firm represents Underberg & Kessler LLP in connection with the above-referenced matter. I write to request that the Court permit Underberg & Kessler a 45-day extension of time, to August 4, 2023, to respond to the Plaintiffs' Motion to Impose Sanctions on Underberg & Kessler.

Pursuant to Rule 6.1 of the Local Rules of the United States Courts of the Southern and Eastern Districts of New York, Underberg & Kessler's original deadline to respond to the Plaintiffs' motion brought under Federal Rule of Civil Procedure 37 is June 20, 2023.[1] A 45-day extension of time would bring Underberg & Kessler's new deadline to August 4, 2023.

This is Underberg & Kessler's first request for an extension of time.

I have consulted with Brian Brook, counsel for the Plaintiffs, and he consents to this requested 45-day extension.

---

[1] Plaintiffs served their motion via ECF on June 12, 2023. The seven day period to respond under Rule 6.1 ends on June 19, 2023, a federal holiday. Thus, the period continues to run until the next day, June 20, 2023. *See* Local Rule 6.4.

Hon. Katharine H. Parker
Re: Kleeberg et al v. Eber et al.
Page 2

Thank you for your consideration of this request.

Very respectfully,

Terrence M. Connors

cc: All Counsel of Record (via ECF)