UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL KLEEBERG, LISA STEIN, and
AUDREY HAYS,

                     Plaintiffs,

   -against-

WENDY EBER, in her individual capacity and as
Executrix u/w/o LESTER EBER, ALEXBAY, LLC
f/k/a LESTER EBER, LLC, LUCIA GORDON
GUMAER and PATRICK D. MARTIN solely in their
capacities as Executors under the will of ELLIOTT W.
GUMAER, JR.,

                     Defendants,

   -and-

EBER BROS. & CO., INC., EBER BROS. WINE
AND LIQUOR CORP., EBER BROS. WINE &
LIQUOR METRO, INC., EBER-CONNECTICUT,
LLC, EBER-RHODE ISLAND, LLC, EBER BROS.
ACQUISITION CORP., EBER-METRO, LLC,
SLOCUM & SONS OF MAINE, INC., and
CANANDAIGUA NATIONAL BANK & TRUST
COMPANY,

                     Nominal Defendants.
------------------------------------------------------------------X

Case No. 16-cv-9517 (LAK) (KAP)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Tyler Maulsby, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as attorney for non-party John S. Herbert in the above-captioned proceeding.

Dated: New York, New York
          August 14, 2023

        FRANKFURT KURNIT KLEIN & SELZ, P.C.

By:   /s/ Tyler Maulsby
        Tyler Maulsby
      28 Liberty Street, 35th Floor
      New York, New York 10005
      (212) 980-0120

*Attorneys for Non-Party John S. Herbert*