# EXHIBIT C

**From:** Brian Brook <brian@brook-law.com>
**Sent:** Thursday, April 20, 2023 4:13 PM
**To:** David Slossberg <DSlossberg@hssklaw.com>
**Subject:** Re: Response to 4/17 letter

I have forwarded it and will discuss with them tonight when Dan gets back to his home in FL. In the meantime, since you won't be around tomorrow, let me ask: is Wendy willing to exclude certain lawyers from the release? That could be an alternative means of collecting at least a few hundred thousand dollars, both through a sanctions motion to Kaplan and a malpractice claim against Underberg for their ridiculous conflict of interest taking money from a client (EBWLC) when they were helping Lester/Wendy steal its only asset.

My clients aren't keen on it, and it'd mean a lot more work for me, but it's an idea I have that could help bridge the gap since you're signaling she wants to settle for $2 or less, and that's just not gonna cut it. Wendy offering just $200,000 (and going up to $500,000 if I'm reading this right) is basically no incentive for us to drop this. We know she has a lot more than that and we have the right to it.

You're in a tough spot. Because Wendy has spent years lying to us about how much in assets she and Lester had. Claiming Slocum was worth nothing for years. And honestly, it was a gift to me and my clients. Every time we negotiate, we know that Wendy is low-balling us and trying to claim she's on the verge of poverty. She did the same thing when we asked for $3 million and none of the company 4 or 5 years ago.

So I have every reason to believe that if we don't settle with Wendy, this will be just one more time when it ultimately benefits my clients. I could be wrong, but there's not much downside to us trying. And

1

Wendy's NY lawyers will be happy with the additional work, even if she does seem to have a pattern of not paying her share of the fees.

The supplier meetings taught me a lot of things, but one thing that is pertinent: No one cares whether we settle with Wendy or not. And they love Dan (and they at least tolerate me). It's interesting to see how many customers and suppliers have read the entire decision (or say they have) and are excited for the way things are going.